# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff*, | |
| v. | **CRIMINAL NO. 17-178 (FAB)** |
| **YADVINDER SINGH BHAMBA,** *Defendant*. | |

## GOVERNMENT'S MOTION TO EXCLUDE
## TRIAL WITNESSES OTHER THAN THE CASE AGENT

**TO THE HONORABLE COURT:**

The United States of America, by and through its undersigned counsel, respectfully moves to exclude all witnesses, except the case agent, from the court during trial. Under Federal Rule of Evidence 615(c), a person whose presence is shown by a party to be "essential to the presentation of the party's claim" should not be ordered excluded from the court during trial. The case agent in this prosecution, HSI Special Agent Rafael Escobar, has been critical in the investigation of the conduct alleged in the indictment and is an integral part of Government's trial team. All other witnesses should be excluded.

//

*Government's Motion to Exclude Witnesses*
*United States v. Yadvinder Singh BHAMBA, Criminal No. 17-178 (FAB)*

**WHEREFORE**, the United States respectfully requests that this Honorable Court **EXCLUDE** all witnesses, except the case agent, from the court during trial.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of August, 2018.

                                             **BRIAN A. BENCZKOWSKI**
                                             Assistant Attorney General

                                             *s/Ann Marie E. Ursini*
                                             Ann Marie E. Ursini
                                             PR Government No. G02612
                                             Christian A. Levesque
                                             PR Government No. GO2803
                                             Trial Attorneys
                                             Human Rights and Special Prosecutions
                                             Criminal Division
                                             Department of Justice
                                             950 Pennsylvania Ave., NW
                                             Washington, D.C. 20005
                                             Tel.: (202) 353-0391

*Government's Motion to Exclude Witnesses*
*United States v. Yadvinder Singh BHAMBA, Criminal No. 17-178 (FAB)*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this same date, the foregoing was filed with the Clerk of the Court using CM/ECF system, which will submit notification of such filing to the attorneys of record.

*s/ Ann Marie E. Ursini*
Ann Marie E. Ursini
Trial Attorney