# EXHIBIT 2



# Transcript of Yadvinder Singh Bhamba

**Date:** May 6, 2015
**Case:** United States -v- Bhamba

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

1

2  UNITED STATES OF AMERICA,        )

3                    Government,    )

4     vs.                           )

5  YADVINDER SINGH BHAMBA,          )

6                    Defendant.     )

7

8

9        AUDIO TRANSCRIPTION OF RECORDED INTERVIEW

10              OF YADVINDER SINGH BHAMBA

11                 Date:  May 6, 2015

12

13

14  SPEAKERS:

15  Special Agent Mariano Aponte

16  Yadvinder Singh Bhamba

17

18

19

20  Job No. 191166

21  Pages:  1-309

22  Transcribed by: Annette M. Montalvo, RDR, CRR

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          2

1        (WHEREUPON, the following was transcribed

2   from an audio recording, to wit:)

3        SPECIAL AGENT APONTE:  Okay.  Mr. Bhamba, as          00:00:01

4   I previously told you, my name is Special Agent            00:00:02

5   Mariano Aponte.  I'm a special agent with Homeland         00:00:04

6   Security Investigations --                                 00:00:07

7        MR. BHAMBA:  Okay.                                    00:00:09

8        SPECIAL AGENT APONTE:  -- in Miami.                   00:00:09

9        MR. BHAMBA:  Okay.                                    00:00:10

10       SPECIAL AGENT APONTE:  Okay.  I am going to           00:00:10

11  be conducting the interview here today.                    00:00:12

12       MR. BHAMBA:  Uh-huh.                                  00:00:16

13       SPECIAL AGENT APONTE:  Also, there are                00:00:16

14  others listening to the interview --                       00:00:17

15       MR. BHAMBA:  Okay.                                    00:00:21

16       SPECIAL AGENT APONTE:  -- live as we speak,           00:00:21

17  okay --                                                    00:00:22

18       MR. BHAMBA:  Okay.                                    00:00:22

19       SPECIAL AGENT APONTE:  -- on the phone,               00:00:23

20  okay?                                                      00:00:26

21       To set the tone here, the way I want to               00:00:28

22  conduct the interview right now, I want you to of          00:00:32

| | | |
|---|---|---|
| 1 | course give me the information.  I know you had | 00:00:37 |
| 2 | given some information before to the -- to our | 00:00:39 |
| 3 | representative here in Santo Domingo. | 00:00:42 |
| 4 | MR. BHAMBA:  Yes. | 00:00:44 |
| 5 | SPECIAL AGENT APONTE:  Okay.  And he had | 00:00:44 |
| 6 | related that information to us, I mean, some of it, | 00:00:45 |
| 7 | okay. | 00:00:48 |
| 8 | MR. BHAMBA:  Uh-huh. | 00:00:48 |
| 9 | SPECIAL AGENT APONTE:  But we need to get | 00:00:48 |
| 10 | the full story again, and I'm sorry that you have to | 00:00:49 |
| 11 | repeat yourself -- | 00:00:51 |
| 12 | MR. BHAMBA:  No problem. | 00:00:52 |
| 13 | SPECIAL AGENT APONTE:  -- but we go step by | 00:00:53 |
| 14 | step.  Remember, I don't know anything about what | 00:00:54 |
| 15 | you are going to tell me.  So go in detail, okay. | 00:00:56 |
| 16 | MR. BHAMBA:  Okay. | 00:00:59 |
| 17 | SPECIAL AGENT APONTE:  The best is if you go | 00:01:00 |
| 18 | slowly so I can take my notes.  You may have | 00:01:02 |
| 19 | another -- you may have questions for me and | 00:01:07 |
| 20 | concerns.  Okay, no problem. | 00:01:09 |
| 21 | MR. BHAMBA:  Okay.  How -- how far do you | 00:01:12 |
| 22 | want to go? | 00:01:13 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          4

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE: Well, I need to know | 00:01:15 |
| 2 | the whole story, okay. I need to know -- first of | 00:01:16 |
| 3 | all, I'm going to start asking you specific | 00:01:18 |
| 4 | questions as to who you are, what your real name is, | 00:01:20 |
| 5 | and all good stuff, and then we are going to go from | 00:01:22 |
| 6 | there, okay. Very relaxed, you know. | 00:01:25 |
| 7 | MR. BHAMBA: Okay. | 00:01:27 |
| 8 | SPECIAL AGENT APONTE: It is just that I | 00:01:28 |
| 9 | want to -- I want to explain that to you -- | 00:01:29 |
| 10 | MR. BHAMBA: Okay. | 00:01:32 |
| 11 | SPECIAL AGENT APONTE: -- ahead of time. | 00:01:32 |
| 12 | MR. BHAMBA: What do you plan, I mean, okay. | 00:01:32 |
| 13 | Do you plan on getting my son out and then -- | 00:01:34 |
| 14 | SPECIAL AGENT APONTE: Listen. We are going | 00:01:37 |
| 15 | to discuss that. The first -- first -- first step, | 00:01:38 |
| 16 | okay, we are going to get the information. I'm | 00:01:40 |
| 17 | probably -- I'm pretty sure you don't have nowhere | 00:01:44 |
| 18 | to go. You have the day for us, right? | 00:01:46 |
| 19 | MR. BHAMBA: That's it. | 00:01:48 |
| 20 | SPECIAL AGENT APONTE: Listen. We break for | 00:01:48 |
| 21 | lunch, we break for bathroom breaks and what not. | 00:01:50 |
| 22 | We are going to get things accomplished, you know. | 00:01:52 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    5

| | | |
|---|---|---|
| 1 | I am committed -- | 00:01:54 |
| 2 | MR. BHAMBA:  Anything you don't understand, | 00:01:55 |
| 3 | you want to deal, see, coming from a different | 00:01:57 |
| 4 | culture, my way of saying would be a little, you | 00:02:00 |
| 5 | know, different. | 00:02:02 |
| 6 | SPECIAL AGENT APONTE:  Absolutely. | 00:02:02 |
| 7 | Absolutely. | 00:02:03 |
| 8 | MR. BHAMBA:  Okay.  No problem. | 00:02:03 |
| 9 | SPECIAL AGENT APONTE:  Okay. | 00:02:03 |
| 10 | MR. BHAMBA:  Okay.  But -- | 00:02:04 |
| 11 | SPECIAL AGENT APONTE:  But if you don't | 00:02:04 |
| 12 | understand what I'm saying, I have an accent also -- | 00:02:05 |
| 13 | MR. BHAMBA:  No problem. | 00:02:07 |
| 14 | SPECIAL AGENT APONTE:  -- I'm Hispanic -- | 00:02:07 |
| 15 | MR. BHAMBA:  No, no. | 00:02:08 |
| 16 | SPECIAL AGENT APONTE:  -- you let me know, | 00:02:08 |
| 17 | and we will -- | 00:02:09 |
| 18 | MR. BHAMBA:  All right.  I am very | 00:02:09 |
| 19 | comfortable, but, you know, at the same time, you | 00:02:10 |
| 20 | see, I'm confused a little.  You see, you are | 00:02:12 |
| 21 | professionally, you want to know certain things.  If | 00:02:15 |
| 22 | you are -- you want to know exactly what and what. | 00:02:19 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    6

```
1         SPECIAL AGENT APONTE:  Directly.              00:02:21

2         MR. BHAMBA:  Okay.  Now, I'm a little -- I    00:02:21

3    had an accident, you know, back in Ohio.  There's  00:02:24

4    record of it.  Because of that, I have a little bit, 00:02:27

5    you know, problem remembering names, and --        00:02:32

6         SPECIAL AGENT APONTE:  Not a problem.         00:02:35

7         MR. BHAMBA:  You know, go back a little bit    00:02:36

8    on dates.                                           00:02:37

9         SPECIAL AGENT APONTE:  To make it easier for  00:02:37

10   you --                                             00:02:38

11        MR. BHAMBA:  Okay.                             00:02:38

12        SPECIAL AGENT APONTE:  Whatever you --         00:02:39

13        MR. BHAMBA:  And what --                       00:02:40

14        SPECIAL AGENT APONTE:  If you don't            00:02:41

15   remember, just tell me.                             00:02:43

16        MR. BHAMBA:  No, no.  But 99 percent of the    00:02:44

17   time, I know -- recall things.                      00:02:45

18        SPECIAL AGENT APONTE:  Okay.                   00:02:47

19        MR. BHAMBA:  Once I see them, okay, once I     00:02:47

20   am doing things, I recall them.  I know things,     00:02:49

21   okay.  But my short-term memory sometimes, you know, 00:02:54

22   messes up, but my long-term memory has gone better. 00:02:56
```

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    7

| | | |
|---|---|---|
| 1 | And when I say short-term memory, sometimes, okay, I | 00:03:00 |
| 2 | might not -- like, I have to see the place, and then | 00:03:03 |
| 3 | I know this guy, this guy, that guy. | 00:03:05 |
| 4 | SPECIAL AGENT APONTE:  No problem.  That's | 00:03:06 |
| 5 | not a problem.  That's not a problem. | 00:03:07 |
| 6 | So if you -- any point you don't remember | 00:03:09 |
| 7 | anything, just tell me -- | 00:03:11 |
| 8 | MR. BHAMBA:  No problem. | 00:03:13 |
| 9 | SPECIAL AGENT APONTE:  -- Agent, I do not | 00:03:14 |
| 10 | remember. | 00:03:15 |
| 11 | MR. BHAMBA:  Okay. | 00:03:15 |
| 12 | SPECIAL AGENT APONTE:  And that's all you | 00:03:15 |
| 13 | have to say. | 00:03:16 |
| 14 | MR. BHAMBA:  Okay, sir. | 00:03:18 |
| 15 | SPECIAL AGENT APONTE:  And before we start, | 00:03:19 |
| 16 | I need to advise you of your rights, okay.  I am | 00:03:24 |
| 17 | going to read this to you, I am going to give you an | 00:03:27 |
| 18 | opportunity to read them.  If you don't understand | 00:03:30 |
| 19 | any of your rights, let me know, and I will explain | 00:03:32 |
| 20 | them to you, okay. | 00:03:34 |
| 21 | This is a statement of rights.  Before we | 00:03:36 |
| 22 | ask you any questions, it is my duty to advise you | 00:03:39 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    8

| | | |
|---|---|---|
| 1 | of your rights.  You have the right to remain | 00:03:42 |
| 2 | silent.  Anything you say can be used against you in | 00:03:45 |
| 3 | court or other proceeding.  You have the right to | 00:03:49 |
| 4 | consult an attorney before making any statement or | 00:03:52 |
| 5 | answering any questions and may have an attorney | 00:03:55 |
| 6 | present with you during questioning.  You may have | 00:03:58 |
| 7 | an attorney appointed by the US magistrate or the | 00:04:02 |
| 8 | court to represent you, if you cannot afford or | 00:04:05 |
| 9 | otherwise obtain one. | 00:04:09 |
| 10 | If you decide to answer my questions now, | 00:04:12 |
| 11 | with or without a lawyer, you still have the right | 00:04:16 |
| 12 | to stop the questioning at any time or stop a | 00:04:19 |
| 13 | questioning for the purpose of consulting a lawyer, | 00:04:22 |
| 14 | if you desire, okay.  However, you may waive that | 00:04:26 |
| 15 | right to advice of counsel and your right to remain | 00:04:29 |
| 16 | silent and answer questions or make statements | 00:04:33 |
| 17 | without consulting lawyers. | 00:04:35 |
| 18 | So if you choose to, right now, you don't | 00:04:37 |
| 19 | have to have a lawyer present, okay? | 00:04:39 |
| 20 | This is the waiver, right here, if you | 00:04:42 |
| 21 | decide to talk to me.  I understand that you are | 00:04:44 |
| 22 | coming here freely and voluntarily, and -- | 00:04:46 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    9

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah. | 00:04:51 |
| 2 | SPECIAL AGENT APONTE:  -- is that -- | 00:04:52 |
| 3 | MR. BHAMBA:  Yes, sir. | 00:04:53 |
| 4 | SPECIAL AGENT APONTE:  Okay.  You understand | 00:04:54 |
| 5 | that? | 00:04:55 |
| 6 | MR. BHAMBA:  The thing is -- | 00:04:55 |
| 7 | SPECIAL AGENT APONTE:  That is the case, | 00:04:55 |
| 8 | right? | 00:04:56 |
| 9 | MR. BHAMBA:  That is the case, sir.  The | 00:04:56 |
| 10 | problem is, I can have a lawyer or whatever, but | 00:04:57 |
| 11 | what is he going to do?  Okay.  I need help with my | 00:05:00 |
| 12 | son.  If something happens to my son, I can never | 00:05:02 |
| 13 | forgive myself, and I am in the shit, I have to tell | 00:05:05 |
| 14 | and face the consequences. | 00:05:09 |
| 15 | SPECIAL AGENT APONTE:  Okay. | 00:05:11 |
| 16 | MR. BHAMBA:  Okay.  If I don't tell, | 00:05:11 |
| 17 | something happens to me, my son, you know. | 00:05:13 |
| 18 | SPECIAL AGENT APONTE:  Okay.  So I already | 00:05:17 |
| 19 | advised you to your rights and -- | 00:05:18 |
| 20 | MR. BHAMBA:  Yes. | 00:05:20 |
| 21 | SPECIAL AGENT APONTE:  -- and this is for | 00:05:20 |
| 22 | your protection. | 00:05:21 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    10

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  And I do -- | 00:05:21 |
| 2 | SPECIAL AGENT APONTE:  And you do understand | 00:05:22 |
| 3 | them, right? | 00:05:23 |
| 4 | MR. BHAMBA:  Yes.  Yes.  I do understand. | 00:05:24 |
| 5 | And I do ask you one question.  That you | 00:05:25 |
| 6 | know in light of what I am going to disclose, and I | 00:05:27 |
| 7 | am working -- willing to work with you, if you could | 00:05:30 |
| 8 | go light on me, on whatever I've done, I'm not -- | 00:05:32 |
| 9 | you know. | 00:05:37 |
| 10 | SPECIAL AGENT APONTE:  This is -- this is -- | 00:05:38 |
| 11 | let me explain to you why I am here.  Okay.  I'm | 00:05:39 |
| 12 | here -- I'm here -- | 00:05:41 |
| 13 | MR. BHAMBA:  I am willing to work with you | 00:05:42 |
| 14 | guys for any amount of time, whatever you want. | 00:05:43 |
| 15 | SPECIAL AGENT APONTE:  I want you to listen | 00:05:44 |
| 16 | to me.  It is very important that you know why I'm | 00:05:45 |
| 17 | here. | 00:05:48 |
| 18 | MR. BHAMBA:  Okay. | 00:05:49 |
| 19 | SPECIAL AGENT APONTE:  Okay.  Came all the | 00:05:49 |
| 20 | way from the United States, as I told you before, | 00:05:51 |
| 21 | okay.  I am an investigator, okay, for Homeland | 00:05:54 |
| 22 | Security.  We are investigating and listening to you | 00:05:58 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              11

| | | |
|---|---|---|
| 1 | in conducting an investigation, okay? | 00:06:01 |
| 2 | Whatever information or evidence we gather | 00:06:05 |
| 3 | here today, I have to present it, I will present it, | 00:06:08 |
| 4 | to the United States Attorneys in Miami. | 00:06:11 |
| 5 | MR. BHAMBA:  Uh-huh. | 00:06:17 |
| 6 | SPECIAL AGENT APONTE:  Okay?  And they will | 00:06:17 |
| 7 | make a determination on what they will do -- | 00:06:18 |
| 8 | MR. BHAMBA:  Uh-huh. | 00:06:21 |
| 9 | SPECIAL AGENT APONTE:  -- with the | 00:06:21 |
| 10 | information, okay. | 00:06:21 |
| 11 | I'm -- look at me as a tool, okay.  I don't | 00:06:24 |
| 12 | make decisions, but I do make recommendations.  So I | 00:06:26 |
| 13 | am here to gather all the facts before I sit down | 00:06:29 |
| 14 | with my supervisor and with the United States | 00:06:32 |
| 15 | Attorney, and we -- together we are going to | 00:06:34 |
| 16 | determine what is the best course of action in your | 00:06:38 |
| 17 | case. | 00:06:44 |
| 18 | MR. BHAMBA:  Uh-huh. | 00:06:44 |
| 19 | SPECIAL AGENT APONTE:  Whether it's -- if it | 00:06:45 |
| 20 | is that you are going to face charges, or not, or | 00:06:46 |
| 21 | whether -- or to determine in what capacity we are | 00:06:52 |
| 22 | going to be able to work with you. | 00:06:54 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              12

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Uh-huh. | 00:06:57 |
| 2 | SPECIAL AGENT APONTE:  Okay?  And that's | 00:06:57 |
| 3 | something that I don't make the decision, I do make | 00:06:58 |
| 4 | recommendations, okay? | 00:07:00 |
| 5 | So today is very important that I get all | 00:07:02 |
| 6 | the information -- | 00:07:04 |
| 7 | MR. BHAMBA:  Uh-huh. | 00:07:06 |
| 8 | SPECIAL AGENT APONTE:  -- that I get all the | 00:07:06 |
| 9 | truth -- | 00:07:07 |
| 10 | MR. BHAMBA:  Okay. | 00:07:08 |
| 11 | SPECIAL AGENT APONTE:  -- of what happened. | 00:07:08 |
| 12 | It is very important.  And once I get that, I will | 00:07:08 |
| 13 | draft my report and present it to my supervisor in | 00:07:13 |
| 14 | terms then to the United States Attorney's office, | 00:07:17 |
| 15 | and we will make a determination on how to -- | 00:07:19 |
| 16 | listen.  We work with people all the time, okay. | 00:07:22 |
| 17 | This is what we do. | 00:07:25 |
| 18 | MR. BHAMBA:  Okay. | 00:07:26 |
| 19 | SPECIAL AGENT APONTE:  But this stage that | 00:07:27 |
| 20 | we are on right now, and I know you already spoke | 00:07:28 |
| 21 | with Agent Larko (phonetic) here before, but he's a | 00:07:31 |
| 22 | representative here in the country, and he's not the | 00:07:34 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              13

| | | |
|---|---|---|
| 1 | one is who's going to be investigating this case. | 00:07:36 |
| 2 | So you're going to be dealing with me now. | 00:07:39 |
| 3 | MR. BHAMBA:  Okay, sir. | 00:07:41 |
| 4 | SPECIAL AGENT APONTE:  Okay?  So we need | 00:07:41 |
| 5 | to -- it's very important we gather everything.  And | 00:07:43 |
| 6 | we may have to come here tomorrow, we may have, if | 00:07:45 |
| 7 | we don't get it here today.  But I'm committed, | 00:07:48 |
| 8 | okay.  I left everything that I had, my travel was | 00:07:50 |
| 9 | approved, and I'm -- my commitment is to be here, | 00:07:53 |
| 10 | and I will do everything possible within my power to | 00:07:56 |
| 11 | help you. | 00:08:00 |
| 12 | MR. BHAMBA:  Okay. | 00:08:01 |
| 13 | SPECIAL AGENT APONTE:  If there's something | 00:08:02 |
| 14 | that I can't do for you, that I -- I will tell you | 00:08:03 |
| 15 | up front. | 00:08:06 |
| 16 | MR. BHAMBA:  Okay.  My only concern is even | 00:08:07 |
| 17 | if, let's say, you have to lock me up, want to press | 00:08:09 |
| 18 | charges or whatever, okay? | 00:08:11 |
| 19 | SPECIAL AGENT APONTE:  Uh-huh. | 00:08:13 |
| 20 | MR. BHAMBA:  That's not a problem.  Just | 00:08:13 |
| 21 | save my son.  Get him out from there. | 00:08:15 |
| 22 | SPECIAL AGENT APONTE:  I do understand you. | 00:08:17 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    14

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Okay. | 00:08:19 |
| 2 | SPECIAL AGENT APONTE:  I understand your | 00:08:19 |
| 3 | concern. | 00:08:20 |
| 4 | MR. BHAMBA:  That's a -- | 00:08:20 |
| 5 | SPECIAL AGENT APONTE:  I understand your | 00:08:21 |
| 6 | point (inaudible) -- | 00:08:21 |
| 7 | MR. BHAMBA:  That's the reason I'm | 00:08:22 |
| 8 | sacrificing whatever I have. | 00:08:23 |
| 9 | SPECIAL AGENT APONTE:  I see.  I really | 00:08:24 |
| 10 | respect that, sir, okay.  As a parent, also, I | 00:08:26 |
| 11 | respect that.  And I do understand you.  I want you | 00:08:28 |
| 12 | to be aware that I understand you, okay.  I am a | 00:08:30 |
| 13 | parent, too, okay. | 00:08:33 |
| 14 | MR. BHAMBA:  Yeah. | 00:08:35 |
| 15 | SPECIAL AGENT APONTE:  And I respect that. | 00:08:35 |
| 16 | MR. BHAMBA:  Because I failed him miserably. | 00:08:37 |
| 17 | SPECIAL AGENT APONTE:  I understand. | 00:08:40 |
| 18 | MR. BHAMBA:  I have taken him over there, | 00:08:41 |
| 19 | and I put him in harm's way.  And what good is my | 00:08:42 |
| 20 | life if I, you know, I can't protect my child.  What | 00:08:47 |
| 21 | good is it.  Tell it to me.  What good is staying | 00:08:53 |
| 22 | out to me? | 00:08:56 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    15

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  I see, sir. | 00:08:56 |
| 2 | I totally understand you, sir.  And I am not | 00:08:59 |
| 3 | making you any promises, sir. | 00:09:03 |
| 4 | MR. BHAMBA:  No. | 00:09:04 |
| 5 | SPECIAL AGENT APONTE:  I am going to be fair | 00:09:04 |
| 6 | to you -- | 00:09:06 |
| 7 | MR. BHAMBA:  I understand. | 00:09:06 |
| 8 | SPECIAL AGENT APONTE:  -- and I am asking | 00:09:06 |
| 9 | you to be truthful with you, I am going to give you | 00:09:07 |
| 10 | the truth.  That's my job, this is what I do.  But I | 00:09:09 |
| 11 | will relate every bit of information that you give | 00:09:12 |
| 12 | me, all the facts, okay, to the -- my supervisor and | 00:09:15 |
| 13 | the proper authorities.  And I guarantee you that if | 00:09:19 |
| 14 | anything within our power that we can do to help | 00:09:22 |
| 15 | your cause, or to bring your -- if there's anything | 00:09:25 |
| 16 | that we can do -- | 00:09:28 |
| 17 | MR. BHAMBA:  I am willing to work with you | 00:09:29 |
| 18 | guys. | 00:09:30 |
| 19 | SPECIAL AGENT APONTE:  -- we will. | 00:09:31 |
| 20 | MR. BHAMBA:  If you want to put me over | 00:09:31 |
| 21 | there in Mexico, I know all the groups, I can -- | 00:09:32 |
| 22 | within -- within a couple of -- I can put a stop. | 00:09:38 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    16

| | | |
|---|---|---|
| 1 | The way you are doing it, okay, you are just putting | 00:09:41 |
| 2 | out a fire. | 00:09:45 |
| 3 | SPECIAL AGENT APONTE:  Uh-huh. | 00:09:46 |
| 4 | MR. BHAMBA:  I can get to the root. | 00:09:47 |
| 5 | SPECIAL AGENT APONTE:  To the root. | 00:09:49 |
| 6 | MR. BHAMBA:  And I can give you the root, | 00:09:50 |
| 7 | where it starts. | 00:09:52 |
| 8 | SPECIAL AGENT APONTE:  Okay. | 00:09:53 |
| 9 | MR. BHAMBA:  How to stop it.  Because I have | 00:09:54 |
| 10 | been in this. | 00:09:56 |
| 11 | SPECIAL AGENT APONTE:  Okay. | 00:09:57 |
| 12 | MR. BHAMBA:  I know the ugly side, how it | 00:09:58 |
| 13 | keeps going.  Just by arresting one person, who's | 00:09:59 |
| 14 | doing it, and, you know, the main guy who's | 00:10:03 |
| 15 | financing it, he finds another guy.  He finds | 00:10:05 |
| 16 | another guy.  He finds another guy, officer. | 00:10:08 |
| 17 | They keep going on.  It will never stop.  So | 00:10:11 |
| 18 | you can keep throwing their sources, and nothing is | 00:10:14 |
| 19 | okay, the way things are happening. | 00:10:18 |
| 20 | For all practical purposes, you know, there | 00:10:20 |
| 21 | are a lot of Chinese also going, Indians going, and | 00:10:24 |
| 22 | there is Arabic people going, too. | 00:10:29 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    17

| 1 | SPECIAL AGENT APONTE:  Interesting.  And we | 00:10:33 |
|---|---|---|
| 2 | are going to get -- and I want to get all that | 00:10:33 |
| 3 | information.  We are going to collect it.  Let me -- | 00:10:35 |
| 4 | let's finish up with this form over here.  You | 00:10:37 |
| 5 | understood your rights? | 00:10:41 |
| 6 | MR. BHAMBA:  Yes. | 00:10:42 |
| 7 | SPECIAL AGENT APONTE:  Okay.  You have an | 00:10:42 |
| 8 | opportunity to read them again. | 00:10:43 |
| 9 | MR. BHAMBA:  No, it is better. | 00:10:45 |
| 10 | SPECIAL AGENT APONTE:  And if you did | 00:10:46 |
| 11 | understand them -- | 00:10:47 |
| 12 | MR. BHAMBA:  Yes, sir. | 00:10:48 |
| 13 | SPECIAL AGENT APONTE:  -- what I would like | 00:10:48 |
| 14 | you to do is initial each line over here -- | 00:10:49 |
| 15 | MR. BHAMBA:  No, no -- | 00:10:51 |
| 16 | SPECIAL AGENT APONTE:  -- that you | 00:10:51 |
| 17 | understood. | 00:10:52 |
| 18 | MR. BHAMBA:  -- I understand them. | 00:10:52 |
| 19 | SPECIAL AGENT APONTE:  And then once you | 00:10:53 |
| 20 | initial -- | 00:10:55 |
| 21 | MR. BHAMBA:  Sir, frankly speaking, I want | 00:10:56 |
| 22 | some help.  And in order to get help, I know I have | 00:10:58 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    18

| | | |
|---|---|---|
| 1 | to be truthful.  And, hopefully, when you go in | 00:11:02 |
| 2 | front of God and confess, you know, you don't ask | 00:11:07 |
| 3 | him how much are you going to award me.  Let's hope | 00:11:10 |
| 4 | for the best.  You know, and if I have to be | 00:11:12 |
| 5 | truthful to my son, I -- what good -- my life is not | 00:11:14 |
| 6 | worth it.  You know, he has his whole future. | 00:11:18 |
| 7 |     SPECIAL AGENT APONTE:  Your initials here. | 00:11:21 |
| 8 | On each line. | 00:11:28 |
| 9 |     MR. BHAMBA:  My only condition is, please, | 00:11:32 |
| 10 | please, get him out.  If when you start doing -- | 00:11:34 |
| 11 | just don't do it, lock me up, and he's left over | 00:11:36 |
| 12 | there.  Then I won't be able to survive over there, | 00:11:41 |
| 13 | also. | 00:11:52 |
| 14 |     SPECIAL AGENT APONTE:  This is another here, | 00:11:53 |
| 15 | just clearing it, if you are not a citizen of the | 00:11:54 |
| 16 | United States, you have the right to communicate | 00:11:56 |
| 17 | with the consulate or embassy of your country.  But | 00:11:58 |
| 18 | just sign here that you acknowledge -- | 00:12:04 |
| 19 |     MR. BHAMBA:  Yes.  That's no problem. | 00:12:07 |
| 20 |     SPECIAL AGENT APONTE:  -- that you have that | 00:12:09 |
| 21 | right. | 00:12:12 |
| 22 |     MR. BHAMBA:  India is so messed up, you | 00:12:13 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              19

| | | |
|---|---|---|
| 1 | know, if I go to them now, and, you know, next day I | 00:12:14 |
| 2 | will be in problem over here, plus my kid was going | 00:12:18 |
| 3 | to be in problem. | 00:12:22 |
| 4 | SPECIAL AGENT APONTE:  Today's date is | 00:12:31 |
| 5 | May 6, 2015.  And the time is 11:00 a.m. | 00:12:32 |
| 6 | MR. BHAMBA:  On the other side, when I was | 00:12:51 |
| 7 | over there, my fear was when I left everything.  I | 00:12:52 |
| 8 | had about ten vehicles.  Yes, I owed some money, but | 00:12:58 |
| 9 | I had ten vehicles when I left over there in | 00:13:01 |
| 10 | Columbus. | 00:13:06 |
| 11 | My fear of that group, that I was got | 00:13:07 |
| 12 | involved with, was that genuine, and I was afraid | 00:13:10 |
| 13 | they were -- (inaudible) lost my wife.  My wife just | 00:13:15 |
| 14 | died in a road accident.  And I didn't have anyone | 00:13:20 |
| 15 | to take care of my child, I couldn't take care of | 00:13:24 |
| 16 | the business.  My fear was that genuine that they | 00:13:26 |
| 17 | really -- they were serious people. | 00:13:29 |
| 18 | SPECIAL AGENT APONTE:  Uh-huh. | 00:13:43 |
| 19 | What is your -- you showed me -- you | 00:13:44 |
| 20 | presented to me a passport -- | 00:13:45 |
| 21 | MR. BHAMBA:  This is not mine. | 00:13:47 |
| 22 | SPECIAL AGENT APONTE:  -- bear the name of | 00:13:49 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                         20

| | | |
|---|---|---|
| 1 | Kumar -- | 00:13:50 |
| 2 | MR. BHAMBA:  Bhupinder. | 00:13:51 |
| 3 | SPECIAL AGENT APONTE:  -- Bhupinder. | 00:13:52 |
| 4 | MR. BHAMBA:  Yes, sir. | 00:13:52 |
| 5 | SPECIAL AGENT APONTE:  Okay.  This is not | 00:13:53 |
| 6 | your real name. | 00:13:53 |
| 7 | MR. BHAMBA:  This is not my real name. | 00:13:54 |
| 8 | SPECIAL AGENT APONTE:  Okay.  What your real | 00:13:55 |
| 9 | name? | 00:13:56 |
| 10 | MR. BHAMBA:  My real name is Yadvinder. | 00:13:56 |
| 11 | SPECIAL AGENT APONTE:  Yadvinder. | 00:14:01 |
| 12 | MR. BHAMBA:  Y-a-d-v-i-n-d-e-r, Singh, | 00:14:02 |
| 13 | Bhamba, B-h-a-m-b-a. | 00:14:08 |
| 14 | SPECIAL AGENT APONTE:  B-h, right? | 00:14:10 |
| 15 | MR. BHAMBA:  B-h-a-m-b-a.  And date of birth | 00:14:11 |
| 16 | is -- | 00:14:14 |
| 17 | SPECIAL AGENT APONTE:  Uh-huh. | 00:14:15 |
| 18 | MR. BHAMBA:  -- January 9. | 00:14:15 |
| 19 | SPECIAL AGENT APONTE:  January 9. | 00:14:18 |
| 20 | MR. BHAMBA:  1959. | 00:14:21 |
| 21 | SPECIAL AGENT APONTE:  1959. | |
| 22 | And you are a national and citizen of? | 00:14:22 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              21

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  India. | 00:14:28 |
| 2 | SPECIAL AGENT APONTE:  India. | 00:14:29 |
| 3 | MR. BHAMBA:  I have lived in the United | 00:14:30 |
| 4 | States since -- | 00:14:32 |
| 5 | SPECIAL AGENT APONTE:  Do you have any other | 00:14:34 |
| 6 | nationalities? | 00:14:36 |
| 7 | MR. BHAMBA:  No. | 00:14:39 |
| 8 | SPECIAL AGENT APONTE:  Okay.  And you were | 00:14:39 |
| 9 | saying? | 00:14:40 |
| 10 | MR. BHAMBA:  Okay.  I first came -- I | 00:14:40 |
| 11 | studied in India, and then at the age of 20, I came | 00:14:41 |
| 12 | to Canada, and from Canada I crossed the boarder | 00:14:50 |
| 13 | into the US. | 00:14:53 |
| 14 | SPECIAL AGENT APONTE:  Illegally? | 00:14:54 |
| 15 | MR. BHAMBA:  Illegally. | 00:14:54 |
| 16 | SPECIAL AGENT APONTE:  And when you were 20, | 00:14:55 |
| 17 | you are saying, right? | 00:14:56 |
| 18 | MR. BHAMBA:  Yeah.  I would say 20, 21, | 00:15:06 |
| 19 | around that age. | 00:15:15 |
| 20 | SPECIAL AGENT APONTE:  Okay. | 00:15:19 |
| 21 | MR. BHAMBA:  Between the ages of 20 and 21. | 00:15:21 |
| 22 | SPECIAL AGENT APONTE:  And you lived here -- | 00:15:33 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          22

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  I lived in -- I lived in New | 00:15:36 |
| 2 | York.  Elm Street, in Queens. | 00:15:43 |
| 3 | SPECIAL AGENT APONTE:  Until when? | 00:15:53 |
| 4 | MR. BHAMBA:  I lived over there until '86, | 00:15:54 |
| 5 | and then I moved to Flushing. | 00:16:03 |
| 6 | SPECIAL AGENT APONTE:  And as -- overall -- | 00:16:07 |
| 7 | in New York -- | 00:16:09 |
| 8 | MR. BHAMBA:  Yes. | 00:16:10 |
| 9 | SPECIAL AGENT APONTE:  -- for how long? | 00:16:11 |
| 10 | MR. BHAMBA:  I lived over there for | 00:16:12 |
| 11 | something like until '91. | 00:16:15 |
| 12 | SPECIAL AGENT APONTE:  In '91.  So you were | 00:16:19 |
| 13 | like, for what, ten years or something? | 00:16:21 |
| 14 | MR. BHAMBA:  Yeah, ten years I lived out | 00:16:23 |
| 15 | there. | 00:16:25 |
| 16 | SPECIAL AGENT APONTE:  Ten years. | 00:16:25 |
| 17 | MR. BHAMBA:  Yes, ten. | 00:16:26 |
| 18 | SPECIAL AGENT APONTE:  Sounds fair, right? | 00:16:26 |
| 19 | MR. BHAMBA:  Ten years.  And then I moved to | 00:16:27 |
| 20 | California, Woodland Hills.  I got my papers the | 00:16:30 |
| 21 | first time in 19 -- | 00:16:34 |
| 22 | SPECIAL AGENT APONTE:  In California? | 00:16:36 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              23

```
1         MR. BHAMBA:  Yeah.                              00:16:37

2         SPECIAL AGENT APONTE:  And for how long you     00:16:37

3    lived in California?                                 00:16:38

4         MR. BHAMBA:  California, I lived over there      00:16:39

5    for two years.                                       00:16:40

6         SPECIAL AGENT APONTE:  And then what?  Where     00:16:44

7    did you move?                                        00:16:52

8         MR. BHAMBA:  Then I lived in -- then I came      00:16:53

9    back to New Jersey.                                  00:16:54

10        SPECIAL AGENT APONTE:  Okay.                     00:16:56

11        MR. BHAMBA:  New Jersey after two years.         00:16:56

12        SPECIAL AGENT APONTE:  Uh-huh.                   00:16:59

13        MR. BHAMBA:  Okay.  Then it started working      00:17:00

14   with some Indian guy, you know, he would send people 00:17:04

15   from there, from India, and I would receive them in  00:17:08

16   Miami.                                               00:17:15

17        SPECIAL AGENT APONTE:  Okay.  So you lived       00:17:17

18   in -- you told us so far you lived in New York?      00:17:21

19        MR. BHAMBA:  Yes, ten years.                     00:17:24

20        SPECIAL AGENT APONTE:  You crossed the US        00:17:24

21   Canada border illegally?                             00:17:26

22        MR. BHAMBA:  Yes.                                00:17:28
```

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    24

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  You resided for | 00:17:28 |
| 2 | approximately ten years -- | 00:17:29 |
| 3 | MR. BHAMBA:  Yes. | 00:17:31 |
| 4 | SPECIAL AGENT APONTE:  -- in New York? | 00:17:31 |
| 5 | MR. BHAMBA:  And then two years over there. | 00:17:31 |
| 6 | SPECIAL AGENT APONTE:  Two years in | 00:17:33 |
| 7 | California? | 00:17:34 |
| 8 | MR. BHAMBA:  And then came back to New | 00:17:34 |
| 9 | Jersey. | 00:17:36 |
| 10 | SPECIAL AGENT APONTE:  And then came back? | 00:17:36 |
| 11 | MR. BHAMBA:  Yeah. | 00:17:37 |
| 12 | SPECIAL AGENT APONTE:  What point did you | 00:17:37 |
| 13 | engage in -- at which point in New Jersey did you | 00:17:38 |
| 14 | engage in smuggling activities -- | 00:17:41 |
| 15 | MR. BHAMBA:  Yeah, I -- | 00:17:44 |
| 16 | SPECIAL AGENT APONTE:  Human smuggling. | 00:17:44 |
| 17 | MR. BHAMBA:  That would be around '92, '92. | 00:17:45 |
| 18 | SPECIAL AGENT APONTE:  1992? | |
| 19 | MR. BHAMBA:  1992. | 00:17:53 |
| 20 | SPECIAL AGENT APONTE:  That's when you | 00:17:54 |
| 21 | first -- | 00:17:56 |
| 22 | MR. BHAMBA:  Yes.  I just helped, you know, | 00:17:56 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    25

| | | |
|---|---|---|
| 1 | Prakash, (phonetic), the people, he would send them | 00:17:58 |
| 2 | to Miami.  And from Miami I would take them to, you | 00:18:02 |
| 3 | know, to New York.  That's it. | 00:18:07 |
| 4 | SPECIAL AGENT APONTE:  I'm thinking -- | 00:18:11 |
| 5 | trying to keep up with what you are saying. | 00:18:12 |
| 6 | MR. BHAMBA:  Okay. | 00:18:14 |
| 7 | SPECIAL AGENT APONTE:  So thanks for being | 00:18:14 |
| 8 | patient. | 00:18:15 |
| 9 | MR. BHAMBA:  From Miami I would take them | 00:18:15 |
| 10 | from there.  And then at that times I would travel | 00:18:17 |
| 11 | to India and, you know. | 00:18:21 |
| 12 | SPECIAL AGENT APONTE:  Okay.  So in 1992 you | 00:18:30 |
| 13 | engaged in human smuggling activities? | 00:18:32 |
| 14 | MR. BHAMBA:  Yes. | 00:18:35 |
| 15 | SPECIAL AGENT APONTE:  What was your job | 00:18:35 |
| 16 | here?  What did you do? | 00:18:37 |
| 17 | MR. BHAMBA:  My job was, you know, if the | 00:18:38 |
| 18 | people carry, you know, the people, they would | 00:18:39 |
| 19 | deliver the people to the hotel, I would just bring | 00:18:41 |
| 20 | them to New York, collect the money, and, you know, | 00:18:43 |
| 21 | disburse the money. | 00:18:48 |
| 22 | SPECIAL AGENT APONTE:  So someone would | 00:18:50 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              26

| | |
|---|---|
| 1  bring the -- | 00:18:50 |
| 2          MR. BHAMBA:  Yeah. | 00:18:51 |
| 3          SPECIAL AGENT APONTE:  -- aliens or illegal | 00:18:52 |
| 4  aliens -- | 00:18:53 |
| 5          MR. BHAMBA:  Aliens to -- | 00:18:53 |
| 6          SPECIAL AGENT APONTE:  -- to the United | 00:18:53 |
| 7  States. | 00:18:54 |
| 8          MR. BHAMBA:  Yeah.  In Miami. | 00:18:54 |
| 9          SPECIAL AGENT APONTE:  And you didn't go out | 00:18:55 |
| 10  and -- | 00:18:56 |
| 11          MR. BHAMBA:  No, no. | 00:18:57 |
| 12          SPECIAL AGENT APONTE:  Once they were in the | 00:18:58 |
| 13  United States -- | 00:18:59 |
| 14          MR. BHAMBA:  Yeah. | 00:19:00 |
| 15          SPECIAL AGENT APONTE:  -- your job was to? | 00:19:00 |
| 16          MR. BHAMBA:  Drop them to the home. | 00:19:02 |
| 17          SPECIAL AGENT APONTE:  Move them around? | 00:19:03 |
| 18          MR. BHAMBA:  Move them around, and take them | 00:19:04 |
| 19  to the home and, you know, collect the money. | 00:19:06 |
| 20          SPECIAL AGENT APONTE:  And collect the | 00:19:08 |
| 21  money. | 00:19:09 |
| 22          MR. BHAMBA:  Collect the money. | 00:19:09 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              27

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  From the -- I would | 00:19:10 |
| 2 | assume from the family members. | 00:19:11 |
| 3 | MR. BHAMBA:  Family. | 00:19:15 |
| 4 | SPECIAL AGENT APONTE:  Okay. | 00:19:16 |
| 5 | MR. BHAMBA:  And sometimes we didn't -- I | 00:19:17 |
| 6 | didn't even go, I would just check them in over | 00:19:18 |
| 7 | there in Miami, and they would just fly from the -- | 00:19:20 |
| 8 | you know.  In those days, there was no ID, no | 00:19:23 |
| 9 | nothing.  Only thing was you got a boarding pass, | 00:19:26 |
| 10 | and that was it. | 00:19:53 |
| 11 | SPECIAL AGENT APONTE:  Okay.  So do you | 00:20:02 |
| 12 | have -- are you in contact with the people that | 00:20:04 |
| 13 | introduced you to this business?  Are they still in | 00:20:06 |
| 14 | business? | 00:20:09 |
| 15 | MR. BHAMBA:  The first people who | 00:20:10 |
| 16 | (inaudible), yeah.  They are all there, but -- | 00:20:12 |
| 17 | SPECIAL AGENT APONTE:  We're back -- | 00:20:13 |
| 18 | MR. BHAMBA:  The first -- | 00:20:14 |
| 19 | SPECIAL AGENT APONTE:  -- to '92 here. | 00:20:14 |
| 20 | MR. BHAMBA:  Yeah.  The first guy who was -- | 00:20:15 |
| 21 | his name was Afrik.  Afrik.  Afrik Singh. | 00:20:17 |
| 22 | SPECIAL AGENT APONTE:  A -- can you spell it | 00:20:21 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    28

| | | |
|---|---|---|
| 1 | for me? | 00:20:27 |
| 2 | MR. BHAMBA:  Afrik.  A-f-r-i-k.  Afrik | 00:20:30 |
| 3 | Singh.  And he used to send them, you know, from | 00:20:32 |
| 4 | there, and at that time, there's one guy who you | 00:20:36 |
| 5 | have in your system, he was caught, also.  He would | 00:20:39 |
| 6 | also send people to me.  His name was -- | 00:20:42 |
| 7 | SPECIAL AGENT APONTE:  Let me ask you | 00:20:45 |
| 8 | something.  You said Afrik.  He still operates? | 00:20:46 |
| 9 | MR. BHAMBA:  His son does it now. | 00:20:49 |
| 10 | SPECIAL AGENT APONTE:  His son? | 00:20:50 |
| 11 | MR. BHAMBA:  Son does. | 00:20:51 |
| 12 | SPECIAL AGENT APONTE:  Okay.  And he's | 00:20:51 |
| 13 | operating out of where?  Out of what state? | 00:20:52 |
| 14 | MR. BHAMBA:  He, what he -- he's operating | 00:20:54 |
| 15 | out of India.  And his son, I think one of his sons | 00:20:57 |
| 16 | is a citizen of something over there, and states. | 00:21:02 |
| 17 | And one son is -- he is a big time sort of gambler. | 00:21:05 |
| 18 | He was one of the main -- one of the top guns from | 00:21:10 |
| 19 | the '90s, all the way to 2005. | 00:21:16 |
| 20 | SPECIAL AGENT APONTE:  Are you in contact | 00:21:20 |
| 21 | with Afrik or his son? | 00:21:21 |
| 22 | MR. BHAMBA:  No.  No.  I'm not.  I got out | 00:21:22 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              29

| | | |
|---|---|---|
| 1 | of it because I went blank for 12 years. | 00:21:25 |
| 2 | SPECIAL AGENT APONTE:  Okay. | 00:21:29 |
| 3 | MR. BHAMBA:  Okay.  So I lost the contact | 00:21:30 |
| 4 | with him. | 00:21:31 |
| 5 | SPECIAL AGENT APONTE:  Okay.  So Afrik. | 00:21:32 |
| 6 | What I am doing here, I am trying to keep | 00:21:34 |
| 7 | up, control and tab, and you can remember -- | 00:21:36 |
| 8 | MR. BHAMBA:  Okay. | 00:21:39 |
| 9 | SPECIAL AGENT APONTE:  -- I am laying -- I | 00:21:39 |
| 10 | am drawing everything out here, and then we will tie | 00:21:40 |
| 11 | it later on. | 00:21:43 |
| 12 | MR. BHAMBA:  Tie it.  Okay. | 00:21:44 |
| 13 | SPECIAL AGENT APONTE:  But we are going to | 00:21:44 |
| 14 | go step by step.  I want to be able to understand | 00:21:46 |
| 15 | how everything started, okay? | 00:21:48 |
| 16 | MR. BHAMBA:  Okay. | 00:21:50 |
| 17 | SPECIAL AGENT APONTE:  In 1992 you | 00:21:50 |
| 18 | engaged -- | 00:21:51 |
| 19 | MR. BHAMBA:  And he -- out of that, that was | 00:21:52 |
| 20 | another guy over here, Nick, Nick in the Bahamas, I | 00:21:55 |
| 21 | used to talk to him.  I talked to Ken Fold | 00:21:59 |
| 22 | (phonetic). | 00:22:03 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              30

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  You are not in | 00:22:04 |
| 2 | contact with him any more? | 00:22:05 |
| 3 | MR. BHAMBA:  Nick, he got arrested, and he | 00:22:07 |
| 4 | did 12 years.  Now he is doing business from | 00:22:08 |
| 5 | Guatemala or someplace like that. | 00:22:12 |
| 6 | SPECIAL AGENT APONTE:  Still doing business? | 00:22:14 |
| 7 | MR. BHAMBA:  He's doing -- still doing.  He | 00:22:14 |
| 8 | did five years from -- he was picked up in Bahamas, | 00:22:16 |
| 9 | and he did five or ten years, and he was -- he's | 00:22:22 |
| 10 | still, you know. | 00:22:25 |
| 11 | I also worked with another guy, his name was | 00:22:27 |
| 12 | Mohan.  He was also doing business from Bahamas. | 00:22:29 |
| 13 | And these old guys, you know, they were -- | 00:22:34 |
| 14 | SPECIAL AGENT APONTE:  What was the other | 00:22:36 |
| 15 | name?  Nick? | 00:22:37 |
| 16 | MR. BHAMBA:  Nick. | 00:22:38 |
| 17 | SPECIAL AGENT APONTE:  And what else, what | 00:22:39 |
| 18 | was the -- | 00:22:39 |
| 19 | MR. BHAMBA:  And that what Mohan.  He's in | 00:22:39 |
| 20 | custody.  He's in your custody. | 00:22:41 |
| 21 | SPECIAL AGENT APONTE:  How do you spell | 00:22:42 |
| 22 | that? | 00:22:50 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              31

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  He's Sri Lankan. | 00:22:50 |
| 2 | SPECIAL AGENT APONTE:  How do you spell it? | 00:22:51 |
| 3 | MR. BHAMBA:  M-o-h-e-n -- a-n.  And his | 00:22:52 |
| 4 | nickname is "doctor." | 00:22:52 |
| 5 | SPECIAL AGENT APONTE:  The doctor. | 00:22:53 |
| 6 | MR. BHAMBA:  Doctor.  He's in Miami custody | 00:22:54 |
| 7 | right now. | 00:22:56 |
| 8 | SPECIAL AGENT APONTE:  He's in Miami. | 00:22:57 |
| 9 | MR. BHAMBA:  He's supposed to be able to | 00:22:57 |
| 10 | leave sometime this year or something. | 00:22:58 |
| 11 | SPECIAL AGENT APONTE:  He's in prison? | 00:23:01 |
| 12 | MR. BHAMBA:  He's in prison.  He was picked | 00:23:03 |
| 13 | up in -- | 00:23:06 |
| 14 | SPECIAL AGENT APONTE:  Is he in immigration | 00:23:07 |
| 15 | prison or he's making -- he's doing time for | 00:23:09 |
| 16 | smuggling? | 00:23:11 |
| 17 | MR. BHAMBA:  No, he's doing time for | 00:23:12 |
| 18 | smuggling.  He was picked up from the Bahamas. | 00:23:13 |
| 19 | SPECIAL AGENT APONTE:  Okay.  The doctor. | 00:23:16 |
| 20 | Okay.  Good. | 00:23:19 |
| 21 | MR. BHAMBA:  He's Canadian.  He's a Canadian | 00:23:20 |
| 22 | national, but he's a Sri Lankan. | 00:23:22 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          32

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Canadian, dual | 00:23:25 |
| 2 | citizen -- nationality? | 00:23:26 |
| 3 | MR. BHAMBA:  Yeah. | 00:23:27 |
| 4 | SPECIAL AGENT APONTE:  Okay.  And Nick here, | 00:23:29 |
| 5 | you said that he -- | 00:23:30 |
| 6 | MR. BHAMBA:  Nick, he was in the Bahamas. | 00:23:31 |
| 7 | He had citizenship or something in the Bahamas.  And | 00:23:33 |
| 8 | he did time.  He was in your record.  Now he is in | 00:23:37 |
| 9 | Guatemala.  He's doing the road people.  He's not | 00:23:40 |
| 10 | working for Bahamas no more, but he's responsible | 00:23:45 |
| 11 | for smuggling the people by the road from Ecuador | 00:23:48 |
| 12 | to -- to Mexico, and Mexico to -- | 00:23:57 |
| 13 | SPECIAL AGENT APONTE:  Uh-huh. | 00:24:03 |
| 14 | MR. BHAMBA:  There's -- this is old timers | 00:24:03 |
| 15 | that I know from -- I stopped everything after I got | 00:24:05 |
| 16 | my time.  I was locked up in Miami in 1999. | 00:24:09 |
| 17 | SPECIAL AGENT APONTE:  Okay.  Let me write | 00:24:15 |
| 18 | that. | 00:24:19 |
| 19 | So you're locked up.  So when you say locked | 00:24:19 |
| 20 | up, you were arrested? | 00:24:21 |
| 21 | MR. BHAMBA:  I was arrested. | 00:24:22 |
| 22 | SPECIAL AGENT APONTE:  And who arrested you? | 00:24:23 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              33

| | | |
|---|---|---|
| 1 | MR. BHAMBA: I was arrested -- the police. | 00:24:25 |
| 2 | Okay. Basically, I was picking up something like 12 | 00:24:28 |
| 3 | Indians. | 00:24:33 |
| 4 | SPECIAL AGENT APONTE: So what police | 00:24:34 |
| 5 | department, do you remember? | 00:24:34 |
| 6 | MR. BHAMBA: I think it was Miami Dade. | 00:24:35 |
| 7 | SPECIAL AGENT APONTE: And you were arrested | 00:24:41 |
| 8 | and charged with? | 00:24:42 |
| 9 | MR. BHAMBA: Human smuggling. Aiding and | 00:24:43 |
| 10 | abetting. | 00:24:47 |
| 11 | SPECIAL AGENT APONTE: Human smuggling, | 00:24:49 |
| 12 | okay. | 00:24:49 |
| 13 | MR. BHAMBA: Aiding and abetting. Because, | 00:24:50 |
| 14 | see, I really hadn't gone to Bahamas or anything. I | 00:24:51 |
| 15 | was on this side. I had just rented a van. And my | 00:24:54 |
| 16 | reason for going was I normally never went to pick | 00:24:57 |
| 17 | up anyone. | 00:25:01 |
| 18 | SPECIAL AGENT APONTE: Okay. | 00:25:02 |
| 19 | MR. BHAMBA: I would just transfer them once | 00:25:02 |
| 20 | they were over there. But this time what happened, | 00:25:04 |
| 21 | one of the guys got injured, and he had a broken | 00:25:06 |
| 22 | shoulder. And I was told to collect him, that, you | 00:25:11 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                      34

1    know, and take him to the hospital.  So that's why I          00:25:14

2    had the van, and I was going to take him to the              00:25:17

3    hospital.  But when I went to the beach side, you            00:25:19

4    know, with my lights on, one cop car came, okay, I           00:25:22

5    had an opportunity to run, I could have taken away,          00:25:27

6    but the guys didn't speak any English, and the cop          00:25:30

7    was panicky.                                                 00:25:34

8         And he said, you know, don't run.  And the             00:25:36

9    guys wouldn't listen, and they were running.  And he        00:25:38

10   panicked, seeing 12, 13 people, 14 people, you know,        00:25:41

11   running around.  And he said, I'm going to shoot.          00:25:44

12        Now, I thought that if the officer shoots             00:25:46

13   and someone dies, I'm going to be responsible for          00:25:49

14   the homicide, you know, the murder that happened,          00:25:52

15   you know.  Because I brought these -- I am taking          00:25:55

16   care of them.  The guy who brought them, he's gone.        00:25:58

17   But I am over here red-handed on that.                     00:26:01

18        So I decided to, you know, tell them to, you          00:26:03

19   know, shut up, and, you know, in my language,              00:26:06

20   (inaudible), you know, he's not going to kill you or       00:26:10

21   anything, he's not going to harm you, just put your       00:26:12

22   hands in the air, and he's afraid you might shoot         00:26:14

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    35

| | | |
|---|---|---|
| 1 | him or whatever.  So he's telling you to put your | 00:26:18 |
| 2 | hands in the air and just take it easy, and he's | 00:26:20 |
| 3 | going to just arrest you, and you're going to go | 00:26:22 |
| 4 | free, no problem. | 00:26:25 |
| 5 | SPECIAL AGENT APONTE:  Uh-huh. | 00:26:26 |
| 6 | MR. BHAMBA:  So, and I told the officer that | 00:26:26 |
| 7 | these guys aren't armed, they don't understand | 00:26:28 |
| 8 | English, so let me translate.  And that's why they | 00:26:30 |
| 9 | are panicky.  No one has guns, no one has any | 00:26:33 |
| 10 | narcotics or anything, so. | 00:26:36 |
| 11 | SPECIAL AGENT APONTE:  Uh-huh. | 00:26:38 |
| 12 | MR. BHAMBA:  So I -- | 00:26:38 |
| 13 | SPECIAL AGENT APONTE:  Okay.  Tell me a | 00:26:41 |
| 14 | little bit more about that.  So you were arrested | 00:26:41 |
| 15 | by -- you think it was Miami Dade, and you are | 00:26:44 |
| 16 | charged with human smuggling? | 00:26:46 |
| 17 | MR. BHAMBA:  Yes. | 00:26:48 |
| 18 | SPECIAL AGENT APONTE:  Aiding and abetting? | 00:26:48 |
| 19 | MR. BHAMBA:  Yes, I was in Palmdale prison, | 00:26:49 |
| 20 | and then I was -- | 00:26:51 |
| 21 | SPECIAL AGENT APONTE:  What is Palmdale? | 00:26:52 |
| 22 | Palm Beach, you said? | 00:26:53 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    36

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Palm Beach, Palm Beach, Palm | 00:26:54 |
| 2 | Beach. | 00:26:55 |
| 3 | SPECIAL AGENT APONTE:  Oh, Palm Beach. | 00:26:55 |
| 4 | MR. BHAMBA:  I was in Palm Beach prison, | 00:26:56 |
| 5 | then I was sent to the federal prison.  I got one | 00:26:57 |
| 6 | year, one day. | 00:27:05 |
| 7 | SPECIAL AGENT APONTE:  Okay. | 00:27:15 |
| 8 | MR. BHAMBA:  And after that I was sent to | 00:27:17 |
| 9 | Krome, and from Krome I was sent back to -- | 00:27:18 |
| 10 | SPECIAL AGENT APONTE:  (Inaudible) you pled | 00:27:20 |
| 11 | guilty to that? | 00:27:22 |
| 12 | MR. BHAMBA:  Yeah.  I -- no contest. | 00:27:23 |
| 13 | SPECIAL AGENT APONTE:  No contest, okay. | 00:27:25 |
| 14 | But they sent you to federal prison, it was | 00:27:27 |
| 15 | Palm Beach prison, and then they sent you to federal | 00:27:29 |
| 16 | prison. | 00:27:31 |
| 17 | MR. BHAMBA:  Yeah.  I did -- | 00:27:32 |
| 18 | SPECIAL AGENT APONTE:  And you did one year, | 00:27:32 |
| 19 | one day. | 00:27:33 |
| 20 | MR. BHAMBA:  Yeah.  All in time that was | 00:27:33 |
| 21 | with the -- the time I did (inaudible) jail and | 00:27:37 |
| 22 | (inaudible) three, four -- | 00:27:41 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    37

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  That they credited | 00:27:41 |
| 2 | you for the time that you did in state. | 00:27:42 |
| 3 | MR. BHAMBA:  Yeah. | 00:27:44 |
| 4 | SPECIAL AGENT APONTE:  Okay, good. | 00:27:44 |
| 5 | And what happened after that? | 00:27:45 |
| 6 | MR. BHAMBA:  They sent me back to India, | 00:27:48 |
| 7 | and, Afrik, he made me a passport in another name. | 00:27:51 |
| 8 | I applied for a visa, got a visa, under the name of | 00:27:55 |
| 9 | Rajinder Kumar. | 00:27:59 |
| 10 | SPECIAL AGENT APONTE:  So you -- I would | 00:28:02 |
| 11 | assume that you -- after you served your time in | 00:28:04 |
| 12 | federal prison in Miami -- | 00:28:07 |
| 13 | MR. BHAMBA:  Yes. | 00:28:09 |
| 14 | SPECIAL AGENT APONTE:  -- they sent you to | 00:28:09 |
| 15 | immigration? | 00:28:10 |
| 16 | MR. BHAMBA:  Yes. | 00:28:11 |
| 17 | SPECIAL AGENT APONTE:  And they deported | 00:28:11 |
| 18 | you? | 00:28:12 |
| 19 | MR. BHAMBA:  Deported me. | 00:28:12 |
| 20 | SPECIAL AGENT APONTE:  Okay.  Back to India. | 00:28:13 |
| 21 | MR. BHAMBA:  Yeah. | 00:28:15 |
| 22 | SPECIAL AGENT APONTE:  And once in India -- | 00:28:15 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                38

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  He gave me a passport, he -- | 00:28:17 |
| 2 | SPECIAL AGENT APONTE:  When you say "he," | 00:28:18 |
| 3 | who are you referring -- | 00:28:19 |
| 4 | MR. BHAMBA:  Afrik. | 00:28:20 |
| 5 | SPECIAL AGENT APONTE:  Afrik. | 00:28:20 |
| 6 | MR. BHAMBA:  Yeah. | 00:28:20 |
| 7 | SPECIAL AGENT APONTE:  Okay. | 00:28:21 |
| 8 | MR. BHAMBA:  He's sick now.  And, you know, | 00:28:21 |
| 9 | he's in a bad way.  But his son is doing stuff on | 00:28:24 |
| 10 | it. | 00:28:28 |
| 11 | SPECIAL AGENT APONTE:  And this happened | 00:28:28 |
| 12 | what year, more or less? | 00:28:30 |
| 13 | MR. BHAMBA:  It was in 2000. | 00:28:31 |
| 14 | SPECIAL AGENT APONTE:  So you were arrested | 00:28:33 |
| 15 | in 2000 -- in '99? | 00:28:35 |
| 16 | MR. BHAMBA:  '99. | 00:28:36 |
| 17 | SPECIAL AGENT APONTE:  In '99. | 00:28:36 |
| 18 | MR. BHAMBA:  And I came out in 2000, I | 00:28:37 |
| 19 | think.  And I was arrested 1999, in December, I | 00:28:41 |
| 20 | think. | 00:28:45 |
| 21 | SPECIAL AGENT APONTE:  So in about the year | 00:28:46 |
| 22 | 2000 -- | 00:28:49 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              39

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah. | 00:28:50 |
| 2 | SPECIAL AGENT APONTE:  -- you were back in | 00:28:51 |
| 3 | India, and Afrik gave you -- | 00:28:52 |
| 4 | MR. BHAMBA:  A passport under Rajinder | 00:28:54 |
| 5 | Kumar. | 00:28:55 |
| 6 | SPECIAL AGENT APONTE:  And are we referring | 00:28:56 |
| 7 | to this passport that I have in my hand. | 00:28:57 |
| 8 | MR. BHAMBA:  No, no.  That's says Bhupinder | 00:28:59 |
| 9 | Kumar, but he gave me Rajinder Kumar. | 00:29:00 |
| 10 | SPECIAL AGENT APONTE:  Oh, it was a | 00:29:04 |
| 11 | different name? | 00:29:05 |
| 12 | MR. BHAMBA:  Different name. | 00:29:07 |
| 13 | SPECIAL AGENT APONTE:  Okay. | 00:29:09 |
| 14 | MR. BHAMBA:  Rajinder Kumar. | 00:29:09 |
| 15 | SPECIAL AGENT APONTE:  Rajinder, you said, | 00:29:10 |
| 16 | right? | 00:29:11 |
| 17 | MR. BHAMBA:  Yeah.  R-a-j-i-n-d-e-r. | 00:29:11 |
| 18 | SPECIAL AGENT APONTE:  Let me -- R-a -- | 00:29:12 |
| 19 | MR. BHAMBA:  J-i-n -- | 00:29:15 |
| 20 | SPECIAL AGENT APONTE:  R-a-j -- | 00:29:16 |
| 21 | MR. BHAMBA:  I-n -- | 00:29:18 |
| 22 | SPECIAL AGENT APONTE:  Uh-huh. | 00:29:19 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    40

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  D-e-r.  Kumar. | 00:29:19 |
| 2 | SPECIAL AGENT APONTE:  Rajinder. | 00:29:22 |
| 3 | MR. BHAMBA:  Kumar. | 00:29:23 |
| 4 | SPECIAL AGENT APONTE:  Kumar. | 00:29:23 |
| 5 | And that name, Rajinder Kumar -- | 00:29:24 |
| 6 | MR. BHAMBA:  Yeah. | 00:29:27 |
| 7 | SPECIAL AGENT APONTE:  -- you used it -- | 00:29:27 |
| 8 | MR. BHAMBA:  Yeah.  I got a visa. | 00:29:28 |
| 9 | SPECIAL AGENT APONTE:  A United States visa? | 00:29:30 |
| 10 | MR. BHAMBA:  A ten-year visa. | 00:29:31 |
| 11 | SPECIAL AGENT APONTE:  We are talking about | 00:29:33 |
| 12 | a US visa, right? | 00:29:36 |
| 13 | MR. BHAMBA:  Yeah. | 00:29:37 |
| 14 | SPECIAL AGENT APONTE:  And then -- | 00:29:38 |
| 15 | MR. BHAMBA:  I traveled to -- | 00:29:39 |
| 16 | SPECIAL AGENT APONTE:  And you traveled to | 00:29:40 |
| 17 | the United States. | 00:29:42 |
| 18 | MR. BHAMBA:  Yes.  And -- | 00:29:44 |
| 19 | SPECIAL AGENT APONTE:  And do you remember | 00:29:45 |
| 20 | when you first traveled with that visa, what year | 00:29:47 |
| 21 | was it? | 00:29:51 |
| 22 | MR. BHAMBA:  I -- | 00:29:55 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    41

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  More or less.  I know | 00:29:55 |
| 2 | it has been a while. | 00:29:56 |
| 3 | MR. BHAMBA:  I had that -- I had that | 00:29:57 |
| 4 | passport before I was arrested, because he had given | 00:30:00 |
| 5 | me one or two passports, you know, in different | 00:30:04 |
| 6 | names. | 00:30:09 |
| 7 | SPECIAL AGENT APONTE:  Uh-huh. | 00:30:09 |
| 8 | MR. BHAMBA:  Okay, because, you know, there | 00:30:10 |
| 9 | were too many stamps.  If I had to go to Bahamas, or | 00:30:11 |
| 10 | I had to go to Jamaica, and there would be too many | 00:30:14 |
| 11 | stamps. | 00:30:17 |
| 12 | SPECIAL AGENT APONTE:  Uh-huh. | 00:30:18 |
| 13 | MR. BHAMBA:  And he gave me one or two | 00:30:18 |
| 14 | passports, and, you know, I would travel on them. | 00:30:20 |
| 15 | First he got me a one-year visa, I think, on the | 00:30:23 |
| 16 | passport.  I got a one-year visa, I came once or | 00:30:28 |
| 17 | twice on that, and then I used other real passport, | 00:30:30 |
| 18 | because I had a work permit, I used for travel on | 00:30:33 |
| 19 | that. | 00:30:36 |
| 20 | SPECIAL AGENT APONTE:  Do you have that | 00:30:36 |
| 21 | passport still, the (inaudible) one? | 00:30:37 |
| 22 | MR. BHAMBA:  No, that passport is with that | 00:30:39 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          42

| | | |
|---|---|---|
| 1 | Moroccan lady.  Okay. | 00:30:43 |
| 2 | SPECIAL AGENT APONTE:  We will get to that. | 00:30:44 |
| 3 | MR. BHAMBA:  Okay. | 00:30:46 |
| 4 | SPECIAL AGENT APONTE:  We will get to that. | 00:30:46 |
| 5 | But you don't have it at this point? | 00:30:49 |
| 6 | MR. BHAMBA:  No, I don't. | 00:30:50 |
| 7 | SPECIAL AGENT APONTE:  Okay.  So you | 00:30:52 |
| 8 | applied, you came into United States with -- entered | 00:30:53 |
| 9 | with a visa. | 00:30:56 |
| 10 | MR. BHAMBA:  Yes. | 00:30:57 |
| 11 | SPECIAL AGENT APONTE:  So I would assume | 00:30:57 |
| 12 | they gave you -- | 00:30:58 |
| 13 | MR. BHAMBA:  Everyone who works on this, | 00:30:58 |
| 14 | they have not one passport, okay.  Now because of | 00:31:00 |
| 15 | this problem, fingerprint problem, that's why they | 00:31:04 |
| 16 | don't come.  But normally when they are coming to | 00:31:08 |
| 17 | Mexico on another places there, it is a genuine | 00:31:10 |
| 18 | passport. | 00:31:13 |
| 19 | SPECIAL AGENT APONTE:  How did you get this | 00:31:14 |
| 20 | passport? | 00:31:15 |
| 21 | MR. BHAMBA:  From the passport office. | 00:31:15 |
| 22 | SPECIAL AGENT APONTE:  Passport office. | 00:31:17 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          43

| | | |
|---|---|---|
| 1 | And who got you this identity here?  Who -- | 00:31:18 |
| 2 | MR. BHAMBA:  This was the current guy, one | 00:31:21 |
| 3 | working with the Pablo, Paul. | 00:31:24 |
| 4 | SPECIAL AGENT APONTE:  Okay.  So let me -- I | 00:31:26 |
| 5 | want to understand it.  This passport over here is a | 00:31:27 |
| 6 | legitimate passport? | 00:31:30 |
| 7 | MR. BHAMBA:  Legitimate passport. | 00:31:31 |
| 8 | SPECIAL AGENT APONTE:  Okay. | 00:31:34 |
| 9 | MR. BHAMBA:  Only thing is my name is | 00:31:34 |
| 10 | changed. | 00:31:35 |
| 11 | SPECIAL AGENT APONTE:  The name is changed. | 00:31:36 |
| 12 | So -- | 00:31:38 |
| 13 | MR. BHAMBA:  And that's what happens in | 00:31:39 |
| 14 | India.  What they do is they get you -- you get | 00:31:40 |
| 15 | different -- everyone has one or two or three | 00:31:43 |
| 16 | passports.  So they are traveling through the | 00:31:45 |
| 17 | system.  Ever since you get the fingerprint system, | 00:31:47 |
| 18 | okay, it is impossible.  But, still, they are | 00:31:50 |
| 19 | traveling to Europe and -- | 00:31:52 |
| 20 | SPECIAL AGENT APONTE:  But in order to get | 00:31:55 |
| 21 | this passport, in order to get this passport, did | 00:31:56 |
| 22 | you go to a government office? | 00:31:58 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              44

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yes. | 00:32:01 |
| 2 | SPECIAL AGENT APONTE:  And everything | 00:32:01 |
| 3 | legally? | 00:32:02 |
| 4 | MR. BHAMBA:  Legally. | 00:32:02 |
| 5 | SPECIAL AGENT APONTE:  There is not a | 00:32:03 |
| 6 | passport that you bought in the street? | 00:32:04 |
| 7 | MR. BHAMBA:  No, no, no. | 00:32:05 |
| 8 | SPECIAL AGENT APONTE:  This is, you went | 00:32:07 |
| 9 | there and applied? | 00:32:07 |
| 10 | MR. BHAMBA:  Applied.  And they have people | 00:32:08 |
| 11 | who they pay.  They tell you to go to which counter, | 00:32:10 |
| 12 | what, and -- | 00:32:12 |
| 13 | SPECIAL AGENT APONTE:  Okay.  Okay, good. | 00:32:15 |
| 14 | Now, do you have a passport with your real | 00:32:17 |
| 15 | name? | 00:32:19 |
| 16 | MR. BHAMBA:  No, sir. | 00:32:20 |
| 17 | SPECIAL AGENT APONTE:  No. | 00:32:20 |
| 18 | MR. BHAMBA:  My real passport stays in | 00:32:21 |
| 19 | custody because I -- they were sending me with some | 00:32:23 |
| 20 | guys on a fake visa to Haiti. | 00:32:26 |
| 21 | SPECIAL AGENT APONTE:  And when you say in | 00:32:29 |
| 22 | custody, who's got your document? | 00:32:30 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          45

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  The immigration. | 00:32:32 |
| 2 | SPECIAL AGENT APONTE:  Immigration where? | 00:32:34 |
| 3 | MR. BHAMBA:  In India. | 00:32:35 |
| 4 | SPECIAL AGENT APONTE:  In India. | 00:32:36 |
| 5 | MR. BHAMBA:  Yeah. | 00:32:37 |
| 6 | SPECIAL AGENT APONTE:  And what would | 00:32:38 |
| 7 | they -- why would they have it? | 00:32:39 |
| 8 | MR. BHAMBA:  Because I had a fake visa on | 00:32:41 |
| 9 | it, you know -- | 00:32:42 |
| 10 | SPECIAL AGENT APONTE:  Okay. | 00:32:43 |
| 11 | MR. BHAMBA:  -- for Haiti, and I didn't need | 00:32:43 |
| 12 | a visa.  But because they were sending guys to | 00:32:45 |
| 13 | Mexico, I was supposed to bring them to Curacao, on | 00:32:48 |
| 14 | my way to Jamaica, and, you know, to stop in Bahamas | 00:32:51 |
| 15 | and all that.  So I was coming on this side, and I | 00:32:57 |
| 16 | was supposed to carry five of the guys. | 00:32:59 |
| 17 | And it's like, the business is very -- | 00:33:03 |
| 18 | frankly, the reason why you can't stop it is, it is | 00:33:04 |
| 19 | a franchising.  There are different people in India | 00:33:08 |
| 20 | who take the money, they never set foot outside. | 00:33:13 |
| 21 | They finance, they run things, they distribute the | 00:33:16 |
| 22 | money. | 00:33:23 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    46

| | | |
|---|---|---|
| 1 | I am like a worker, okay.  He would procure | 00:33:24 |
| 2 | it, you know, guy, send them to me, I would send | 00:33:28 |
| 3 | them to do the dirty work, and he would get paid | 00:33:32 |
| 4 | over there in India, or over there.  And then he | 00:33:37 |
| 5 | would pay me something for my services, okay. | 00:33:39 |
| 6 | SPECIAL AGENT APONTE:  Uh-huh. | 00:33:43 |
| 7 | MR. BHAMBA:  Okay.  So let's say I get | 00:33:43 |
| 8 | knocked off.  He has another guy willing to replace | 00:33:45 |
| 9 | me. | 00:33:51 |
| 10 | SPECIAL AGENT APONTE:  Uh-huh. | 00:33:51 |
| 11 | MR. BHAMBA:  Okay.  What -- | 00:33:52 |
| 12 | SPECIAL AGENT APONTE:  I would assume | 00:33:52 |
| 13 | you're -- to better understand this, I mean, you | 00:33:54 |
| 14 | are -- you are -- | 00:33:57 |
| 15 | MR. BHAMBA:  I'm still working. | 00:33:57 |
| 16 | SPECIAL AGENT APONTE:  -- an important | 00:33:58 |
| 17 | person.  You're a skilled worker because -- | 00:33:58 |
| 18 | MR. BHAMBA:  Yeah. | 00:34:00 |
| 19 | SPECIAL AGENT APONTE:  -- you have the | 00:34:00 |
| 20 | contacts and you got -- | 00:34:00 |
| 21 | MR. BHAMBA:  Yeah.  And that is my -- I know | 00:34:02 |
| 22 | the language, okay, I know -- I have been in this | 00:34:04 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    47

| | | |
|---|---|---|
| 1 | business for so long, and I have got a reputation | 00:34:08 |
| 2 | that I went to jail, and I didn't snitch on anyone. | 00:34:11 |
| 3 | SPECIAL AGENT APONTE:  I see. | 00:34:15 |
| 4 | MR. BHAMBA:  So that's why everyone is | 00:34:15 |
| 5 | confident on me. | 00:34:17 |
| 6 | SPECIAL AGENT APONTE:  They're confident on | 00:34:18 |
| 7 | you. | 00:34:19 |
| 8 | MR. BHAMBA:  That I won't do any -- now they | 00:34:19 |
| 9 | think they have my son, and they don't have to pay | 00:34:21 |
| 10 | me, they can blackmail me. | 00:34:24 |
| 11 | SPECIAL AGENT APONTE:  Now, it is important, | 00:34:26 |
| 12 | and I probably missed it, to ask you this at first. | 00:34:27 |
| 13 | Does anyone else know that you came forward and that | 00:34:32 |
| 14 | you are talking to us? | 00:34:35 |
| 15 | MR. BHAMBA:  No, not a soul.  Not a soul. | 00:34:37 |
| 16 | SPECIAL AGENT APONTE:  Never -- | 00:34:38 |
| 17 | MR. BHAMBA:  Not a soul. | 00:34:39 |
| 18 | SPECIAL AGENT APONTE:  -- been a person? | 00:34:39 |
| 19 | Because you initially said that you are living here | 00:34:40 |
| 20 | with a friend. | 00:34:42 |
| 21 | MR. BHAMBA:  Yeah, he doesn't know. | 00:34:43 |
| 22 | SPECIAL AGENT APONTE:  He doesn't know. | 00:34:44 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                     48

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah.  He thinks that I am | 00:34:45 |
| 2 | doing some business for sending people to Puerto | 00:34:46 |
| 3 | Rico, I am meeting someone else. | 00:34:48 |
| 4 | SPECIAL AGENT APONTE:  Okay.  Okay. | 00:34:50 |
| 5 | MR. BHAMBA:  So that's the ruse I have. | 00:34:51 |
| 6 | SPECIAL AGENT APONTE:  Okay.  Very good. | 00:34:53 |
| 7 | Very good.  It is very important. | 00:34:54 |
| 8 | MR. BHAMBA:  Yeah, okay.  Only person who | 00:34:55 |
| 9 | knows that, Mr. Larko, I said I would have to tell | 00:34:58 |
| 10 | my wife, okay, in Canada.  But she's not going to | 00:35:04 |
| 11 | say anything to anyone, because she said, if they | 00:35:07 |
| 12 | get into my -- they try to threaten me, because they | 00:35:11 |
| 13 | are threatening her, also.  We're going to come over | 00:35:14 |
| 14 | there, and we're going beat you up, and this and | 00:35:17 |
| 15 | that, and blah, blah.  And she said, if something | 00:35:19 |
| 16 | else, Mr. Larko is going to call the police.  And if | 00:35:22 |
| 17 | they -- | 00:35:24 |
| 18 | SPECIAL AGENT APONTE:  Absolutely. | 00:35:24 |
| 19 | MR. BHAMBA:  Yeah.  And if they still | 00:35:24 |
| 20 | persist, you can tell them that, you know, my | 00:35:26 |
| 21 | husband is assisting -- | 00:35:32 |
| 22 | SPECIAL AGENT APONTE:  Do you believe that | 00:35:33 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              49

| | | |
|---|---|---|
| 1 | they are capable of reaching out to her in Canada? | 00:35:34 |
| 2 | MR. BHAMBA:  Believe me, at this point -- | 00:35:40 |
| 3 | okay.  Per person, they are making about 30 lakhs. | 00:35:42 |
| 4 | 30 lakhs is something like 50, 55 thousand US | 00:35:46 |
| 5 | dollars -- | 00:35:53 |
| 6 | SPECIAL AGENT APONTE:  Uh-huh. | 00:35:54 |
| 7 | MR. BHAMBA:  Okay.  Now, all they have to do | 00:35:54 |
| 8 | is get the person out of India, and they are paying | 00:35:58 |
| 9 | immigration over there. | 00:36:02 |
| 10 | SPECIAL AGENT APONTE:  Uh-huh. | 00:36:04 |
| 11 | MR. BHAMBA:  They are paying boarding pass | 00:36:04 |
| 12 | people over there. | 00:36:05 |
| 13 | SPECIAL AGENT APONTE:  Uh-huh. | 00:36:07 |
| 14 | MR. BHAMBA:  And they are getting the people | 00:36:07 |
| 15 | to Quito, they are getting the people to Guyana, | 00:36:10 |
| 16 | they are getting the people to Haiti.  There is a | 00:36:14 |
| 17 | set system that people like me, okay, I am in a | 00:36:18 |
| 18 | position where I help everyone so I sort of am | 00:36:22 |
| 19 | neutral, I can, you know, talk to anyone.  I have | 00:36:26 |
| 20 | all the numbers.  Okay.  All I have to do is if I -- | 00:36:29 |
| 21 | you have to set me up is, I do take one or two | 00:36:33 |
| 22 | people, show them, oh, I found a new, you know, | 00:36:36 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          50

| # | | Time |
|---|---|---|
| 1 | route, and everyone will come flocking to me because | 00:36:41 |
| 2 | they think I know everything. | 00:36:44 |
| 3 | SPECIAL AGENT APONTE:  You have to show them | 00:36:47 |
| 4 | proof. | 00:36:48 |
| 5 | MR. BHAMBA:  Yeah. | 00:36:50 |
| 6 | SPECIAL AGENT APONTE:  Okay. | 00:36:50 |
| 7 | MR. BHAMBA:  Paul -- | 00:36:51 |
| 8 | SPECIAL AGENT APONTE:  I am going to pause | 00:36:52 |
| 9 | for one second. | 00:36:53 |
| 10 | (Short pause in the audio recording.) | |
| 11 | SPECIAL AGENT APONTE:  Okay.  After a quick | 00:00:00 |
| 12 | break, we're back online.  So I am recording now, | 00:00:02 |
| 13 | okay? | 00:00:06 |
| 14 | MR. BHAMBA:  And so it is basically Guyana | 00:00:06 |
| 15 | is now the hot spot.  Ecuador is a hot spot.  Brazil | 00:00:10 |
| 16 | is a hot spot. | 00:00:14 |
| 17 | SPECIAL AGENT APONTE:  You say Guyana. | 00:00:16 |
| 18 | MR. BHAMBA:  Guyana.  People are going | 00:00:17 |
| 19 | there, the immigration is getting paid to put them | 00:00:19 |
| 20 | in.  Haiti, the immigration charges about 1,500 | 00:00:23 |
| 21 | dollars, you can get anyone in. | 00:00:26 |
| 22 | SPECIAL AGENT APONTE:  Uh-huh. | 00:00:29 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    51

| | |
|---|---|
| 1   MR. BHAMBA:  Okay, over here, the visa is | 00:00:29 |
| 2   sold in India for the Dominican Republic for 95,000, | 00:00:32 |
| 3   that's 100 or 1,500 dollars, okay.  So it is the | 00:00:36 |
| 4   system. | 00:00:39 |
| 5   SPECIAL AGENT APONTE:  Yeah.  I totally | 00:00:40 |
| 6   understand. | 00:00:45 |
| 7   MR. BHAMBA:  And if there's someone who | 00:00:50 |
| 8   knows what is happening ahead of time, you know what | 00:00:52 |
| 9   you are doing, you know, okay. | 00:00:54 |
| 10   I can do the time, it is not a problem, | 00:00:58 |
| 11   okay.  But if I can help, okay, in the process, take | 00:01:00 |
| 12   care of my son, I am willing to work on any side. | 00:01:05 |
| 13   No problem.  Okay.  As long as you are willing to | 00:01:09 |
| 14   protect me, when you have to put me up on the stand, | 00:01:11 |
| 15   just make me vanish.  Okay, yeah.  I don't have any | 00:01:16 |
| 16   hangers on.  I can have myself.  Even if I -- my | 00:01:20 |
| 17   wife doesn't agree, I am willing to let go of that. | 00:01:24 |
| 18   Because I don't want to put my son's life in | 00:01:27 |
| 19   jeopardy.  If I am going to do this, you know, I | 00:01:29 |
| 20   know, the consequences. | 00:01:32 |
| 21   SPECIAL AGENT APONTE:  I understand.  I | 00:01:33 |
| 22   understand. | 00:01:34 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    52

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah. | 00:01:35 |
| 2 | SPECIAL AGENT APONTE:  And we'll -- I don't | 00:01:35 |
| 3 | want to get ahead of myself, and I don't want you | 00:01:36 |
| 4 | to -- your concerns are valid, and I really respect | 00:01:39 |
| 5 | you for coming out front, but what we are going to | 00:01:44 |
| 6 | do, the operational issues and what we and the way | 00:01:48 |
| 7 | of doing things, you know, we will discuss that in | 00:01:51 |
| 8 | detail, and I am going to bring other people on | 00:01:53 |
| 9 | board, because -- | 00:01:55 |
| 10 | MR. BHAMBA:  And the good thing is, I am | 00:01:56 |
| 11 | alone. | 00:01:58 |
| 12 | SPECIAL AGENT APONTE:  Okay. | 00:01:59 |
| 13 | MR. BHAMBA:  Okay.  I don't have too much | 00:01:59 |
| 14 | family.  I've been a loner because -- since, you | 00:02:03 |
| 15 | know, I was over here, I divorced from ex-wife, I | 00:02:05 |
| 16 | have two kids who are in Columbus, okay.  One is | 00:02:09 |
| 17 | (inaudible) Rubina Sandu (phonetic), I don't know | 00:02:15 |
| 18 | what she is, she's not talked to me for the last | 00:02:17 |
| 19 | seven, eight years. | 00:02:22 |
| 20 | SPECIAL AGENT APONTE:  Listen.  We are on | 00:02:23 |
| 21 | the right track right now, okay, and I want to | 00:02:25 |
| 22 | explain to you how it works.  We can do operations, | 00:02:27 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              53

| | | |
|---|---|---|
| 1 | we can have you out there working for us, and we can | 00:02:30 |
| 2 | do that.  Okay, we get the proper approvals, and the | 00:02:33 |
| 3 | proper tools, and we'll do it. | 00:02:36 |
| 4 | Now, you have to understand, Mr. Bhamba -- | 00:02:39 |
| 5 | MR. BHAMBA:  Paul is not going to -- | 00:02:40 |
| 6 | SPECIAL AGENT APONTE:  -- right now, so | 00:02:41 |
| 7 | far -- listen to what I'm saying.  So far, so good. | 00:02:41 |
| 8 | Like, what are you going to say.  I do believe what | 00:02:45 |
| 9 | you are saying.  But let me tell you something. | 00:02:48 |
| 10 | Right now, we need to establish that relationship, | 00:02:51 |
| 11 | that trust.  How are we going to do that? | 00:02:56 |
| 12 | MR. BHAMBA:  Anything you ask me. | 00:02:58 |
| 13 | SPECIAL AGENT APONTE:  With all due respect, | 00:02:59 |
| 14 | okay, what we need to focus on right now -- | 00:03:00 |
| 15 | MR. BHAMBA:  Uh-huh. | 00:03:03 |
| 16 | SPECIAL AGENT APONTE:  -- okay, is on the | 00:03:03 |
| 17 | story.  I understand, I got some information from | 00:03:06 |
| 18 | Agent Larko about a group of individuals that had | 00:03:10 |
| 19 | already made it to Miami.  We need to clear that | 00:03:16 |
| 20 | up -- | 00:03:18 |
| 21 | MR. BHAMBA:  Uh-huh. | 00:03:19 |
| 22 | SPECIAL AGENT APONTE:  -- first, and then we | 00:03:19 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    54

| | | |
|---|---|---|
| 1 | are going to wait -- we're going to work our way | 00:03:21 |
| 2 | back and then forward.  You know? | 00:03:23 |
| 3 | MR. BHAMBA:  Okay.  The -- | 00:03:26 |
| 4 | SPECIAL AGENT APONTE:  That way we are not | 00:03:26 |
| 5 | all over the place and we can -- | 00:03:28 |
| 6 | MR. BHAMBA:  Okay.  No problem.  I can -- I | 00:03:29 |
| 7 | can give you a list of about a hundred people who | 00:03:32 |
| 8 | have made it through the (inaudible) border, and I | 00:03:39 |
| 9 | have the tickets for them, and what route they came, | 00:03:42 |
| 10 | and who sent them. | 00:03:47 |
| 11 | SPECIAL AGENT APONTE:  Uh-huh. | 00:03:49 |
| 12 | MR. BHAMBA:  And because you -- they are the | 00:03:50 |
| 13 | people who have crossed, are in your camps, or have | 00:03:51 |
| 14 | already been bailed out. | 00:03:55 |
| 15 | SPECIAL AGENT APONTE:  Uh-huh. | 00:03:57 |
| 16 | MR. BHAMBA:  Or they have gone. | 00:03:57 |
| 17 | SPECIAL AGENT APONTE:  Okay. | 00:03:59 |
| 18 | MR. BHAMBA:  I was able to preserve some. | 00:03:59 |
| 19 | SPECIAL AGENT APONTE:  Okay.  And you are | 00:04:01 |
| 20 | keeping a list -- | 00:04:02 |
| 21 | MR. BHAMBA:  I have some.  But most of -- | 00:04:03 |
| 22 | when I was arrested in Amsterdam, okay, some of my | 00:04:06 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    55

| | | |
|---|---|---|
| 1 | stuff I had to delete it, you know, some -- okay, I | 00:04:09 |
| 2 | was arrested on another passport, you know, a | 00:04:14 |
| 3 | British passport. | 00:04:17 |
| 4 | SPECIAL AGENT APONTE:  In Amsterdam. | 00:04:18 |
| 5 | MR. BHAMBA:  In Curacao. | 00:04:19 |
| 6 | SPECIAL AGENT APONTE:  In Curacao.  When was | 00:04:20 |
| 7 | that? | 00:04:22 |
| 8 | MR. BHAMBA:  This was in 2013. | 00:04:22 |
| 9 | I have used -- see, it is -- they put you | 00:04:25 |
| 10 | with the different passports, they supply the | 00:04:29 |
| 11 | passports -- | 00:04:32 |
| 12 | SPECIAL AGENT APONTE:  Uh-huh. | 00:04:33 |
| 13 | MR. BHAMBA:  Malaysian, you know, British, | 00:04:33 |
| 14 | okay. | 00:04:39 |
| 15 | SPECIAL AGENT APONTE:  So it will be fair to | 00:04:40 |
| 16 | say -- | 00:04:41 |
| 17 | MR. BHAMBA:  Yeah. | 00:04:41 |
| 18 | SPECIAL AGENT APONTE:  -- that -- well, in | 00:04:42 |
| 19 | 2013, for a fact, you were arrested, and they | 00:04:43 |
| 20 | confiscated whatever -- you had to delete, you had | 00:04:46 |
| 21 | to delete this -- | 00:04:48 |
| 22 | MR. BHAMBA:  Yeah, yeah. | 00:04:49 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                56

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  -- whatever you had. | 00:04:49 |
| 2 | It is fair to say maybe you would have records | 00:04:50 |
| 3 | dating back two years? | 00:04:52 |
| 4 | MR. BHAMBA:  I have -- no, no.  I have | 00:04:54 |
| 5 | their -- past records that had in my e-mail. | 00:04:56 |
| 6 | SPECIAL AGENT APONTE:  Oh, okay.  I see. | 00:04:59 |
| 7 | MR. BHAMBA:  That, you know, I hadn't | 00:05:00 |
| 8 | deleted it.  So I saved them in a separate -- you | 00:05:01 |
| 9 | know. | 00:05:04 |
| 10 | SPECIAL AGENT APONTE:  Oh, okay. | 00:05:04 |
| 11 | MR. BHAMBA:  Yeah.  So I was able to retain | 00:05:04 |
| 12 | some.  But the rest of it, I had records, but, you | 00:05:06 |
| 13 | know, it is very easy, okay.  I can give you a name | 00:05:10 |
| 14 | of the person who's making the tickets, and all | 00:05:14 |
| 15 | tickets on that route, all tickets on -- I can tell | 00:05:17 |
| 16 | you which guy is making which tickets, and you can | 00:05:21 |
| 17 | know this guy is flying out today, and he's coming | 00:05:25 |
| 18 | to Ecuador or that.  Because, you know, I am in the | 00:05:30 |
| 19 | system. | 00:05:34 |
| 20 | SPECIAL AGENT APONTE:  Uh-huh. | 00:05:35 |
| 21 | MR. BHAMBA:  And once you know that, they | 00:05:35 |
| 22 | are -- they think the system is there, okay. | 00:05:38 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              57

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Uh-huh. | 00:05:41 |
| 2 | MR. BHAMBA:  So when the tape is made, if | 00:05:41 |
| 3 | you put a track on the tickets that are made from | 00:05:43 |
| 4 | India -- | 00:05:46 |
| 5 | SPECIAL AGENT APONTE:  Uh-huh. | 00:05:46 |
| 6 | MR. BHAMBA:  -- to in a certain sector, you | 00:05:47 |
| 7 | will know who's going where. | 00:05:49 |
| 8 | SPECIAL AGENT APONTE:  Who's going where. | 00:05:51 |
| 9 | MR. BHAMBA:  And you know before (inaudible) | 00:05:51 |
| 10 | happening, okay.  Whichever -- okay, there's another | 00:05:53 |
| 11 | one route when it gets hot, they go to Congo, okay. | 00:05:57 |
| 12 | And they go to Congo and come from Congo, okay.  But | 00:06:02 |
| 13 | Bangkok doesn't let them go.  Khathmandu doesn't let | 00:06:07 |
| 14 | them go.  So now they -- it is either Delhi, or they | 00:06:10 |
| 15 | go to Dubai, they make a residency permit over | 00:06:14 |
| 16 | there, and on a residency permit, that gets done in | 00:06:19 |
| 17 | 30 days. | 00:06:21 |
| 18 | SPECIAL AGENT APONTE:  So -- so you would | 00:06:23 |
| 19 | have actually knowledge -- | 00:06:24 |
| 20 | MR. BHAMBA:  So much knowledge. | 00:06:25 |
| 21 | SPECIAL AGENT APONTE:  -- of -- | 00:06:26 |
| 22 | MR. BHAMBA:  Everything. | 00:06:26 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    58

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  -- from the minute | 00:06:27 |
| 2 | they live India, to where they are going, all the | 00:06:28 |
| 3 | routes that they are taking, everything. | 00:06:30 |
| 4 | MR. BHAMBA:  Yes.  If I -- see, I don't have | 00:06:32 |
| 5 | access.  But if you can give me an access to, you | 00:06:34 |
| 6 | know, there's an item person, okay.  The person | 00:06:38 |
| 7 | who's making that ticket, okay.  I can give you an | 00:06:41 |
| 8 | e-mail of a person, okay.  I can buy a ticket from | 00:06:43 |
| 9 | him.  Now, once I buy a ticket from him, one of my | 00:06:46 |
| 10 | guys, you know, okay, one of the guys that is | 00:06:49 |
| 11 | traveling, I am making them travel, I am giving them | 00:06:52 |
| 12 | advice.  So they are going to say, okay, here's this | 00:06:55 |
| 13 | ticket.  So, ultimately, the e-mail comes to me. | 00:06:58 |
| 14 | Now the e-mail comes to me.  Put a track on that | 00:07:00 |
| 15 | e-mail.  That person in India is sending all the | 00:07:05 |
| 16 | tickets on that same e-mail -- | 00:07:07 |
| 17 | SPECIAL AGENT APONTE:  Uh-huh. | 00:07:10 |
| 18 | MR. BHAMBA:  -- to different people.  So now | 00:07:11 |
| 19 | you know how many people are coming out. | 00:07:12 |
| 20 | SPECIAL AGENT APONTE:  Yeah.  (Inaudible). | 00:07:19 |
| 21 | MR. BHAMBA:  So you track it from there, and | 00:07:19 |
| 22 | then you have it over here, and it could also be | 00:07:21 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    59

| | | |
|---|---|---|
| 1 | paid money. | 00:07:24 |
| 2 | SPECIAL AGENT APONTE:  There's a -- I have | 00:07:26 |
| 3 | some folders here -- | 00:07:27 |
| 4 | MR. BHAMBA:  Uh-huh. | 00:07:30 |
| 5 | SPECIAL AGENT APONTE:  -- with me, that | 00:07:30 |
| 6 | belong to several individuals that are currently in | 00:07:32 |
| 7 | immigration custody in Miami, okay, and in Pompano | 00:07:39 |
| 8 | Beach facility -- | 00:07:45 |
| 9 | MR. BHAMBA:  Yeah. | 00:07:47 |
| 10 | SPECIAL AGENT APONTE:  -- immigration up | 00:07:47 |
| 11 | there.  And some of them, you know, we were able | 00:07:48 |
| 12 | to -- | 00:07:50 |
| 13 | MR. BHAMBA:  That is (inaudible). | 00:07:50 |
| 14 | SPECIAL AGENT APONTE:  -- information that | 00:07:51 |
| 15 | you had given to Agent Larko -- | 00:07:52 |
| 16 | MR. BHAMBA:  Uh-huh. | 00:07:56 |
| 17 | SPECIAL AGENT APONTE:  Okay.  And what I did | 00:07:56 |
| 18 | was I created you know, folders, so it would be -- | 00:07:57 |
| 19 | for myself, what you are saying -- | 00:08:00 |
| 20 | MR. BHAMBA:  Few lucky ones that got caught, | 00:08:02 |
| 21 | okay, they were -- | 00:08:05 |
| 22 | SPECIAL AGENT APONTE:  What I am showing you | 00:08:05 |

| | | |
|---|---|---|
| 1 | right now is a folder for -- | 00:08:07 |
| 2 | MR. BHAMBA:  That is Amapreet. | 00:08:08 |
| 3 | SPECIAL AGENT APONTE:  Amapreet Singh. | 00:08:09 |
| 4 | MR. BHAMBA:  Yes. | 00:08:09 |
| 5 | SPECIAL AGENT APONTE:  So you are saying | 00:08:10 |
| 6 | that you helped smuggle this individual? | 00:08:10 |
| 7 | MR. BHAMBA:  Yes. | 00:08:12 |
| 8 | SPECIAL AGENT APONTE:  I am showing you | 00:08:13 |
| 9 | now -- | 00:08:14 |
| 10 | MR. BHAMBA:  Kamal Kamal. | 00:08:14 |
| 11 | SPECIAL AGENT APONTE:  Kamal Kamal | 00:08:15 |
| 12 | (phonetic) -- | 00:08:16 |
| 13 | MR. BHAMBA:  Yes. | 00:08:17 |
| 14 | SPECIAL AGENT APONTE:  And you smuggled him | 00:08:17 |
| 15 | as well. | 00:08:18 |
| 16 | MR. BHAMBA:  Yes. | 00:08:21 |
| 17 | SPECIAL AGENT APONTE:  Sharon Jet Singh | 00:08:21 |
| 18 | (phonetic), this is another one. | 00:08:22 |
| 19 | MR. BHAMBA:  Yeah. | 00:08:24 |
| 20 | SPECIAL AGENT APONTE:  Okay.  I got Pardeep | 00:08:25 |
| 21 | Pardeep (phonetic). | 00:08:29 |
| 22 | MR. BHAMBA:  Yes. | 00:08:30 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          61

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Okay.  So far I got | 00:08:31 |
| 2 | four.  Let me see if I am missing -- I know you have | 00:08:32 |
| 3 | given -- this one.  Shanda Avtar (phonetic). | 00:08:35 |
| 4 | MR. BHAMBA:  Avtar, yeah. | 00:08:38 |
| 5 | SPECIAL AGENT APONTE:  Okay.  And that's all | 00:08:38 |
| 6 | I have. | 00:08:40 |
| 7 | MR. BHAMBA:  Yeah. | 00:08:40 |
| 8 | SPECIAL AGENT APONTE:  Any -- did I miss | 00:08:40 |
| 9 | any? | 00:08:41 |
| 10 | MR. BHAMBA:  No.  This is all that were | 00:08:42 |
| 11 | arrested over there. | 00:08:43 |
| 12 | SPECIAL AGENT APONTE:  This is the lucky | 00:08:45 |
| 13 | group (inaudible). | 00:08:46 |
| 14 | MR. BHAMBA:  That were -- no, no, this is | 00:08:47 |
| 15 | the group that got arrested. | 00:08:49 |
| 16 | SPECIAL AGENT APONTE:  Oh, that they got | 00:08:52 |
| 17 | arrested. | 00:08:52 |
| 18 | MR. BHAMBA:  Yes. | 00:08:53 |
| 19 | SPECIAL AGENT APONTE:  Tell me, tell me -- | 00:08:54 |
| 20 | MR. BHAMBA:  In this -- | 00:08:54 |
| 21 | SPECIAL AGENT APONTE:  -- a little bit about | 00:08:55 |
| 22 | that because I'm not too familiar with that whole | 00:08:56 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    62

| | | |
|---|---|---|
| 1 | event. | 00:08:58 |
| 2 | MR. BHAMBA:  Okay. | 00:08:59 |
| 3 | SPECIAL AGENT APONTE:  So what happened? | 00:09:00 |
| 4 | MR. BHAMBA:  What happened was that there | 00:09:02 |
| 5 | was a total of 12 people. | 00:09:03 |
| 6 | SPECIAL AGENT APONTE:  And when you say they | 00:09:05 |
| 7 | arrested, where?  Where? | 00:09:07 |
| 8 | MR. BHAMBA:  They were arrested in -- on a | 00:09:08 |
| 9 | boat in -- (inaudible) or something, you know.  I | 00:09:10 |
| 10 | don't remember the details, but I -- | 00:09:16 |
| 11 | SPECIAL AGENT APONTE:  In the shores of -- | 00:09:18 |
| 12 | MR. BHAMBA:  Yeah, the shores of Miami, | 00:09:19 |
| 13 | okay.  They had gotten off.  What happened was one | 00:09:20 |
| 14 | stupid idiot had his -- lost his shoes.  The | 00:09:24 |
| 15 | Jamaican lost his shoes.  The rest of the Sri | 00:09:28 |
| 16 | Lankans and the other guy, total 26 people were on | 00:09:31 |
| 17 | the boat. | 00:09:34 |
| 18 | SPECIAL AGENT APONTE:  Okay. | 00:09:35 |
| 19 | MR. BHAMBA:  Okay.  Out of the 26, the Sri | 00:09:36 |
| 20 | Lankans and some Indians, they went to the hotel. | 00:09:39 |
| 21 | They followed the guide. | 00:09:42 |
| 22 | SPECIAL AGENT APONTE:  They followed the | 00:09:46 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    63

| | | |
|---|---|---|
| 1 | guide. | 00:09:47 |
| 2 | MR. BHAMBA:  They followed the guide who was | 00:09:47 |
| 3 | supposed to pick them up. | 00:09:48 |
| 4 | SPECIAL AGENT APONTE:  Okay. | 00:09:49 |
| 5 | MR. BHAMBA:  And these guys, they followed | 00:09:50 |
| 6 | the Jamaicans because the Jamaicans pay a different | 00:09:52 |
| 7 | set price.  The Jamaicans don't pay seven, eight | 00:09:54 |
| 8 | thousand dollars.  The Jamaicans pay three, four | 00:09:57 |
| 9 | thousand dollars.  So the Jamaicans, they just drop | 00:10:00 |
| 10 | them on the shore, and it is done. | 00:10:02 |
| 11 | SPECIAL AGENT APONTE:  Uh-huh. | 00:10:04 |
| 12 | MR. BHAMBA:  Whereas the Indians and the Sri | 00:10:06 |
| 13 | Lankans, they take them to a hotel and hold them. | 00:10:07 |
| 14 | SPECIAL AGENT APONTE:  Uh-huh. | 00:10:10 |
| 15 | MR. BHAMBA:  Okay.  So this one group | 00:10:10 |
| 16 | followed the guide and got scot free.  This other | 00:10:12 |
| 17 | group, these four Indians, four individuals, they | 00:10:16 |
| 18 | followed the Jamaicans.  The Jamaicans had lost | 00:10:20 |
| 19 | their shoe.  They went into a shop to buy some | 00:10:23 |
| 20 | slippers.  So that's when the shop owner called the | 00:10:27 |
| 21 | cops -- | 00:10:31 |
| 22 | SPECIAL AGENT APONTE:  Oh, okay. | 00:10:33 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              64

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  -- and they got arrested. | 00:10:33 |
| 2 | SPECIAL AGENT APONTE:  It was an accident. | 00:10:35 |
| 3 | MR. BHAMBA:  Yeah.  An accident. | 00:10:37 |
| 4 | SPECIAL AGENT APONTE:  If they would have | 00:10:38 |
| 5 | followed instructions -- | 00:10:38 |
| 6 | MR. BHAMBA:  They wouldn't happen. | 00:10:39 |
| 7 | SPECIAL AGENT APONTE:  Okay. | 00:10:40 |
| 8 | MR. BHAMBA:  And the thing is, you are | 00:10:41 |
| 9 | African-American and you go into a shop at 4:00 in | 00:10:43 |
| 10 | the morning asking for slippers or, you know, and | 00:10:46 |
| 11 | you see four persons, people coming out in the | 00:10:49 |
| 12 | street out of Jamaica, they look scary. | 00:10:52 |
| 13 | SPECIAL AGENT APONTE:  Uh-huh. | 00:10:57 |
| 14 | MR. BHAMBA:  So the guy thought they were | 00:10:57 |
| 15 | coming to rob him. | 00:10:58 |
| 16 | SPECIAL AGENT APONTE:  Oh, I got it.  And | 00:10:59 |
| 17 | they called -- | 00:11:00 |
| 18 | MR. BHAMBA:  So by the time they ran out, | 00:11:01 |
| 19 | okay, they were -- they didn't know in English, they | 00:11:02 |
| 20 | didn't know where to go, so they were following them | 00:11:05 |
| 21 | thinking that wherever they are going to go, they | 00:11:07 |
| 22 | are going to be safe. | 00:11:09 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                        65

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  How do you learn | 00:11:12 |
| 2 | about all this?  What happened?  Who told you this | 00:11:13 |
| 3 | story? | 00:11:16 |
| 4 | MR. BHAMBA:  Marcia.  The person who is | 00:11:18 |
| 5 | responsible for the Jamaican, Bahamas operation. | 00:11:19 |
| 6 | SPECIAL AGENT APONTE:  For the Bahamas | 00:11:23 |
| 7 | operation. | 00:11:25 |
| 8 | MR. BHAMBA:  See, I remain in touch with | 00:11:25 |
| 9 | them, too. | 00:11:27 |
| 10 | SPECIAL AGENT APONTE:  Is that person | 00:11:27 |
| 11 | Marcia? | 00:11:29 |
| 12 | MR. BHAMBA:  Marcia. | 00:11:29 |
| 13 | SPECIAL AGENT APONTE:  Marcia.  And is it | 00:11:30 |
| 14 | spelled like, M-a -- | 00:11:31 |
| 15 | MR. BHAMBA:  Marcia.  M-a-r-c-i-a. | 00:11:32 |
| 16 | SPECIAL AGENT APONTE:  Okay.  Marcia. | 00:11:35 |
| 17 | MR. BHAMBA:  Pestone. | 00:11:37 |
| 18 | SPECIAL AGENT APONTE:  Pestone? | 00:11:38 |
| 19 | MR. BHAMBA:  P-e-s-t -- | 00:11:38 |
| 20 | SPECIAL AGENT APONTE:  B-e-s? | 00:11:40 |
| 21 | MR. BHAMBA:  P-e-s-t-e-n-o.  Pesteno. | 00:11:41 |
| 22 | SPECIAL AGENT APONTE:  Marcia Pesteno. | 00:11:46 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                           66

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  She is a Guyanese national. | 00:11:47 |
| 2 | SPECIAL AGENT APONTE:  She's from Guyana. | 00:11:49 |
| 3 | MR. BHAMBA:  Guyana.  And she lives over | 00:11:50 |
| 4 | there. | 00:11:52 |
| 5 | SPECIAL AGENT APONTE:  And she lives in | 00:11:52 |
| 6 | Bahamas? | 00:11:54 |
| 7 | MR. BHAMBA:  Yes. | 00:11:55 |
| 8 | SPECIAL AGENT APONTE:  And where in the | 00:11:55 |
| 9 | Bahamas, Nassau, Freeport -- | 00:11:56 |
| 10 | MR. BHAMBA:  Nassau. | 00:11:58 |
| 11 | SPECIAL AGENT APONTE:  Nassau.  Okay. | 00:11:59 |
| 12 | MR. BHAMBA:  There are immigration people, | 00:12:00 |
| 13 | there are police people. | 00:12:02 |
| 14 | SPECIAL AGENT APONTE:  And she's immigration | 00:12:04 |
| 15 | you said? | 00:12:05 |
| 16 | MR. BHAMBA:  No, no. | 00:12:05 |
| 17 | SPECIAL AGENT APONTE:  Oh, no, there are | 00:12:05 |
| 18 | immigration people involved? | 00:12:06 |
| 19 | MR. BHAMBA:  Yeah, they're immigration | 00:12:07 |
| 20 | people. | 00:12:08 |
| 21 | SPECIAL AGENT APONTE:  Okay. | 00:12:09 |
| 22 | MR. BHAMBA:  Okay.  Do you know that from | 00:12:09 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              67

| | | |
|---|---|---|
| 1 | Haiti there is a special flight that goes three | 00:12:11 |
| 2 | times a week, and it is pure illegals. | 00:12:14 |
| 3 | SPECIAL AGENT APONTE:  To where? | 00:12:18 |
| 4 | MR. BHAMBA:  To Nassau. | 00:12:20 |
| 5 | SPECIAL AGENT APONTE:  To Nassau. | 00:12:22 |
| 6 | I've heard about it, but tell me a little | 00:12:23 |
| 7 | bit.  It is a flight that goes three times from | 00:12:25 |
| 8 | where to where? | 00:12:27 |
| 9 | MR. BHAMBA:  From Ocobb (phonetic), it goes | 00:12:28 |
| 10 | from Ocobb -- | 00:12:31 |
| 11 | SPECIAL AGENT APONTE:  Uh-huh. | 00:12:32 |
| 12 | MR. BHAMBA:  Straight to Nassau. | 00:12:33 |
| 13 | SPECIAL AGENT APONTE:  (Inaudible). | |
| 14 | MR. BHAMBA:  And everyone has a fake visa, | 00:12:35 |
| 15 | and everyone is let out.  And all the Haitians that | 00:12:37 |
| 16 | come back, they tell them go 3,500 or 4,000, | 00:12:41 |
| 17 | depending on -- | 00:12:44 |
| 18 | SPECIAL AGENT APONTE:  So the Bahamian | 00:12:46 |
| 19 | authorities, they know about it. | 00:12:47 |
| 20 | MR. BHAMBA:  Oh, very well.  If you want to | 00:12:48 |
| 21 | get a planeload in there, you tell me, I will -- | 00:12:50 |
| 22 | SPECIAL AGENT APONTE:  Okay. | 00:12:54 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    68

1          MR. BHAMBA:  They will come and they will          00:12:54

2     get it.                                                 00:12:57

3          SPECIAL AGENT APONTE:  All right.  So going        00:12:57

4     back to this load, I mean, you learned that -- this     00:12:59

5     whole story that you gave me about the shoe --          00:13:02

6          MR. BHAMBA:  Yeah.                                 00:13:04

7          SPECIAL AGENT APONTE:  -- and the guys             00:13:04

8     walking into a store --                                 00:13:05

9          MR. BHAMBA:  Yeah.                                 00:13:05

10         SPECIAL AGENT APONTE:  -- the guy calling          00:13:05

11    the cops.  Marcia Pesteno called you, and you called    00:13:06

12    her?                                                    00:13:10

13         MR. BHAMBA:  And she told me that this is          00:13:11

14    the --                                                  00:13:13

15         SPECIAL AGENT APONTE:  She called you or you       00:13:13

16    called her?                                             00:13:14

17         MR. BHAMBA:  No, I saw that she sent me the        00:13:15

18    link to the news.                                       00:13:17

19         SPECIAL AGENT APONTE:  So you have a direct        00:13:18

20    line with Marcia right now, if you want to call her,    00:13:19

21    you call her, and she will pick up a phone?             00:13:20

22         MR. BHAMBA:  Yeah.  And she doesn't pick up        00:13:22

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    69

| | | |
|---|---|---|
| 1 | the phone, she picks up WhatsApp. | 00:13:23 |
| 2 | SPECIAL AGENT APONTE:  WhatsApp? | 00:13:26 |
| 3 | MR. BHAMBA:  Right now -- yeah.  She's not | 00:13:26 |
| 4 | over there, she's in Australia. | 00:13:27 |
| 5 | SPECIAL AGENT APONTE:  She's in Australia. | 00:13:29 |
| 6 | MR. BHAMBA:  She's in Australia, somewhere | 00:13:31 |
| 7 | in Papua New Guinea or someplace like that.  She's | 00:13:32 |
| 8 | starting a business, a gold business or something. | 00:13:36 |
| 9 | She's -- | 00:13:41 |
| 10 | SPECIAL AGENT APONTE:  So she quit what she | 00:13:41 |
| 11 | was doing, or she still doing -- | 00:13:43 |
| 12 | MR. BHAMBA:  No, no.  She's still doing. | 00:13:43 |
| 13 | SPECIAL AGENT APONTE:  She's just there | 00:13:44 |
| 14 | temporarily -- | 00:13:45 |
| 15 | MR. BHAMBA:  Yeah. | 00:13:46 |
| 16 | SPECIAL AGENT APONTE:  -- she's coming back? | 00:13:46 |
| 17 | MR. BHAMBA:  Yes, she's coming back. | 00:13:47 |
| 18 | SPECIAL AGENT APONTE:  Okay. | 00:13:49 |
| 19 | MR. BHAMBA:  Right now her brother and | 00:13:49 |
| 20 | everyone have an mother and everyone is doing the | 00:13:51 |
| 21 | job. | 00:13:53 |
| 22 | SPECIAL AGENT APONTE:  Doing the job. | 00:13:53 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    70

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yes. | 00:13:56 |
| 2 | SPECIAL AGENT APONTE:  And they are living | 00:13:56 |
| 3 | there -- | 00:13:57 |
| 4 | MR. BHAMBA:  Yes. | 00:13:58 |
| 5 | SPECIAL AGENT APONTE:  -- in Nassau? | 00:13:59 |
| 6 | MR. BHAMBA:  Yeah, yeah. | 00:14:00 |
| 7 | SPECIAL AGENT APONTE:  Okay.  So it is my | 00:14:01 |
| 8 | understanding, correct me if I'm wrong, that you | 00:14:02 |
| 9 | have provided some information -- or some like | 00:14:06 |
| 10 | photocopies of passport and/or documents from the | 00:14:11 |
| 11 | five Indians that I just showed you. | 00:14:18 |
| 12 | MR. BHAMBA:  Yeah. | 00:14:21 |
| 13 | SPECIAL AGENT APONTE:  Immigration paperwork | 00:14:21 |
| 14 | that you have obtained. | 00:14:22 |
| 15 | MR. BHAMBA:  Uh-huh. | 00:14:23 |
| 16 | SPECIAL AGENT APONTE:  Is that correct? | 00:14:24 |
| 17 | MR. BHAMBA:  That is -- | 00:14:25 |
| 18 | SPECIAL AGENT APONTE:  Immigration -- what I | 00:14:26 |
| 19 | am saying immigration persons, like paperwork, it is | 00:14:27 |
| 20 | like paperwork that they have gotten -- that the | 00:14:30 |
| 21 | Indians got in immigration custody; is that correct? | 00:14:33 |
| 22 | MR. BHAMBA:  I got the tickets. | 00:14:38 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              71

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  You got the tickets, | 00:14:39 |
| 2 | but were you in contact with their attorneys or | 00:14:40 |
| 3 | something like that? | 00:14:42 |
| 4 | MR. BHAMBA:  Yes, I was in contact with one | 00:14:43 |
| 5 | of the attorneys. | 00:14:44 |
| 6 | SPECIAL AGENT APONTE:  Did you receive any | 00:14:44 |
| 7 | documents from them, from the attorney in -- | 00:14:45 |
| 8 | MR. BHAMBA:  Yes.  In Amaritz (phonetic) | 00:14:49 |
| 9 | case.  Amaritz case. | 00:14:50 |
| 10 | SPECIAL AGENT APONTE:  In Amaratiz. | 00:14:51 |
| 11 | MR. BHAMBA:  Yeah. | 00:14:52 |
| 12 | SPECIAL AGENT APONTE:  Just for that | 00:14:53 |
| 13 | particular one. | 00:14:53 |
| 14 | MR. BHAMBA:  It was -- okay, see, the rest | 00:14:54 |
| 15 | of them, they belong to a different people.  Even | 00:14:56 |
| 16 | though I was responsible for taking them, you know, | 00:14:59 |
| 17 | getting in contact with them, they jumped ship, | 00:15:03 |
| 18 | okay.  They jumped ship and they started dealing | 00:15:06 |
| 19 | with Marcia alone. | 00:15:09 |
| 20 | SPECIAL AGENT APONTE:  Okay.  I need some | 00:15:11 |
| 21 | (inaudible) information on them.  So let me look for | 00:15:11 |
| 22 | the file of the individual -- | 00:15:13 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          72

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Okay. | 00:15:15 |
| 2 | SPECIAL AGENT APONTE:  -- that you are | 00:15:16 |
| 3 | saying you are responsible for. | 00:15:16 |
| 4 | MR. BHAMBA:  Yes. | 00:15:19 |
| 5 | SPECIAL AGENT APONTE:  Which one is it? | 00:15:19 |
| 6 | MR. BHAMBA:  Amaritz. | 00:15:20 |
| 7 | SPECIAL AGENT APONTE:  Amaritz. | 00:15:21 |
| 8 | MR. BHAMBA:  But they all came through me, | 00:15:22 |
| 9 | okay, with my knowledge over here. | 00:15:24 |
| 10 | SPECIAL AGENT APONTE:  Okay.  It came | 00:15:26 |
| 11 | through you, and you met them.  Did you meet them | 00:15:27 |
| 12 | face to face or anything -- | 00:15:29 |
| 13 | MR. BHAMBA:  I met them face to face. | 00:15:30 |
| 14 | SPECIAL AGENT APONTE:  Face to face. | 00:15:31 |
| 15 | MR. BHAMBA:  Yeah. | 00:15:32 |
| 16 | SPECIAL AGENT APONTE:  So what was your | 00:15:32 |
| 17 | responsibility here? | 00:15:34 |
| 18 | MR. BHAMBA:  Okay, the person -- these | 00:15:35 |
| 19 | people, all belonged to Paul, okay.  This person | 00:15:37 |
| 20 | belongs to Paul. | 00:15:40 |
| 21 | SPECIAL AGENT APONTE:  Ball -- | 00:15:42 |
| 22 | MR. BHAMBA:  Paul. | 00:15:42 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    73

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Paul. | 00:15:43 |
| 2 | MR. BHAMBA:  Paul is basically now the | 00:15:44 |
| 3 | number one kingpin that's does -- his name is Pablo. | 00:15:45 |
| 4 | Okay, you have him in record, he's a Canadian | 00:15:51 |
| 5 | citizen, and he was arrested in -- in Delhi with | 00:15:53 |
| 6 | about 300 passports or something. | 00:16:00 |
| 7 | SPECIAL AGENT APONTE:  He was arrested in | 00:16:03 |
| 8 | Delhi. | 00:16:04 |
| 9 | MR. BHAMBA:  Delhi.  With the 300 passports. | 00:16:05 |
| 10 | SPECIAL AGENT APONTE:  So where is Pablo | 00:16:06 |
| 11 | now? | 00:16:07 |
| 12 | MR. BHAMBA:  Paul, he doesn't come out of | 00:16:07 |
| 13 | Delhi.  If he goes, he goes to Europe on his | 00:16:09 |
| 14 | Canadian passport.  It is Gramil Singh Waltani | 00:16:13 |
| 15 | (phonetic). | 00:16:16 |
| 16 | SPECIAL AGENT APONTE:  Okay.  And we'll -- I | 00:16:17 |
| 17 | get that -- | 00:16:18 |
| 18 | MR. BHAMBA:  GS Waltani. | 00:16:19 |
| 19 | SPECIAL AGENT APONTE:  We will follow up on | 00:16:19 |
| 20 | this.  Let me get the chart here, the drawing here | 00:16:21 |
| 21 | that I have. | 00:16:23 |
| 22 | MR. BHAMBA:  Okay. | 00:16:24 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                           74

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Then we can tie it, | 00:16:25 |
| 2 | link. | 00:16:27 |
| 3 | Now, the -- so you are saying these four | 00:16:28 |
| 4 | people belong to Paul? | 00:16:30 |
| 5 | MR. BHAMBA:  Uh-huh.  This person belongs to | 00:16:32 |
| 6 | Paul, the rest of his people, they got free.  This | 00:16:33 |
| 7 | is the only person that got arrested.  These people | 00:16:37 |
| 8 | belong to Gupta.  Irwin Kumar Gupta. | 00:16:39 |
| 9 | SPECIAL AGENT APONTE:  Okay. | 00:16:44 |
| 10 | MR. BHAMBA:  Okay.  Gupta, I have his phone | 00:16:45 |
| 11 | number and all that.  I have his real name, also, | 00:16:47 |
| 12 | Irwin Kumar Gupta. | 00:16:51 |
| 13 | SPECIAL AGENT APONTE:  So what's your | 00:16:52 |
| 14 | responsibility -- | 00:16:53 |
| 15 | MR. BHAMBA:  My responsibility -- | 00:16:54 |
| 16 | SPECIAL AGENT APONTE:  -- here on -- | 00:16:55 |
| 17 | MR. BHAMBA:  Give him the contact, I was a | 00:16:55 |
| 18 | go-between.  He is the one who sent them here, he's | 00:16:57 |
| 19 | responsible for the guys.  I gave him Marcia's | 00:17:01 |
| 20 | contact. | 00:17:06 |
| 21 | SPECIAL AGENT APONTE:  Okay.  So you put -- | 00:17:07 |
| 22 | you put -- you put these people in contact with | 00:17:07 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              75

| | | |
|---|---|---|
| 1 | Marcia? | 00:17:10 |
| 2 | MR. BHAMBA:  Marcia, yeah.  And then he was | 00:17:11 |
| 3 | supposed to pay me, okay, but instead of paying | 00:17:13 |
| 4 | me -- | 00:17:16 |
| 5 | SPECIAL AGENT APONTE:  But when you say | 00:17:16 |
| 6 | Marcia, Marcia will not deal with the legal aliens. | 00:17:18 |
| 7 | MR. BHAMBA:  She does. | 00:17:23 |
| 8 | SPECIAL AGENT APONTE:  Straight. | 00:17:23 |
| 9 | MR. BHAMBA:  Straight. | 00:17:23 |
| 10 | SPECIAL AGENT APONTE:  Would she? | 00:17:24 |
| 11 | MR. BHAMBA:  Yes. | 00:17:24 |
| 12 | SPECIAL AGENT APONTE:  Without a middle | 00:17:25 |
| 13 | person? | 00:17:26 |
| 14 | MR. BHAMBA:  If she -- cut me out -- | 00:17:26 |
| 15 | (WHEREUPON, there was a short | |
| 16 | interruption in the audio recording.) | |
| 17 | SPECIAL AGENT APONTE:  Okay.  Mr. Bhamba, I | 00:00:00 |
| 18 | have replaced the memory stick, and we are back | 00:00:02 |
| 19 | online.  Okay? | 00:00:05 |
| 20 | MR. BHAMBA:  Yes.  All -- | 00:00:07 |
| 21 | SPECIAL AGENT APONTE:  So we're -- we're -- | 00:00:08 |
| 22 | where we pretty much stopped here is when you said | 00:00:10 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                        76

| | | |
|---|---|---|
| 1 | that -- when we were referring to the five group of | 00:00:13 |
| 2 | people of Indian nationals that are currently | 00:00:16 |
| 3 | incarcerated in immigration custody, okay.  And you | 00:00:19 |
| 4 | said that you were responsible for them while they | 00:00:24 |
| 5 | were here in the Dominican Republic. | 00:00:28 |
| 6 | MR. BHAMBA:  Yeah. | 00:00:30 |
| 7 | SPECIAL AGENT APONTE:  But one group out of | 00:00:30 |
| 8 | those five, you mentioned it was four -- | 00:00:31 |
| 9 | MR. BHAMBA:  Yeah. | 00:00:34 |
| 10 | SPECIAL AGENT APONTE:  -- they belonged to | 00:00:34 |
| 11 | other people, other -- | 00:00:35 |
| 12 | MR. BHAMBA:  Yeah. | 00:00:36 |
| 13 | SPECIAL AGENT APONTE:  And you had mentioned | 00:00:37 |
| 14 | an individual named Paul -- | 00:00:38 |
| 15 | MR. BHAMBA:  Paul. | 00:00:40 |
| 16 | SPECIAL AGENT APONTE:  -- in India. | 00:00:40 |
| 17 | MR. BHAMBA:  Yeah.  I am just a go-between. | 00:00:41 |
| 18 | They used me. | 00:00:43 |
| 19 | SPECIAL AGENT APONTE:  They used you. | 00:00:44 |
| 20 | MR. BHAMBA:  They used me.  I'm the | 00:00:45 |
| 21 | go-between.  I am the person who's over here, who | 00:00:46 |
| 22 | gets in touch with them.  I do the dirty work over | 00:00:50 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    77

| | | |
|---|---|---|
| 1 | here.  They are the people responsible. | 00:00:53 |
| 2 | SPECIAL AGENT APONTE:  So they must have | 00:00:55 |
| 3 | gotten in touch with you, hey, there's a load of -- | 00:00:56 |
| 4 | correct me if I'm wrong, they said it was a group of | 00:00:59 |
| 5 | people going to DR, these are their names. | 00:01:01 |
| 6 | MR. BHAMBA:  Yeah. | 00:01:03 |
| 7 | SPECIAL AGENT APONTE:  You're responsible | 00:01:04 |
| 8 | for taking care of them while in the DR -- | 00:01:05 |
| 9 | MR. BHAMBA:  DR. | 00:01:08 |
| 10 | SPECIAL AGENT APONTE:  -- and put them in | 00:01:08 |
| 11 | contact to -- and you agreed to that? | 00:01:09 |
| 12 | MR. BHAMBA:  Yeah.  They sent them over | 00:01:11 |
| 13 | here, I tell them, okay, send them to "X" person, | 00:01:12 |
| 14 | we'll take care of them.  Marcia came over here. | 00:01:15 |
| 15 | These individuals basically were arrested over here, | 00:01:18 |
| 16 | waiting on a boat.  So they were in custody.  All 12 | 00:01:22 |
| 17 | of them were in custody over here. | 00:01:26 |
| 18 | SPECIAL AGENT APONTE:  Okay.  So. | 00:01:28 |
| 19 | MR. BHAMBA:  They were arrested. | 00:01:29 |
| 20 | SPECIAL AGENT APONTE:  So there's the five | 00:01:30 |
| 21 | people that are in -- | 00:01:31 |
| 22 | MR. BHAMBA:  Yes. | 00:01:32 |

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  -- Miami now -- | 00:01:33 |
| 2 | MR. BHAMBA:  They are part of that group. | 00:01:33 |
| 3 | SPECIAL AGENT APONTE:  At one point they | 00:01:34 |
| 4 | were arrested. | 00:01:35 |
| 5 | MR. BHAMBA:  Arrested over here.  So you | 00:01:36 |
| 6 | have a record of them over here. | 00:01:37 |
| 7 | SPECIAL AGENT APONTE:  Okay. | 00:01:39 |
| 8 | MR. BHAMBA:  They were let go by the | 00:01:39 |
| 9 | immigration over here -- | 00:01:41 |
| 10 | SPECIAL AGENT APONTE:  Uh-huh. | 00:01:42 |
| 11 | MR. BHAMBA:  By -- they paid them something, | 00:01:43 |
| 12 | 3,000 dollars, per person, they let them go.  And | 00:01:45 |
| 13 | then they went to Haiti, and from Haiti they went to | 00:01:49 |
| 14 | Bahamas. | 00:01:56 |
| 15 | SPECIAL AGENT APONTE:  Okay.  And were | 00:01:57 |
| 16 | you -- were you involved in their venture -- once | 00:01:58 |
| 17 | they got to Haiti, were you involved in their | 00:02:04 |
| 18 | venture, smuggling venture? | 00:02:06 |
| 19 | MR. BHAMBA:  Yes, I was involved with one | 00:02:08 |
| 20 | person.  The rest of them, they directly -- | 00:02:10 |
| 21 | SPECIAL AGENT APONTE:  So let me understand | 00:02:13 |
| 22 | this correctly.  When you knew there were five | 00:02:14 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              79

| | | |
|---|---|---|
| 1 | people coming -- | 00:02:16 |
| 2 | MR. BHAMBA:  No, total I -- okay.  Total | 00:02:18 |
| 3 | there were 12.  I was involved not -- one got | 00:02:20 |
| 4 | arrested.  There were four more, okay.  I was | 00:02:25 |
| 5 | involved in five.  Five. | 00:02:29 |
| 6 | SPECIAL AGENT APONTE:  But before they got | 00:02:32 |
| 7 | arrested here in the Dominican Republic, or after | 00:02:33 |
| 8 | they were arrested? | 00:02:36 |
| 9 | MR. BHAMBA:  No, I was involved, I knew what | 00:02:37 |
| 10 | the whereabouts, I had where they were going, what | 00:02:38 |
| 11 | they were doing, when they were arrested, Marcia | 00:02:41 |
| 12 | came to bail them out.  I was not over here, I was | 00:02:44 |
| 13 | in India, but I was talking to Marcia.  Marcia was | 00:02:46 |
| 14 | getting paid.  Okay, I was managing everything, | 00:02:50 |
| 15 | okay. | 00:02:53 |
| 16 | SPECIAL AGENT APONTE:  Okay. | 00:02:53 |
| 17 | MR. BHAMBA:  And when Marcia needed some | 00:02:54 |
| 18 | extra money, okay, the individual wouldn't give it | 00:02:56 |
| 19 | themselves, so they were a little scared of giving | 00:03:00 |
| 20 | the money to bail them out over here.  So Mr. Gupta, | 00:03:02 |
| 21 | Irwin Kumar Gupta, he traveled over here, and he | 00:03:06 |
| 22 | took Marcia's number, and he started dealing with | 00:03:10 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              80

| | | |
|---|---|---|
| 1 | her directly.  Okay.  He went behind my back and | 00:03:14 |
| 2 | talked to her directly. | 00:03:19 |
| 3 | SPECIAL AGENT APONTE:  And he, meaning? | 00:03:20 |
| 4 | MR. BHAMBA:  No.  This is Paul. | 00:03:23 |
| 5 | SPECIAL AGENT APONTE:  The -- | 00:03:23 |
| 6 | MR. BHAMBA:  The second individual. | 00:03:24 |
| 7 | SPECIAL AGENT APONTE:  The second -- | 00:03:25 |
| 8 | MR. BHAMBA:  Okay.  Irwin Kumar Gupta. | 00:03:26 |
| 9 | SPECIAL AGENT APONTE:  Irwin. | 00:03:28 |
| 10 | MR. BHAMBA:  Yes.  He's a high level, okay. | 00:03:28 |
| 11 | He's a category one. | 00:03:30 |
| 12 | SPECIAL AGENT APONTE:  Kumar? | 00:03:31 |
| 13 | MR. BHAMBA:  Irwin Kumar Gupta.  He's in | 00:03:32 |
| 14 | your system.  You have cancelled his visa. | 00:03:37 |
| 15 | SPECIAL AGENT APONTE:  Where's he at? | 00:03:40 |
| 16 | Where's, he's in India? | 00:03:41 |
| 17 | MR. BHAMBA:  He's in India. | 00:03:42 |
| 18 | SPECIAL AGENT APONTE:  Okay. | 00:03:43 |
| 19 | MR. BHAMBA:  You canceled his visa last | 00:03:43 |
| 20 | year.  Because he was responsible for getting a lot | 00:03:47 |
| 21 | of people.  He was doing the same job I'm doing in | 00:03:50 |
| 22 | Guatemala. | 00:03:55 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                81

| 1 | SPECIAL AGENT APONTE:  Okay. | 00:03:56 |
|---|---|---|
| 2 | MR. BHAMBA:  For -- since 2010. | 00:03:57 |
| 3 | SPECIAL AGENT APONTE:  So somehow he gets in | 00:03:58 |
| 4 | contact directly with Marcia, they cut you -- they | 00:03:59 |
| 5 | cut you out. | 00:04:02 |
| 6 | MR. BHAMBA:  They cut me out. | 00:04:03 |
| 7 | SPECIAL AGENT APONTE:  But on the 4. | 00:04:04 |
| 8 | MR. BHAMBA:  On the 4, yes.  But, in total, | 00:04:05 |
| 9 | out of the 12 guys, 7 belong to him, and 5 belong to | 00:04:08 |
| 10 | me.  7 belonged to Gupta. | 00:04:16 |
| 11 | SPECIAL AGENT APONTE:  Uh-huh. | 00:04:19 |
| 12 | MR. BHAMBA:  Out of that four, are arrested | 00:04:19 |
| 13 | over there.  One is my guy. | 00:04:21 |
| 14 | SPECIAL AGENT APONTE:  Okay.  Now, the | 00:04:23 |
| 15 | other -- so one of the guys that you were | 00:04:24 |
| 16 | responsible for, meaning one responsible for, you | 00:04:27 |
| 17 | also got some sort of money -- | 00:04:30 |
| 18 | MR. BHAMBA:  Yeah. | 00:04:33 |
| 19 | SPECIAL AGENT APONTE:  -- or earnings | 00:04:34 |
| 20 | from -- | 00:04:35 |
| 21 | MR. BHAMBA:  No, I didn't get any money yet. | 00:04:35 |
| 22 | He's supposed to pay -- | 00:04:37 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          82

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Are you supposed to | 00:04:38 |
| 2 | get money? | 00:04:39 |
| 3 | MR. BHAMBA:  Yes.  He's supposed to pay when | 00:04:39 |
| 4 | he reaches.  He's Paul.  Paul -- Paul has me by the | 00:04:41 |
| 5 | neck.  So, he has my son.  So he is literally | 00:04:49 |
| 6 | blackmailing me.  Oh, I give you this.  He just | 00:04:51 |
| 7 | gives me survival money. | 00:04:53 |
| 8 | SPECIAL AGENT APONTE:  When you say he has | 00:04:55 |
| 9 | your son, I mean, he's the one making threats? | 00:04:56 |
| 10 | MR. BHAMBA:  He's the one who's making | 00:04:59 |
| 11 | threats. | 00:05:00 |
| 12 | SPECIAL AGENT APONTE:  But your son is, my | 00:05:00 |
| 13 | understanding, is that right now he's out of harm | 00:05:01 |
| 14 | way, he's in a boarding school -- | 00:05:03 |
| 15 | MR. BHAMBA:  He's in a boarding school.  But | 00:05:05 |
| 16 | the problem is, when we put him in the boarding | 00:05:07 |
| 17 | school, because I didn't have any finances, and he | 00:05:10 |
| 18 | became the person who was the second after me to | 00:05:13 |
| 19 | sign him in. | 00:05:18 |
| 20 | SPECIAL AGENT APONTE:  I see. | 00:05:19 |
| 21 | MR. BHAMBA:  So we have to tell the school, | 00:05:20 |
| 22 | one, please don't give custody, this is a -- | 00:05:21 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    83

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Uh-huh. | 00:05:26 |
| 2 | MR. BHAMBA:  If someone from (inaudible) | 00:05:26 |
| 3 | call, they would really listen. | 00:05:28 |
| 4 | SPECIAL AGENT APONTE:  I under -- I am | 00:05:31 |
| 5 | getting the picture now. | 00:05:32 |
| 6 | MR. BHAMBA:  Okay.  So they will not give my | 00:05:33 |
| 7 | son's custody to him.  And we can get him to the | 00:05:35 |
| 8 | States, and end of story. | 00:05:38 |
| 9 | Now, then, I am out of his -- okay.  He | 00:05:40 |
| 10 | can't blackmail me, he can't, you know, bully me | 00:05:43 |
| 11 | into anything.  Yes, I worked with him. | 00:05:45 |
| 12 | SPECIAL AGENT APONTE:  Okay. | 00:05:48 |
| 13 | MR. BHAMBA:  You know. | 00:05:49 |
| 14 | SPECIAL AGENT APONTE:  But he needs you, | 00:05:49 |
| 15 | right? | 00:05:50 |
| 16 | MR. BHAMBA:  He needs me. | 00:05:50 |
| 17 | SPECIAL AGENT APONTE:  Okay. | 00:05:51 |
| 18 | MR. BHAMBA:  Yeah.  All of them need me, | 00:05:51 |
| 19 | okay.  All I have to do is dangle them, I got a | 00:05:53 |
| 20 | connection, they will flock over here.  Paul won't | 00:05:58 |
| 21 | come out to Mexico or anyplace, but he will travel | 00:06:04 |
| 22 | on his Canadian passport to Paris or Europe. | 00:06:07 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                84

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Okay.  We are going | 00:06:11 |
| 2 | to get -- | 00:06:13 |
| 3 | MR. BHAMBA:  If I can set up a meeting, if | 00:06:13 |
| 4 | we can put up some people over here, and we're five | 00:06:15 |
| 5 | or six, ten people out, or when -- they are going | 00:06:19 |
| 6 | already, they -- I know where they are, what they | 00:06:23 |
| 7 | are.  And then we say, oh, you know, I got a Mexican | 00:06:26 |
| 8 | guy.  He's an officer, and, you know, he's in the | 00:06:28 |
| 9 | army and -- | 00:06:31 |
| 10 | SPECIAL AGENT APONTE:  And, boom. | 00:06:32 |
| 11 | MR. BHAMBA:  And I want to talk -- he's | 00:06:33 |
| 12 | greedy.  He wants to control. | 00:06:35 |
| 13 | SPECIAL AGENT APONTE:  (Inaudible). | |
| 14 | MR. BHAMBA:  And he will come over there, | 00:06:38 |
| 15 | and he -- but he will only step up that way. | 00:06:41 |
| 16 | SPECIAL AGENT APONTE:  Okay.  Now, going | 00:06:44 |
| 17 | back to this five, group of people that are | 00:06:45 |
| 18 | intercepted.  So you are saying four of them -- | 00:06:48 |
| 19 | MR. BHAMBA:  Belong to -- | 00:06:51 |
| 20 | SPECIAL AGENT APONTE:  Belong to | 00:06:52 |
| 21 | (inaudible). | |
| 22 | MR. BHAMBA:  -- Irwin Gupta. | 00:06:53 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                         85

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Now, but you said you | 00:06:53 |
| 2 | had easily five. | 00:06:55 |
| 3 | MR. BHAMBA:  Five. | 00:06:56 |
| 4 | SPECIAL AGENT APONTE:  So what happened to | 00:06:56 |
| 5 | the other four people? | 00:06:57 |
| 6 | MR. BHAMBA:  They're gone.  They left | 00:06:58 |
| 7 | straight home. | 00:06:59 |
| 8 | SPECIAL AGENT APONTE:  So they made it to | 00:06:59 |
| 9 | the United States. | 00:07:00 |
| 10 | MR. BHAMBA:  Yeah, yeah. | 00:07:01 |
| 11 | SPECIAL AGENT APONTE:  And who -- did | 00:07:03 |
| 12 | someone deliver them to their family?  Someone | 00:07:05 |
| 13 | picked them up in Miami? | 00:07:07 |
| 14 | MR. BHAMBA:  Their family came and got them | 00:07:09 |
| 15 | over there. | 00:07:10 |
| 16 | SPECIAL AGENT APONTE:  Okay.  Now, over | 00:07:11 |
| 17 | there -- so you -- | 00:07:12 |
| 18 | MR. BHAMBA:  In Miami.  They came to Miami. | 00:07:13 |
| 19 | SPECIAL AGENT APONTE:  So these four people | 00:07:14 |
| 20 | were the ones that did not follow instructions, and | 00:07:15 |
| 21 | went to a store and -- | 00:07:17 |
| 22 | MR. BHAMBA:  And they followed the | 00:07:18 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    86

| | | |
|---|---|---|
| 1 | Jamaicans, so they got arrested. | 00:07:19 |
| 2 | SPECIAL AGENT APONTE:  So your five people, | 00:07:20 |
| 3 | were they in the 26 group -- | 00:07:22 |
| 4 | MR. BHAMBA:  Yeah. | 00:07:23 |
| 5 | SPECIAL AGENT APONTE:  In the boat with the | 00:07:23 |
| 6 | 26? | 00:07:25 |
| 7 | MR. BHAMBA:  Yes. | 00:07:25 |
| 8 | SPECIAL AGENT APONTE:  So they were a part | 00:07:25 |
| 9 | of the 26? | 00:07:26 |
| 10 | MR. BHAMBA:  Yes. | 00:07:27 |
| 11 | SPECIAL AGENT APONTE:  So your other five | 00:07:27 |
| 12 | people, four -- | 00:07:29 |
| 13 | MR. BHAMBA:  Four, they (inaudible). | 00:07:29 |
| 14 | SPECIAL AGENT APONTE:  They followed | 00:07:31 |
| 15 | instructions and went to a stash house? | 00:07:32 |
| 16 | MR. BHAMBA:  Yes.  They went to a hotel. | 00:07:34 |
| 17 | SPECIAL AGENT APONTE:  Okay.  What was the | 00:07:36 |
| 18 | name of the hotel? | 00:07:37 |
| 19 | MR. BHAMBA:  That I don't know.  They don't | 00:07:39 |
| 20 | give you that information. | 00:07:40 |
| 21 | SPECIAL AGENT APONTE:  Okay.  So the four | 00:07:42 |
| 22 | people. | 00:07:44 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              87

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  It is -- it was somewhere on | 00:07:45 |
| 2 | the beach.  I think it was some Gujarati guy's | 00:07:46 |
| 3 | hotel. | 00:07:49 |
| 4 | SPECIAL AGENT APONTE:  So the four or five | 00:07:50 |
| 5 | people that you are responsible for, they actually | 00:07:51 |
| 6 | made it to the -- | 00:07:53 |
| 7 | MR. BHAMBA:  Made it, plus they were some -- | 00:07:54 |
| 8 | I talked to them, plus there were some Sri Lankan | 00:07:56 |
| 9 | guys also. | 00:08:01 |
| 10 | SPECIAL AGENT APONTE:  About how many? | 00:08:03 |
| 11 | MR. BHAMBA:  Four Sri Lankan guys. | 00:08:04 |
| 12 | SPECIAL AGENT APONTE:  So it was four -- | 00:08:06 |
| 13 | MR. BHAMBA:  Sri Lankan and four | 00:08:07 |
| 14 | (inaudible). | |
| 15 | SPECIAL AGENT APONTE:  And four Sri Lankans. | 00:08:10 |
| 16 | Okay. | 00:08:13 |
| 17 | And the Sri Lankans, they all made it, also. | 00:08:14 |
| 18 | MR. BHAMBA:  Yes. | 00:08:16 |
| 19 | SPECIAL AGENT APONTE:  Okay.  So they went | 00:08:17 |
| 20 | to the hotel? | 00:08:19 |
| 21 | MR. BHAMBA:  Yes. | 00:08:20 |
| 22 | SPECIAL AGENT APONTE:  On their own?  Did | 00:08:21 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                            88

| | | |
|---|---|---|
| 1 | anyone pick them up -- | 00:08:22 |
| 2 | MR. BHAMBA:  Someone picked them up. | 00:08:22 |
| 3 | SPECIAL AGENT APONTE:  By the shore? | 00:08:23 |
| 4 | MR. BHAMBA:  Yes.  That's what -- | 00:08:24 |
| 5 | SPECIAL AGENT APONTE:  Do you know who | 00:08:24 |
| 6 | picked them up? | 00:08:25 |
| 7 | MR. BHAMBA:  No.  I -- they don't -- I only | 00:08:28 |
| 8 | have -- I don't have access to the captains.  I only | 00:08:29 |
| 9 | have -- when they are going, I find out who's going, | 00:08:32 |
| 10 | where it is going.  If I was, let's say, in the | 00:08:36 |
| 11 | Bahamas, then I will get to meet the captain or | 00:08:38 |
| 12 | something.  But normally it is just -- | 00:08:41 |
| 13 | SPECIAL AGENT APONTE:  So at which point did | 00:08:44 |
| 14 | you so there was a point that you knew they were | 00:08:46 |
| 15 | going to leave here or whatever, or Haiti or | 00:08:48 |
| 16 | whatever, Bahamas, for instance. | 00:08:51 |
| 17 | MR. BHAMBA:  Yes.  They left from Haiti on a | 00:08:52 |
| 18 | plane. | 00:08:53 |
| 19 | SPECIAL AGENT APONTE:  On a plane, okay. | 00:08:54 |
| 20 | MR. BHAMBA:  To Nassau. | 00:08:56 |
| 21 | SPECIAL AGENT APONTE:  To Nassau. | 00:08:57 |
| 22 | MR. BHAMBA:  They got legal entry, okay. | 00:08:58 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              89

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Okay. | 00:09:01 |
| 2 | MR. BHAMBA:  And from there, they went to | 00:09:02 |
| 3 | Bimini, and from Bimini -- | 00:09:03 |
| 4 | SPECIAL AGENT APONTE:  So the minute -- the | 00:09:06 |
| 5 | minute they are ready to sail to the United | 00:09:07 |
| 6 | States -- | 00:09:09 |
| 7 | MR. BHAMBA:  They call me. | 00:09:10 |
| 8 | SPECIAL AGENT APONTE:  They will call you? | 00:09:11 |
| 9 | MR. BHAMBA:  Yeah.  They will call -- Marcia | 00:09:12 |
| 10 | will call me, or whatever her contact person is, | 00:09:13 |
| 11 | will call me and say, this is what's happening. | 00:09:16 |
| 12 | SPECIAL AGENT APONTE:  So you had -- so | 00:09:19 |
| 13 | someone must have called you and said, hey, the 26 | 00:09:21 |
| 14 | people are ready to go? | 00:09:23 |
| 15 | MR. BHAMBA:  Yeah. | 00:09:24 |
| 16 | SPECIAL AGENT APONTE:  When was that? | 00:09:25 |
| 17 | And -- | 00:09:27 |
| 18 | MR. BHAMBA:  I don't remember the exact | 00:09:28 |
| 19 | date, but -- | 00:09:29 |
| 20 | SPECIAL AGENT APONTE:  Do you have records | 00:09:30 |
| 21 | that would show that, meaning e-mails, or phone | 00:09:31 |
| 22 | calls?  Would you have something to -- that we can | 00:09:38 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    90

1   actually go?                                           00:09:40

2        MR. BHAMBA:  No, no.  I lost that form, that      00:09:40

3   form that had all the record.  I had the record,       00:09:43

4   there was -- Marcia sent me e-mail that four people    00:09:47

5   that were caught.  She sent me e-mail, the link,       00:09:51

6   news link, also.                                       00:09:56

7        SPECIAL AGENT APONTE:  Uh-huh.                     00:09:58

8        MR. BHAMBA:  That, you know, we saw that.          00:09:58

9        SPECIAL AGENT APONTE:  Showing that there          00:10:02

10  were caught?                                           00:10:02

11       MR. BHAMBA:  They were getting -- four of          00:10:03

12  them were caught.                                      00:10:04

13       SPECIAL AGENT APONTE:  Okay.  So more or           00:10:06

14  less, when was the date when that load sailed to the   00:10:07

15  United States?                                         00:10:11

16       MR. BHAMBA:  I am not aware, but I was --          00:10:12

17  let me see if I have that on this.  No.                00:10:16

18       SPECIAL AGENT APONTE:  We're going to get --       00:10:20

19  I'm going -- I'm going to -- I'm go to highlight        00:10:22

20  here, we're going to get to that thing.                00:10:26

21       MR. BHAMBA:  I have this, the tickets.             00:10:27

22       SPECIAL AGENT APONTE:  You have the tickets        00:10:30

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          91

| | | |
|---|---|---|
| 1 | great.  You got them.  Perfect. | 00:10:32 |
| 2 | MR. BHAMBA:  Yeah. | 00:10:33 |
| 3 | SPECIAL AGENT APONTE:  So we're going to get | 00:10:33 |
| 4 | that date now.  Just now for me -- | 00:10:34 |
| 5 | MR. BHAMBA:  Uh-huh. | 00:10:37 |
| 6 | SPECIAL AGENT APONTE:  So I can -- | 00:10:37 |
| 7 | MR. BHAMBA:  I have the tickets they | 00:10:37 |
| 8 | traveled on. | 00:10:39 |
| 9 | SPECIAL AGENT APONTE:  Perfect. | 00:10:39 |
| 10 | MR. BHAMBA:  I have the tickets. | 00:10:40 |
| 11 | SPECIAL AGENT APONTE:  Now, let me ask you | 00:10:41 |
| 12 | something. | 00:10:41 |
| 13 | MR. BHAMBA:  Huh? | 00:10:42 |
| 14 | SPECIAL AGENT APONTE:  Is it the same day | 00:10:42 |
| 15 | that they were intercepted? | 00:10:44 |
| 16 | MR. BHAMBA:  Yes, yes. | 00:10:45 |
| 17 | SPECIAL AGENT APONTE:  They left? | 00:10:46 |
| 18 | MR. BHAMBA:  Same date.  Same. | 00:10:46 |
| 19 | SPECIAL AGENT APONTE:  So we're talking | 00:10:47 |
| 20 | about -- so once they sail out to the United States, | 00:10:47 |
| 21 | it is just, what, a couple of hours, right? | 00:10:50 |
| 22 | MR. BHAMBA:  Yeah.  Four or five hours. | 00:10:51 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    92

| | | |
|---|---|---|
| 1 | What they do, they go in the -- like they are going | 00:10:53 |
| 2 | towards -- on the back of Bimini you know, from that | 00:10:59 |
| 3 | side, and like they are going towards Cuba. | 00:11:01 |
| 4 | SPECIAL AGENT APONTE:  So they left at | 00:11:05 |
| 5 | morning or at night? | 00:11:06 |
| 6 | MR. BHAMBA:  No, they left around -- that I | 00:11:08 |
| 7 | remember.  They had left around 9:00. | 00:11:13 |
| 8 | SPECIAL AGENT APONTE:   In the afternoon? | 00:11:17 |
| 9 | MR. BHAMBA:  Night. | 00:11:18 |
| 10 | SPECIAL AGENT APONTE:  Night.  So, so -- | 00:11:18 |
| 11 | MR. BHAMBA:  And they -- they reached over | 00:11:20 |
| 12 | there, they took -- they reached over there | 00:11:23 |
| 13 | something around 2:00 or something. | 00:11:25 |
| 14 | SPECIAL AGENT APONTE:  So they sailed to US | 00:11:29 |
| 15 | at around -- approximately -- | 00:11:31 |
| 16 | MR. BHAMBA:  9:00 p.m. | 00:11:32 |
| 17 | SPECIAL AGENT APONTE:  -- 9:00 p.m. | 00:11:32 |
| 18 | MR. BHAMBA:  That's when they told me | 00:11:34 |
| 19 | they're gone. | 00:11:35 |
| 20 | SPECIAL AGENT APONTE:  And they were | 00:11:35 |
| 21 | arrested, daylight? | 00:11:36 |
| 22 | MR. BHAMBA:  No.  They were arrested in -- | 00:11:37 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          93

| | | |
|---|---|---|
| 1 | in the wee hours in the morning, like something like | 00:11:40 |
| 2 | 4:00 or so. | 00:11:42 |
| 3 | SPECIAL AGENT APONTE:  4:00 in the morning? | 00:11:44 |
| 4 | MR. BHAMBA:  4:00 in the morning.  But they | 00:11:45 |
| 5 | had been over there for a while. | 00:11:47 |
| 6 | SPECIAL AGENT APONTE:  Wait a minute.  They | 00:11:48 |
| 7 | walked in a store. | 00:11:49 |
| 8 | MR. BHAMBA:  They were walking into a store. | 00:11:51 |
| 9 | But later on they found the boat abandoned. | 00:11:52 |
| 10 | SPECIAL AGENT APONTE:  Yeah, but 4:00 in the | 00:11:56 |
| 11 | morning, there's no stores open. | 00:11:57 |
| 12 | MR. BHAMBA:  I don't know, but I think there | 00:11:59 |
| 13 | was a store.  That was a story, and that's the story | 00:12:01 |
| 14 | they gave me. | 00:12:04 |
| 15 | SPECIAL AGENT APONTE:  Okay. | 00:12:06 |
| 16 | MR. BHAMBA:  Most probably there was a | 00:12:06 |
| 17 | store, I think a 24-hour store, or whatever.  One of | 00:12:08 |
| 18 | the Jamaicans had lost his boots. | 00:12:11 |
| 19 | SPECIAL AGENT APONTE:  Okay. | 00:12:14 |
| 20 | MR. BHAMBA:  And that's the way that they | 00:12:14 |
| 21 | went for that -- | 00:12:15 |
| 22 | SPECIAL AGENT APONTE:  It was the same day | 00:12:18 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              94

| | | |
|---|---|---|
| 1 | they were arrested? | 00:12:19 |
| 2 | MR. BHAMBA:  Yeah, yeah. | 00:12:20 |
| 3 | SPECIAL AGENT APONTE:  And that what -- | 00:12:20 |
| 4 | MR. BHAMBA:  It is in the footage, you know, | 00:12:21 |
| 5 | news footage. | 00:12:22 |
| 6 | SPECIAL AGENT APONTE:  All right.  So out of | 00:12:23 |
| 7 | that group, 26 people, pretty much all of them | 00:12:24 |
| 8 | except these five people made it. | 00:12:29 |
| 9 | MR. BHAMBA:  Yeah.  I can give you an | 00:12:31 |
| 10 | example, okay.  In this phone I have at least | 00:12:32 |
| 11 | something, okay.  That will give you an example of | 00:12:35 |
| 12 | how things are. | 00:12:39 |
| 13 | Like here, it will tell me this boat is | 00:12:44 |
| 14 | going, and I would say, no, come on.  It is | 00:12:56 |
| 15 | (inaudible) boat, you know.  You are putting them | 00:13:00 |
| 16 | lives -- guys' lives in jeopardy.  Give them a good | 00:13:02 |
| 17 | boat.  And then she will send me a picture of the | 00:13:05 |
| 18 | boat that is going.  Okay, that boat -- she's -- I | 00:13:07 |
| 19 | got robbed, okay.  I was taking some guys who -- | 00:13:11 |
| 20 | some guy in -- was putting me across to Puerto Rico. | 00:13:15 |
| 21 | And that guy is a guy from here, okay.  And he -- | 00:13:20 |
| 22 | SPECIAL AGENT APONTE:  From here, meaning | 00:13:23 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    95

| | | |
|---|---|---|
| 1 | the Dominican Republic? | 00:13:25 |
| 2 | MR. BHAMBA:  Yeah. | 00:13:27 |
| 3 | SPECIAL AGENT APONTE:  Okay. | 00:13:28 |
| 4 | MR. BHAMBA:  He's basically an American. | 00:13:28 |
| 5 | He's from Puerto Rico. | 00:13:30 |
| 6 | SPECIAL AGENT APONTE:  He's a Puerto Rican | 00:13:32 |
| 7 | that lives here in -- | 00:13:34 |
| 8 | MR. BHAMBA:  Okay. | 00:13:36 |
| 9 | SPECIAL AGENT APONTE:  Do you know his name? | 00:13:36 |
| 10 | MR. BHAMBA:  I know -- I don't know his | 00:13:38 |
| 11 | name, but he used to work through circles.  And | 00:13:39 |
| 12 | right now you got about eight individuals in Puerto | 00:13:43 |
| 13 | Rico.  I got the phone number, if you can put a | 00:13:50 |
| 14 | track -- | 00:13:53 |
| 15 | SPECIAL AGENT APONTE:  Eight illegal aliens | 00:13:54 |
| 16 | in Puerto Rican that are stashed? | 00:13:55 |
| 17 | MR. BHAMBA:  Stashed.  And they have applied | 00:13:57 |
| 18 | for political asylum. | 00:13:58 |
| 19 | SPECIAL AGENT APONTE:  Oh.  So they are | 00:14:02 |
| 20 | not -- if they applied for political asylum, they | 00:14:02 |
| 21 | arrested them, or they presented themselves? | 00:14:05 |
| 22 | MR. BHAMBA:  No, they presented themselves | 00:14:07 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    96

| | | |
|---|---|---|
| 1 | through a lawyer, and it is a big racket.  Okay. | 00:14:09 |
| 2 | What they do is they present themselves, they are | 00:14:11 |
| 3 | given 12 days to get the fingerprints -- | 00:14:14 |
| 4 | SPECIAL AGENT APONTE:  What I mean -- what I | 00:14:16 |
| 5 | mean if I ask you if they are stashed, what I'm | 00:14:17 |
| 6 | trying to -- | 00:14:19 |
| 7 | MR. BHAMBA:  No, no.  First they were | 00:14:20 |
| 8 | stashed, okay, now -- | 00:14:21 |
| 9 | SPECIAL AGENT APONTE:  Do you -- okay, good. | 00:14:23 |
| 10 | MR. BHAMBA:  I've learned that -- | 00:14:24 |
| 11 | SPECIAL AGENT APONTE:  We understand what | 00:14:25 |
| 12 | "stashed" means. | 00:14:25 |
| 13 | MR. BHAMBA:  Yeah. | 00:14:26 |
| 14 | SPECIAL AGENT APONTE:  Stashed is that they | 00:14:26 |
| 15 | are in a house, in a safe house -- | 00:14:27 |
| 16 | MR. BHAMBA:  They were in a house. | 00:14:29 |
| 17 | SPECIAL AGENT APONTE:  Thank you.  Good. | 00:14:30 |
| 18 | MR. BHAMBA:  Safe house. | 00:14:30 |
| 19 | Now they've gone to a lawyer.  They have | 00:14:31 |
| 20 | contacted -- the lawyer has told immigration. | 00:14:32 |
| 21 | Immigration gave them 12 days.  They got the | 00:14:36 |
| 22 | fingerprints done, and -- | 00:14:38 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    97

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  So they're out of | 00:14:41 |
| 2 | (inaudible) now.  They're out there already? | 00:14:42 |
| 3 | MR. BHAMBA:  Yeah. | 00:14:44 |
| 4 | SPECIAL AGENT APONTE:  In the safe house. | 00:14:44 |
| 5 | MR. BHAMBA:  They're out there. | 00:14:45 |
| 6 | SPECIAL AGENT APONTE:  Okay.  You are saying | 00:14:46 |
| 7 | that Puerto Rican that lives here was responsible | 00:14:47 |
| 8 | for them? | 00:14:50 |
| 9 | MR. BHAMBA:  Yeah.  What he did was he got | 00:14:51 |
| 10 | that group out from St. Kitts. | 00:14:54 |
| 11 | SPECIAL AGENT APONTE:  Uh-huh. | 00:14:56 |
| 12 | MR. BHAMBA:  From St. Kitts, he brought them | 00:14:57 |
| 13 | a boat to St. Martin.  From St. Martin he got them | 00:15:01 |
| 14 | to St. Thomas, and from St. Thomas they crossed on a | 00:15:05 |
| 15 | ferry. | 00:15:08 |
| 16 | SPECIAL AGENT APONTE:  And we're going to | 00:15:09 |
| 17 | go -- we're going to come back -- listen.  We're | 00:15:10 |
| 18 | going to come back to all these people, okay, and we | 00:15:11 |
| 19 | are going to tie them up.  And I'll tell you how | 00:15:14 |
| 20 | we're going to do it later on. | 00:15:16 |
| 21 | MR. BHAMBA:  Okay.  Let me just show you -- | 00:15:18 |
| 22 | SPECIAL AGENT APONTE:  But going -- yeah, go | 00:15:19 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              98

| | | |
|---|---|---|
| 1 | ahead.  Finish showing me that.  Let me see. | 00:15:21 |
| 2 | MR. BHAMBA:  Doesn't really give you an | 00:15:23 |
| 3 | idea, okay, this individual, he got me robbed over | 00:15:24 |
| 4 | there, this Puerto Rican guy.  Because he was afraid | 00:15:28 |
| 5 | I got his picture and all that and too much | 00:15:31 |
| 6 | information on his phone. | 00:15:33 |
| 7 | So, because I had to have it.  I didn't | 00:15:45 |
| 8 | delete things, you know.  I always kept them. | 00:15:55 |
| 9 | SPECIAL AGENT APONTE:  I am going to pause | 00:15:58 |
| 10 | the videocamera until you find the pictures. | 00:15:59 |
| 11 | MR. BHAMBA:  Yes, I got it through. | 00:16:01 |
| 12 | (Short pause in the audio recording.) | |
| 13 | SPECIAL AGENT APONTE:  Okay.  We're | 00:00:00 |
| 14 | recording now.  You have found the picture that you | 00:00:01 |
| 15 | were going to show me. | 00:00:05 |
| 16 | What you are showing me now, what I am | 00:00:06 |
| 17 | looking at, is a picture -- | 00:00:08 |
| 18 | MR. BHAMBA:  A boat that -- | 00:00:10 |
| 19 | SPECIAL AGENT APONTE:  -- on your phone of a | 00:00:11 |
| 20 | boat. | 00:00:12 |
| 21 | MR. BHAMBA:  Yeah.  This was the boat they | 00:00:12 |
| 22 | were supposed to go in, but he put them in a smaller | 00:00:14 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                               99

| | | |
|---|---|---|
| 1 | boat, and one guy died. | 00:00:17 |
| 2 | SPECIAL AGENT APONTE:  Okay. | 00:00:19 |
| 3 | MR. BHAMBA:  And the person's dead body is | 00:00:19 |
| 4 | in Evergreen mortuary. | 00:00:21 |
| 5 | SPECIAL AGENT APONTE:  That person that | 00:00:24 |
| 6 | died -- | 00:00:25 |
| 7 | MR. BHAMBA:  Yeah. | 00:00:25 |
| 8 | SPECIAL AGENT APONTE:  -- was that person | 00:00:26 |
| 9 | one of your -- one of the people that you were | 00:00:27 |
| 10 | responsible for? | 00:00:30 |
| 11 | MR. BHAMBA:  He was went through here. | 00:00:31 |
| 12 | Through me. | 00:00:33 |
| 13 | SPECIAL AGENT APONTE:  Went through here, | 00:00:34 |
| 14 | meaning he went through the Dominican Republic. | 00:00:35 |
| 15 | MR. BHAMBA:  Through Paul. | 00:00:38 |
| 16 | SPECIAL AGENT APONTE:  Through you. | 00:00:38 |
| 17 | MR. BHAMBA:  Through Paul. | 00:00:38 |
| 18 | SPECIAL AGENT APONTE:  Through Paul. | 00:00:39 |
| 19 | So it was Paul -- it was -- that alien | 00:00:40 |
| 20 | belonged to Paul? | 00:00:44 |
| 21 | MR. BHAMBA:  Yeah. | 00:00:45 |
| 22 | SPECIAL AGENT APONTE:  And Paul hired -- | 00:00:45 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          100

| | | |
|---|---|---|
| 1 | called you? | 00:00:46 |
| 2 | MR. BHAMBA:  Yeah.  And I called Marcia. | 00:00:47 |
| 3 | SPECIAL AGENT APONTE:  And you called | 00:00:49 |
| 4 | Marcia.  You put them in contact with Marcia. | 00:00:49 |
| 5 | MR. BHAMBA:  Yeah. | 00:00:53 |
| 6 | SPECIAL AGENT APONTE:  Okay. | 00:00:53 |
| 7 | MR. BHAMBA:  And he went from here to Haiti. | 00:00:53 |
| 8 | SPECIAL AGENT APONTE:  Now, that individual | 00:00:56 |
| 9 | that died, was he part of this 26 people -- | 00:00:57 |
| 10 | MR. BHAMBA:  No, no, no. | 00:01:01 |
| 11 | SPECIAL AGENT APONTE:  Okay.  So we're | 00:01:02 |
| 12 | talking about another venture. | 00:01:02 |
| 13 | MR. BHAMBA:  Another group. | 00:01:04 |
| 14 | SPECIAL AGENT APONTE:  Another group. | 00:01:05 |
| 15 | And we will go back to that one, okay. | 00:01:06 |
| 16 | MR. BHAMBA:  That group is currently in | 00:01:08 |
| 17 | custody in the Bahamas. | 00:01:10 |
| 18 | SPECIAL AGENT APONTE:  Okay. | 00:01:13 |
| 19 | MR. BHAMBA:  And his dead body is still over | 00:01:14 |
| 20 | there. | 00:01:16 |
| 21 | SPECIAL AGENT APONTE:  There's a lot -- | 00:01:16 |
| 22 | there is a lot of people and -- you said it before, | 00:01:17 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              101

| | | |
|---|---|---|
| 1 | you have helped out smuggle, what, hundreds, if | 00:01:21 |
| 2 | not -- | 00:01:24 |
| 3 | MR. BHAMBA:  Yeah. | 00:01:25 |
| 4 | SPECIAL AGENT APONTE:  More than that?  But | 00:01:25 |
| 5 | that's the figure that you used, right? | 00:01:26 |
| 6 | MR. BHAMBA:  Yes. | 00:01:28 |
| 7 | SPECIAL AGENT APONTE:  And I do understand, | 00:01:28 |
| 8 | there's a lot of people out there, and -- but we | 00:01:29 |
| 9 | need to focus on just 26 people now.  And then from | 00:01:31 |
| 10 | here, because this is what I am going to use for -- | 00:01:35 |
| 11 | to go on developed, as a base -- | 00:01:38 |
| 12 | MR. BHAMBA:  Okay. | 00:01:41 |
| 13 | SPECIAL AGENT APONTE:  -- is a good word. | 00:01:41 |
| 14 | Out of the 26 people, you mentioned that | 00:01:42 |
| 15 | five people belonged to you. | 00:01:46 |
| 16 | MR. BHAMBA:  Yeah.  Four went away. | 00:01:50 |
| 17 | SPECIAL AGENT APONTE:  Four of them -- | 00:01:52 |
| 18 | MR. BHAMBA:  Went away. | 00:01:53 |
| 19 | SPECIAL AGENT APONTE:  -- made it through, | 00:01:55 |
| 20 | reunited with their families in the United States, | 00:01:57 |
| 21 | wherever that may be, and one of them -- | 00:02:00 |
| 22 | MR. BHAMBA:  Got caught. | 00:02:03 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          102

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Got caught. | 00:02:04 |
| 2 | MR. BHAMBA:  Yeah. | 00:02:04 |
| 3 | SPECIAL AGENT APONTE:  And one of them got | 00:02:05 |
| 4 | caught with four other Indians that belonged to -- | 00:02:06 |
| 5 | MR. BHAMBA:  Gupta. | 00:02:10 |
| 6 | SPECIAL AGENT APONTE:  To Gupta. | 00:02:10 |
| 7 | MR. BHAMBA:  Yeah. | 00:02:13 |
| 8 | SPECIAL AGENT APONTE:  Okay. | 00:02:13 |
| 9 | MR. BHAMBA:  Gupta -- yeah. | 00:02:13 |
| 10 | SPECIAL AGENT APONTE:  And he had made | 00:02:14 |
| 11 | arrangements with -- | 00:02:16 |
| 12 | MR. BHAMBA:  Yeah.  Gupta had made | 00:02:17 |
| 13 | arrangements, he'd been -- okay.  Marcia has a habit | 00:02:18 |
| 14 | of, you know -- | 00:02:22 |
| 15 | SPECIAL AGENT APONTE:  Let me ask you | 00:02:23 |
| 16 | something.  Were you supposed to get paid -- | 00:02:23 |
| 17 | MR. BHAMBA:  For -- | 00:02:26 |
| 18 | SPECIAL AGENT APONTE:  -- for -- | 00:02:26 |
| 19 | MR. BHAMBA:  Those four, too. | 00:02:27 |
| 20 | SPECIAL AGENT APONTE:  For those four, too. | 00:02:28 |
| 21 | MR. BHAMBA:  Yeah. | 00:02:29 |
| 22 | SPECIAL AGENT APONTE:  So it will be four | 00:02:29 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                     103

| | | |
|---|---|---|
| 1 | plus five. | 00:02:32 |
| 2 | MR. BHAMBA:  Yeah. | 00:02:33 |
| 3 | SPECIAL AGENT APONTE:  So you were supposed | 00:02:34 |
| 4 | to be paid for 9 individuals. | 00:02:35 |
| 5 | MR. BHAMBA:  9. | 00:02:37 |
| 6 | SPECIAL AGENT APONTE:  9 Indians. | 00:02:38 |
| 7 | MR. BHAMBA:  Yeah. | 00:02:39 |
| 8 | SPECIAL AGENT APONTE:  At which point here | 00:02:39 |
| 9 | in the Dominican Republic, you dealt with them, | 00:02:41 |
| 10 | right? | 00:02:43 |
| 11 | MR. BHAMBA:  Yeah, yeah. | 00:02:43 |
| 12 | SPECIAL AGENT APONTE:  Okay.  Now, how much | 00:02:44 |
| 13 | were you supposed to get paid for this 9th | 00:02:45 |
| 14 | individual. | 00:02:48 |
| 15 | MR. BHAMBA:  Nine individuals, normally they | 00:02:49 |
| 16 | would pay me something like 4,000 dollars for all | 00:02:52 |
| 17 | their travels, setting up everything.  The bulk of | 00:02:56 |
| 18 | the money goes to all our -- the main guy behind the | 00:03:00 |
| 19 | whole thing is Paul, or -- | 00:03:05 |
| 20 | SPECIAL AGENT APONTE:  You are supposed to | 00:03:08 |
| 21 | get 4,000 dollars -- | 00:03:09 |
| 22 | MR. BHAMBA:  Yeah. | 00:03:10 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    104

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  -- per individual. | 00:03:10 |
| 2 | MR. BHAMBA:  Per individual. | 00:03:11 |
| 3 | SPECIAL AGENT APONTE:  Okay. | 00:03:13 |
| 4 | MR. BHAMBA:  Plus whatever expense. | 00:03:13 |
| 5 | SPECIAL AGENT APONTE:  And it was 9. | 00:03:17 |
| 6 | All right.  So that -- who would pay you | 00:03:22 |
| 7 | that money?  The alien, when they come here, or -- | 00:03:25 |
| 8 | MR. BHAMBA:  No, no. | 00:03:29 |
| 9 | SPECIAL AGENT APONTE:  -- or how do you get | 00:03:29 |
| 10 | that money? | 00:03:30 |
| 11 | MR. BHAMBA:  Okay.  That money is paid, | 00:03:31 |
| 12 | okay, it is transferred from the -- on wire, Western | 00:03:32 |
| 13 | Union. | 00:03:41 |
| 14 | SPECIAL AGENT APONTE:  Uh-huh. | 00:03:42 |
| 15 | MR. BHAMBA:  Okay.  This is how it is | 00:03:43 |
| 16 | transferred.  Now, because it is very hard to get | 00:03:44 |
| 17 | money.  There are two ways of getting money.  You | 00:03:46 |
| 18 | are going to get money in New York, that is a hawala | 00:03:48 |
| 19 | system. | 00:03:52 |
| 20 | SPECIAL AGENT APONTE:  Uh-huh. | 00:03:53 |
| 21 | MR. BHAMBA:  Okay.  It still works, fully | 00:03:53 |
| 22 | thriving.  You give someone in India the money, | 00:03:56 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              105

| | | |
|---|---|---|
| 1 | someone in New York, a dweller or some other | 00:03:59 |
| 2 | businessman.  He just comes over there, calls you, a | 00:04:03 |
| 3 | number.  You give him a note, the note number that | 00:04:06 |
| 4 | you have sent over there to India.  You deliver the | 00:04:11 |
| 5 | note, ten dollar note, and it has that individual | 00:04:13 |
| 6 | number.  He checks the number with the number that | 00:04:16 |
| 7 | he got WhatsApp from there.  He gives you 30,000 or | 00:04:18 |
| 8 | 40,000 or 50,000, whatever you have, and then | 00:04:22 |
| 9 | someone sends it to Western Union from USA. | 00:04:24 |
| 10 | There's a new one, because USA has become | 00:04:27 |
| 11 | very hard on that.  So there's a new way of | 00:04:30 |
| 12 | transferring money, okay.  That way is, what they do | 00:04:32 |
| 13 | is they take the money over there in India, they | 00:04:36 |
| 14 | have individuals in UK, they have individuals in | 00:04:40 |
| 15 | France, they have individuals in Dubai, okay.  Those | 00:04:44 |
| 16 | individuals in Europe and the -- even in Amsterdam, | 00:04:48 |
| 17 | they transfer the money directly to Santo Domingo or | 00:04:52 |
| 18 | Dominican Republic. | 00:04:56 |
| 19 | SPECIAL AGENT APONTE:  Okay. | 00:05:02 |
| 20 | MR. BHAMBA:  So that is how it is. | 00:05:03 |
| 21 | SPECIAL AGENT APONTE:  So someone -- | 00:05:04 |
| 22 | MR. BHAMBA:  I showed some -- | 00:05:04 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          106

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  At some point you are | 00:05:05 |
| 2 | supposed to get 36,000 dollars.  And we are | 00:05:06 |
| 3 | referring to -- | 00:05:07 |
| 4 | MR. BHAMBA:  Yeah. | 00:05:09 |
| 5 | SPECIAL AGENT APONTE:  -- the group of nine | 00:05:09 |
| 6 | people that you were responsible for? | 00:05:10 |
| 7 | MR. BHAMBA:  Yeah. | 00:05:12 |
| 8 | SPECIAL AGENT APONTE:  Okay.  So you do you | 00:05:13 |
| 9 | get paid -- do you get your payment already for | 00:05:13 |
| 10 | that? | 00:05:16 |
| 11 | MR. BHAMBA:  No, no, they never paid me. | 00:05:16 |
| 12 | Because Gupta reneged on his -- | 00:05:17 |
| 13 | SPECIAL AGENT APONTE:  They didn't pay you, | 00:05:19 |
| 14 | but it is not that they will not pay you, I mean -- | 00:05:20 |
| 15 | MR. BHAMBA:  No. | 00:05:23 |
| 16 | SPECIAL AGENT APONTE:  -- that money will | 00:05:23 |
| 17 | come from -- | 00:05:23 |
| 18 | MR. BHAMBA:  Yeah.  But they did -- the | 00:05:24 |
| 19 | reason is this one guy got arrested, so Paul won't | 00:05:26 |
| 20 | pay me for that, and he's -- | 00:05:29 |
| 21 | SPECIAL AGENT APONTE:  For that particular | 00:05:30 |
| 22 | one? | 00:05:31 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              107

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah.  Because one got | 00:05:31 |
| 2 | arrested, and he's got -- | 00:05:32 |
| 3 | SPECIAL AGENT APONTE:  What about for the | 00:05:33 |
| 4 | four people that made it? | 00:05:34 |
| 5 | MR. BHAMBA:  The four people, because this | 00:05:35 |
| 6 | one guy has not paid in a single cent, and his money | 00:05:37 |
| 7 | is stuck.  So that's punishment. | 00:05:44 |
| 8 | SPECIAL AGENT APONTE:  Okay.  But he's going | 00:05:46 |
| 9 | to pay you? | 00:05:46 |
| 10 | MR. BHAMBA:  He is. | 00:05:47 |
| 11 | SPECIAL AGENT APONTE:  According to you, | 00:05:48 |
| 12 | right? | 00:05:49 |
| 13 | MR. BHAMBA:  But, you know -- | 00:05:49 |
| 14 | SPECIAL AGENT APONTE:  There's no indication | 00:05:50 |
| 15 | that -- he has not given you any reason or told you | 00:05:51 |
| 16 | that he's not going to pay you? | 00:05:54 |
| 17 | MR. BHAMBA:  He has said, you know, if I | 00:05:57 |
| 18 | don't get my money for this one guy arrested, you | 00:05:58 |
| 19 | know, then I am not going to pay you.  I am going to | 00:06:00 |
| 20 | deduct the money from you. | 00:06:04 |
| 21 | SPECIAL AGENT APONTE:  Okay.  So, basically, | 00:06:06 |
| 22 | what would happen then, you lost the money for that | 00:06:09 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                        108

| | | |
|---|---|---|
| 1 | particular -- | 00:06:11 |
| 2 | MR. BHAMBA:  Yes. | 00:06:12 |
| 3 | SPECIAL AGENT APONTE:  But what about for | 00:06:12 |
| 4 | subsequent people that are coming then -- | 00:06:13 |
| 5 | MR. BHAMBA:  Yeah. | 00:06:14 |
| 6 | SPECIAL AGENT APONTE:  -- you would get | 00:06:14 |
| 7 | paid? | 00:06:15 |
| 8 | MR. BHAMBA:  I will, I will. | 00:06:16 |
| 9 | SPECIAL AGENT APONTE:  So if he gets a loss, | 00:06:17 |
| 10 | you will get a loss. | 00:06:17 |
| 11 | MR. BHAMBA:  Yeah. | 00:06:20 |
| 12 | SPECIAL AGENT APONTE:  Okay.  Okay. | 00:06:20 |
| 13 | MR. BHAMBA:  He -- | 00:06:22 |
| 14 | SPECIAL AGENT APONTE:  This is -- | 00:06:24 |
| 15 | MR. BHAMBA:  Yeah. | 00:06:24 |
| 16 | SPECIAL AGENT APONTE:  This is very | 00:06:24 |
| 17 | important that we cover, you know. | 00:06:25 |
| 18 | MR. BHAMBA:  The thing is, I learned from | 00:06:27 |
| 19 | him, okay, I didn't know that -- okay, things were | 00:06:28 |
| 20 | going good. | 00:06:31 |
| 21 | SPECIAL AGENT APONTE:  Uh-huh. | 00:06:32 |
| 22 | MR. BHAMBA:  Things are going good, okay. | 00:06:32 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                        109

| | | |
|---|---|---|
| 1 | He was sending them to Mexico, okay.  I was managing | 00:06:33 |
| 2 | them from Curacao, things were going good, his | 00:06:37 |
| 3 | people were going to States.  No problem, okay. | 00:06:40 |
| 4 | But now I realize one thing, that he is a | 00:06:45 |
| 5 | little bit of a greedy individual.  Okay.  He fudges | 00:06:47 |
| 6 | a lot in the accounts.  When he sees any loss, he | 00:06:51 |
| 7 | tries to put that loss on you.  When it is a profit, | 00:06:55 |
| 8 | he tries to, you know, just -- oh, I paid you that, | 00:06:58 |
| 9 | I paid you this.  So he has that habit.  But if, you | 00:07:02 |
| 10 | know, things are going good, and, you know, you just | 00:07:06 |
| 11 | figure it will be resolved. | 00:07:11 |
| 12 | SPECIAL AGENT APONTE:  Yeah.  So it is a | 00:07:15 |
| 13 | business loss.  Every business has losses, right? | 00:07:17 |
| 14 | MR. BHAMBA:  Yeah. | 00:07:19 |
| 15 | SPECIAL AGENT APONTE:  So, okay. | 00:07:19 |
| 16 | MR. BHAMBA:  Now he is blaming me for these | 00:07:19 |
| 17 | individuals who are caught over there, the guy who | 00:07:21 |
| 18 | died, he's blaming me for that, you know. | 00:07:23 |
| 19 | Whereas -- | 00:07:26 |
| 20 | SPECIAL AGENT APONTE:  Why? | 00:07:27 |
| 21 | MR. BHAMBA:  He's saying, oh, you put | 00:07:27 |
| 22 | them -- okay.  He was dealing with Marcia, himself, | 00:07:29 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                         110

| | | |
|---|---|---|
| 1 | okay. | 00:07:32 |
| 2 | SPECIAL AGENT APONTE:  Uh-huh. | 00:07:33 |
| 3 | MR. BHAMBA:  And he sent the money over | 00:07:33 |
| 4 | there and all.  Oh, you put them in a bad boa, and | 00:07:34 |
| 5 | all.  Okay.  I didn't put them in a bad boat.  I | 00:07:37 |
| 6 | told Marcia, don't send them on a rickety boat, | 00:07:40 |
| 7 | okay.  She was going to put them on a small boat.  I | 00:07:42 |
| 8 | said, no.  Don't put them.  The guys' safety is | 00:07:45 |
| 9 | first.  Put them on a nice boat.  You are charging | 00:07:49 |
| 10 | money for that.  You are getting paid something | 00:07:52 |
| 11 | like, you know, ten grand to do the job.  So do the | 00:07:53 |
| 12 | job. | 00:07:59 |
| 13 | SPECIAL AGENT APONTE:  So Marcia, Marcia was | 00:08:00 |
| 14 | the one who made the arrangements? | 00:08:01 |
| 15 | MR. BHAMBA:  Yeah. | 00:08:03 |
| 16 | SPECIAL AGENT APONTE:  To get that -- the | 00:08:04 |
| 17 | deceased on a boat? | 00:08:05 |
| 18 | MR. BHAMBA:  Yes.  She got all those -- they | 00:08:06 |
| 19 | were total individuals, six individuals. | 00:08:08 |
| 20 | SPECIAL AGENT APONTE:  And how -- are you -- | 00:08:12 |
| 21 | I mean, that's what you were told.  Who told you | 00:08:16 |
| 22 | that Marcia was the one who did the arrangements? | 00:08:18 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    111

| | | |
|---|---|---|
| 1 | Are you guessing that she was, -- that she did -- | 00:08:20 |
| 2 | MR. BHAMBA:  No, no, no. | 00:08:22 |
| 3 | SPECIAL AGENT APONTE:  -- or do you have -- | 00:08:23 |
| 4 | MR. BHAMBA:  I have -- | 00:08:23 |
| 5 | SPECIAL AGENT APONTE:  -- you have strong | 00:08:24 |
| 6 | evidence that -- | 00:08:24 |
| 7 | MR. BHAMBA:  -- strong evidence. | 00:08:25 |
| 8 | SPECIAL AGENT APONTE:  What evidence do you | 00:08:26 |
| 9 | have that Marcia was the one who -- | 00:08:26 |
| 10 | MR. BHAMBA:  Because they stayed in the | 00:08:29 |
| 11 | house, they stayed in a house -- | 00:08:32 |
| 12 | SPECIAL AGENT APONTE:  Uh-huh. | 00:08:33 |
| 13 | MR. BHAMBA:  -- they lived in a house, her | 00:08:33 |
| 14 | brother took them over there.  I talked to them on | 00:08:34 |
| 15 | the phone. | 00:08:36 |
| 16 | SPECIAL AGENT APONTE:  You called Marcia on | 00:08:39 |
| 17 | the phone and they were there? | 00:08:40 |
| 18 | MR. BHAMBA:  We have to set it up.  That's | 00:08:41 |
| 19 | not a problem.  I can take these five individuals | 00:08:42 |
| 20 | who are there to Cuba, and I can bring all of them | 00:08:45 |
| 21 | back through Marcia, on the same airboat.  And I can | 00:08:49 |
| 22 | get them out.  And you can do whatever you want. | 00:08:54 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                           112

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Okay. | 00:08:58 |
| 2 | MR. BHAMBA:  See, it's -- if you want to go | 00:08:59 |
| 3 | for -- you have to catch them red-handed. | 00:09:01 |
| 4 | SPECIAL AGENT APONTE:  Uh-huh. | 00:09:04 |
| 5 | MR. BHAMBA:  If you don't catch them | 00:09:05 |
| 6 | red-handed, okay, and this is not one.  Marcia's | 00:09:06 |
| 7 | just a tip of the iceberg.  Okay, there's Shaba, | 00:09:10 |
| 8 | there's other people, there's immigration.  You can | 00:09:13 |
| 9 | get a planeload on any of the islands, without | 00:09:17 |
| 10 | inspection, without anything. | 00:09:20 |
| 11 | SPECIAL AGENT APONTE:  Uh-huh. | 00:09:22 |
| 12 | MR. BHAMBA:  And you can get ten | 00:09:22 |
| 13 | individuals, or five individuals straight over | 00:09:23 |
| 14 | there.  No record.  So you can well imagine, okay if | 00:09:29 |
| 15 | they are doing it for -- individuals without | 00:09:30 |
| 16 | passports for anyone, do you think they are asking | 00:09:34 |
| 17 | them that they are Chinese, Indian, or what. | 00:09:37 |
| 18 | SPECIAL AGENT APONTE:  Let me ask you | 00:09:39 |
| 19 | something, Mr. Bhamba.  Let's say that tomorrow, you | 00:09:40 |
| 20 | smuggle or you help smuggle five individuals into | 00:09:47 |
| 21 | the United States. | 00:09:50 |
| 22 | MR. BHAMBA:  Uh-huh. | 00:09:52 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                      113

| | |
|---|---|
| 1 | SPECIAL AGENT APONTE:  And they get caught | 00:09:52 |
| 2 | by the police for whatever reasons, I mean, beyond | 00:09:53 |
| 3 | your control, do you still get paid? | 00:09:57 |
| 4 | MR. BHAMBA:  No. | 00:10:01 |
| 5 | SPECIAL AGENT APONTE:  Why is that?  Since | 00:10:03 |
| 6 | you did -- this is just for me to understand.  Why | 00:10:04 |
| 7 | is that, since you already did your part here, | 00:10:06 |
| 8 | what's your -- what you are here to do, to put them | 00:10:07 |
| 9 | on the boat and make arrangements.  You did your | 00:10:12 |
| 10 | part. | 00:10:13 |
| 11 | MR. BHAMBA:  No, that's not how it works. | 00:10:14 |
| 12 | That's how the system is.  These guys charge | 00:10:15 |
| 13 | something like 60,000 or whatever, 60,000 US dollars | 00:10:18 |
| 14 | on a guarantee that they will make it.  Now the rate | 00:10:22 |
| 15 | from the Mexico side is something like 22 lakhs. | 00:10:25 |
| 16 | That is about 45, okay.  Now, in that individual, | 00:10:32 |
| 17 | okay, since Texas lets them go on a bond of 10,000 | 00:10:37 |
| 18 | or 5,000, that is -- the deal is to go to prison. | 00:10:41 |
| 19 | So what they do is they purposely take them across, | 00:10:46 |
| 20 | and they get them arrested.  They stay in the prison | 00:10:49 |
| 21 | for one or two months, get verified.  There are | 00:10:53 |
| 22 | lawyers who arrange, you know, the guarantee and | 00:10:56 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    114

| | | |
|---|---|---|
| 1 | everything, some Indian lawyers, some US lawyers. | 00:10:59 |
| 2 | They are fully aware of who Paul is and all that. | 00:11:02 |
| 3 | Money goes from here. | 00:11:05 |
| 4 | SPECIAL AGENT APONTE:  Uh-huh. | 00:11:07 |
| 5 | MR. BHAMBA:  Okay.  And the system is, you | 00:11:07 |
| 6 | know, they get them out.  They stay over there a | 00:11:09 |
| 7 | month or two and they get released.  Once they touch | 00:11:12 |
| 8 | base in the (inaudible), they are guaranteed they | 00:11:15 |
| 9 | are going to get bail, they get the payment.  What | 00:11:19 |
| 10 | happened here, until (inaudible) is not going to | 00:11:23 |
| 11 | come out. | 00:11:27 |
| 12 | SPECIAL AGENT APONTE:  Uh-huh. | 00:11:27 |
| 13 | MR. BHAMBA:  He is not going to get bail, I | 00:11:27 |
| 14 | won't get paid.  But once he gets bail, I get paid. | 00:11:29 |
| 15 | SPECIAL AGENT APONTE:  Okay.  Now fair | 00:11:34 |
| 16 | enough. | 00:11:35 |
| 17 | Now, so it is fair to say they -- the four | 00:11:35 |
| 18 | people that made it -- | 00:11:39 |
| 19 | MR. BHAMBA:  Yeah. | 00:11:41 |
| 20 | SPECIAL AGENT APONTE:  -- you are going to | 00:11:41 |
| 21 | get your money back. | 00:11:42 |
| 22 | MR. BHAMBA:  Yeah.  Because of this | 00:11:43 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    115

| | | |
|---|---|---|
| 1 | individual getting caught, he's using this, okay. | 00:11:45 |
| 2 | Now to further complicate the matter, okay, he's | 00:11:48 |
| 3 | saying these six got caught, and one guy died. | 00:11:51 |
| 4 | Now, I have nothing to do with the death. | 00:11:58 |
| 5 | SPECIAL AGENT APONTE:  So the system you're | 00:11:59 |
| 6 | explaining, you know, works if he wants to make it | 00:12:00 |
| 7 | work, huh? | 00:12:02 |
| 8 | MR. BHAMBA:  Yeah. | 00:12:03 |
| 9 | SPECIAL AGENT APONTE:  So it's like, okay. | 00:12:03 |
| 10 | He can controls that. | 00:12:04 |
| 11 | MR. BHAMBA:  He has my son.  What can I do? | 00:12:06 |
| 12 | SPECIAL AGENT APONTE:  So now -- now -- | 00:12:10 |
| 13 | MR. BHAMBA:  See, now I realize what | 00:12:11 |
| 14 | situation I am, and I decided, okay, I had a heart | 00:12:13 |
| 15 | attack. | 00:12:17 |
| 16 | SPECIAL AGENT APONTE:  So there's no | 00:12:18 |
| 17 | guarantee that if he sends five people next week, | 00:12:18 |
| 18 | that you are going to get paid for it. | 00:12:21 |
| 19 | MR. BHAMBA:  He (inaudible), he's not | 00:12:26 |
| 20 | even -- there's some things that crooks, you know, | 00:12:29 |
| 21 | have code of honor.  He doesn't have that. | 00:12:33 |
| 22 | SPECIAL AGENT APONTE:  Uh-huh. | 00:12:38 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          116

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  It is just, you know, if he | 00:12:38 |
| 2 | sees things are going, he's going to make -- he's | 00:12:40 |
| 3 | such an individual -- and it is not only done with | 00:12:43 |
| 4 | me, you know.  I came to know about that later, and, | 00:12:46 |
| 5 | you know, he's done it with big people in Mexico. | 00:12:49 |
| 6 | Like he will do business, he'll get a hundred people | 00:12:51 |
| 7 | out or whatever, then he'll, you know, get into some | 00:12:53 |
| 8 | problem.  He'll get troops (inaudible) individual, | 00:12:57 |
| 9 | and then he'll bypass that individual, and he'll hit | 00:13:02 |
| 10 | him for 50,000 or 60,000.  And then if things go bad | 00:13:09 |
| 11 | and he has to come back, and he's like, oh, shit, | 00:13:12 |
| 12 | you know, come on.  I'll throw you a party.  Come to | 00:13:14 |
| 13 | Paris anyhow.  He'll buy them a ticket. | 00:13:17 |
| 14 | SPECIAL AGENT APONTE:  So this individual | 00:13:20 |
| 15 | works with anybody then, huh? | 00:13:21 |
| 16 | MR. BHAMBA:  Yeah.  He works with anyone. | 00:13:25 |
| 17 | Like, say -- | 00:13:26 |
| 18 | SPECIAL AGENT APONTE:  If I meet him or | 00:13:27 |
| 19 | someone else meets him, he'll cut you out of the -- | 00:13:28 |
| 20 | MR. BHAMBA:  If I was to -- yeah. | 00:13:31 |
| 21 | SPECIAL AGENT APONTE:  Okay. | 00:13:32 |
| 22 | MR. BHAMBA:  If I was to, you know, send out | 00:13:34 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    117

| | | |
|---|---|---|
| 1 | five or six people, you know, ten people, and they | 00:13:35 |
| 2 | are (inaudible), we get them caught over there, and | 00:13:37 |
| 3 | ten people.  And I say, oh, look.  What a good | 00:13:39 |
| 4 | source I have.  Ten people went across, they are | 00:13:42 |
| 5 | free.  Nothing (inaudible). | 00:13:45 |
| 6 | And he will say, oh, you can't -- you know | 00:13:48 |
| 7 | that guy wants to -- he's a Mexican.  You know, guy | 00:13:51 |
| 8 | wants to do big business, and you know.  Do you want | 00:13:54 |
| 9 | to come and meet him, and he can arrange this, and | 00:13:58 |
| 10 | there's no hassle.  He can fly them out from "X" | 00:14:00 |
| 11 | point and "X" point, and blah, blah. | 00:14:03 |
| 12 | He'll set up a meeting because he'll think | 00:14:06 |
| 13 | he'll get -- he has a Guatemalan girlfriend who | 00:14:09 |
| 14 | speaks Spanish.  Then he will try to get the number, | 00:14:12 |
| 15 | and try to get (inaudible).  So that is -- his greed | 00:14:16 |
| 16 | is his biggest thing that can get him. | 00:14:21 |
| 17 | But, otherwise, he doesn't winter out of the | 00:14:24 |
| 18 | country, he only talks to -- okay, the Indian cops, | 00:14:25 |
| 19 | they -- he has two cases, three cases, four cases | 00:14:30 |
| 20 | pending.  He has paid bribes, cut them out from | 00:14:32 |
| 21 | there.  He has a Canadian passport.  He doesn't go | 00:14:36 |
| 22 | to Canada.  He has one wife in Canada.  He's | 00:14:39 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                           118

| | | |
|---|---|---|
| 1 | divorced with her.  And he has one wife over there. | 00:14:43 |
| 2 | But he had two wives at the same time.  But no one | 00:14:47 |
| 3 | complains. | 00:14:52 |
| 4 | SPECIAL AGENT APONTE:  Uh-huh.  Well, in | 00:14:53 |
| 5 | summary here, just to summarize that the particular | 00:14:54 |
| 6 | group that we're referring to, 26 individuals that | 00:14:58 |
| 7 | were smuggled, that other 21 -- that other 21 that | 00:15:03 |
| 8 | were onboard, okay -- | 00:15:06 |
| 9 | MR. BHAMBA:  Yeah.  There were some | 00:15:07 |
| 10 | Jamaicans, some -- | 00:15:08 |
| 11 | SPECIAL AGENT APONTE:  And let me give | 00:15:10 |
| 12 | you -- I gave you the wrong number.  I'm sorry.  It | 00:15:11 |
| 13 | wasn't supposed to be (inaudible), it was 17.  The | 00:15:12 |
| 14 | other 17 people -- | 00:15:16 |
| 15 | MR. BHAMBA:  Yeah. | 00:15:18 |
| 16 | SPECIAL AGENT APONTE:  -- were not Indians, | 00:15:18 |
| 17 | they were -- | 00:15:19 |
| 18 | MR. BHAMBA:  No, they were Sri Lankans. | 00:15:20 |
| 19 | SPECIAL AGENT APONTE:  Sri Lankans. | 00:15:22 |
| 20 | MR. BHAMBA:  Yeah.  Five -- five and four. | 00:15:23 |
| 21 | Nine were Indians. | 00:15:27 |
| 22 | SPECIAL AGENT APONTE:  Uh-huh. | 00:15:29 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    119

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Nine were Indians, and nine | 00:15:29 |
| 2 | were Indians, so -- yeah.  17 of them were -- four | 00:15:33 |
| 3 | of them were Sri Lankans.  So 13 of them were either | 00:15:37 |
| 4 | Bahamian or with the captain and all that, or they | 00:15:43 |
| 5 | were, you know, Jamaicans. | 00:15:47 |
| 6 | SPECIAL AGENT APONTE:  All nationalities. | 00:15:48 |
| 7 | MR. BHAMBA:  Okay.  Some of them have | 00:15:49 |
| 8 | escaped, okay.  Only the few individuals that | 00:15:50 |
| 9 | managed to get caught.  One lady and one died. | 00:15:53 |
| 10 | SPECIAL AGENT APONTE:  Okay.  Okay.  Now, | 00:15:58 |
| 11 | have you -- do you know the whereabouts of the four | 00:15:59 |
| 12 | individuals that made it? | 00:16:04 |
| 13 | MR. BHAMBA:  The four individuals that made | 00:16:08 |
| 14 | it?  Yeah.  I wouldn't know the address, but I can | 00:16:09 |
| 15 | get you the numbers, you know. | 00:16:12 |
| 16 | SPECIAL AGENT APONTE:  Their phone numbers? | 00:16:15 |
| 17 | MR. BHAMBA:  Their phone numbers of the -- | 00:16:16 |
| 18 | SPECIAL AGENT APONTE:  Of the relatives? | 00:16:18 |
| 19 | MR. BHAMBA:  Of the relatives. | 00:16:25 |
| 20 | SPECIAL AGENT APONTE:  Okay.  So it is fair | 00:16:32 |
| 21 | to say -- | 00:16:33 |
| 22 | MR. BHAMBA:  Uh-huh. | 00:16:33 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                           120

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  -- that you -- | 00:16:34 |
| 2 | MR. BHAMBA:  Even the numbers that are for | 00:16:37 |
| 3 | the Gupta's people, because they individually came | 00:16:39 |
| 4 | to me, so I have talked to their people.  I can give | 00:16:42 |
| 5 | you their numbers, also, where individual number -- | 00:16:45 |
| 6 | SPECIAL AGENT APONTE:  So they actually | 00:16:48 |
| 7 | reached out to you while they were in transit to the | 00:16:49 |
| 8 | United States, or while the aliens were in transit | 00:16:52 |
| 9 | to the United States? | 00:16:54 |
| 10 | MR. BHAMBA:  Yeah.  They came over here, | 00:16:54 |
| 11 | they came through me -- | 00:16:55 |
| 12 | SPECIAL AGENT APONTE:  They also came over | 00:16:56 |
| 13 | here -- | 00:16:57 |
| 14 | MR. BHAMBA:  Yeah, I helped them get -- | 00:16:57 |
| 15 | SPECIAL AGENT APONTE:  You met them face to | 00:16:58 |
| 16 | face? | 00:16:59 |
| 17 | MR. BHAMBA:  Not face to face.  I didn't | 00:17:00 |
| 18 | meet them -- | 00:17:02 |
| 19 | SPECIAL AGENT APONTE:  Why would they come | 00:17:02 |
| 20 | then over here? | 00:17:03 |
| 21 | MR. BHAMBA:  Yeah.  They came over here | 00:17:05 |
| 22 | because I arranged to -- for them to come out, you | 00:17:05 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    121

| | | |
|---|---|---|
| 1 | know. | 00:17:08 |
| 2 | SPECIAL AGENT APONTE:  Oh. | 00:17:09 |
| 3 | MR. BHAMBA:  To get out of prison. | 00:17:09 |
| 4 | SPECIAL AGENT APONTE:  So they -- they came | 00:17:10 |
| 5 | over here to meet with their loved ones, with them | 00:17:11 |
| 6 | while they were incarcerated, while they were in | 00:17:15 |
| 7 | prison? | 00:17:16 |
| 8 | MR. BHAMBA:  No, no, they didn't come, but | 00:17:17 |
| 9 | the money was sent from the loved ones to, you know, | 00:17:19 |
| 10 | bribe the people over here, and I was in touch with | 00:17:22 |
| 11 | them, their parents and everyone. | 00:17:25 |
| 12 | SPECIAL AGENT APONTE:  Oh, okay.  You mean | 00:17:29 |
| 13 | to bribe the people over here, did you actually work | 00:17:29 |
| 14 | with government officials, yourself, in person, to | 00:17:32 |
| 15 | give money out and stuff like that, or what? | 00:17:35 |
| 16 | MR. BHAMBA:  Not directly, because I don't | 00:17:38 |
| 17 | know the language.  So, you know, there's Marcia was | 00:17:40 |
| 18 | used to say there was -- Marcia used a couple of | 00:17:43 |
| 19 | people over here to pay the bribes. | 00:17:46 |
| 20 | SPECIAL AGENT APONTE:  And Marcia speaks | 00:17:48 |
| 21 | Spanish? | 00:17:50 |
| 22 | MR. BHAMBA:  Yeah.  No, she doesn't, but she | 00:17:50 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    122

| | | |
|---|---|---|
| 1 | has some people who do. | 00:17:52 |
| 2 | SPECIAL AGENT APONTE:  Okay. | 00:17:55 |
| 3 | MR. BHAMBA:  Yeah.  She has some people in | 00:17:56 |
| 4 | Haiti who -- | 00:17:57 |
| 5 | SPECIAL AGENT APONTE:  Marcia came down | 00:17:58 |
| 6 | here, and she told -- | 00:17:58 |
| 7 | MR. BHAMBA:  Yeah. | 00:18:00 |
| 8 | SPECIAL AGENT APONTE:  -- officials here, | 00:18:01 |
| 9 | and she made it happen? | 00:18:02 |
| 10 | MR. BHAMBA:  She made it happen. | 00:18:03 |
| 11 | SPECIAL AGENT APONTE:  Okay.  But then at | 00:18:05 |
| 12 | some point here you talked to the relatives? | 00:18:06 |
| 13 | MR. BHAMBA:  Yeah. | 00:18:08 |
| 14 | SPECIAL AGENT APONTE:  Over the phone. | 00:18:09 |
| 15 | MR. BHAMBA:  Yes, I talked to the relatives | 00:18:09 |
| 16 | from India, when they traveled from India, I met | 00:18:10 |
| 17 | them over there. | 00:18:14 |
| 18 | SPECIAL AGENT APONTE:  That's right. | 00:18:15 |
| 19 | MR. BHAMBA:  Okay.  I was -- at that time I | 00:18:15 |
| 20 | was in India. | 00:18:17 |
| 21 | SPECIAL AGENT APONTE:  Okay.  So you -- so | 00:18:18 |
| 22 | you met them face to face once, but in India, not in | 00:18:19 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    123

| | | |
|---|---|---|
| 1 | the Dominican Republic? | 00:18:21 |
| 2 | MR. BHAMBA:  No, not in the Dominican | 00:18:23 |
| 3 | Republic. | 00:18:24 |
| 4 | SPECIAL AGENT APONTE:  Okay. | 00:18:25 |
| 5 | MR. BHAMBA:  But I was in touch with them | 00:18:26 |
| 6 | all the time, we were here to get them food or, you | 00:18:27 |
| 7 | know, tell Marcia to give them food or whatever, or | 00:18:30 |
| 8 | get them out, how soon she was going to get them, | 00:18:33 |
| 9 | and when they were crossing over to Haiti, you know, | 00:18:36 |
| 10 | I was in touch with them. | 00:18:38 |
| 11 | When they reached Haiti, that's when they | 00:18:40 |
| 12 | switched tables, and they, you know, decided to not | 00:18:42 |
| 13 | pay me and anything and said, oh, we are going | 00:18:47 |
| 14 | Mexico.  But I knew that this is what had happened, | 00:18:49 |
| 15 | that Gupta had gone behind my back and -- | 00:18:54 |
| 16 | SPECIAL AGENT APONTE:  There is a lot of | 00:18:56 |
| 17 | money in this business. | 00:18:57 |
| 18 | MR. BHAMBA:  Oh, yeah.  A lot, a lot.  And | 00:18:59 |
| 19 | there is back in the '90s, there used to be some | 00:19:00 |
| 20 | ethics.  But now it is, you know -- | 00:19:08 |
| 21 | SPECIAL AGENT APONTE:  Everybody's getting | 00:19:13 |
| 22 | into the business. | 00:19:14 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              124

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yes.  Everyone is getting into | 00:19:15 |
| 2 | it, and everyone is just, using stepping stones to | 00:19:17 |
| 3 | go to the next level, get some money and make it. | 00:19:20 |
| 4 | Now, this individual who's you got about 26 | 00:19:24 |
| 5 | people right now more over there that are stashed. | 00:19:28 |
| 6 | SPECIAL AGENT APONTE:  Where? | 00:19:31 |
| 7 | MR. BHAMBA:  In Puerto Rico, at the same | 00:19:32 |
| 8 | place where these individuals are. | 00:19:34 |
| 9 | SPECIAL AGENT APONTE:  Where the four that | 00:19:36 |
| 10 | left? | 00:19:38 |
| 11 | MR. BHAMBA:  No, no. | 00:19:38 |
| 12 | SPECIAL AGENT APONTE:  Where the four -- | 00:19:38 |
| 13 | MR. BHAMBA:  The -- there are -- there were | 00:19:40 |
| 14 | two, and then there are six, eight.  Eight of them | 00:19:41 |
| 15 | have applied for political asylum. | 00:19:45 |
| 16 | SPECIAL AGENT APONTE:  Eight of them, okay. | 00:19:47 |
| 17 | MR. BHAMBA:  And now there are 26 more | 00:19:48 |
| 18 | people who have gone from Puerto Rico.  Those went | 00:19:50 |
| 19 | from St. Martin. | 00:19:54 |
| 20 | SPECIAL AGENT APONTE:  Now, do you have to | 00:19:55 |
| 21 | do with that, do you help them get to Puerto Rico? | 00:19:56 |
| 22 | MR. BHAMBA:  No, I didn't, but I know, I | 00:19:59 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              125

| | | |
|---|---|---|
| 1 | know -- | 00:20:02 |
| 2 | SPECIAL AGENT APONTE:  How do you know this? | 00:20:02 |
| 3 | MR. BHAMBA:  I know this because I used to | 00:20:03 |
| 4 | work -- the guy who is the kingpin of that | 00:20:07 |
| 5 | operation, him and Dave, okay, he plans on buying | 00:20:10 |
| 6 | some stores in Michigan some place over there in the | 00:20:15 |
| 7 | next, he has made a couple of million dollars, okay. | 00:20:18 |
| 8 | He used to be a nephew of one of the guys I used to | 00:20:21 |
| 9 | work with in the '90s.  And see, I am a name | 00:20:26 |
| 10 | respected, I never cheated everyone, so everyone | 00:20:30 |
| 11 | comes to me that I have been in this line for 30 | 00:20:33 |
| 12 | years and what not.  So they come to me and, you | 00:20:35 |
| 13 | know, I can virtually ask anyone anything, okay, we | 00:20:38 |
| 14 | are doing, can you do work for me.  Okay, they will | 00:20:43 |
| 15 | say, okay, give us this much, and we will help your | 00:20:45 |
| 16 | people out. | 00:20:49 |
| 17 | Okay.  I am -- I have some contacts with the | 00:20:50 |
| 18 | Sri Lankans.  If you send me to -- Ecuador, I can | 00:20:51 |
| 19 | get you two, at least, I can get you that Sri Lankan | 00:20:56 |
| 20 | railway that is working from Ecuador to Mexico and | 00:21:02 |
| 21 | Mexico to the border.  All the way to the main guy | 00:21:08 |
| 22 | who charges 3,000 dollars extra if they don't get | 00:21:12 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                        126

| | | |
|---|---|---|
| 1 | arrested.  But if they get arrested, you don't pay | 00:21:14 |
| 2 | them the 3,000. | 00:21:16 |
| 3 | SPECIAL AGENT APONTE:  Okay.  How much money | 00:21:17 |
| 4 | have you made in -- and this is something just for | 00:21:23 |
| 5 | me.  I want to -- how much money have you made or, | 00:21:25 |
| 6 | say, last year.  Let's pick one year. | 00:21:29 |
| 7 | MR. BHAMBA:  I have not made any money | 00:21:31 |
| 8 | because I got -- my first group was busted over | 00:21:33 |
| 9 | there in -- I was busted along with the main -- I | 00:21:38 |
| 10 | never worked with someone before, you know. | 00:21:44 |
| 11 | SPECIAL AGENT APONTE:  Well, by what you | 00:21:47 |
| 12 | said, you have a list of a hundred people at least, | 00:21:49 |
| 13 | and you have smuggled in the past, these are -- | 00:21:51 |
| 14 | that's what you said earlier. | 00:21:54 |
| 15 | MR. BHAMBA:  No, I helped.  I helped. | 00:21:55 |
| 16 | SPECIAL AGENT APONTE:  Oh, you helped. | 00:21:56 |
| 17 | MR. BHAMBA:  Yeah. | 00:21:57 |
| 18 | SPECIAL AGENT APONTE:  So but when you help, | 00:21:57 |
| 19 | you are getting -- | 00:21:58 |
| 20 | MR. BHAMBA:  When you are getting the person | 00:21:59 |
| 21 | yourself from point A to point B, then you are | 00:22:00 |
| 22 | making all the money. | 00:22:03 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              127

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  And when you made all | 00:22:05 |
| 2 | the money, what do mean is all the money?  What's -- | 00:22:06 |
| 3 | what's the main quantities and amount and figures. | 00:22:09 |
| 4 | MR. BHAMBA:  Okay.  Let's say if you get a | 00:22:10 |
| 5 | guy, your own guy -- | 00:22:12 |
| 6 | SPECIAL AGENT APONTE:  Uh-huh. | 00:22:13 |
| 7 | MR. BHAMBA:  -- let's say I had the | 00:22:13 |
| 8 | finances, okay, I am using all these guys, because I | 00:22:14 |
| 9 | don't have the finances.  I came from the street, | 00:22:18 |
| 10 | from little.  I didn't have -- wanted to, at this | 00:22:22 |
| 11 | particular time when I started back in this, from | 00:22:26 |
| 12 | 2001, you can check the record, I worked under the | 00:22:29 |
| 13 | name of Rajinder Kumar in Columbus, Ohio.  I lived | 00:22:33 |
| 14 | with my wife, I sired a son, that is Amrinda Son | 00:22:38 |
| 15 | Bhamba (phonetic), and I was clean as a whistle. | 00:22:42 |
| 16 | SPECIAL AGENT APONTE:  Uh-huh. | 00:22:46 |
| 17 | MR. BHAMBA:  I didn't do anything after I | 00:22:46 |
| 18 | got arrested.  I left this job.  I never talked to | 00:22:48 |
| 19 | anyone, I never talked to any Indian.  The only | 00:22:51 |
| 20 | person I talked to is my wife.  I never even picked | 00:22:54 |
| 21 | up the phone for anyone, okay. | 00:22:56 |
| 22 | I got a driving license, I worked at a | 00:22:59 |

| | | |
|---|---|---|
| 1 | courier company.  I had my own courier company, | 00:23:02 |
| 2 | Bhamba, Inc.  I worked -- | 00:23:04 |
| 3 | SPECIAL AGENT APONTE:  Where? | 00:23:06 |
| 4 | MR. BHAMBA:  In Columbus, Ohio, okay. | 00:23:07 |
| 5 | That's when my wife got in an accident in | 00:23:10 |
| 6 | 2005, December.  I got involved with -- I had an | 00:23:13 |
| 7 | individual by the name of Suresh (phonetic).  He | 00:23:22 |
| 8 | introduced me to a Moroccan lady, okay.  The | 00:23:24 |
| 9 | Moroccan lady had a divorce case pending against her | 00:23:28 |
| 10 | American husband. | 00:23:33 |
| 11 | Okay.  I was, you know, working something | 00:23:36 |
| 12 | like 12 hours, driving for, you know, my company. | 00:23:39 |
| 13 | And I had some individuals who were Pakistanis and | 00:23:43 |
| 14 | Somalis, who were working with me, some Americans, | 00:23:46 |
| 15 | okay, as drivers.  And we had about seven to ten | 00:23:49 |
| 16 | vehicles, ten vehicles. | 00:23:51 |
| 17 | Everything was (inaudible) after my wife's | 00:23:54 |
| 18 | death, I got a good contract for AutoZone, and I got | 00:23:56 |
| 19 | for all Columbus, Ohio region, from that side.  All | 00:24:03 |
| 20 | AutoZone stores I was supposed to deliver.  So that | 00:24:07 |
| 21 | was a big -- something like three million dollar | 00:24:09 |
| 22 | contract. | 00:24:14 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    129

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Uh-huh. | 00:24:15 |
| 2 | MR. BHAMBA:  And I bought some more | 00:24:15 |
| 3 | vehicles, and I was doing my job.  But I needed | 00:24:16 |
| 4 | someone to take care of my son because I couldn't | 00:24:19 |
| 5 | take -- wake him up at 5:00, leave him to the | 00:24:22 |
| 6 | baby-sitter and then, you know, come back in the | 00:24:24 |
| 7 | night.  And I felt panicky that, you know, if | 00:24:27 |
| 8 | something happened to me or, you know, who would | 00:24:30 |
| 9 | take care of my son, if -- so I got involved through | 00:24:32 |
| 10 | someone with a Moroccan lady.  That's where my life | 00:24:35 |
| 11 | was perfect.  I had a house, I had a cars, I had a | 00:24:39 |
| 12 | vehicles, I had money, and all legit, I worked | 00:24:43 |
| 13 | (inaudible) for. | 00:24:48 |
| 14 | I married this Moroccan lady, Barbara Hiat | 00:24:48 |
| 15 | (phonetic), okay.  And it's (inaudible) Barbara | 00:24:51 |
| 16 | Hiat, something like that.  I married that lady | 00:24:57 |
| 17 | under my Rajinder Kumar name.  The marriage is | 00:25:00 |
| 18 | registered there.  I got a citizenship, once I was | 00:25:04 |
| 19 | in confident that she was with me, I told her the | 00:25:08 |
| 20 | truth, okay.  She found out that I had money from my | 00:25:11 |
| 21 | ex-wife's insurance, 150. | 00:25:15 |
| 22 | First she started cleaning me out, she | 00:25:21 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              130

| | | |
|---|---|---|
| 1 | started -- she said, if you have to marry me, you | 00:25:25 |
| 2 | have to convert to Islam. | 00:25:28 |
| 3 | I thought, okay, no big deal.  I have been a | 00:25:30 |
| 4 | Christian all my life.  I am born Hindu parents.  So | 00:25:32 |
| 5 | what's the big deal.  Islam didn't seem that off to | 00:25:36 |
| 6 | me.  So I converted in Islam in Columbus.  That was | 00:25:39 |
| 7 | in 2006.  Then she -- I start to get some | 00:25:44 |
| 8 | individuals who were, you know, say come to the | 00:25:50 |
| 9 | mosque, and then they would take me to the house, | 00:25:52 |
| 10 | they started, you know, showing me pictures, videos. | 00:25:55 |
| 11 | I was in a very bad state.  You know, my wife had | 00:25:58 |
| 12 | died, I was working so many hours.  And then I -- | 00:26:01 |
| 13 | when I got any time off, there was on a Sunday, I | 00:26:05 |
| 14 | had to go and sit with these individuals and talk to | 00:26:09 |
| 15 | them, and, you know, they were trying to teach me | 00:26:12 |
| 16 | Islam and all that. | 00:26:14 |
| 17 | They were like, you know, you got nothing in | 00:26:20 |
| 18 | life, you know.  They were not trying to encourage | 00:26:22 |
| 19 | me to do anything.  They were trying to, you know, | 00:26:24 |
| 20 | tell me that I should do something for Islam or | 00:26:28 |
| 21 | whatever.  And, you know, I panicked, okay.  I | 00:26:30 |
| 22 | panicked and, you know, there was something about | 00:26:36 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    131

1    she told -- and then to make matters worse, at that          00:26:39

2    time the divorce was just going through.  And she            00:26:42

3    said, okay, I want you to -- not -- the divorce had          00:26:45

4    already gone through, but her assets were being --           00:26:51

5    and when her assets were being divided and all that,         00:26:55

6    she found out that I had a gun, okay.                         00:26:58

7          Now, I had a felony record, and, you know, I           00:27:01

8    was not -- that gun was bought in 1990.  Something           00:27:05

9    like '92 or '93, when I didn't have any arrests or           00:27:12

10   anything.  And that was a .38.  It was with my               00:27:15

11   ex-wife.  And after she moved out on me, that was in         00:27:18

12   the, you know, stuff, the house stuff, and I never           00:27:23

13   touched it.  But then I, you know, put it in the             00:27:26

14   attic.  And, plus, my money, because at that time I          00:27:31

15   was illegal.  I didn't -- my wife who died, she was          00:27:34

16   legal, and she had an account in her name and all            00:27:38

17   that, so that was fine.  Now I was without her, I            00:27:41

18   didn't have anything in my name.  So I -- all the            00:27:44

19   money I kept it over there.  Some gold jewelry and           00:27:46

20   all that.                                                    00:27:49

21         Then she started this thing, okay, you take            00:27:50

22   my son over there, and to Canada, and I am a                 00:27:53

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    132

| | | |
|---|---|---|
| 1 | Canadian citizen, and I will get you Canadian papers | 00:27:56 |
| 2 | and all that.  And, you know, kill my husband. | 00:28:01 |
| 3 | So I refused that.  She even took me around | 00:28:03 |
| 4 | there, showed me how, you know, to the place was he | 00:28:06 |
| 5 | lived in a farm and all that.  I said, no way, I am | 00:28:10 |
| 6 | not killing anyone or anything.  I am not doing | 00:28:12 |
| 7 | that.  You know, you can -- you have a gun, you | 00:28:16 |
| 8 | know, I have someone, you know, there was a guy I | 00:28:19 |
| 9 | contacted him, Spanish guy, he got into an accident, | 00:28:22 |
| 10 | otherwise he would have done it, if he needed a gun, | 00:28:26 |
| 11 | can you give me the gun.  I said, no, I am not doing | 00:28:28 |
| 12 | any of that. | 00:28:30 |
| 13 | That said, then she started taking me to | 00:28:31 |
| 14 | some individuals who would -- you know, you are -- | 00:28:34 |
| 15 | take your son to Canada.  She even took him to | 00:28:37 |
| 16 | Canada twice.  He said, okay, you go to Canada, and, | 00:28:41 |
| 17 | you know, these days, you said, I want you to go to | 00:28:45 |
| 18 | Canada to pick up something.  And in the same time, | 00:28:47 |
| 19 | that is that incident when that car bomb was, you | 00:28:50 |
| 20 | know, caught with in Michigan (inaudible).  And I | 00:28:56 |
| 21 | had a courier company.  So, you know, I was supposed | 00:28:59 |
| 22 | to go and pick up something.  I don't know if it was | 00:29:02 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    133

| | | |
|---|---|---|
| 1 | that, but there was a lot of hush, hush and all | 00:29:03 |
| 2 | that, you know.  So I got a little scared. | 00:29:06 |
| 3 | And she was like, okay, you have to do the | 00:29:10 |
| 4 | mosque, you have to go this.  Okay.  This is kosher, | 00:29:12 |
| 5 | this is this, you can't eat this, you can't eat | 00:29:15 |
| 6 | that, you know, and this is (inaudible). | 00:29:18 |
| 7 | So it got to a point that, you know, and I | 00:29:22 |
| 8 | had some relatives come in, you know, and she | 00:29:24 |
| 9 | wouldn't want to stay with them.  Said they can't | 00:29:27 |
| 10 | stay in the same house, I am Muslim, and they are | 00:29:29 |
| 11 | not Muslim. | 00:29:33 |
| 12 | So I ad to put them in a hotel.  So things | 00:29:34 |
| 13 | got a little hairy.  And she said, you know, you | 00:29:36 |
| 14 | should sacrifice yourself for Islam and do | 00:29:39 |
| 15 | something.  And too much, you know, my head was like | 00:29:42 |
| 16 | spinning. | 00:29:45 |
| 17 | So there was another group that worked for | 00:29:45 |
| 18 | me.  And she said, you know, let me take my stuff | 00:29:49 |
| 19 | and use it to lock, to lock me in, you know, she | 00:29:54 |
| 20 | said to lock, to lock, and I said (inaudible) I | 00:29:57 |
| 21 | thought never -- I never thought that, you know, she | 00:29:58 |
| 22 | knew -- she didn't know about the money.  She knew | 00:30:00 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          134

| | | |
|---|---|---|
| 1 | about the gun, but she didn't know about the money. | 00:30:03 |
| 2 | And I started living with my son in my -- | 00:30:06 |
| 3 | where my job was, my company was.  There were two | 00:30:09 |
| 4 | individual rooms that we had for drivers so I | 00:30:13 |
| 5 | started living over there.  She said I can't live | 00:30:16 |
| 6 | with you in the same house because the | 00:30:18 |
| 7 | (inaudible) to lock, to lock, and then she just | 00:30:21 |
| 8 | cleaned me out when I went back. | 00:30:23 |
| 9 | And then she threatened that, you know, I | 00:30:25 |
| 10 | know -- have both your passports.  She has Rajinder | 00:30:27 |
| 11 | Kumar's passport with her, plus the gun, plus about | 00:30:30 |
| 12 | a hundred bullets, and a .38 (inaudible).  It was in | 00:30:34 |
| 13 | my name, Yadvinder Singh Bhamba. | 00:30:38 |
| 14 | And then I got involved with this other | 00:30:43 |
| 15 | group that was working with me.  They were | 00:30:45 |
| 16 | Pakistanis.  They said, you know, you get yourself | 00:30:47 |
| 17 | circumcised, and, you know, we will intercede in. | 00:30:51 |
| 18 | Then I started being friendly with them -- | 00:30:55 |
| 19 | SPECIAL AGENT APONTE:  So you finally -- you | 00:30:57 |
| 20 | finally got out of that? | 00:30:58 |
| 21 | MR. BHAMBA:  I just -- I left everything.  I | 00:31:01 |
| 22 | was so panicky from the situation. | 00:31:02 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                   135

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  And now you left them | 00:31:04 |
| 2 | what year? | 00:31:06 |
| 3 | MR. BHAMBA:  2006. | 00:31:08 |
| 4 | SPECIAL AGENT APONTE:  2006. | |
| 5 | MR. BHAMBA:  I left for North Carolina.  I | 00:31:09 |
| 6 | left all my vehicle, my house, everything. | 00:31:12 |
| 7 | SPECIAL AGENT APONTE:  Went to North | 00:31:14 |
| 8 | Carolina? | 00:31:15 |
| 9 | MR. BHAMBA:  Yes.  And I went to North | 00:31:15 |
| 10 | Carolina.  I just literally vanished from there.  I | 00:31:17 |
| 11 | didn't take anything.  I left my car keys, | 00:31:20 |
| 12 | everything.  Everything, just went alone with myself | 00:31:23 |
| 13 | and got out of it. | 00:31:27 |
| 14 | SPECIAL AGENT APONTE:  But yourself? | 00:31:29 |
| 15 | MR. BHAMBA:  Yes.  Me and my son lived over | 00:31:30 |
| 16 | there at a hotel.  I worked as a manager for Ramada | 00:31:31 |
| 17 | Inn.  Then I worked for Econolodge. | 00:31:37 |
| 18 | SPECIAL AGENT APONTE:  And the son you are | 00:31:39 |
| 19 | referring to is the son that is -- | 00:31:39 |
| 20 | MR. BHAMBA:  In there. | 00:31:41 |
| 21 | SPECIAL AGENT APONTE:  In boarding school? | 00:31:42 |
| 22 | MR. BHAMBA:  Boarding school. | 00:31:43 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          136

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  How old was he when | 00:31:46 |
| 2 | you were living in North Carolina? | 00:31:47 |
| 3 | MR. BHAMBA:  I lived in North Carolina, he | 00:31:49 |
| 4 | was five years -- six years old.  He was born on | 00:31:51 |
| 5 | 9-11-2001.  Same day, same time. | 00:31:54 |
| 6 | SPECIAL AGENT APONTE:  Same day, same time. | 00:31:57 |
| 7 | MR. BHAMBA:  Yes.  Same place.  New York. | 00:31:59 |
| 8 | SPECIAL AGENT APONTE:  All right.  So -- | 00:32:02 |
| 9 | MR. BHAMBA:  After that my life has never | 00:32:06 |
| 10 | been the same. | 00:32:07 |
| 11 | SPECIAL AGENT APONTE:  Okay. | 00:32:07 |
| 12 | MR. BHAMBA:  I have -- | 00:32:08 |
| 13 | SPECIAL AGENT APONTE:  I want to -- I want | 00:32:09 |
| 14 | to -- I need to know, Mr. Bhamba, at which point and | 00:32:10 |
| 15 | what year, if you can just mention a year, doesn't | 00:32:13 |
| 16 | have to be -- if you know the month, better, but you | 00:32:16 |
| 17 | started, again, in this business. | 00:32:19 |
| 18 | MR. BHAMBA:  In this business, I started | 00:32:22 |
| 19 | back in 2013, April. | 00:32:23 |
| 20 | SPECIAL AGENT APONTE:  April.  Okay.  Now, | 00:32:27 |
| 21 | roughly, between April 2013 and to the present, how | 00:32:32 |
| 22 | many people can you say that you have -- | 00:32:40 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          137

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Helped?  Okay.  Individually, I | 00:32:43 |
| 2 | have helped more than four hundred, give or take. | 00:32:45 |
| 3 | SPECIAL AGENT APONTE:  More than four | 00:32:48 |
| 4 | hundred.  When you say help, I want to -- I want | 00:32:56 |
| 5 | you -- this is what I want you to clarify here. | 00:32:59 |
| 6 | Four hundred.  You say helped.  Is that you have | 00:33:01 |
| 7 | done some sort of arrangements or transportation or | 00:33:06 |
| 8 | some sort of process for them so they can come into | 00:33:13 |
| 9 | the United States or travel to the United States, or | 00:33:18 |
| 10 | get smuggled into the United States? | 00:33:21 |
| 11 | MR. BHAMBA:  Yes, sir.  Okay.  I have | 00:33:23 |
| 12 | assisted in them, okay, I had a contact in Curacao, | 00:33:24 |
| 13 | okay.  In Curacao, they would come to Curacao, like | 00:33:28 |
| 14 | they are going from India to Jamaica. | 00:33:32 |
| 15 | SPECIAL AGENT APONTE:  Uh-huh. | 00:33:35 |
| 16 | MR. BHAMBA:  They would get transit in | 00:33:36 |
| 17 | Curacao.  I had some individuals over there working | 00:33:38 |
| 18 | for the airlines, (inaudible) airlines and some | 00:33:41 |
| 19 | immigration officials, who would assist them coming | 00:33:44 |
| 20 | out.  I would charge them 4,000 per person, okay. | 00:33:48 |
| 21 | SPECIAL AGENT APONTE:  4,000. | |
| 22 | MR. BHAMBA:  4,000 per person.  Out of that, | 00:33:50 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                   138

| | | |
|---|---|---|
| 1 | I will give them 2000 to give them boarding pass to | 00:33:55 |
| 2 | Mexico or Cancun.  Boarding pass for Mexico and | 00:33:59 |
| 3 | Cancun.  And they would put them on the flight, they | 00:34:05 |
| 4 | go fly from Curacao to Bogota, Bogota to -- | 00:34:08 |
| 5 | SPECIAL AGENT APONTE:  So you would charge | 00:34:12 |
| 6 | them 4,000 dollars and -- | 00:34:13 |
| 7 | MR. BHAMBA:  Yeah.  And I would make 1,500 | 00:34:14 |
| 8 | dollars after paying everyone. | 00:34:16 |
| 9 | SPECIAL AGENT APONTE:  After paying everyone | 00:34:19 |
| 10 | you made 1,500 dollars. | 00:34:21 |
| 11 | MR. BHAMBA:  Yeah. | 00:34:23 |
| 12 | SPECIAL AGENT APONTE:  All right.  And that | 00:34:23 |
| 13 | was you bringing them, that was your load, you | 00:34:25 |
| 14 | arranged for that particular -- | 00:34:28 |
| 15 | MR. BHAMBA:  No.  People arranged for it. | 00:34:29 |
| 16 | SPECIAL AGENT APONTE:  People arranged for | 00:34:31 |
| 17 | them. | 00:34:32 |
| 18 | MR. BHAMBA:  I would just get the passport | 00:34:32 |
| 19 | on my (inaudible). | 00:34:34 |
| 20 | SPECIAL AGENT APONTE:  You would only get | 00:34:35 |
| 21 | 4,000 dollars, but someone else in India would get | 00:34:36 |
| 22 | more money? | 00:34:38 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              139

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Oh, yeah.  Someone making | 00:34:39 |
| 2 | 60,000. | 00:34:41 |
| 3 | SPECIAL AGENT APONTE:  Which is kind of the | 00:34:41 |
| 4 | same case right now.  You're here -- | 00:34:42 |
| 5 | MR. BHAMBA:  Yeah. | 00:34:44 |
| 6 | SPECIAL AGENT APONTE:  -- and if someone's | 00:34:44 |
| 7 | coming over, you get the call, you are going to get | 00:34:46 |
| 8 | 4,000 dollars. | 00:34:49 |
| 9 | MR. BHAMBA:  Yeah. | 00:34:50 |
| 10 | SPECIAL AGENT APONTE:  And of those 4,000 | 00:34:51 |
| 11 | dollars, it is your responsibility to pay off | 00:34:53 |
| 12 | whoever -- whatever officials out there or whatever, | 00:34:56 |
| 13 | out of that money. | 00:34:59 |
| 14 | MR. BHAMBA:  No, no, no.  That money is -- | 00:34:59 |
| 15 | SPECIAL AGENT APONTE:  No? | 00:35:01 |
| 16 | MR. BHAMBA:  -- separate. | 00:35:01 |
| 17 | SPECIAL AGENT APONTE:  That money is | 00:35:02 |
| 18 | separate? | 00:35:02 |
| 19 | MR. BHAMBA:  Yeah.  That money -- | 00:35:03 |
| 20 | SPECIAL AGENT APONTE:  So it is not the same | 00:35:03 |
| 21 | process as it was in Curacao. | 00:35:05 |
| 22 | MR. BHAMBA:  Curacao.  Curacao was just for | 00:35:08 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    140

| | | |
|---|---|---|
| 1 | two hours, you made that three hours, you know, one | 00:35:10 |
| 2 | day job.  My responsibility was to make sure they | 00:35:13 |
| 3 | left Curacao and crossed Bogota.  So that money | 00:35:15 |
| 4 | was -- 500 was paid to someone in Bogota, in | 00:35:21 |
| 5 | immigration, to make sure they crossed Bogota, | 00:35:23 |
| 6 | immigration, and they didn't have any problem over | 00:35:26 |
| 7 | there, okay. | 00:35:29 |
| 8 | And 2,000 was paid in Curacao to the | 00:35:30 |
| 9 | immigration plus the boarding cards people, and I | 00:35:33 |
| 10 | could do it all on the phone, and the person would | 00:35:39 |
| 11 | receive them -- | 00:35:42 |
| 12 | SPECIAL AGENT APONTE:  All right. | 00:35:43 |
| 13 | MR. BHAMBA:  -- and they would, you know, I | 00:35:43 |
| 14 | would get paid. | 00:35:44 |
| 15 | SPECIAL AGENT APONTE:  So within 2013 -- | 00:35:45 |
| 16 | MR. BHAMBA:  Yeah. | 00:35:49 |
| 17 | SPECIAL AGENT APONTE:  -- and to the | 00:35:49 |
| 18 | present -- | 00:35:50 |
| 19 | MR. BHAMBA:  Yeah. | 00:35:51 |
| 20 | SPECIAL AGENT APONTE:  -- you have been | 00:35:51 |
| 21 | doing this? | 00:35:52 |
| 22 | MR. BHAMBA:  Yeah. | 00:35:52 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              141

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  You have no legal job | 00:35:52 |
| 2 | (inaudible)? | |
| 3 | MR. BHAMBA:  No. | 00:35:55 |
| 4 | SPECIAL AGENT APONTE:  So give or take -- I | 00:35:55 |
| 5 | mean -- | 00:35:58 |
| 6 | MR. BHAMBA:  Yeah. | 00:35:59 |
| 7 | SPECIAL AGENT APONTE:  -- it's been like, | 00:36:00 |
| 8 | two years?  Two and a half years? | 00:36:02 |
| 9 | MR. BHAMBA:  Yeah. | 00:36:04 |
| 10 | SPECIAL AGENT APONTE:  I mean, you made some | 00:36:04 |
| 11 | money to subsist. | 00:36:06 |
| 12 | MR. BHAMBA:  I made some money. | 00:36:07 |
| 13 | SPECIAL AGENT APONTE:  And that's fine. | 00:36:08 |
| 14 | That's fine.  You're into -- | 00:36:09 |
| 15 | MR. BHAMBA:  I got screwed because ten -- I | 00:36:10 |
| 16 | lost some money, about 150,000 in Bahamas to -- | 00:36:12 |
| 17 | SPECIAL AGENT APONTE:  150,000? | |
| 18 | MR. BHAMBA:  Yes.  To Shaba.  Shaba, he is | 00:36:21 |
| 19 | an individual -- | 00:36:22 |
| 20 | SPECIAL AGENT APONTE:  Let me -- you didn't | 00:36:23 |
| 21 | give me that name before.  So it's Shaba? | 00:36:26 |
| 22 | MR. BHAMBA:  Shaba. | 00:36:28 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              142

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  And -- | 00:36:28 |
| 2 | MR. BHAMBA:  There is a whole bunch of guys. | 00:36:29 |
| 3 | SPECIAL AGENT APONTE:  There's a bunch of | 00:36:30 |
| 4 | them.  But this guy Shaba, how do you spell that? | 00:36:32 |
| 5 | MR. BHAMBA:  S-h-a- -- he's right now -- | 00:36:33 |
| 6 | SPECIAL AGENT APONTE:  Like that? | 00:36:35 |
| 7 | MR. BHAMBA:  Shaba. | 00:36:36 |
| 8 | SPECIAL AGENT APONTE:  He's a Bahamian | 00:36:36 |
| 9 | national? | 00:36:39 |
| 10 | MR. BHAMBA:  Yeah. | 00:36:39 |
| 11 | SPECIAL AGENT APONTE:  When did this happen? | 00:36:39 |
| 12 | When? | 00:36:41 |
| 13 | MR. BHAMBA:  This happened, I was arrested | 00:36:42 |
| 14 | over there in 2013, I was arrested over there. | 00:36:44 |
| 15 | SPECIAL AGENT APONTE:  2013? | |
| 16 | MR. BHAMBA:  Yes. | 00:36:48 |
| 17 | SPECIAL AGENT APONTE:  Okay. | 00:36:49 |
| 18 | MR. BHAMBA:  I was arrested over there. | 00:36:49 |
| 19 | SPECIAL AGENT APONTE:  So you lost -- | 00:36:51 |
| 20 | MR. BHAMBA:  Yes, with ten people. | 00:36:52 |
| 21 | SPECIAL AGENT APONTE:  150,000? | |
| 22 | MR. BHAMBA:  Two girls, yes.  We paid him | 00:36:54 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              143

| | | |
|---|---|---|
| 1 | the money, and we got arrested. | 00:36:57 |
| 2 | SPECIAL AGENT APONTE:  150,000? | |
| 3 | MR. BHAMBA:  Yeah. | 00:37:01 |
| 4 | SPECIAL AGENT APONTE:  Wow.  So what -- | 00:37:01 |
| 5 | MR. BHAMBA:  And then to get these ten | 00:37:03 |
| 6 | individuals out, okay, it cost me another 5,000 | 00:37:05 |
| 7 | dollars to get them purpose and out from there, and | 00:37:10 |
| 8 | then some of them went to Canada, some of them, you | 00:37:14 |
| 9 | know, went back.  And this group, which really | 00:37:19 |
| 10 | messed me up for something like 250. | 00:37:22 |
| 11 | SPECIAL AGENT APONTE:  Now, you were | 00:37:24 |
| 12 | arrested, and were you charged as a smuggler? | 00:37:26 |
| 13 | MR. BHAMBA:  No, I was going myself as a | 00:37:29 |
| 14 | passenger. | 00:37:33 |
| 15 | SPECIAL AGENT APONTE:  Oh, okay.  So you | 00:37:34 |
| 16 | portrayed to be one of the illegal aliens? | 00:37:36 |
| 17 | MR. BHAMBA:  Yeah. | 00:37:39 |
| 18 | SPECIAL AGENT APONTE:  That's clever. | 00:37:39 |
| 19 | MR. BHAMBA:  But I have a record, and it's | 00:37:42 |
| 20 | there that, you know, you can confirm that that's -- | 00:37:43 |
| 21 | SPECIAL AGENT APONTE:  Nobody knew out of | 00:37:46 |
| 22 | the government officials there, nobody knew that you | 00:37:47 |

| | | |
|---|---|---|
| 1 | were a smuggler? | 00:37:49 |
| 2 | MR. BHAMBA:  They knew. | 00:37:52 |
| 3 | SPECIAL AGENT APONTE:  They knew you were a | 00:37:53 |
| 4 | smuggler? | 00:37:53 |
| 5 | MR. BHAMBA:  And some of them were getting | 00:37:54 |
| 6 | paid for that. | 00:37:56 |
| 7 | SPECIAL AGENT APONTE:  Oh, some of them were | 00:37:57 |
| 8 | paid? | 00:37:58 |
| 9 | MR. BHAMBA:  Yeah. | 00:37:59 |
| 10 | SPECIAL AGENT APONTE:  Okay.  How much, how | 00:37:59 |
| 11 | much were they paid for that? | 00:38:00 |
| 12 | MR. BHAMBA:  They got paid something like | 00:38:02 |
| 13 | 2,000 dollars per individual to come in, you know. | 00:38:05 |
| 14 | SPECIAL AGENT APONTE:  Okay. | 00:38:09 |
| 15 | MR. BHAMBA:  Yeah.  See, what happens in | 00:38:10 |
| 16 | Bahamas is whatever money you pay them, you can | 00:38:10 |
| 17 | never get them back.  So the best way is to have the | 00:38:13 |
| 18 | money -- Bahamians, once they get money, they want | 00:38:17 |
| 19 | women, they want drugs, and 99 percent of the time | 00:38:20 |
| 20 | it fucks up that way.  So the catch is, to have | 00:38:25 |
| 21 | someone like Marcia or someone individually, like | 00:38:29 |
| 22 | Shaba is there, Ken Ford is there.  There's | 00:38:33 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              145

| | | |
|---|---|---|
| 1 | another -- I have a couple of names written down, | 00:38:37 |
| 2 | you know. | 00:38:42 |
| 3 | SPECIAL AGENT APONTE:  Okay. | 00:38:42 |
| 4 | MR. BHAMBA:  Okay. | 00:38:43 |
| 5 | SPECIAL AGENT APONTE:  We will get to it. | 00:38:43 |
| 6 | MR. BHAMBA:  And those guys all do it.  The | 00:38:45 |
| 7 | individuals, okay.  You can get a plane out from | 00:38:47 |
| 8 | there for 6,000 dollars per person, from Haiti, | 00:38:50 |
| 9 | directly to the Bahamas, land over there. | 00:38:54 |
| 10 | SPECIAL AGENT APONTE:  And this load over | 00:38:56 |
| 11 | here of ten people that you lost. | 00:38:58 |
| 12 | MR. BHAMBA:  Yeah. | 00:39:00 |
| 13 | SPECIAL AGENT APONTE:  Had you made | 00:39:00 |
| 14 | arrangements with someone in the United States to | 00:39:01 |
| 15 | pick them up? | 00:39:03 |
| 16 | MR. BHAMBA:  Shaba -- Shaba was going to | 00:39:04 |
| 17 | arrange for that, and since I was going, you know -- | 00:39:07 |
| 18 | SPECIAL AGENT APONTE:  Because you were | 00:39:11 |
| 19 | going to be part of the load? | 00:39:12 |
| 20 | MR. BHAMBA:  Part of the load. | 00:39:14 |
| 21 | SPECIAL AGENT APONTE:  Oh, okay.  So the | 00:39:15 |
| 22 | date that you were arrested here, okay -- | 00:39:16 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                           146

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  We had made payment through | 00:39:19 |
| 2 | some of the (inaudible) family had come and made the | 00:39:21 |
| 3 | payments. | 00:39:24 |
| 4 | SPECIAL AGENT APONTE:  So when you were | 00:39:24 |
| 5 | arrested, you were with them, with all the aliens? | 00:39:25 |
| 6 | MR. BHAMBA:  Yeah. | 00:39:28 |
| 7 | SPECIAL AGENT APONTE:  Okay.  So they must | 00:39:31 |
| 8 | have arrested you when we are ready to go to the | 00:39:31 |
| 9 | United States? | 00:39:34 |
| 10 | MR. BHAMBA:  Yes.  Half an hour, if we had | 00:39:36 |
| 11 | missed -- they not arrested us for half an hour. | 00:39:37 |
| 12 | SPECIAL AGENT APONTE:  You would have gone? | 00:39:41 |
| 13 | MR. BHAMBA:  We would have done. | 00:39:44 |
| 14 | SPECIAL AGENT APONTE:  Okay.  Now, so -- | 00:39:45 |
| 15 | okay, so half an hour.  But you didn't know the guys | 00:39:45 |
| 16 | who were going to pick you up? | 00:39:49 |
| 17 | MR. BHAMBA:  Yeah, I knew. | 00:39:51 |
| 18 | SPECIAL AGENT APONTE:  You knew? | 00:39:53 |
| 19 | MR. BHAMBA:  Yeah. | 00:39:54 |
| 20 | SPECIAL AGENT APONTE:  The other names? | 00:39:54 |
| 21 | MR. BHAMBA:  Yes.  Shaba was the one. | 00:39:55 |
| 22 | SPECIAL AGENT APONTE:  But Shaba was the one | 00:39:57 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              147

| | | |
|---|---|---|
| 1 | that was going to pick you up? | 00:39:57 |
| 2 | MR. BHAMBA:  Yes.  He was the guy, he was | 00:39:58 |
| 3 | the kingpin that was doing. | 00:40:00 |
| 4 | SPECIAL AGENT APONTE:  Is he Bahamian? | 00:40:01 |
| 5 | MR. BHAMBA:  Yes, he's a Bahamian, Haitian | 00:40:03 |
| 6 | guy.  He's of Haitian guy, but he's a Bahamian.  And | 00:40:05 |
| 7 | that was Dog, and there was Dino.  You know, there's | 00:40:09 |
| 8 | a whole bunch. | 00:40:14 |
| 9 | SPECIAL AGENT APONTE:  The -- about -- okay. | 00:40:17 |
| 10 | And the reason I am asking, we have separate | 00:40:20 |
| 11 | investigations, okay.  I can not discuss the | 00:40:28 |
| 12 | investigations with you. | 00:40:30 |
| 13 | MR. BHAMBA:  No, I know (inaudible). | 00:40:32 |
| 14 | SPECIAL AGENT APONTE:  But I won't be | 00:40:33 |
| 15 | general here. | 00:40:34 |
| 16 | MR. BHAMBA:  Okay, yeah. | 00:40:35 |
| 17 | SPECIAL AGENT APONTE:  We have other people | 00:40:35 |
| 18 | that we are looking at, other nationals, other | 00:40:36 |
| 19 | smugglers, that are -- | 00:40:39 |
| 20 | MR. BHAMBA:  I know all of them.  I know all | 00:40:42 |
| 21 | of them. | 00:40:43 |
| 22 | SPECIAL AGENT APONTE:  You know all of them? | 00:40:43 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          148

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah. | 00:40:44 |
| 2 | SPECIAL AGENT APONTE:  I mean -- | 00:40:44 |
| 3 | MR. BHAMBA:  But sometimes they don't give | 00:40:44 |
| 4 | you names. | 00:40:46 |
| 5 | SPECIAL AGENT APONTE:  Listen.  We've got | 00:40:46 |
| 6 | Cubans, we've got Puerto Ricans, we've got Asians, | 00:40:47 |
| 7 | we've got -- I mean, you name it. | 00:40:49 |
| 8 | MR. BHAMBA:  The Cubans are the best.  They | 00:40:50 |
| 9 | get them in the nighttime, and they are the best. | 00:40:52 |
| 10 | The Bahamians are crooked. | 00:40:56 |
| 11 | SPECIAL AGENT APONTE:  Any Puerto Ricans | 00:40:57 |
| 12 | living in Miami doing it?  Any Puerto Ricans that | 00:40:59 |
| 13 | you know of? | 00:41:04 |
| 14 | MR. BHAMBA:  Yes.  There is one, one in | 00:41:04 |
| 15 | Miami, okay.  I don't know the guy's address | 00:41:06 |
| 16 | offhand, but he is off -- when you go 101, on Exit | 00:41:10 |
| 17 | 171, something like that, and you go inside, okay, | 00:41:15 |
| 18 | he's the one.  He has a Venezuelan wife.  And he is | 00:41:21 |
| 19 | a marina. | 00:41:26 |
| 20 | SPECIAL AGENT APONTE:  Uh-huh. | 00:41:28 |
| 21 | MR. BHAMBA:  He does that.  There is a | 00:41:28 |
| 22 | couple of Cubans who do that.  They charge 10,000. | 00:41:32 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          149

| | | |
|---|---|---|
| 1 | What they do is they come in -- they don't cross the | 00:41:34 |
| 2 | water. | 00:41:38 |
| 3 | SPECIAL AGENT APONTE:  What about people | 00:41:39 |
| 4 | that get you -- that deal with documents, that can | 00:41:40 |
| 5 | get you documents or visas and stuff like that?  Do | 00:41:43 |
| 6 | you know people that can actually do that, too? | 00:41:45 |
| 7 | MR. BHAMBA:  Where? | 00:41:49 |
| 8 | SPECIAL AGENT APONTE:  In the United States. | 00:41:49 |
| 9 | MR. BHAMBA:  Yeah.  There's a Filipino guy | 00:41:55 |
| 10 | who can do that.  Okay, that guy, Jay. | 00:41:56 |
| 11 | SPECIAL AGENT APONTE:  Filipino guy? | 00:41:59 |
| 12 | MR. BHAMBA:  Jay. | 00:42:01 |
| 13 | SPECIAL AGENT APONTE:  What's his name? | 00:42:01 |
| 14 | MR. BHAMBA:  I don't know his name.  It's | 00:42:03 |
| 15 | Chad or something.  I have to check my, you know -- | 00:42:10 |
| 16 | SPECIAL AGENT APONTE:  Do you have his | 00:42:14 |
| 17 | contact information. | 00:42:15 |
| 18 | MR. BHAMBA:  Yeah, I have his contact | 00:42:17 |
| 19 | information. | 00:42:18 |
| 20 | SPECIAL AGENT APONTE:  How do you know all | 00:42:19 |
| 21 | these people?  I mean, I guess, you are really | 00:42:20 |
| 22 | ported from the United States.  So how do you -- | 00:42:22 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    150

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  See, the thing is, I -- used to | 00:42:24 |
| 2 | be in this business.  So it is like when you are in | 00:42:26 |
| 3 | this business, you know one person, and once you get | 00:42:29 |
| 4 | a reputation that you don't snitch, you are one of | 00:42:33 |
| 5 | them. | 00:42:36 |
| 6 | SPECIAL AGENT APONTE:  Does your wife in | 00:42:36 |
| 7 | Canada know what you do? | 00:42:42 |
| 8 | MR. BHAMBA:  I had to tell her now, okay, | 00:42:44 |
| 9 | and I told her that I am working -- | 00:42:47 |
| 10 | SPECIAL AGENT APONTE:  When did you tell | 00:42:48 |
| 11 | her?  When? | 00:42:50 |
| 12 | MR. BHAMBA:  With Mr. Larko.  Mr. Larko | 00:42:50 |
| 13 | talked to her.  And he said that, you know, if they | 00:42:54 |
| 14 | had to get my son out, they have to -- | 00:42:56 |
| 15 | SPECIAL AGENT APONTE:  I mean, if she knew | 00:43:00 |
| 16 | before, I mean, that wouldn't be an issue, it is | 00:43:00 |
| 17 | just we want to know if she actually knew that you | 00:43:02 |
| 18 | were -- if she knew before, that's fine, you know, | 00:43:06 |
| 19 | but -- | 00:43:08 |
| 20 | MR. BHAMBA:  No, no.  She didn't. | 00:43:08 |
| 21 | SPECIAL AGENT APONTE:  -- we need to | 00:43:09 |
| 22 | understand the -- you know. | 00:43:09 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              151

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah. | 00:43:11 |
| 2 | SPECIAL AGENT APONTE:  She's never -- | 00:43:11 |
| 3 | MR. BHAMBA:  Yeah, she knew when I got | 00:43:13 |
| 4 | arrested in Amsterdam. | 00:43:14 |
| 5 | SPECIAL AGENT APONTE:  In Amsterdam? | 00:43:17 |
| 6 | MR. BHAMBA:  Yes. | 00:43:18 |
| 7 | SPECIAL AGENT APONTE:  And that was back in? | 00:43:18 |
| 8 | MR. BHAMBA:  2014. | 00:43:22 |
| 9 | SPECIAL AGENT APONTE:  2014.  In 2014?  Yes. | 00:43:24 |
| 10 | 2014, right here. | 00:43:31 |
| 11 | Now, the -- in '13, you said, right? | 00:43:34 |
| 12 | MR. BHAMBA:  I think it is '14. | 00:43:36 |
| 13 | SPECIAL AGENT APONTE:  It is '14.  Okay.  I | 00:43:37 |
| 14 | am going to correct that. | 00:43:37 |
| 15 | MR. BHAMBA:  Yeah.  I came in June.  June, | 00:43:38 |
| 16 | back from there. | 00:43:41 |
| 17 | SPECIAL AGENT APONTE:  Okay.  So but she | 00:43:42 |
| 18 | knew when you were arrested in Amsterdam? | 00:43:44 |
| 19 | MR. BHAMBA:  Yeah. | 00:43:50 |
| 20 | SPECIAL AGENT APONTE:  Okay.  The -- your | 00:43:50 |
| 21 | wife's never been part of anything that you were | 00:43:52 |
| 22 | doing, any arrangements or anything like that? | 00:43:55 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              152

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  No.  Never.  She only was | 00:43:57 |
| 2 | responsible for sending me some money, but, you | 00:43:59 |
| 3 | know, she never -- | 00:44:02 |
| 4 | SPECIAL AGENT APONTE:  She sent you money | 00:44:03 |
| 5 | before? | 00:44:04 |
| 6 | MR. BHAMBA:  She sent me money, I sent her | 00:44:04 |
| 7 | money from India, and she sent me Western Union over | 00:44:05 |
| 8 | there.  But that's about it.  That's her | 00:44:09 |
| 9 | involvement. | 00:44:10 |
| 10 | SPECIAL AGENT APONTE:  Do you remember when, | 00:44:11 |
| 11 | more or less?  The reason why I am asking you this, | 00:44:11 |
| 12 | you understand -- | 00:44:15 |
| 13 | MR. BHAMBA:  Sometime in 2013, when -- '12 | 00:44:16 |
| 14 | or '13, when I was in Jamaica. | 00:44:17 |
| 15 | SPECIAL AGENT APONTE:  When you were in | 00:44:19 |
| 16 | Jamaica. | 00:44:22 |
| 17 | MR. BHAMBA:  Yep. | 00:44:24 |
| 18 | SPECIAL AGENT APONTE:  Okay.  2013.  She | 00:44:25 |
| 19 | sent you money. | 00:44:26 |
| 20 | MR. BHAMBA:  But that was like I had the | 00:44:30 |
| 21 | money, I got it through the hawala thing. | 00:44:32 |
| 22 | SPECIAL AGENT APONTE:  Did she send you | 00:44:36 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    153

| | | |
|---|---|---|
| 1 | money, utilized Western Union or something like | 00:44:37 |
| 2 | that? | 00:44:39 |
| 3 | MR. BHAMBA:  Western Union, yeah. | 00:44:40 |
| 4 | SPECIAL AGENT APONTE:  Did she use her name? | 00:44:42 |
| 5 | MR. BHAMBA:  Yeah. | 00:44:47 |
| 6 | SPECIAL AGENT APONTE:  Any other people | 00:44:48 |
| 7 | that -- why would you receive money from this?  Just | 00:44:52 |
| 8 | for in support of this smuggling operation or why | 00:44:54 |
| 9 | did send you -- | 00:44:58 |
| 10 | MR. BHAMBA:  No, I need money to, you | 00:44:58 |
| 11 | know -- well, you can say in support of arranging | 00:45:01 |
| 12 | it, okay, that's what I was looking for food or | 00:45:04 |
| 13 | rent. | 00:45:07 |
| 14 | SPECIAL AGENT APONTE:  And that was -- she | 00:45:08 |
| 15 | sent you money to where again? | 00:45:09 |
| 16 | MR. BHAMBA:  To Jamaica. | 00:45:12 |
| 17 | SPECIAL AGENT APONTE:  To Jamaica. | 00:45:13 |
| 18 | MR. BHAMBA:  Yeah.  And then -- | 00:45:14 |
| 19 | SPECIAL AGENT APONTE:  At that point you had | 00:45:15 |
| 20 | some people, you had a stash of people in Jamaica? | 00:45:16 |
| 21 | MR. BHAMBA:  Yeah, yeah. | 00:45:18 |
| 22 | SPECIAL AGENT APONTE:  You had a stash?  How | 00:45:18 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          154

| | | |
|---|---|---|
| 1 | many people you had? | 00:45:19 |
| 2 | MR. BHAMBA:  About seven, eight people. | 00:45:21 |
| 3 | SPECIAL AGENT APONTE:  Seven to eight? | 00:45:24 |
| 4 | MR. BHAMBA:  Seven or eight people. | 00:45:25 |
| 5 | SPECIAL AGENT APONTE:  You remember how much | 00:45:27 |
| 6 | money she sent you? | 00:45:28 |
| 7 | MR. BHAMBA:  Something like two, three | 00:45:30 |
| 8 | thousand, 4,000, total about seven, eight thousand. | 00:45:33 |
| 9 | That number. | 00:45:37 |
| 10 | SPECIAL AGENT APONTE:  And what happened to | 00:45:39 |
| 11 | the load? | 00:45:41 |
| 12 | MR. BHAMBA:  That load was the one that we | 00:45:43 |
| 13 | took to, you know, the Bahamas, the lady and all | 00:45:44 |
| 14 | that, you know, from Haiti and all that was the load | 00:45:48 |
| 15 | that we took.  That was our first load. | 00:45:51 |
| 16 | SPECIAL AGENT APONTE:  Uh-huh. | 00:45:54 |
| 17 | MR. BHAMBA:  And that's what messed up. | 00:45:55 |
| 18 | SPECIAL AGENT APONTE:  You got messed up? | 00:45:57 |
| 19 | MR. BHAMBA:  Yeah. | 00:45:58 |
| 20 | SPECIAL AGENT APONTE:  Okay. | 00:45:59 |
| 21 | MR. BHAMBA:  Okay.  Then I have been doing | 00:45:59 |
| 22 | it for these individuals. | 00:46:00 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    155

1        SPECIAL AGENT APONTE:  That load never made          00:46:01

2   it to the United States?                                 00:46:02

3        MR. BHAMBA:  That never made it.                     00:46:04

4        SPECIAL AGENT APONTE:  And that's where             00:46:04

5   everything fell apart?                                    00:46:05

6        MR. BHAMBA:  Yeah.  Fell apart.                      00:46:07

7        See, the thing was --                                00:46:07

8        SPECIAL AGENT APONTE:  So how much money            00:46:09

9   were you -- on the hook for that money now?  Being       00:46:09

10  on the hook meaning that you owed the money or you        00:46:12

11  never got paid?                                           00:46:15

12       MR. BHAMBA:  No, I had to pay back the              00:46:16

13  money, and there are some individuals who are            00:46:17

14  threatening to kill me.                                   00:46:19

15       SPECIAL AGENT APONTE:  How much money?  How         00:46:21

16  much money?                                               00:46:23

17       MR. BHAMBA:  I spent something like -- I owe        00:46:24

18  about 200,000 dollars to people.                          00:46:28

19       SPECIAL AGENT APONTE:  You owe?                     00:46:33

20       MR. BHAMBA:  Yeah.  I was -- I managed to           00:46:34

21  get some people to Canada, and that's saved me a         00:46:35

22  little bit.  Traveled from, you know, Jamaica to          00:46:42

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    156

| | | |
|---|---|---|
| 1 | Canada, and they were able to get out, so they were | 00:46:45 |
| 2 | saved because of that. | 00:46:50 |
| 3 | So there are some people who didn't go and | 00:46:52 |
| 4 | they got caught and they were sent back, and/or who | 00:46:54 |
| 5 | decided to go back from Bahamas to India.  So those | 00:46:58 |
| 6 | are the people I owe. | 00:47:02 |
| 7 | There is people -- there are people who -- | 00:47:10 |
| 8 | in -- make passports over there. | 00:47:14 |
| 9 | SPECIAL AGENT APONTE:  That make passports? | 00:47:16 |
| 10 | MR. BHAMBA:  Yes.  I have a connection, but | 00:47:17 |
| 11 | I never put it in because it is too expensive. | 00:47:19 |
| 12 | SPECIAL AGENT APONTE:  How much money do | 00:47:22 |
| 13 | they charge you? | 00:47:23 |
| 14 | MR. BHAMBA:  That's why I never -- I have an | 00:47:23 |
| 15 | individual who's in Bahamas, two individuals who's | 00:47:26 |
| 16 | offered me -- he'll charge me 5,000 plus 18,000. | 00:47:31 |
| 17 | 22,000.  He will get my people legally over there, | 00:47:40 |
| 18 | with documents. | 00:47:45 |
| 19 | SPECIAL AGENT APONTE:  Do you know the name | 00:47:48 |
| 20 | of the guy? | 00:47:50 |
| 21 | MR. BHAMBA:  The guy who's setting it up is | 00:47:51 |
| 22 | Calvin Brown.  He's a Jamaican. | 00:47:53 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          157

1       SPECIAL AGENT APONTE:  Anybody in the United        00:48:01

2   States that will do that for you?                       00:48:02

3       MR. BHAMBA:  I know people who do it, okay.          00:48:06

4   I can ask around, but I never try --                    00:48:10

5       SPECIAL AGENT APONTE:  Even a name will be           00:48:12

6   great because we have other operations -- other         00:48:14

7   investigations that we have that we can run names,       00:48:17

8   you know, and that way, we can tie them.                 00:48:21

9       MR. BHAMBA:  Marcia has an operation over            00:48:25

10  there in the Bahamas where she can get you a             00:48:27

11  Bahamian passport.                                       00:48:29

12      SPECIAL AGENT APONTE:  What about in the US?         00:48:30

13  Do you have any contacts in the US?                      00:48:32

14      MR. BHAMBA:  US, I have contacts, but one is         00:48:33

15  through Calvin, and one is that Filipino guy.            00:48:36

16      SPECIAL AGENT APONTE:  Uh-huh.                       00:48:46

17      MR. BHAMBA:  I can --                                00:48:47

18      SPECIAL AGENT APONTE:  Do you remember his           00:48:48

19  name?                                                    00:48:53

20      MR. BHAMBA:  He comes through the Bahamas.           00:48:54

21  He was in the Bahamas.  He contacted me from there.      00:48:55

22      SPECIAL AGENT APONTE:  Do you have his               00:48:58

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              158

| | |
|---|---|
| 1 | number? | 00:48:59 |
| 2 | MR. BHAMBA:  I had his number on the other | 00:49:01 |
| 3 | phone, but I can find his number out. | 00:49:02 |
| 4 | SPECIAL AGENT APONTE:  Okay.  If you find | 00:49:06 |
| 5 | it, let me know. | 00:49:06 |
| 6 | MR. BHAMBA:  I can contact -- | 00:49:07 |
| 7 | SPECIAL AGENT APONTE:  But what did the guy | 00:49:07 |
| 8 | offer you? | 00:49:09 |
| 9 | MR. BHAMBA:  He said something that he's | 00:49:11 |
| 10 | going to charge me 25,000 dollars, he can get me a | 00:49:13 |
| 11 | green card and all that. | 00:49:15 |
| 12 | SPECIAL AGENT APONTE:  Get you or get the | 00:49:19 |
| 13 | aliens? | 00:49:21 |
| 14 | MR. BHAMBA:  Aliens. | 00:49:22 |
| 15 | SPECIAL AGENT APONTE:  Okay.  So did he say | 00:49:23 |
| 16 | he's got a -- | 00:49:25 |
| 17 | MR. BHAMBA:  There's an operation over here, | 00:49:26 |
| 18 | too.  I don't know how true it is because there is | 00:49:27 |
| 19 | an operation from here that takes people, they | 00:49:32 |
| 20 | charge 20,000, they take the people from here, and | 00:49:35 |
| 21 | straight to the States.  How they do it, I don't | 00:49:40 |
| 22 | know. | 00:49:47 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              159

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  So you are in the | 00:49:47 |
| 2 | Dominican Republic? | 00:49:48 |
| 3 | MR. BHAMBA:  Yes.  That's what they are | 00:49:49 |
| 4 | saying, but I never tried it because it looks too | 00:49:50 |
| 5 | funny. | 00:49:52 |
| 6 | SPECIAL AGENT APONTE:  Uh-huh. | 00:49:52 |
| 7 | MR. BHAMBA:  They don't want to charge | 00:49:52 |
| 8 | anything, they want to go straight to the | 00:49:56 |
| 9 | individual's house and collect the money there, but | 00:49:58 |
| 10 | it just looked too funny. | 00:50:02 |
| 11 | Now, the Calvin Brown, okay, what his | 00:50:03 |
| 12 | connection is, he's saying pay me 12 up front, okay, | 00:50:06 |
| 13 | five, he's going to do the job when the person is | 00:50:12 |
| 14 | going to go across. | 00:50:15 |
| 15 | SPECIAL AGENT APONTE:  Uh-huh. | 00:50:16 |
| 16 | MR. BHAMBA:  Then he's going to make some | 00:50:17 |
| 17 | papers, and they are going to come as legit.  And if | 00:50:18 |
| 18 | you want to make that legit, then have you to pay | 00:50:22 |
| 19 | him another 6,000, and that green card alien number | 00:50:25 |
| 20 | is going to stay with him, he made all the | 00:50:28 |
| 21 | references everything.  So how he's going to get the | 00:50:30 |
| 22 | green card from Miami -- | 00:50:33 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          160

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  You don't know. | 00:50:34 |
| 2 | MR. BHAMBA:  -- I don't know. | 00:50:35 |
| 3 | SPECIAL AGENT APONTE:  Yeah, but it's very | 00:50:40 |
| 4 | interesting what people in -- | 00:50:41 |
| 5 | MR. BHAMBA:  Now, this Jay that I showed | 00:50:43 |
| 6 | Mr. Larko, you know, Larko, this is what he did. | 00:50:45 |
| 7 | Now, I don't know if he -- you know, what good it | 00:50:51 |
| 8 | was or whatnot. | 00:50:53 |
| 9 | These were the things he made, and he had a | 00:50:56 |
| 10 | whole other set.  But he took the rest of it.  This | 00:50:59 |
| 11 | I told him to be last. | 00:51:03 |
| 12 | SPECIAL AGENT APONTE:  When do you get this? | 00:51:04 |
| 13 | MR. BHAMBA:  He gave it to us about two | 00:51:05 |
| 14 | months.  I gave them to Mr. Larko, he made pictures | 00:51:07 |
| 15 | of them in. | 00:51:09 |
| 16 | SPECIAL AGENT APONTE:  And he was here in -- | 00:51:10 |
| 17 | MR. BHAMBA:  Yeah.  This individual who does | 00:51:12 |
| 18 | this -- | 00:51:14 |
| 19 | SPECIAL AGENT APONTE:  In the Dominican | 00:51:14 |
| 20 | Republic? | 00:51:14 |
| 21 | MR. BHAMBA:  He's in the Dominican Republic. | 00:51:15 |
| 22 | I have his number, okay, and I have his | 00:51:16 |

| | | |
|---|---|---|
| 1 | Skype number, too. | 00:51:20 |
| 2 | SPECIAL AGENT APONTE:  How much did he pay | 00:51:21 |
| 3 | for these documents? | 00:51:22 |
| 4 | MR. BHAMBA:  He got me for 30,000, for ten | 00:51:24 |
| 5 | people. | 00:51:26 |
| 6 | SPECIAL AGENT APONTE:  And, for the record, | 00:51:26 |
| 7 | you are showing me a driver's license, a Florida | 00:51:27 |
| 8 | driver's license, a New York state driver's license, | 00:51:30 |
| 9 | and a California driver's license. | 00:51:35 |
| 10 | MR. BHAMBA:  Yeah.  He was supposed to take | 00:51:38 |
| 11 | us from here to Puerto Rico.  I paid him 30,000. | 00:51:39 |
| 12 | That's the last two. | 00:51:44 |
| 13 | SPECIAL AGENT APONTE:  They are (inaudible) | 00:51:49 |
| 14 | or fake? | 00:51:52 |
| 15 | MR. BHAMBA:  I don't know.  He said they are | 00:51:54 |
| 16 | in the system for a couple of days, and you can take | 00:51:55 |
| 17 | a flight from -- his plan was -- and this is the | 00:51:58 |
| 18 | same group, he's taken that same group that is over | 00:52:01 |
| 19 | there for Dave. | 00:52:03 |
| 20 | SPECIAL AGENT APONTE:  In Puerto Rico? | 00:52:05 |
| 21 | MR. BHAMBA:  That's the same group, he's | 00:52:06 |
| 22 | taken from there.  He is (inaudible) -- this is a -- | 00:52:07 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    162

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Now, the guy that's | 00:52:10 |
| 2 | here, he is a Puerto Rican or is he a Dominican? | 00:52:11 |
| 3 | MR. BHAMBA:  He's Puerto Rican. | 00:52:13 |
| 4 | SPECIAL AGENT APONTE:  The guy that sold you | 00:52:14 |
| 5 | these documents? | 00:52:15 |
| 6 | MR. BHAMBA:  Yes.  He's a Puerto Rican.  We | 00:52:15 |
| 7 | can -- if you want, we can set up with him. | 00:52:19 |
| 8 | SPECIAL AGENT APONTE:  And you can -- | 00:52:23 |
| 9 | MR. BHAMBA:  I can get him.  He never should | 00:52:24 |
| 10 | have give me his real ID or anything, but I have -- | 00:52:25 |
| 11 | SPECIAL AGENT APONTE:  Do you have a contact | 00:52:28 |
| 12 | for him? | 00:52:30 |
| 13 | MR. BHAMBA:  Yeah. | 00:52:30 |
| 14 | SPECIAL AGENT APONTE:  If you want to get a | 00:52:30 |
| 15 | document -- | 00:52:32 |
| 16 | MR. BHAMBA:  Yeah. | 00:52:33 |
| 17 | SPECIAL AGENT APONTE:  We can get. | 00:52:33 |
| 18 | MR. BHAMBA:  I have a contact for him -- | 00:52:33 |
| 19 | SPECIAL AGENT APONTE:  But he lives in | 00:52:35 |
| 20 | Puerto Rico or he lives here? | 00:52:36 |
| 21 | MR. BHAMBA:  No, he lives over here.  Now | 00:52:38 |
| 22 | he's in St. Martin, at present.  I don't know he's | 00:52:40 |

| | | |
|---|---|---|
| 1 | really in St. Martin.  If you can track Skype, I can | 00:52:43 |
| 2 | give you his Skype ID. | 00:52:47 |
| 3 | SPECIAL AGENT APONTE:  I am going to hold | 00:52:49 |
| 4 | onto this, I want to make copies, and I'll give them | 00:52:50 |
| 5 | back to you at the end of the day. | 00:52:52 |
| 6 | MR. BHAMBA:  I don't know them, if you want. | 00:52:54 |
| 7 | SPECIAL AGENT APONTE:  I will give them back | 00:52:55 |
| 8 | to you so you have them, because, I mean, I don't | 00:52:56 |
| 9 | know -- | 00:52:59 |
| 10 | MR. BHAMBA:  No, I don't want to lose them, | 00:52:59 |
| 11 | if you want to keep them, you know.  This is like | 00:53:01 |
| 12 | contraband, you know.  Why -- at least if you keep | 00:53:03 |
| 13 | them, if for further references, you can -- I am | 00:53:06 |
| 14 | always there, you know.  It is not that -- | 00:53:08 |
| 15 | SPECIAL AGENT APONTE:  No, no. | 00:53:12 |
| 16 | MR. BHAMBA:  So it is -- in fact, it is -- | 00:53:12 |
| 17 | with me, it gets lost, then I, you know. | 00:53:14 |
| 18 | SPECIAL AGENT APONTE:  Okay. | 00:53:17 |
| 19 | MR. BHAMBA:  But if you keep it, that's | 00:53:17 |
| 20 | enough, you know. | 00:53:18 |
| 21 | SPECIAL AGENT APONTE:  I hear you. | 00:53:19 |
| 22 | All these people that you have mentioned | 00:53:20 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                   164

| | | |
|---|---|---|
| 1 | here, you have a contact? | 00:53:21 |
| 2 | MR. BHAMBA:  Yes. | 00:53:23 |
| 3 | SPECIAL AGENT APONTE:  Except these two over | 00:53:23 |
| 4 | here -- | 00:53:24 |
| 5 | MR. BHAMBA:  Yeah. | 00:53:25 |
| 6 | SPECIAL AGENT APONTE:  -- that you said you | 00:53:26 |
| 7 | have a contact with? | 00:53:26 |
| 8 | MR. BHAMBA:  Yes. | 00:53:27 |
| 9 | SPECIAL AGENT APONTE:  Even the guy that you | 00:53:27 |
| 10 | said that you are going to get me that in the United | 00:53:28 |
| 11 | States, get you documents -- | 00:53:32 |
| 12 | MR. BHAMBA:  Yeah, I can get a contact for | 00:53:33 |
| 13 | you. | 00:53:35 |
| 14 | SPECIAL AGENT APONTE:  You said that he | 00:53:35 |
| 15 | contacted you in the Bahamas? | 00:53:35 |
| 16 | MR. BHAMBA:  Yeah, when he was in the | 00:53:38 |
| 17 | Bahamas, in Jamaica, he -- | 00:53:39 |
| 18 | SPECIAL AGENT APONTE:  Does he live in | 00:53:40 |
| 19 | Bahamas or -- | 00:53:41 |
| 20 | MR. BHAMBA:  No, he lives in Miami. | 00:53:41 |
| 21 | SPECIAL AGENT APONTE:  He lives in Miami? | 00:53:44 |
| 22 | MR. BHAMBA:  Yeah. | 00:53:46 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                165

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  So does he -- he | 00:53:46 |
| 2 | smuggles also people from Bahamas? | 00:53:47 |
| 3 | MR. BHAMBA:  He used to smuggle.  I think | 00:53:49 |
| 4 | he's not in smuggling, he's in mostly, from what I | 00:53:50 |
| 5 | talk to him, he tried to meet me a couple of times, | 00:53:53 |
| 6 | you know, he offered me to come to (inaudible), | 00:53:56 |
| 7 | Bahamas, Jamaica, whatever.  And he's a documents | 00:54:00 |
| 8 | guy. | 00:54:02 |
| 9 | SPECIAL AGENT APONTE:  He's a document guy? | 00:54:02 |
| 10 | MR. BHAMBA:  Yeah.  He's a document guy. | 00:54:06 |
| 11 | He's got some connection in immigration, or some | 00:54:07 |
| 12 | place or in the post office, that he can get you | 00:54:10 |
| 13 | documents. | 00:54:14 |
| 14 | SPECIAL AGENT APONTE:  Okay.  Good.  Good. | 00:54:17 |
| 15 | Good stuff. | 00:54:19 |
| 16 | I mean, based on -- | 00:54:21 |
| 17 | MR. BHAMBA:  But that is above -- see, one | 00:54:22 |
| 18 | of the things (inaudible), you know, why we don't go | 00:54:23 |
| 19 | for documents, I don't go for documents, is the | 00:54:26 |
| 20 | people don't speak English. | 00:54:29 |
| 21 | SPECIAL AGENT APONTE:  Uh-huh. | 00:54:31 |
| 22 | MR. BHAMBA:  So what good is a good document | 00:54:32 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    166

| | | |
|---|---|---|
| 1 | going to do, when the guy doesn't speak English? | 00:54:33 |
| 2 | So one is that. And, secondly, my job is to | 00:54:36 |
| 3 | just get them across. But I have had offers for | 00:54:40 |
| 4 | documents from a lot of people. And I have heard | 00:54:42 |
| 5 | that, you know, those -- most of those offers are | 00:54:46 |
| 6 | being used by the Arabic people and the Chinese | 00:54:49 |
| 7 | people, because they pay twice the amount that the | 00:54:53 |
| 8 | Indians pay. So they use them. | 00:54:57 |
| 9 | SPECIAL AGENT APONTE: Now, once these | 00:55:04 |
| 10 | aliens -- once these Indians, for instance, the ones | 00:55:04 |
| 11 | that -- once they are here, I mean, do they ask for | 00:55:08 |
| 12 | political asylum, or do they -- how do they go about | 00:55:15 |
| 13 | business? Now they are going to be in the shadows. | 00:55:17 |
| 14 | MR. BHAMBA: No, no, no. See, the thing is, | 00:55:20 |
| 15 | all the Indians have stores and all. So they keep | 00:55:23 |
| 16 | them in their own stores and the gas stations and | 00:55:25 |
| 17 | all -- | 00:55:27 |
| 18 | SPECIAL AGENT APONTE: But they stay in the | 00:55:28 |
| 19 | shadows, like we say -- | 00:55:30 |
| 20 | MR. BHAMBA: Yes. | 00:55:30 |
| 21 | SPECIAL AGENT APONTE: -- shadows, | 00:55:30 |
| 22 | illegally. | 00:55:31 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              167

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah, shadows. | 00:55:31 |
| 2 | SPECIAL AGENT APONTE:  Illegally in the | 00:55:32 |
| 3 | country. | 00:55:33 |
| 4 | MR. BHAMBA:  Yeah.  And when the political | 00:55:33 |
| 5 | asylum thing is going to come, they are just going | 00:55:34 |
| 6 | to say, we are just -- we came from ten years ago, | 00:55:38 |
| 7 | and they are going to walk through. | 00:55:40 |
| 8 | SPECIAL AGENT APONTE:  I see.  So they wave | 00:55:42 |
| 9 | some sort of amnesty or something to come out the -- | 00:55:43 |
| 10 | or some benefit. | 00:55:46 |
| 11 | MR. BHAMBA:  Yeah.  They are going to file | 00:55:47 |
| 12 | for political asylum.  Some do file for political | 00:55:48 |
| 13 | asylum. | 00:55:51 |
| 14 | SPECIAL AGENT APONTE:  Some do. | 00:55:51 |
| 15 | MR. BHAMBA:  Or some cross over the border | 00:55:53 |
| 16 | to Canada.  Because in Canada you can get married | 00:55:54 |
| 17 | and then get legal or whatever.  But in the US, you | 00:55:57 |
| 18 | can't. | 00:56:02 |
| 19 | SPECIAL AGENT APONTE:  I hear you. | 00:56:03 |
| 20 | Let's do something, Mr. Bhamba.  We have | 00:56:03 |
| 21 | been here straight for like two, three hours.  I am | 00:56:05 |
| 22 | going to pause, and I am going to stop the interview | 00:56:09 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    168

| | | |
|---|---|---|
| 1 | right now.  And then we will take a quick break and | 00:56:12 |
| 2 | then we will continue later on. | 00:56:16 |
| 3 | (Short pause in the audio recording at | |
| 4 | time stamp 2:06.) | |
| 5 | SPECIAL AGENT APONTE:  Okay.  It's May 6, | 00:00:00 |
| 6 | 2015, and after lunch break, we are back at 3:30. | 00:00:01 |
| 7 | And we're rolling, okay? | 00:00:07 |
| 8 | So you say you are going to show me Marcia's | 00:00:09 |
| 9 | picture. | 00:00:17 |
| 10 | MR. BHAMBA:  I have the immigration guy and | 00:00:18 |
| 11 | the police cops who assist them over there take | 00:00:21 |
| 12 | them.  I had this picture, too. | 00:00:24 |
| 13 | SPECIAL AGENT APONTE:  The immigration in | 00:00:26 |
| 14 | where? | 00:00:27 |
| 15 | MR. BHAMBA:  Bahamas. | 00:00:27 |
| 16 | SPECIAL AGENT APONTE:  In Bahamas? | 00:00:28 |
| 17 | MR. BHAMBA:  Yeah.  They have -- okay, I | 00:00:31 |
| 18 | come to think about your documents, you think, they | 00:00:32 |
| 19 | using that documents, are mostly used for those what | 00:00:36 |
| 20 | you call drug smugglers who have been barred and | 00:00:48 |
| 21 | all, and those reportees.  They use that route. | 00:00:50 |
| 22 | They come -- they use it from Jamaica, they get some | 00:00:55 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              169

1    documents made from there, and the documents come          00:00:58

2    from there, and then they go to Bahamas, and they          00:01:01

3    are flying out from Freeport.                              00:01:04

4         SPECIAL AGENT APONTE:  Okay.                          00:01:07

5         MR. BHAMBA:  And they keep me a price, but            00:01:08

6    the price was so -- you know, if you pay something         00:01:09

7    like 30,000, and 10,000 costs almost to get them          00:01:15

8    here, then what are you making?                            00:01:18

9         SPECIAL AGENT APONTE:  Yeah.  I see your              00:01:21

10   point.                                                     00:01:22

11        MR. BHAMBA:  And I have a guy that's going,           00:01:23

12   like Paul or someone, they are not going to stand          00:01:25

13   for, you know, putting up so much money.                   00:01:28

14        Okay.  This here, Marcia.                             00:01:36

15        SPECIAL AGENT APONTE:  Okay.  That's Marcia?          00:01:41

16   And where she works out of?  She works in the?             00:01:44

17   Government.                                                00:01:47

18        MR. BHAMBA:  I don't know.  I don't think so          00:01:48

19   she works in the government.  But she knows an awful       00:01:49

20   lot of immigration and police and everyone.                00:01:52

21        SPECIAL AGENT APONTE:  Now, this phone --             00:01:56

22   can you text this to me?                                   00:01:57

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              170

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  If you have WhatsApp, I can -- | 00:01:59 |
| 2 | SPECIAL AGENT APONTE:  We are going to set | 00:02:01 |
| 3 | up WhatsApp.  We will set it up. | 00:02:03 |
| 4 | MR. BHAMBA:  If you have WhatsApp, I can | 00:02:05 |
| 5 | send it. | 00:02:06 |
| 6 | SPECIAL AGENT APONTE:  Before you leave, we | 00:02:06 |
| 7 | are going to set it up. | 00:02:07 |
| 8 | MR. BHAMBA:  Yeah.  And I can send you all | 00:02:08 |
| 9 | these pictures.  I had a stash, okay, of so much | 00:02:10 |
| 10 | pictures. | 00:02:13 |
| 11 | SPECIAL AGENT APONTE:  Is Marcia -- this is | 00:02:14 |
| 12 | the last name, right? | 00:02:15 |
| 13 | MR. BHAMBA:  Yeah.  Pesteno. | 00:02:17 |
| 14 | SPECIAL AGENT APONTE:  Pesteno. | 00:02:17 |
| 15 | MR. BHAMBA:  Yeah. | 00:02:17 |
| 16 | SPECIAL AGENT APONTE:  Okay.  Very good. | 00:02:18 |
| 17 | And you said it is from your app.  We will | 00:02:19 |
| 18 | try to identify her. | 00:02:23 |
| 19 | I want to show you some pictures here, okay. | 00:02:25 |
| 20 | You may -- if you recognize anybody in these | 00:02:28 |
| 21 | pictures, just let me know.  This is just -- do you | 00:02:32 |
| 22 | recognize anybody here? | 00:02:36 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                           171

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  I can't place his name, but I | 00:02:50 |
| 2 | recognize this guy. | 00:02:52 |
| 3 | SPECIAL AGENT APONTE:  You recognize him? | 00:02:55 |
| 4 | MR. BHAMBA:  Yeah. | 00:02:55 |
| 5 | SPECIAL AGENT APONTE:  Who is he? | 00:02:56 |
| 6 | MR. BHAMBA:  My finger on him, the name, but | 00:03:00 |
| 7 | I have met him. | 00:03:04 |
| 8 | SPECIAL AGENT APONTE:  But you have met this | 00:03:05 |
| 9 | guy? | 00:03:06 |
| 10 | MR. BHAMBA:  Yes, I have met him. | 00:03:07 |
| 11 | SPECIAL AGENT APONTE:  Okay.  What -- tell | 00:03:08 |
| 12 | me a little bit about him.  How you meet him, what | 00:03:10 |
| 13 | does he do, and whatnot. | 00:03:13 |
| 14 | MR. BHAMBA:  There's one guy who works for | 00:03:15 |
| 15 | the feds, for CIA or whatever, okay, he's in Mexico. | 00:03:18 |
| 16 | SPECIAL AGENT APONTE:  This guys works for | 00:03:24 |
| 17 | the CIA? | 00:03:26 |
| 18 | MR. BHAMBA:  No, no.  I don't know -- his | 00:03:26 |
| 19 | name is Santander (phonetic).  Santander.  And he's | 00:03:28 |
| 20 | the major guy who was receiving people over there, | 00:03:32 |
| 21 | after last year. | 00:03:37 |
| 22 | SPECIAL AGENT APONTE:  This guy? | 00:03:38 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          172

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah.  I don't know if it is | 00:03:39 |
| 2 | him, I am not -- I didn't come his name, but I have | 00:03:41 |
| 3 | seen him over there. | 00:03:45 |
| 4 | SPECIAL AGENT APONTE:  Now, do think you | 00:03:46 |
| 5 | have seen him, a similar person, or you are sure -- | 00:03:48 |
| 6 | you're 100 percent sure that that's the guy?  If | 00:03:54 |
| 7 | you're not sure, that's fine.  You know, just | 00:03:57 |
| 8 | tell -- you know. | 00:03:59 |
| 9 | MR. BHAMBA:  I would say not a hundred | 00:04:00 |
| 10 | percent. | 00:04:01 |
| 11 | SPECIAL AGENT APONTE:  Not a hundred | 00:04:02 |
| 12 | percent. | 00:04:04 |
| 13 | MR. BHAMBA:  Not a hundred percent. | 00:04:04 |
| 14 | SPECIAL AGENT APONTE:  No. | 00:04:07 |
| 15 | Okay.  Have you seen this individual? | 00:04:07 |
| 16 | MR. BHAMBA:  No. | 00:04:16 |
| 17 | SPECIAL AGENT APONTE:  Okay.  Have you seen | 00:04:17 |
| 18 | this individual? | 00:04:23 |
| 19 | MR. BHAMBA:  No, not this one. | 00:04:35 |
| 20 | SPECIAL AGENT APONTE:  Okay. | 00:04:45 |
| 21 | MR. BHAMBA:  If he's Jamaican, then maybe. | 00:04:47 |
| 22 | SPECIAL AGENT APONTE:  I don't know where | 00:04:49 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              173

| | | |
|---|---|---|
| 1 | he's from.  But have you seen him before? | 00:04:52 |
| 2 | MR. BHAMBA:  No. | 00:04:57 |
| 3 | SPECIAL AGENT APONTE:  Have you seen that | 00:04:57 |
| 4 | person before? | 00:04:59 |
| 5 | MR. BHAMBA:  No.  Not that. | 00:05:03 |
| 6 | SPECIAL AGENT APONTE:  (Inaudible) picture. | 00:05:15 |
| 7 | MR. BHAMBA:  Maybe if -- it doesn't look | 00:05:23 |
| 8 | like her.  She's a little darker.  Yeah, I do there. | 00:05:24 |
| 9 | That is her. | 00:05:46 |
| 10 | SPECIAL AGENT APONTE:  Remember, don't mind | 00:05:52 |
| 11 | the hair, you know, the hair -- the hair is loose or | 00:05:53 |
| 12 | maybe like people gain weight, people -- | 00:05:56 |
| 13 | MR. BHAMBA:  Yeah, yeah.  It is her. | 00:06:00 |
| 14 | SPECIAL AGENT APONTE:  Okay.  So you think | 00:06:02 |
| 15 | that's Marcia? | 00:06:03 |
| 16 | MR. BHAMBA:  Yes, that is Marcia. | 00:06:04 |
| 17 | SPECIAL AGENT APONTE:  Okay. | 00:06:09 |
| 18 | MR. BHAMBA:  She has been receiving money. | 00:06:10 |
| 19 | I have money receipts on her and all that. | 00:06:12 |
| 20 | SPECIAL AGENT APONTE:  Okay. | 00:06:15 |
| 21 | MR. BHAMBA:  I gave that to Mr. -- you know, | 00:06:15 |
| 22 | that's bank (inaudible). | 00:06:22 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    174

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Okay. | 00:06:24 |
| 2 | MR. BHAMBA:  This is the bank (inaudible), | 00:06:25 |
| 3 | that's money deposited by Paul.  See, the money, if | 00:06:27 |
| 4 | you are going to get the money, (inaudible).  Money. | 00:06:32 |
| 5 | There's a lot of money.  That's something that | 00:06:36 |
| 6 | hurts. | 00:06:38 |
| 7 | SPECIAL AGENT APONTE:  Now, that -- explain | 00:06:39 |
| 8 | to me the -- explain to me the wire -- | 00:06:39 |
| 9 | MR. BHAMBA:  How the money. | 00:06:40 |
| 10 | SPECIAL AGENT APONTE:  The money. | 00:06:40 |
| 11 | MR. BHAMBA:  Okay.  This is what happens. | 00:06:44 |
| 12 | There's a guy in Delhi, there are guys in Delhi, you | 00:06:46 |
| 13 | give them money, like 50,000 dollars, 100,000, how | 00:06:50 |
| 14 | much amount, it doesn't matter, okay. | 00:06:56 |
| 15 | What they do is, they ask you for account | 00:06:59 |
| 16 | number, they make a direct deposit in the account, | 00:07:02 |
| 17 | okay.  But then they make it 5,000, less than 5,000, | 00:07:05 |
| 18 | at a time.  That's one -- okay, they charge you, | 00:07:10 |
| 19 | let's say the Indian dollar rupee is 63, they will | 00:07:13 |
| 20 | charge you 1 rupee, 150 more than that.  That's the | 00:07:17 |
| 21 | service charge.  So it will go straight into your | 00:07:22 |
| 22 | account, they will give you a receipt on your | 00:07:24 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              175

| | | |
|---|---|---|
| 1 | WhatsApp, money is there, end of story, okay. | 00:07:27 |
| 2 | The second way is, they take the money from | 00:07:32 |
| 3 | you.  Now it costs 72 dollar, rupees.  So the | 00:07:35 |
| 4 | payment has gone up something like 9 rupees per | 00:07:39 |
| 5 | dollar.  Now what they do is, they call someone in | 00:07:43 |
| 6 | Dubai, okay.  They call someone in Dubai, the wire | 00:07:49 |
| 7 | goes out, okay, the money order -- MoneyGram, all | 00:07:54 |
| 8 | Western Union, stops from there, from London, from | 00:07:57 |
| 9 | France, from any where in Europe, Dubai, comes | 00:08:01 |
| 10 | straight over here, okay, to Santo Domingo or | 00:08:07 |
| 11 | Mexico, where they pay the people, and that's how it | 00:08:11 |
| 12 | is made. | 00:08:15 |
| 13 | SPECIAL AGENT APONTE:  They send straight | 00:08:17 |
| 14 | from whatever bank to -- | 00:08:17 |
| 15 | MR. BHAMBA:  No, no, not bank.  From Western | 00:08:20 |
| 16 | Union. | 00:08:22 |
| 17 | SPECIAL AGENT APONTE:  From Western Union, | 00:08:22 |
| 18 | I'm sorry, from Western Union straight to | 00:08:23 |
| 19 | whatever -- | 00:08:24 |
| 20 | MR. BHAMBA:  To another Western Union. | 00:08:25 |
| 21 | SPECIAL AGENT APONTE:  To another Western | 00:08:26 |
| 22 | Union. | 00:08:27 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              176

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Over here.  All I have to do is | 00:08:27 |
| 2 | give them a name. | 00:08:29 |
| 3 | SPECIAL AGENT APONTE:  And that's it. | 00:08:32 |
| 4 | MR. BHAMBA:  That's it. | 00:08:34 |
| 5 | SPECIAL AGENT APONTE:  The name, that's it. | 00:08:35 |
| 6 | MR. BHAMBA:  Now, if you can set a pattern, | 00:08:36 |
| 7 | okay, like say I'm getting the money, okay, I am | 00:08:40 |
| 8 | reporting as soon as I get it, before I even | 00:08:44 |
| 9 | withdraw it, okay.  Now these people who are coming, | 00:08:46 |
| 10 | they come over here first, they get their entry, | 00:08:51 |
| 11 | then they withdraw the money over here.  That money | 00:08:54 |
| 12 | is sent -- | 00:08:58 |
| 13 | SPECIAL AGENT APONTE:  The money that was | 00:08:58 |
| 14 | sent Western Union to Western Union, to the | 00:08:59 |
| 15 | States -- | 00:09:02 |
| 16 | MR. BHAMBA:  (Inaudible) over here.  Or in | 00:09:02 |
| 17 | the Bahamas. | 00:09:04 |
| 18 | SPECIAL AGENT APONTE:  But the family member | 00:09:07 |
| 19 | will withdraw it? | 00:09:08 |
| 20 | MR. BHAMBA:  No, no, no. | 00:09:09 |
| 21 | SPECIAL AGENT APONTE:  Or you withdraw it? | 00:09:10 |
| 22 | (Inaudible) -- | |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                     177

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  The people who are going, they | 00:09:12 |
| 2 | withdraw their own money. | 00:09:13 |
| 3 | SPECIAL AGENT APONTE:  They would do their | 00:09:14 |
| 4 | own money and they would pay it to you because -- | 00:09:15 |
| 5 | MR. BHAMBA:  They pay for me or they pay to | 00:09:16 |
| 6 | Marcia, if they are over there, or they pay to | 00:09:18 |
| 7 | whoever in whichever account.  If they are in Haiti, | 00:09:21 |
| 8 | they get it over there, they pay it to that person. | 00:09:24 |
| 9 | SPECIAL AGENT APONTE:  So how does it work | 00:09:26 |
| 10 | when -- how much do you guys charge, let's say one | 00:09:28 |
| 11 | Indian, to bring one Indian over from India over to | 00:09:32 |
| 12 | the United States, what is the total? | 00:09:35 |
| 13 | MR. BHAMBA:  There are two ways.  Two rates. | 00:09:38 |
| 14 | Okay.  Right now, the two rates, if they are | 00:09:41 |
| 15 | walking, okay.  Right now because of the Boston, | 00:09:46 |
| 16 | Mexico, there's only four or five people going out | 00:09:50 |
| 17 | or ten people or 20 people going out in a week that | 00:09:54 |
| 18 | make it straight to Mexico.  What they do is they | 00:09:56 |
| 19 | put in fake stickers and all.  If they send 50 | 00:09:59 |
| 20 | people, five, ten people are coming, 20 people are | 00:10:02 |
| 21 | coming back, 30 people are or 30 people are going | 00:10:05 |
| 22 | away.  When -- as soon as they get out of the tube, | 00:10:08 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    178

| | | |
|---|---|---|
| 1 | they take them out, they don't go through | 00:10:11 |
| 2 | immigration. | 00:10:13 |
| 3 | SPECIAL AGENT APONTE:  And this is in India? | 00:10:14 |
| 4 | MR. BHAMBA:  No, that's in Mexico. | 00:10:16 |
| 5 | SPECIAL AGENT APONTE:  In Mexico? | 00:10:17 |
| 6 | MR. BHAMBA:  Yeah.  They don't go through | 00:10:18 |
| 7 | immigration. | 00:10:19 |
| 8 | SPECIAL AGENT APONTE:  But let's go back in | 00:10:20 |
| 9 | India, let's go back. | 00:10:21 |
| 10 | MR. BHAMBA:  In India -- | 00:10:21 |
| 11 | SPECIAL AGENT APONTE:  Explain to me | 00:10:23 |
| 12 | everything like I don't know anything. | 00:10:23 |
| 13 | MR. BHAMBA:  Okay.  In India this is how it | 00:10:25 |
| 14 | happens.  A person contacts -- he knows that Pablo | 00:10:26 |
| 15 | is the one who's doing it. | 00:10:32 |
| 16 | SPECIAL AGENT APONTE:  Uh-huh. | 00:10:33 |
| 17 | MR. BHAMBA:  Okay.  He's going to contact | 00:10:34 |
| 18 | Pablo and say, Pablo, I am not going to pay you | 00:10:35 |
| 19 | anything, but I am going to pay you as soon as my | 00:10:37 |
| 20 | guy reaches over there.  Here's the money with the | 00:10:40 |
| 21 | common person, you know and I know. | 00:10:44 |
| 22 | Now, in that case, the payment goes up | 00:10:46 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          179

| | | |
|---|---|---|
| 1 | through something like 28 lakhs or something.  So 28 | 00:10:49 |
| 2 | lakhs is something like about 55 or a thousand | 00:10:53 |
| 3 | dollars.  55,000 dollars.  Now, that money is kept | 00:10:58 |
| 4 | over there in escrow with someone. | 00:11:02 |
| 5 | SPECIAL AGENT APONTE:  Uh-huh. | 00:11:05 |
| 6 | MR. BHAMBA:  Pablo, what he does is, he buys | 00:11:05 |
| 7 | a ticket, okay.  First he gets a visa.  A visa costs | 00:11:07 |
| 8 | around 85,000 dollars for here.  For different | 00:11:13 |
| 9 | places, you know, there is a cost for Brazil, | 00:11:16 |
| 10 | there's a different cost.  Everything is with cost. | 00:11:19 |
| 11 | SPECIAL AGENT APONTE:  Uh-huh. | 00:11:22 |
| 12 | MR. BHAMBA:  Okay.  They provide free | 00:11:22 |
| 13 | documents and all, the visa is gotten, they come to | 00:11:24 |
| 14 | the airport.  Okay, at the airport, they pay | 00:11:29 |
| 15 | something like, if they are traveling on KLM -- | 00:11:32 |
| 16 | SPECIAL AGENT APONTE:  Uh-huh. | 00:11:36 |
| 17 | MR. BHAMBA:  If they are traveling on KLM, | 00:11:36 |
| 18 | KLM has a premium.  They come via Amsterdam.  Okay. | 00:11:38 |
| 19 | The chances of them getting roughed up on the way is | 00:11:43 |
| 20 | very less.  Once they get off over there, Amsterdam | 00:11:45 |
| 21 | doesn't mess with them, they come straight to their | 00:11:48 |
| 22 | destination, whatever.  And as long as you have the | 00:11:50 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              180

| | | |
|---|---|---|
| 1 | end destination code, they are good to go.  So on | 00:11:53 |
| 2 | that, they pay around 150, about 3,000 -- about | 00:11:57 |
| 3 | 28,000 -- total 2,800 US dollars. | 00:12:02 |
| 4 | Okay.  Out of that, a certain amount goes to | 00:12:06 |
| 5 | immigration over there.  Okay.  Immigration, it's | 00:12:10 |
| 6 | not that only one person is just making the money. | 00:12:13 |
| 7 | Even though they give you a counter, come from left, | 00:12:16 |
| 8 | the 28 lakhs, the left side.  So if it is the 28 | 00:12:20 |
| 9 | lakhs on the left side, that is number 29.  You | 00:12:25 |
| 10 | count two to each person, and that's how you | 00:12:29 |
| 11 | (inaudible).  So the person goes to the specific | 00:12:33 |
| 12 | person, he stamps them in, doesn't look at anything, | 00:12:34 |
| 13 | he goes, okay. | 00:12:37 |
| 14 | SPECIAL AGENT APONTE:  Uh-huh. | 00:12:39 |
| 15 | MR. BHAMBA:  That is immigration.  Now, the | 00:12:39 |
| 16 | boarding pass people, they charge about 2,000, | 00:12:42 |
| 17 | something like 1,800 dollars.  The thousand goes to | 00:12:45 |
| 18 | immigration, and they let them through. | 00:12:49 |
| 19 | SPECIAL AGENT APONTE:  So between the KLM | 00:12:52 |
| 20 | stuff and immigration and customs, another 2,000 | 00:12:54 |
| 21 | dollars? | 00:12:57 |
| 22 | MR. BHAMBA:  28 thousand -- hundred dollars, | 00:12:57 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    181

| | | |
|---|---|---|
| 1 | and the person is in. | 00:12:59 |
| 2 | SPECIAL AGENT APONTE:  Okay. | 00:13:01 |
| 3 | MR. BHAMBA:  Now, the other carriers like | 00:13:01 |
| 4 | Ethiopian and the other carriers, they charge | 00:13:14 |
| 5 | something like a total charge about 6,500.  6,500 | 00:13:16 |
| 6 | rupees.  So 65,000 rupees is roughly about a | 00:13:19 |
| 7 | thousand, 1,100.  So immigration gets 20,000, that's | 00:13:22 |
| 8 | about 300 rupees -- dollars, and the rest goes to | 00:13:25 |
| 9 | the airline. | 00:13:29 |
| 10 | And the airline looks the other way.  Okay, | 00:13:30 |
| 11 | they have a visa, but normally they don't pick them | 00:13:33 |
| 12 | up unless someone gets paid.  So you can have a | 00:13:36 |
| 13 | genuine visa for someplace, they still you have to | 00:13:38 |
| 14 | pay them because they don't know, and they know that | 00:13:42 |
| 15 | this is where they are going. | 00:13:44 |
| 16 | SPECIAL AGENT APONTE:  Now, who does this | 00:13:47 |
| 17 | arrangement in India? | 00:13:49 |
| 18 | MR. BHAMBA:  Okay.  This arrangement is | 00:13:50 |
| 19 | mostly done by the ticket guys, by Pablo -- | 00:13:52 |
| 20 | SPECIAL AGENT APONTE:  Uh-huh. | 00:13:56 |
| 21 | MR. BHAMBA:  Okay, immigration guys are | 00:13:56 |
| 22 | involved, okay.  Uh -- | 00:14:00 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          182

```
1        SPECIAL AGENT APONTE:  You don't get          00:14:02

2   involved in that?                                  00:14:03

3        MR. BHAMBA:  No, no, no.                       00:14:04

4        SPECIAL AGENT APONTE:  Your -- your job and    00:14:04

5   your responsibility --                             00:14:06

6        MR. BHAMBA:  Yeah.  But I know everyone.       00:14:08

7        SPECIAL AGENT APONTE:  But you know            00:14:09

8   everyone.  Okay.                                   00:14:10

9        MR. BHAMBA:  I know everyone, how it is        00:14:11

10  getting done.  Okay.  Like, say a person is coming, 00:14:12

11  I can, you know, tell you which airline it is going. 00:14:16

12  As long as you don't bust the balls over there, you 00:14:19

13  know, you can watch the whole operation, get to know 00:14:21

14  it better.  Okay, I can tell you this is the day    00:14:23

15  that they are coming, and they are coming on this   00:14:25

16  flight.  You will have the ticket number, you will  00:14:28

17  have to take, you know, everything.  You can see    00:14:30

18  who's doing what, okay.  Now, mind that, don't think 00:14:32

19  that the supervisor of KLM or he's not getting paid. 00:14:38

20  So don't go up to him and say, you know, we know    00:14:42

21  about this operation, because everyone is getting   00:14:44

22  paid.                                              00:14:49
```

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    183

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Okay.  And, also, out | 00:14:49 |
| 2 | on the way, someone stopped by, needs some cash, and | 00:14:50 |
| 3 | you have to come out of pocket -- | 00:14:53 |
| 4 | MR. BHAMBA:  Yeah. | 00:14:54 |
| 5 | SPECIAL AGENT APONTE:  -- because you're | 00:14:54 |
| 6 | already in, you're committed. | 00:14:55 |
| 7 | MR. BHAMBA:  Yeah, correct. | 00:14:58 |
| 8 | SPECIAL AGENT APONTE:  So, in summary, | 00:14:59 |
| 9 | roughly about 55,000? | 00:15:01 |
| 10 | MR. BHAMBA:  55,000. | 00:15:04 |
| 11 | SPECIAL AGENT APONTE:  And then, you know -- | 00:15:04 |
| 12 | MR. BHAMBA:  And out of that, you pay about | 00:15:05 |
| 13 | 28 over there. | 00:15:07 |
| 14 | SPECIAL AGENT APONTE:  28, 3,000. | |
| 15 | MR. BHAMBA:  And the ticket costs about | 00:15:09 |
| 16 | roughly about 28 -- no, a little more than 28.  It | 00:15:12 |
| 17 | costs about 3,200 or whatever. | 00:15:17 |
| 18 | SPECIAL AGENT APONTE:  So you are already | 00:15:19 |
| 19 | down to 46 or 47, 48. | 00:15:20 |
| 20 | MR. BHAMBA:  Okay.  Now the person is on the | 00:15:23 |
| 21 | flight, he carries about three or 4,000, 5,000 | 00:15:25 |
| 22 | dollars cash on his pocket.  He comes over there. | 00:15:29 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              184

| | | |
|---|---|---|
| 1 | Okay, now, they were coming through Sao Paulo.  Now | 00:15:34 |
| 2 | Sao Paulo has become a little tough, okay.  What | 00:15:37 |
| 3 | happens is, there is a person over there that | 00:15:41 |
| 4 | charges a little bit amount of money.  He works -- | 00:15:44 |
| 5 | there are two or three people over there. | 00:15:47 |
| 6 |      Okay.  What they do is, they call -- they | 00:15:50 |
| 7 | tell the people who are coming, okay.  They say, we | 00:15:52 |
| 8 | let you pass.  They grab them and they take some | 00:15:55 |
| 9 | money from them, like two, three hundred, 400,000 | 00:15:59 |
| 10 | dollars.  They say, tell your agent to call us on | 00:16:01 |
| 11 | this number.  And we call them.  We call them, we | 00:16:04 |
| 12 | talk to them.  And they say, okay, we won't molest | 00:16:07 |
| 13 | your people over here, we will get your boarding | 00:16:10 |
| 14 | pass, and we will get them everything.  But guess | 00:16:13 |
| 15 | what?  Make sure you send us a photocopy of what's | 00:16:15 |
| 16 | up with this person, for passport, and we will pick | 00:16:19 |
| 17 | him up from the tube, we'll put him on the flight, | 00:16:23 |
| 18 | so that's we come to business. | 00:16:26 |
| 19 |      Okay.  Same way in the Bogota.  Okay. | 00:16:28 |
| 20 |      SPECIAL AGENT APONTE:  So they go into | 00:16:33 |
| 21 | Colombia as well? | 00:16:33 |
| 22 |      MR. BHAMBA:  Colombia, Bogota.  Okay, the | 00:16:34 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    185

| | | |
|---|---|---|
| 1 | flight would normally goes from Sao Paulo, Sao Paulo | 00:16:36 |
| 2 | is a hub, and from Sao Paulo they go straight to | 00:16:39 |
| 3 | Bogota, and Bogota to here, okay. | 00:16:42 |
| 4 | All they -- | 00:16:45 |
| 5 | SPECIAL AGENT APONTE:  Bogota to the | 00:16:45 |
| 6 | Dominican Republic? | 00:16:47 |
| 7 | MR. BHAMBA:  Dominican Republic, okay. | 00:16:48 |
| 8 | Then (inaudible) doesn't do anything like | 00:16:50 |
| 9 | that, but -- | 00:16:52 |
| 10 | SPECIAL AGENT APONTE:  So we -- let me -- I | 00:16:55 |
| 11 | am writing all this down.  So we are going from | 00:16:56 |
| 12 | India? | 00:17:00 |
| 13 | MR. BHAMBA:  India to Dubai. | 00:17:00 |
| 14 | SPECIAL AGENT APONTE:  Dubai. | 00:17:03 |
| 15 | MR. BHAMBA:  And Dubai to -- by Emirates or | 00:17:04 |
| 16 | one of the other airlines, straight to Sao Paulo. | 00:17:11 |
| 17 | SPECIAL AGENT APONTE:  Uh-huh. | 00:17:14 |
| 18 | MR. BHAMBA:  From Sao Paulo, on Avianca, or | 00:17:15 |
| 19 | they come to -- on a ticket going to -- Port of | 00:17:19 |
| 20 | Spain. | 00:17:23 |
| 21 | SPECIAL AGENT APONTE:  Port of Spain? | 00:17:24 |
| 22 | MR. BHAMBA:  Port of Spain.  And they go to | 00:17:25 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              186

| | | |
|---|---|---|
| 1 | Guyana.  That's one route. | 00:17:27 |
| 2 | SPECIAL AGENT APONTE:  Okay.  Port of Spain, | 00:17:31 |
| 3 | okay. | 00:17:34 |
| 4 | MR. BHAMBA:  And then they go to straight to | 00:17:35 |
| 5 | Guyana, because Guyana just opened up.  They don't | 00:17:38 |
| 6 | require visa for Indians. | 00:17:41 |
| 7 | SPECIAL AGENT APONTE:  Now, the other one | 00:17:42 |
| 8 | was Sao Paulo, then Bogota? | 00:17:43 |
| 9 | MR. BHAMBA:  Bogota, okay.  And then they | 00:17:48 |
| 10 | come straight to Santo Domingo. | 00:17:49 |
| 11 | SPECIAL AGENT APONTE:  Okay.  And the other | 00:17:55 |
| 12 | one was -- | 00:17:55 |
| 13 | MR. BHAMBA:  Okay.  Another thing is, if | 00:17:56 |
| 14 | they pay someone that has a connection, there is one | 00:17:57 |
| 15 | person named Tinda (phonetic).  He's in Argentina, | 00:17:59 |
| 16 | Buenos Aires, but he's working big time in Brazil. | 00:18:02 |
| 17 | And there's one, Ali.  Ali, okay, he was caught by | 00:18:08 |
| 18 | your people. | 00:18:13 |
| 19 | SPECIAL AGENT APONTE:  Is this the people | 00:18:14 |
| 20 | that you heard that do it, but do you know -- | 00:18:16 |
| 21 | MR. BHAMBA:  No, I -- | 00:18:19 |
| 22 | SPECIAL AGENT APONTE:  You met them? | 00:18:19 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    187

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yes, I paid them money. | 00:18:21 |
| 2 | SPECIAL AGENT APONTE:  You paid them the | 00:18:22 |
| 3 | money? | 00:18:23 |
| 4 | MR. BHAMBA:  I paid them money.  I dealt | 00:18:23 |
| 5 | with the people. | 00:18:25 |
| 6 | SPECIAL AGENT APONTE:  Dealt with -- | 00:18:26 |
| 7 | MR. BHAMBA:  I haven't seen them personally. | 00:18:26 |
| 8 | But on phones -- | 00:18:28 |
| 9 | SPECIAL AGENT APONTE:  How do you pay them? | 00:18:29 |
| 10 | MR. BHAMBA:  Huh? | 00:18:30 |
| 11 | SPECIAL AGENT APONTE:  How do you pay them? | 00:18:30 |
| 12 | MR. BHAMBA:  Oh, the person who's going? | 00:18:32 |
| 13 | SPECIAL AGENT APONTE:  The person that's | 00:18:33 |
| 14 | going will take the money? | 00:18:33 |
| 15 | MR. BHAMBA:  Yeah.  He carries the money, | 00:18:34 |
| 16 | and they take the money from him, or you pay the | 00:18:36 |
| 17 | money in India to the people. | 00:18:39 |
| 18 | SPECIAL AGENT APONTE:  But you have their | 00:18:40 |
| 19 | numbers, and you communicate via WhatsApp and all | 00:18:41 |
| 20 | this stuff? | 00:18:43 |
| 21 | MR. BHAMBA:  Yes, yes. | 00:18:45 |
| 22 | SPECIAL AGENT APONTE:  Okay.  All right.  So | 00:18:47 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    188

| | | |
|---|---|---|
| 1 | I got this down. | 00:18:52 |
| 2 |      MR. BHAMBA:  Now if I was to talk to them, | 00:18:53 |
| 3 | okay, and the straight away question will be, okay. | 00:18:54 |
| 4 | Do you have the money?  Okay, I am going to charge | 00:18:57 |
| 5 | you 13,000 rupees, dollars, for this job.  Send your | 00:19:00 |
| 6 | person, or 14,000 or 16,000.  And I send the person | 00:19:05 |
| 7 | with the -- okay, they will agree to, okay, when he | 00:19:08 |
| 8 | comes he pays us this, then you pay us -- when he | 00:19:11 |
| 9 | reaches "X" point, like let's say he reaches Brazil, | 00:19:14 |
| 10 | from Brazil they get him a visa for Colombia. | 00:19:18 |
| 11 |      SPECIAL AGENT APONTE:  Let's say for some | 00:19:20 |
| 12 | reason this guy, you are expecting five people from | 00:19:22 |
| 13 | India right now, as an example here.  They are in | 00:19:25 |
| 14 | Bogota. | 00:19:31 |
| 15 |      MR. BHAMBA:  Uh-huh. | 00:19:32 |
| 16 |      SPECIAL AGENT APONTE:  For some reason they | 00:19:32 |
| 17 | ran out of money or whatnot, and your guy over there | 00:19:33 |
| 18 | that wants to put him in the plane to Santo Domingo | 00:19:35 |
| 19 | needs -- | 00:19:38 |
| 20 |      MR. BHAMBA:  No, no, they have money. | 00:19:39 |
| 21 |      SPECIAL AGENT APONTE:  All right.  But how | 00:19:40 |
| 22 | much money -- how much money -- who instructs them | 00:19:42 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    189

| | | |
|---|---|---|
| 1 | to bring "X" amount of money?  Who gives them the | 00:19:46 |
| 2 | instructions? | 00:19:49 |
| 3 |     MR. BHAMBA:  That is Pablo.  Pablo. | 00:19:50 |
| 4 |     SPECIAL AGENT APONTE:  So Pablo would | 00:19:51 |
| 5 | actually -- | 00:19:52 |
| 6 |     MR. BHAMBA:  Pablo or Irwin Gupta or Tarun | 00:19:53 |
| 7 | or, you know, there's another guy, what's the name. | 00:19:59 |
| 8 | Deraj (phonetic), or, you know -- | 00:20:06 |
| 9 |     SPECIAL AGENT APONTE:  So you're not -- | 00:20:08 |
| 10 |     MR. BHAMBA:  There's a whole bunch of them. | 00:20:10 |
| 11 |     SPECIAL AGENT APONTE:  You're involved -- | 00:20:10 |
| 12 |     MR. BHAMBA:  Espee (phonetic). | 00:20:10 |
| 13 |     SPECIAL AGENT APONTE:  Are you involved in | 00:20:11 |
| 14 | negotiation between, you know, the guys in Argentina | 00:20:12 |
| 15 | and Bogota? | 00:20:16 |
| 16 |     MR. BHAMBA:  Yes, yes. | 00:20:17 |
| 17 |     SPECIAL AGENT APONTE:  You're involved in -- | 00:20:18 |
| 18 |     MR. BHAMBA:  Yes.  I talk to them, because | 00:20:19 |
| 19 | they are coming through there.  I get the numbers | 00:20:21 |
| 20 | from Pablo, okay.  Or sometimes I get him numbers | 00:20:24 |
| 21 | that, okay, I know this "X" person is sitting over | 00:20:28 |
| 22 | there, and he will assist you in this. | 00:20:30 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          190

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  So will it be fair to | 00:20:33 |
| 2 | say that you're just the coordinator? | 00:20:34 |
| 3 | MR. BHAMBA:  Coordinating. | 00:20:36 |
| 4 | SPECIAL AGENT APONTE:  You're coordinating | 00:20:36 |
| 5 | everything? | 00:20:38 |
| 6 | MR. BHAMBA:  Everything. | 00:20:38 |
| 7 | SPECIAL AGENT APONTE:  You don't come | 00:20:39 |
| 8 | out-of-pocket, and you don't go, hey, listen, I am | 00:20:39 |
| 9 | going to send you a note.  Everything -- | 00:20:42 |
| 10 | MR. BHAMBA:  Yes.  I am supposed to, | 00:20:44 |
| 11 | technically, Paul said he is my partner, and he's | 00:20:46 |
| 12 | supposed to pay me 50 percent.  But gone with the | 00:20:50 |
| 13 | wind is 50 percent.  He never pays me.  Or he sent | 00:20:52 |
| 14 | me over here, he's blackmailing me, he said a | 00:20:56 |
| 15 | passport is, you know, I will screw your passport | 00:20:59 |
| 16 | up, your son is over here, you are -- | 00:21:02 |
| 17 | SPECIAL AGENT APONTE:  I hear you. | 00:21:03 |
| 18 | MR. BHAMBA:  -- to work for "X" amount. | 00:21:04 |
| 19 | SPECIAL AGENT APONTE:  I hear you.  I hear | 00:21:06 |
| 20 | you. | 00:21:07 |
| 21 | MR. BHAMBA:  Now you want your son?  Okay. | 00:21:08 |
| 22 | You want some harm to come to him?  Agree to 4,000. | 00:21:10 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                           191

| | | |
|---|---|---|
| 1 | So my 50 percent is gone, okay.  But I am stuck with | 00:21:14 |
| 2 | whatever money he pays me.  And then little do I | 00:21:20 |
| 3 | realize that all the mistakes, that anything | 00:21:23 |
| 4 | happens, even at end destination, it is my fault. | 00:21:26 |
| 5 | SPECIAL AGENT APONTE:  Uh-huh. | 00:21:31 |
| 6 | MR. BHAMBA:  Anyone dies, it's my fault, | 00:21:32 |
| 7 | okay. | 00:21:34 |
| 8 | SPECIAL AGENT APONTE:  Yeah. | 00:21:35 |
| 9 | MR. BHAMBA:  But anything that he makes -- I | 00:21:35 |
| 10 | never see the light of the money anywhere. | 00:21:37 |
| 11 | SPECIAL AGENT APONTE:  Okay. | 00:21:40 |
| 12 | MR. BHAMBA:  My only saving grace is that | 00:21:40 |
| 13 | through him, these ten people who had all the money, | 00:21:43 |
| 14 | I have managed to get at least six of them to | 00:21:46 |
| 15 | Canada, or to the USA.  And I am done with them. | 00:21:49 |
| 16 | So -- | 00:21:54 |
| 17 | SPECIAL AGENT APONTE:  So once the USA -- | 00:21:55 |
| 18 | okay, everything goes well, everybody came through, | 00:21:56 |
| 19 | they made it to the United States, and they released | 00:21:59 |
| 20 | that money, there in India -- | 00:22:02 |
| 21 | MR. BHAMBA:  Yes. | 00:22:03 |
| 22 | SPECIAL AGENT APONTE:  And that's how Pablo | 00:22:03 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              192

| | | |
|---|---|---|
| 1 | gets paid and you get paid. | 00:22:04 |
| 2 | MR. BHAMBA:  Pablo gets paid, and I get | 00:22:05 |
| 3 | paid. | 00:22:07 |
| 4 | Okay.  Some of them he charges less, like 24 | 00:22:07 |
| 5 | lakhs, twenty for a hundred thousand rupees.  Okay. | 00:22:11 |
| 6 | Lakhs, you know. | 00:22:18 |
| 7 | SPECIAL AGENT APONTE:  Uh-huh. | 00:22:19 |
| 8 | MR. BHAMBA:  Okay.  Now, in that case, the | 00:22:19 |
| 9 | money -- okay, he takes 14,000 -- 1,400 -- 14 lakhs | 00:22:21 |
| 10 | before, and then he takes 10, when the people reach | 00:22:27 |
| 11 | final destination.  That is the -- okay, the come to | 00:22:30 |
| 12 | Brazil.  From Brazil they go to Colombia.  Or from | 00:22:34 |
| 13 | Brazil they go to Ecuador, okay.  In Ecuador they | 00:22:39 |
| 14 | pay 100,000 dollars for entry to immigration over | 00:22:43 |
| 15 | there.  And that's guaranteed entry. | 00:22:47 |
| 16 | SPECIAL AGENT APONTE:  They got caught in | 00:22:48 |
| 17 | Colombia, you don't get paid, he doesn't get paid. | 00:22:51 |
| 18 | MR. BHAMBA:  Yeah.  But Colombia, if they | 00:22:53 |
| 19 | get caught, they get them out with money.  That's | 00:22:55 |
| 20 | not a big problem. | 00:22:59 |
| 21 | SPECIAL AGENT APONTE:  What do you mean? | 00:23:00 |
| 22 | MR. BHAMBA:  The pay someone. | 00:23:01 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    193

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  They pay someone? | 00:23:02 |
| 2 | MR. BHAMBA:  Pay someone.  And immigration | 00:23:03 |
| 3 | is there, is, you know, it is -- you can buy them | 00:23:05 |
| 4 | and, you know, they will deport them in such a way | 00:23:08 |
| 5 | that they will deport them to Salvador, Cuba, and | 00:23:11 |
| 6 | they will pay someone in Salvador to jump them over. | 00:23:14 |
| 7 | SPECIAL AGENT APONTE:  And go somewhere. | 00:23:17 |
| 8 | Okay. | 00:23:19 |
| 9 | MR. BHAMBA:  Salvador, they pay people over | 00:23:19 |
| 10 | there.  Guatemala used to be big time, now it is | 00:23:24 |
| 11 | very low key.  There's one or two people going out, | 00:23:26 |
| 12 | but no -- not much, because the old gang got busted | 00:23:29 |
| 13 | over there.  Mexico is still one in a few.  But | 00:23:35 |
| 14 | right now, every given day, you have 50 people | 00:23:38 |
| 15 | walking.  Every day they start walking from Quito, | 00:23:42 |
| 16 | to -- by boat, the boat journey to the island, and | 00:23:48 |
| 17 | going to Panama. | 00:23:52 |
| 18 | SPECIAL AGENT APONTE:  Uh-huh. | 00:23:53 |
| 19 | MR. BHAMBA:  In Panama they claim they are | 00:23:53 |
| 20 | Nepali citizens, and Panama keeps them for 7 or 8 | 00:23:54 |
| 21 | days or ten days or two weeks.  They pay a little, | 00:23:59 |
| 22 | two, three hundred extra, they get off in two weeks. | 00:24:02 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    194

| | | |
|---|---|---|
| 1 | If they don't, then they stay about four weeks. | 00:24:05 |
| 2 | After that, they are left -- given a piece | 00:24:09 |
| 3 | of paper, leave our country within 48 hours or | 00:24:10 |
| 4 | something.  They go straight to Guatemala.  They are | 00:24:13 |
| 5 | caught in -- the Quitos take them to Guatemala, and | 00:24:19 |
| 6 | from Guatemala they take them straight to Mexico. | 00:24:23 |
| 7 | From Mexico, there's some people who are doing it | 00:24:27 |
| 8 | through the tunnel or something. | 00:24:30 |
| 9 | SPECIAL AGENT APONTE:  Now, when they go | 00:24:32 |
| 10 | through Mexico, if they get caught, do they claim | 00:24:33 |
| 11 | right away, or do they present themselves to the | 00:24:37 |
| 12 | border? | 00:24:39 |
| 13 | MR. BHAMBA:  No, no.  If they got -- get | 00:24:39 |
| 14 | caught, Mexico keeps them for a month, 30 days, or | 00:24:40 |
| 15 | 40 days.  And after 40 days, it gives them something | 00:24:44 |
| 16 | like ten days or one week to leave the country, and | 00:24:50 |
| 17 | then they cross the border again. | 00:24:53 |
| 18 | So on that route, once the person is there, | 00:24:56 |
| 19 | he's never coming back. | 00:25:01 |
| 20 | SPECIAL AGENT APONTE:  Never coming back. | 00:25:02 |
| 21 | At which point you get paid? | 00:25:03 |
| 22 | MR. BHAMBA:  Yeah.  We get paid -- the | 00:25:06 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                   195

| | | |
|---|---|---|
| 1 | payment is received when the person reaches Mexico | 00:25:07 |
| 2 | and he's crossing over.  They make sure before he | 00:25:11 |
| 3 | crosses over -- | 00:25:14 |
| 4 | SPECIAL AGENT APONTE:  Uh-huh. | 00:25:15 |
| 5 | MR. BHAMBA:  -- all the nominees are paid. | 00:25:15 |
| 6 | SPECIAL AGENT APONTE:  Okay.  So if they are | 00:25:18 |
| 7 | all paid, then they get released? | 00:25:20 |
| 8 | MR. BHAMBA:  Then they get released, cross | 00:25:23 |
| 9 | the border. | 00:25:24 |
| 10 | SPECIAL AGENT APONTE:  For them to cross the | 00:25:24 |
| 11 | border and get caught -- | 00:25:25 |
| 12 | MR. BHAMBA:  Yeah -- | 00:25:26 |
| 13 | SPECIAL AGENT APONTE:  -- by immigration. | 00:25:26 |
| 14 | MR. BHAMBA:  -- get caught by immigration. | 00:25:27 |
| 15 | They're purposely getting caught.  It is not | 00:25:28 |
| 16 | that immigration is getting them, they are just | 00:25:29 |
| 17 | purposely waiting for immigration. | 00:25:32 |
| 18 | SPECIAL AGENT APONTE:  Just to apply for | 00:25:33 |
| 19 | asylum or whatever. | 00:25:34 |
| 20 | MR. BHAMBA:  To apply for asylum. | 00:25:35 |
| 21 | SPECIAL AGENT APONTE:  Okay. | 00:25:37 |
| 22 | MR. BHAMBA:  Okay.  We can track -- let's | 00:25:38 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          196

| | | |
|---|---|---|
| 1 | say some person is going.  Let's say you set me up | 00:25:40 |
| 2 | in Mexico.  Okay, I tell them, okay, I can get those | 00:25:42 |
| 3 | people out.  We can use one of the coyotes, the one | 00:25:45 |
| 4 | that is for the Sri Lankans, (inaudible) can we get | 00:25:49 |
| 5 | him, it won't affect my operation, because he didn't | 00:25:53 |
| 6 | have any links to the Indians.  So that would be a | 00:25:57 |
| 7 | separate -- | 00:26:00 |
| 8 | SPECIAL AGENT APONTE:  The Sri Lankans. | 00:26:01 |
| 9 | MR. BHAMBA:  Sri Lankans, okay.  We can use | 00:26:01 |
| 10 | that channel, get them to Mexico.  You can track all | 00:26:04 |
| 11 | the money, where it is coming, okay.  I can tell | 00:26:08 |
| 12 | them I need the money over here.  They will send the | 00:26:10 |
| 13 | money over there.  There are some people who are of | 00:26:14 |
| 14 | Indian descent and Pakistani descent, who are living | 00:26:17 |
| 15 | over there who do this big time.  They are | 00:26:20 |
| 16 | transporting something like in Mexico, Mexico alone, | 00:26:24 |
| 17 | they are transporting something like 500, 600, about | 00:26:28 |
| 18 | half a million dollars every one or two days.  That | 00:26:34 |
| 19 | much money is getting paid, between Texas and the | 00:26:40 |
| 20 | whole border.  That is just from India.  I don't | 00:26:44 |
| 21 | know how much is from other places. | 00:26:47 |
| 22 | SPECIAL AGENT APONTE:  Uh-huh. | 00:26:55 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    197

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Because the people, it is a | 00:26:56 |
| 2 | steady stream.  Ten people, 20.  Okay.  Let's say | 00:26:57 |
| 3 | there are ten people going.  Now, at least, at | 00:27:00 |
| 4 | least, rest of the money is paid in the front over | 00:27:03 |
| 5 | there, Ecuador and all -- at least five or six | 00:27:06 |
| 6 | thousand dollars per person has to be paid when the | 00:27:09 |
| 7 | person reaches Mexico.  And that has to reach Mexico | 00:27:14 |
| 8 | that money. | 00:27:17 |
| 9 | Now, people are not carrying it because they | 00:27:19 |
| 10 | can get robbed on the way. | 00:27:20 |
| 11 | SPECIAL AGENT APONTE:  Uh-huh. | 00:27:22 |
| 12 | MR. BHAMBA:  So that money gets sent to | 00:27:22 |
| 13 | Western Union. | 00:27:26 |
| 14 | SPECIAL AGENT APONTE:  I see. | 00:27:28 |
| 15 | MR. BHAMBA:  Pablo was doing it through | 00:27:29 |
| 16 | someone in the States.  He was bringing it to -- on | 00:27:30 |
| 17 | a truck, at the height of the operation, when they | 00:27:36 |
| 18 | were sending something like 20 people or 15 people | 00:27:39 |
| 19 | or 10 people.  Early.  And at that time they | 00:27:45 |
| 20 | couldn't just keep up with the money coming, so they | 00:27:48 |
| 21 | had to -- | 00:27:51 |
| 22 | SPECIAL AGENT APONTE:  So what can you tell | 00:27:52 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          198

| | | |
|---|---|---|
| 1 | me about Pakistanis and aliens from those countries | 00:27:53 |
| 2 | that are -- | 00:27:55 |
| 3 | MR. BHAMBA:  Their route is the same. | 00:27:56 |
| 4 | SPECIAL AGENT APONTE:  Their route is the | 00:27:57 |
| 5 | same. | 00:27:59 |
| 6 | MR. BHAMBA:  Route is the same. | 00:28:00 |
| 7 | SPECIAL AGENT APONTE:  So would the guys -- | 00:28:01 |
| 8 | would the guys from India, like Pablo and the other | 00:28:05 |
| 9 | ones, deal with them, or there's -- that's a | 00:28:06 |
| 10 | separate line or separate people in the (inaudible)? | 00:28:09 |
| 11 | MR. BHAMBA:  Okay.  The Pakistanis, they | 00:28:12 |
| 12 | Pakistanis don't deal with the -- Pakistanis deal | 00:28:14 |
| 13 | with Indians.  But Indians, normally, they don't -- | 00:28:16 |
| 14 | they have no contact with Pakistanis. | 00:28:20 |
| 15 | SPECIAL AGENT APONTE:  Uh-huh. | 00:28:23 |
| 16 | MR. BHAMBA:  Okay.  When it comes over here | 00:28:23 |
| 17 | on the way, like in the center point, if they come | 00:28:25 |
| 18 | to Mexico and Pablo has them, he'll get them, you | 00:28:28 |
| 19 | know.  But otherwise, I don't think so, any Indian | 00:28:32 |
| 20 | deals with Pakistanis over here. | 00:28:36 |
| 21 | SPECIAL AGENT APONTE:  Uh-huh. | 00:28:38 |
| 22 | MR. BHAMBA:  In none of the operations I | 00:28:39 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    199

| | | |
|---|---|---|
| 1 | have come across. | 00:28:40 |
| 2 | There is one or two people over there who is | 00:28:45 |
| 3 | doing it, they are doing it for the Indians and the | 00:28:47 |
| 4 | Pakistanis, both of them.  Like Ali, okay.  Ali is | 00:28:51 |
| 5 | doing it for both, okay. | 00:28:54 |
| 6 | Then there is Ali is doing it, then there | 00:28:56 |
| 7 | are a couple of people in Mexico who are doing it, | 00:29:01 |
| 8 | money laundering for both sides, you know.  Okay, | 00:29:03 |
| 9 | they have garment shops.  That's the front.  But | 00:29:08 |
| 10 | otherwise they are dealing in money. | 00:29:12 |
| 11 | Some of them, Ali was arrested by the US | 00:29:15 |
| 12 | government, okay.  That was (inaudible) thing.  He | 00:29:19 |
| 13 | was arrested.  Okay, he got out, with a warning. | 00:29:22 |
| 14 | Okay, he had his base in Mexico, Ali.  Now Ali is | 00:29:26 |
| 15 | not in Mexico, but he is in Brazil.  So he is big | 00:29:30 |
| 16 | time. | 00:29:36 |
| 17 | Ali, Gary.  They have made a lot of money in | 00:29:36 |
| 18 | the previous year.  Okay, they have gotten people | 00:29:39 |
| 19 | out from Cuba.  They had a connection with Interjet. | 00:29:42 |
| 20 | Interjet was an airline that was -- goes straight to | 00:29:50 |
| 21 | Mexico.  And they milked -- he has some connection | 00:29:52 |
| 22 | where they will get them boarding pass and all that | 00:29:56 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    200

| | | |
|---|---|---|
| 1 | from Mexico.  And, boom.  They made them tickets. | 00:29:58 |
| 2 | They are going Mexico, Mexico transit, to India. | 00:30:02 |
| 3 | But there was no transit, they were getting | 00:30:06 |
| 4 | them straight off in Mexico.  So that route they | 00:30:08 |
| 5 | were using -- okay.  When the tough -- when the | 00:30:12 |
| 6 | going gets tough, some of them take them to | 00:30:14 |
| 7 | Cameroon, okay.  Some of them take them to Kenya. | 00:30:16 |
| 8 | And from Kenya they come to these destinations. | 00:30:21 |
| 9 | SPECIAL AGENT APONTE:  Okay. | 00:30:29 |
| 10 | MR. BHAMBA:  Okay.  The people that are -- | 00:30:30 |
| 11 | there is two -- there's two sets.  There's one set, | 00:30:31 |
| 12 | the people have already obtained papers from Europe, | 00:30:34 |
| 13 | political asylum or work permits or whatever.  Now | 00:30:42 |
| 14 | because they have that, they can legally travel to | 00:30:44 |
| 15 | Mexico.  So they legally travel to Mexico.  But | 00:30:47 |
| 16 | Mexico, whether irrespective of whether you have | 00:30:50 |
| 17 | legal documents or whatever, it costs 4,000 dollars, | 00:30:53 |
| 18 | at least, even with the best documents.  You can | 00:30:57 |
| 19 | have a legal visa, but if you don't pay the Mexicans | 00:30:59 |
| 20 | 4,000 dollars, you are shit out of luck. | 00:31:03 |
| 21 | SPECIAL AGENT APONTE:  I hear you. | 00:31:05 |
| 22 | Let me ask you something.  On the -- as part | 00:31:06 |

1    of your duties and responsibilities down here, when        00:31:09

2    dealing with these aliens, you have mentioned before        00:31:12

3    that you would get them their plane tickets?                00:31:16

4         MR. BHAMBA:  Yeah.  Plane tickets are given            00:31:19

5    to me.                                                       00:31:21

6         SPECIAL AGENT APONTE:  I know we are going             00:31:21

7    to go over the computers tomorrow and everything            00:31:22

8    like that, but do you have what -- what type of             00:31:24

9    format do you have?  Do you have the actual e-mail          00:31:26

10   from the airline when you book it online?  The              00:31:31

11   electronic tickets?  That's what you have on the            00:31:33

12   e-mails.                                                     00:31:35

13        MR. BHAMBA:  Yes, that's what --                       00:31:35

14        SPECIAL AGENT APONTE:  But you do that                 00:31:36

15   yourself, right?  You go in, and you book it --             00:31:37

16        MR. BHAMBA:  No, no, I don't.                          00:31:39

17        SPECIAL AGENT APONTE:  Who does it then?               00:31:40

18        MR. BHAMBA:  Pablo does it.                            00:31:41

19        SPECIAL AGENT APONTE:  Pablo does it.  So              00:31:41

20   Pablo would send it to you?                                 00:31:43

21        MR. BHAMBA:  Yeah.  Because I am -- I know              00:31:46

22   all the -- I am the brains, I know English, I know,         00:31:47

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                        202

| | | |
|---|---|---|
| 1 | you know, which ticket, who can work the connection. | 00:31:51 |
| 2 | SPECIAL AGENT APONTE:  So he would do the | 00:31:53 |
| 3 | reservation over there, e-mail -- he would e-mail it | 00:31:54 |
| 4 | to you -- | 00:31:56 |
| 5 | MR. BHAMBA:  Yeah. | 00:31:57 |
| 6 | SPECIAL AGENT APONTE:  -- from your | 00:31:57 |
| 7 | e-mail -- | 00:31:57 |
| 8 | MR. BHAMBA:  When he gets the ticket, he | 00:31:58 |
| 9 | will e-mail me the ticket, he will Whats me -- | 00:31:59 |
| 10 | WhatsApp the person's picture to me. | 00:32:01 |
| 11 | SPECIAL AGENT APONTE:  Okay. | 00:32:05 |
| 12 | MR. BHAMBA:  And what I will do, I will make | 00:32:06 |
| 13 | sure that he has a safe landing over here. | 00:32:07 |
| 14 | SPECIAL AGENT APONTE:  And safe landing over | 00:32:11 |
| 15 | here.  So you watch it -- will you pick him up at | 00:32:11 |
| 16 | the airport? | 00:32:13 |
| 17 | MR. BHAMBA:  Yes.  I will pick him up at the | 00:32:14 |
| 18 | airport. | 00:32:15 |
| 19 | SPECIAL AGENT APONTE:  At the airport you | 00:32:15 |
| 20 | have the picture, you already have the plane ticket, | 00:32:16 |
| 21 | so you know the flight and everything like that. | 00:32:18 |
| 22 | MR. BHAMBA:  Okay.  If he runs into any | 00:32:21 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    203

| | | |
|---|---|---|
| 1 | problem, okay, like, if he's coming from Curacao or | 00:32:22 |
| 2 | from Bogota, if there is anything, if there are a | 00:32:27 |
| 3 | couple of people, if he runs into problem, I can | 00:32:29 |
| 4 | help him, you know, tell those people, that it is -- | 00:32:32 |
| 5 | okay.  He also uses -- sometimes I help him, | 00:32:36 |
| 6 | sometimes he helps me, or he helps Pablo.  But Pablo | 00:32:39 |
| 7 | pays him.  I am just the coordinator. | 00:32:43 |
| 8 |     SPECIAL AGENT APONTE:  You are the | 00:32:46 |
| 9 | coordinator.  So you will pick him up.  Let's say he | 00:32:46 |
| 10 | tells the five people coming over from Bogota, go to | 00:32:48 |
| 11 | the airport, put them up -- | 00:32:51 |
| 12 |     MR. BHAMBA:  Yes. | 00:32:53 |
| 13 |     SPECIAL AGENT APONTE:  And -- | 00:32:53 |
| 14 |     MR. BHAMBA:  And put them in the house. | 00:32:54 |
| 15 |     SPECIAL AGENT APONTE:  Put them in the | 00:32:55 |
| 16 | house.  So you would make the reservations for the | 00:32:56 |
| 17 | house? | 00:32:58 |
| 18 |     MR. BHAMBA:  Yeah. | 00:32:59 |
| 19 |     SPECIAL AGENT APONTE:  And you will make | 00:32:59 |
| 20 | sure that they get in there -- | 00:33:01 |
| 21 |     MR. BHAMBA:  Eat, read, if they are bringing | 00:33:04 |
| 22 | in -- | 00:33:06 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    204

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Will you feed them? | 00:33:06 |
| 2 | MR. BHAMBA:  Yeah.  By themselves. | 00:33:07 |
| 3 | SPECIAL AGENT APONTE:  They feed by | 00:33:08 |
| 4 | themselves. | 00:33:09 |
| 5 | MR. BHAMBA:  Yeah. | 00:33:09 |
| 6 | SPECIAL AGENT APONTE:  So nobody has money | 00:33:09 |
| 7 | to purchase their food or whatever? | 00:33:11 |
| 8 | MR. BHAMBA:  Yeah.  They have money to | 00:33:13 |
| 9 | purchase, or so I will make sure they are | 00:33:14 |
| 10 | comfortable, try to tell them not to go out, don't | 00:33:15 |
| 11 | womanize, you will get robbed and all the normal | 00:33:18 |
| 12 | things. | 00:33:21 |
| 13 | SPECIAL AGENT APONTE:  And if anybody needs | 00:33:22 |
| 14 | medical attention or something like that, will | 00:33:23 |
| 15 | you -- will you coordinate that? | 00:33:26 |
| 16 | MR. BHAMBA:  Yeah.  If they are in my | 00:33:27 |
| 17 | charge, then I have no choice but to, you know. | 00:33:29 |
| 18 | SPECIAL AGENT APONTE:  Okay.  And when it | 00:33:34 |
| 19 | comes to the stash house where you keep them here in | 00:33:38 |
| 20 | the Dominican Republic, would you -- would you | 00:33:40 |
| 21 | actually rent a room in a hotel or do you have a -- | 00:33:44 |
| 22 | MR. BHAMBA:  House. | 00:33:47 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              205

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  You have a house? | 00:33:48 |
| 2 | MR. BHAMBA:  Have a house. | 00:33:49 |
| 3 | SPECIAL AGENT APONTE:  Is it always the same | 00:33:49 |
| 4 | house? | 00:33:50 |
| 5 | MR. BHAMBA:  No.  Different, apply -- | 00:33:51 |
| 6 | SPECIAL AGENT APONTE:  And how do you get | 00:33:52 |
| 7 | this houses? | 00:33:53 |
| 8 | MR. BHAMBA:  Houses?  It is easy.  You know, | 00:33:54 |
| 9 | you -- there are rental houses, you know, and | 00:33:56 |
| 10 | apartments. | 00:33:58 |
| 11 | SPECIAL AGENT APONTE:  Rental properties. | 00:33:59 |
| 12 | MR. BHAMBA:  Rental properties. | 00:33:59 |
| 13 | SPECIAL AGENT APONTE:  Okay.  So you rent | 00:34:00 |
| 14 | them. | 00:34:02 |
| 15 | MR. BHAMBA:  Yes. | 00:34:02 |
| 16 | SPECIAL AGENT APONTE:  It is not that -- | 00:34:03 |
| 17 | would the people, would the owners of the place know | 00:34:05 |
| 18 | what is it for? | 00:34:09 |
| 19 | MR. BHAMBA:  No, no. | 00:34:09 |
| 20 | SPECIAL AGENT APONTE:  Or is it something | 00:34:10 |
| 21 | you rent them like -- | 00:34:11 |
| 22 | MR. BHAMBA:  They wouldn't know.  They would | 00:34:11 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                           206

| | | |
|---|---|---|
| 1 | say, okay, there's a bunch of guys coming, and they | 00:34:12 |
| 2 | are here on vacation -- | 00:34:15 |
| 3 | SPECIAL AGENT APONTE:  Okay. | 00:34:18 |
| 4 | MR. BHAMBA:  And, because I do when they are | 00:34:18 |
| 5 | coming, they have a three-month entry, so they're | 00:34:19 |
| 6 | legal. | 00:34:22 |
| 7 | SPECIAL AGENT APONTE:  Okay. | 00:34:22 |
| 8 | MR. BHAMBA:  So that's not a problem.  So | 00:34:22 |
| 9 | within that time frame, they are long gone. | 00:34:24 |
| 10 | SPECIAL AGENT APONTE:  They are long gone. | 00:34:28 |
| 11 | Okay. | 00:34:30 |
| 12 | MR. BHAMBA:  Yeah. | 00:34:30 |
| 13 | SPECIAL AGENT APONTE:  Okay.  And I didn't | 00:34:31 |
| 14 | ask you earlier, I mean, I'm sorry, I have so many | 00:34:33 |
| 15 | questions for you, and now we are going to pick this | 00:34:35 |
| 16 | up tomorrow.  But you -- | 00:34:38 |
| 17 | MR. BHAMBA:  If you can give me your e-mail, | 00:34:40 |
| 18 | what I can do is, I can go home, and what I can do | 00:34:41 |
| 19 | is I can sort of e-mail most of the -- you know, | 00:34:48 |
| 20 | tickets and all, okay.  There is one -- there are | 00:34:51 |
| 21 | guys who does tickets, there are three people in | 00:34:54 |
| 22 | Delhi.  There's one, Urag (phonetic), he has a | 00:34:57 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              207

| | | |
|---|---|---|
| 1 | travel agency.  He does this thing, his 99 percent | 00:35:01 |
| 2 | booking is just for that. | 00:35:07 |
| 3 | Then there's another, Tarun.  He's made all | 00:35:10 |
| 4 | his money through this.  He does charges for ticket | 00:35:13 |
| 5 | and for getting -- making sure the person is over | 00:35:17 |
| 6 | here to coordinating the immigration and the | 00:35:19 |
| 7 | ticketing over there.  Then there's Raj. | 00:35:23 |
| 8 | There are a couple of people who do that. | 00:35:25 |
| 9 | And none of this operation is successful until | 00:35:29 |
| 10 | someone has a visa for the States, or has a son or | 00:35:32 |
| 11 | daughter or is a US citizen.  Because without your | 00:35:38 |
| 12 | having direct access, if you are coming the same | 00:35:43 |
| 13 | route, through the guys, even if you don't own the | 00:35:48 |
| 14 | guys, it is very easy to get charged somewhere, | 00:35:51 |
| 15 | okay. | 00:35:55 |
| 16 | Panama is a hot spot.  Panama can pick you | 00:35:55 |
| 17 | up -- (inaudible) Panama can let you go, or pick you | 00:36:01 |
| 18 | up and send you back. | 00:36:03 |
| 19 | SPECIAL AGENT APONTE:  Uh-huh. | 00:36:08 |
| 20 | MR. BHAMBA:  Because Interpol is there, | 00:36:08 |
| 21 | okay.  (Inaudible) ask anything.  If you know the | 00:36:13 |
| 22 | right airlines.  Now, see, Sao Paulo is not doing so | 00:36:16 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                      208

| | | |
|---|---|---|
| 1 | much on the US or something around that, it is just | 00:36:20 |
| 2 | that they -- the people in Sao Paulo have relied on | 00:36:25 |
| 3 | immigration, and the boarding card guys realize | 00:36:27 |
| 4 | there's so much money to be made. | 00:36:31 |
| 5 | SPECIAL AGENT APONTE:  Corrupt (inaudible). | 00:36:33 |
| 6 | MR. BHAMBA:  Willing to pay.  So now the | 00:36:34 |
| 7 | price has gone up a thousand.  The same way over | 00:36:36 |
| 8 | there in Bogota.  If you pay them, okay, they knew | 00:36:39 |
| 9 | that these people were carrying money.  When we were | 00:36:44 |
| 10 | sending them, I was sending people for Pablo, at | 00:36:47 |
| 11 | times they were robbing them at the airport. | 00:36:51 |
| 12 | Immigration was robbing them at the airport.  They | 00:36:54 |
| 13 | were saying, okay, give us -- they were virtually | 00:37:01 |
| 14 | strip search them, you know, say, okay, give us -- | 00:37:01 |
| 15 | SPECIAL AGENT APONTE:  Clean their pockets. | 00:37:02 |
| 16 | MR. BHAMBA:  Yeah.  Give us this, otherwise | 00:37:03 |
| 17 | we are going to send you back.  So they -- if they | 00:37:05 |
| 18 | were carrying 4,000 or 5,000 or 7,000, they would | 00:37:10 |
| 19 | grab 2,000 out of each. | 00:37:14 |
| 20 | SPECIAL AGENT APONTE:  So what would they | 00:37:15 |
| 21 | do?  When they get to the other country, they would | 00:37:15 |
| 22 | have -- someone would have to Western Union money to | 00:37:16 |

| | | |
|---|---|---|
| 1 | them, right? | 00:37:18 |
| 2 | MR. BHAMBA:  Yeah.  So now, Western Union, | 00:37:20 |
| 3 | that's why the payment has gone up at the Western | 00:37:23 |
| 4 | Union.  They send the money to someone, you know, in | 00:37:26 |
| 5 | UK, okay.  Now, the UK people are -- there's so many | 00:37:31 |
| 6 | immigrant people, they are sending money to India. | 00:37:35 |
| 7 | They don't want to send it Western Union. | 00:37:38 |
| 8 | Okay.  When they send it Western Union, you | 00:37:40 |
| 9 | know, some of them don't know English, or they go to | 00:37:43 |
| 10 | Western Union and then they give them a check, they | 00:37:45 |
| 11 | have to go to the bank.  So it is a hassle. | 00:37:48 |
| 12 | Whereas the regular guy?  They just give him | 00:37:51 |
| 13 | a note, and they go to him and they present that | 00:37:54 |
| 14 | note to him, and the note has this number, and he | 00:37:57 |
| 15 | takes this hundred dollar bill, with this number, | 00:38:00 |
| 16 | gives another -- now he has proof he has paid. | 00:38:04 |
| 17 | That's a receipt.  No ID taken. | 00:38:09 |
| 18 | SPECIAL AGENT APONTE:  Okay.  I see. | 00:38:15 |
| 19 | MR. BHAMBA:  Foolproof system. | 00:38:17 |
| 20 | SPECIAL AGENT APONTE:  Wow.  Wow.  The -- | 00:38:20 |
| 21 | MR. BHAMBA:  See -- | 00:38:22 |
| 22 | SPECIAL AGENT APONTE:  We're discussing | 00:38:23 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          210

| | | |
|---|---|---|
| 1 | earlier, first interview that you did the -- | 00:38:25 |
| 2 | (inaudible) for the five people that were caught -- | 00:38:32 |
| 3 | MR. BHAMBA: Uh-huh. | 00:38:34 |
| 4 | SPECIAL AGENT APONTE: -- in the store, back | 00:38:35 |
| 5 | in Miami. | 00:38:36 |
| 6 | MR. BHAMBA: Yeah. I have 13 people tickets | 00:38:37 |
| 7 | that -- total amount of people that came are from | 00:38:40 |
| 8 | this. | 00:38:43 |
| 9 | SPECIAL AGENT APONTE: Okay. | 00:38:44 |
| 10 | MR. BHAMBA: All of them I have the tickets | 00:38:44 |
| 11 | for where how they came. | 00:38:45 |
| 12 | SPECIAL AGENT APONTE: Okay. | 00:38:47 |
| 13 | MR. BHAMBA: From which company the tickets | 00:38:47 |
| 14 | were, which day they arrive in Haiti. | 00:38:48 |
| 15 | SPECIAL AGENT APONTE: Everything. | 00:38:50 |
| 16 | MR. BHAMBA: Everything. | 00:38:51 |
| 17 | SPECIAL AGENT APONTE: So we will be able to | 00:38:51 |
| 18 | track the whole journey. | 00:38:52 |
| 19 | MR. BHAMBA: Yeah. Give me your e-mail, | 00:38:55 |
| 20 | I'll send all of them. | 00:38:55 |
| 21 | SPECIAL AGENT APONTE: Yeah. I'll make sure | 00:38:56 |
| 22 | you have it before you leave. | 00:38:57 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    211

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah.  I will send all of it. | 00:38:58 |
| 2 | SPECIAL AGENT APONTE:  And, also, so -- | 00:39:00 |
| 3 | MR. BHAMBA:  The thing -- | 00:39:00 |
| 4 | SPECIAL AGENT APONTE:  -- at one point you | 00:39:01 |
| 5 | mentioned you contacted the immigration attorney in | 00:39:02 |
| 6 | Miami. | 00:39:06 |
| 7 | MR. BHAMBA:  Yeah.  Michael Douglas -- Mark | 00:39:07 |
| 8 | Douglas. | 00:39:09 |
| 9 | SPECIAL AGENT APONTE:  Mark Douglas. | 00:39:10 |
| 10 | MR. BHAMBA:  Yeah. | 00:39:11 |
| 11 | SPECIAL AGENT APONTE:  Now, why -- why do | 00:39:12 |
| 12 | you contact him?  Do you know him or have you dealt | 00:39:13 |
| 13 | with him before? | 00:39:16 |
| 14 | MR. BHAMBA:  No, no, I didn't know him. | 00:39:17 |
| 15 | SPECIAL AGENT APONTE:  Why did you contact | 00:39:18 |
| 16 | him? | 00:39:19 |
| 17 | MR. BHAMBA:  What I did is, okay, I went | 00:39:19 |
| 18 | online, looked for an attorney, okay.  Back in the | 00:39:22 |
| 19 | days I knew attorneys, because I was living in the | 00:39:26 |
| 20 | States. | 00:39:30 |
| 21 | SPECIAL AGENT APONTE:  Uh-huh. | 00:39:31 |
| 22 | MR. BHAMBA:  Now I had not been to Miami or | 00:39:31 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              212

| | | |
|---|---|---|
| 1 | anything so I didn't know anyone.  I asked, went | 00:39:33 |
| 2 | online, looked for a couple of attorneys.  He looked | 00:39:37 |
| 3 | the best one. | 00:39:40 |
| 4 | SPECIAL AGENT APONTE:  Uh-huh. | 00:39:41 |
| 5 | MR. BHAMBA:  So I randomly called him. | 00:39:41 |
| 6 | Marcia went to him.  Marcia -- | 00:39:44 |
| 7 | SPECIAL AGENT APONTE:  Marcia actually went | 00:39:48 |
| 8 | to -- | 00:39:49 |
| 9 | MR. BHAMBA:  Yes.  Physically went to him. | 00:39:49 |
| 10 | SPECIAL AGENT APONTE:  She went to the | 00:39:51 |
| 11 | United States -- | 00:39:52 |
| 12 | MR. BHAMBA:  Yeah. | 00:39:53 |
| 13 | SPECIAL AGENT APONTE:  Contact him. | 00:39:53 |
| 14 | MR. BHAMBA:  Contacted him.  I told her, | 00:39:54 |
| 15 | this is an attorney, and, you know, contact him. | 00:39:56 |
| 16 | And I talked to him.  He worked things out.  Marcia | 00:40:00 |
| 17 | went to him.  E-mailed him the money from Pablo, | 00:40:02 |
| 18 | e-mailed him the money. | 00:40:05 |
| 19 | SPECIAL AGENT APONTE:  Let me ask you, | 00:40:07 |
| 20 | Marcia, does she have a US visa or -- | 00:40:08 |
| 21 | MR. BHAMBA:  She has a US visa. | 00:40:12 |
| 22 | SPECIAL AGENT APONTE:  She has a US visa. | 00:40:14 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    213

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah. | 00:40:16 |
| 2 | SPECIAL AGENT APONTE:  Okay.  And then so | 00:40:16 |
| 3 | who gave you those documents that you brought over? | 00:40:17 |
| 4 | MR. BHAMBA:  Which ones? | 00:40:22 |
| 5 | SPECIAL AGENT APONTE:  The ones -- correct | 00:40:24 |
| 6 | me if I am wrong, you had those documents -- you had | 00:40:25 |
| 7 | documents for these five individuals, immigration | 00:40:27 |
| 8 | documents, mainly? | 00:40:31 |
| 9 | MR. BHAMBA:  No. | 00:40:32 |
| 10 | SPECIAL AGENT APONTE:  Did the attorney?  Or | 00:40:32 |
| 11 | did they e-mail them to you, only for -- | 00:40:34 |
| 12 | MR. BHAMBA:  Only for one.  They e-mailed | 00:40:37 |
| 13 | me. | 00:40:39 |
| 14 | SPECIAL AGENT APONTE:  Who e-mailed it to | 00:40:39 |
| 15 | you? | 00:40:41 |
| 16 | MR. BHAMBA:  People in India, they mailed me | 00:40:42 |
| 17 | the passport and all.  Basically, I had the passport | 00:40:44 |
| 18 | already -- | 00:40:47 |
| 19 | SPECIAL AGENT APONTE:  What about | 00:40:47 |
| 20 | immigration documents that were generated or issued | 00:40:47 |
| 21 | in Miami by immigration, do you have any of that? | 00:40:51 |
| 22 | Pertaining to the immigration process in Miami. | 00:40:55 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          214

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  No. | 00:40:57 |
| 2 | SPECIAL AGENT APONTE:  Do you have anything? | 00:40:57 |
| 3 | MR. BHAMBA:  No, he didn't send Mark, he | 00:40:58 |
| 4 | didn't send me anything.  I have this communication. | 00:40:59 |
| 5 | SPECIAL AGENT APONTE:  Oh, just | 00:41:02 |
| 6 | communication. | 00:41:02 |
| 7 | MR. BHAMBA:  Communication. | 00:41:03 |
| 8 | SPECIAL AGENT APONTE:  Okay. | 00:41:03 |
| 9 | MR. BHAMBA:  That send me this, or send me | 00:41:03 |
| 10 | that.  I didn't give him my real name, I just told | 00:41:05 |
| 11 | him I am Bupinder Kuman, I was a family friend, and | 00:41:09 |
| 12 | this is what it is.  He thinks Marcia is -- Marcia | 00:41:13 |
| 13 | is my girlfriend. | 00:41:16 |
| 14 | SPECIAL AGENT APONTE:  Okay. | 00:41:18 |
| 15 | MR. BHAMBA:  But he thinks I'm Pablo. | 00:41:18 |
| 16 | SPECIAL AGENT APONTE:  I see what you're | 00:41:21 |
| 17 | saying. | 00:41:22 |
| 18 | MR. BHAMBA:  But Pablo sent the money to | 00:41:23 |
| 19 | him, accidentally he sent 2,800 dollars extra.  So | 00:41:24 |
| 20 | he sent Marcia to collect that money from him. | 00:41:30 |
| 21 | SPECIAL AGENT APONTE:  So do you think that | 00:41:32 |
| 22 | the US Attorney knows that you guys are the | 00:41:34 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    215

| | | |
|---|---|---|
| 1 | smuggler? | 00:41:36 |
| 2 | MR. BHAMBA:  No.  I don't think so.  I don't | 00:41:37 |
| 3 | think so.  He's confused -- he was out of his wits, | 00:41:39 |
| 4 | because now what do you have is 20 Indians, you | 00:41:44 |
| 5 | know, what the family is doing, they see anyone who | 00:41:47 |
| 6 | knows English, have they call him and say, you know, | 00:41:51 |
| 7 | this is the lawyers number, talk to him, because | 00:41:54 |
| 8 | they don't know English. | 00:41:56 |
| 9 | So someone calls over there and says, | 00:41:58 |
| 10 | Mr. Mark, okay, I am here for -- who are you, sir. | 00:42:00 |
| 11 | Okay, I can't give you private conversation to, you | 00:42:04 |
| 12 | know, what is between your client, I can't give you | 00:42:07 |
| 13 | that information.  I'm his uncle.  And he will say, | 00:42:09 |
| 14 | okay, but, you know, my fees need to be paid.  Then | 00:42:11 |
| 15 | everyone would hang up.  And the first thing they | 00:42:15 |
| 16 | asking, when is he going to be released. | 00:42:17 |
| 17 | SPECIAL AGENT APONTE:  Uh-huh. | 00:42:19 |
| 18 | MR. BHAMBA:  Pablo tried it a couple of | 00:42:19 |
| 19 | times.  Pablo's English is a little bit skippy, not | 00:42:21 |
| 20 | that good, okay.  So he's tried it a couple of | 00:42:25 |
| 21 | times.  Eventually the lawyer said, I am not going | 00:42:29 |
| 22 | to talk to anyone.  So my code with him is that to | 00:42:32 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          216

| | | |
|---|---|---|
| 1 | make sure I'm Bupinder.  Because what's his name, | 00:42:36 |
| 2 | he's been hired by the other guys, also, by Gupta to | 00:42:38 |
| 3 | represent the others.  I think one or two of the | 00:42:42 |
| 4 | common law, someone is, you know -- | 00:42:47 |
| 5 | SPECIAL AGENT APONTE:  Also contacted him. | 00:42:49 |
| 6 | MR. BHAMBA:  So Gupta is pretending to be | 00:42:50 |
| 7 | me, he doesn't want his real name to be out there, | 00:42:53 |
| 8 | because he doesn't want to get it, so he's | 00:42:55 |
| 9 | pretending to be me.  And he was saying, I just | 00:42:58 |
| 10 | talked to you.  I said, no, you didn't talk to me. | 00:43:00 |
| 11 | So I have his number on WhatsApp and on | 00:43:03 |
| 12 | Y-versal (phonetic).  Eventually, now we have that, | 00:43:05 |
| 13 | that in order to identify myself, I give him my | 00:43:08 |
| 14 | e-mail.  Then he knows I am the right Kumar.  And | 00:43:10 |
| 15 | then he tells me, okay, I didn't get paid, whatever. | 00:43:14 |
| 16 | So I told his folks over there, I said, you | 00:43:17 |
| 17 | know, you have to give some guarantee or whatever it | 00:43:20 |
| 18 | is that you are responsible for him, otherwise no | 00:43:23 |
| 19 | one is going to bail him out. | 00:43:25 |
| 20 | SPECIAL AGENT APONTE:  So who's paying this | 00:43:27 |
| 21 | attorney? | 00:43:29 |
| 22 | MR. BHAMBA:  Pablo. | 00:43:30 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    217

1          SPECIAL AGENT APONTE:  Pablo.                    00:43:30

2          MR. BHAMBA:  Pablo is paying the attorney.       00:43:31

3    Because it is 25 lakhs, rupees, is down the tube,      00:43:34

4    and they are not paying him anything, and this guy     00:43:41

5    (inaudible).                                           00:43:47

6          SPECIAL AGENT APONTE:  Uh-huh.                   00:43:47

7          MR. BHAMBA:  See, the main guys are Pablo,       00:43:47

8    Armin, Turin.  They have about 30 guys, okay, that     00:43:50

9    are doing this.  If you take away the ones over        00:43:55

10   here, you're merely just stemming the flow.  They      00:44:01

11   will find another person.                              00:44:03

12         SPECIAL AGENT APONTE:  Uh-huh.                   00:44:05

13         MR. BHAMBA:  They will find another person.      00:44:06

14         If you hurt the cash flow, and if you hurt       00:44:08

15   them over there, like, say, Pablo can now, can tell    00:44:13

16   you how you can pick up Pablo and really build a       00:44:18

17   case.  This guy who died, technically he died of a     00:44:20

18   bad liver.  But he died in a boat.  They were taking   00:44:24

19   him in a boat, the boat was jumping too much, and      00:44:28

20   part of that is a contributing factor.                 00:44:31

21         SPECIAL AGENT APONTE:  Uh-huh.                   00:44:35

22         MR. BHAMBA:  So if you can, you know, based      00:44:35

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                           218

| # | | Time |
|---|---|---|
| 1 | on that, now that's a murder charge.  Maybe you | 00:44:38 |
| 2 | can't extradite him from there, him being a Canadian | 00:44:44 |
| 3 | citizen, and he never ventures out of India.  And | 00:44:48 |
| 4 | only way he would venture out is if he has someone, | 00:44:51 |
| 5 | like the last time the operation was set up for | 00:44:57 |
| 6 | Nick, how the people got Nick, the feds got Nick, | 00:45:00 |
| 7 | was they sent in a person posing as, you know, he | 00:45:04 |
| 8 | was a helicopter pilot, he was taking the people | 00:45:08 |
| 9 | from there to the point to be -- it is -- you have | 00:45:11 |
| 10 | to give him some initiative that he's going to make | 00:45:14 |
| 11 | money, like gangbusters, he's got a real guy.  And, | 00:45:16 |
| 12 | you know, I am a lowly person, I am just a | 00:45:20 |
| 13 | coordinator, you are the main guy, and he wants to | 00:45:22 |
| 14 | talk to you, you know, or something.  And he's got | 00:45:25 |
| 15 | five -- we get five or ten people out, but at the | 00:45:28 |
| 16 | same time, they've got political asylum, or they | 00:45:31 |
| 17 | have a flight or something.  And you can always have | 00:45:34 |
| 18 | a track on them and get them out any time. | 00:45:37 |
| 19 | Because, you know, it is not that the guys | 00:45:42 |
| 20 | who we left over there can just vanish into thin | 00:45:45 |
| 21 | air.  If you take responsible person (inaudible), | 00:45:49 |
| 22 | the people are there.  Okay.  I know where they are. | 00:45:53 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              219

| | | |
|---|---|---|
| 1 | I know which family they belong to or whatever, | 00:45:57 |
| 2 | because they have dealt with me.  And the families | 00:46:00 |
| 3 | are going to hold them, you know, for the whole | 00:46:02 |
| 4 | green card. | 00:46:04 |
| 5 | SPECIAL AGENT APONTE:  Let me ask you | 00:46:05 |
| 6 | something.  When you bring them to -- let's say, | 00:46:05 |
| 7 | Puerto Rico, Miami, whatnot, you put the aliens in | 00:46:08 |
| 8 | the hotel or a stash house or whatever, right? | 00:46:11 |
| 9 | MR. BHAMBA:  Hotel.  Mostly hotel. | 00:46:14 |
| 10 | SPECIAL AGENT APONTE:  Mostly hotel. | 00:46:14 |
| 11 | MR. BHAMBA:  Or sometimes if it is the | 00:46:15 |
| 12 | Bahamians who are doing it, they have some money, | 00:46:17 |
| 13 | okay, let's say there's 8,000 dollars to be paid -- | 00:46:19 |
| 14 | SPECIAL AGENT APONTE:  At which point do you | 00:46:22 |
| 15 | notify the family so they can make the deposits? | 00:46:25 |
| 16 | MR. BHAMBA:  Okay.  As soon as they land in | 00:46:29 |
| 17 | a stash house or the hotel. | 00:46:32 |
| 18 | SPECIAL AGENT APONTE:  Okay. | 00:46:33 |
| 19 | MR. BHAMBA:  They've got 24 hours to -- | 00:46:34 |
| 20 | SPECIAL AGENT APONTE:  24 hours (inaudible). | 00:46:35 |
| 21 | So until they pay off every penny that they | 00:46:37 |
| 22 | owe, they are going to let go? | 00:46:40 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    220

1          MR. BHAMBA:  They won't let go.                    00:46:42

2          SPECIAL AGENT APONTE:  They won't let go.          00:46:43

3          MR. BHAMBA:  That's the same thing that            00:46:44

4    happened in Mexico.                                      00:46:46

5          SPECIAL AGENT APONTE:  So they -- if once          00:46:47

6    you guys -- if you guys get paid and they leave the     00:46:48

7    stash house, and they get arrested somewhere else --    00:46:52

8          MR. BHAMBA:  That's nothing.                       00:46:54

9          SPECIAL AGENT APONTE:  It is not your              00:46:55

10   problem.                                                 00:46:56

11         MR. BHAMBA:  Yeah.  Not my problem.                00:46:57

12         SPECIAL AGENT APONTE:  It is not Pablo's           00:46:58

13   problem.                                                 00:46:59

14         MR. BHAMBA:  It is not Pablo.  Pablo also is       00:47:00

15   scot free.                                               00:47:02

16         SPECIAL AGENT APONTE:  And you give your           00:47:03

17   number?                                                  00:47:04

18         MR. BHAMBA:  No.  Now, if they got caught          00:47:05

19   going on the bus, yes, next time what they are going    00:47:07

20   to do is they are going to bring a car.                  00:47:12

21         Now, this much I can -- if I am in the            00:47:14

22   Bahamas, this much I can do.  I can have a safe          00:47:17

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                221

| | | |
|---|---|---|
| 1 | house or something.  I can put a tracker on some -- | 00:47:20 |
| 2 | on all them, you know, if you can give me something | 00:47:25 |
| 3 | that I can keep track of them.  I can put it on the | 00:47:28 |
| 4 | boots or something that they wouldn't notice. | 00:47:31 |
| 5 | Because I have access, you know.  Or Marcia has | 00:47:35 |
| 6 | access.  But if I am there, Marcia wouldn't have it, | 00:47:38 |
| 7 | any of her business, to do anything.  And I can. | 00:47:41 |
| 8 | And it is only not Marcia.  Marcia is a go-between. | 00:47:44 |
| 9 | The Shaba, there's different guys, there's Cubans, | 00:47:49 |
| 10 | okay, there's Americans, also. | 00:47:51 |
| 11 |      SPECIAL AGENT APONTE:  You are the | 00:47:54 |
| 12 | coordinator. | 00:47:55 |
| 13 |      MR. BHAMBA:  Yes.  There are Americans, | 00:47:56 |
| 14 | also. | 00:47:56 |
| 15 |      SPECIAL AGENT APONTE:  So you can -- | 00:47:57 |
| 16 |      MR. BHAMBA:  I can -- | 00:47:57 |
| 17 |      SPECIAL AGENT APONTE:  Listen.  You are the | 00:48:00 |
| 18 | coordinator, right? | 00:48:00 |
| 19 |      MR. BHAMBA:  Yeah. | 00:48:02 |
| 20 |      SPECIAL AGENT APONTE:  So what's not to say | 00:48:03 |
| 21 | that you are the one who coordinated, who -- the | 00:48:04 |
| 22 | people that are going to pick them up in Miami, for | 00:48:07 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              222

| | | |
|---|---|---|
| 1 | instance?  Who calls the shot on who's going to pick | 00:48:10 |
| 2 | them up in Miami?  Is it something that you can | 00:48:13 |
| 3 | coordinate? | 00:48:17 |
| 4 |     MR. BHAMBA:  Like who picks them up over | 00:48:18 |
| 5 | there?  No, no.  I don't have anyone. | 00:48:20 |
| 6 |     SPECIAL AGENT APONTE:  Okay.  But let's say, | 00:48:22 |
| 7 | for instance, you have someone. | 00:48:23 |
| 8 |     MR. BHAMBA:  I can, I can. | 00:48:25 |
| 9 |     SPECIAL AGENT APONTE:  So you if have | 00:48:26 |
| 10 | someone -- | 00:48:26 |
| 11 |     MR. BHAMBA:  But I don't have, but if I | 00:48:27 |
| 12 | have. | 00:48:28 |
| 13 |     SPECIAL AGENT APONTE:  Let's say, what if. | 00:48:29 |
| 14 |     MR. BHAMBA:  Then that's boom. | 00:48:31 |
| 15 |     SPECIAL AGENT APONTE:  Great.  I mean, Pablo | 00:48:33 |
| 16 | is not going to come to you and say, no, no, no. | 00:48:34 |
| 17 |     MR. BHAMBA:  No, no, no. | 00:48:36 |
| 18 |     SPECIAL AGENT APONTE:  Juan is going to pick | 00:48:36 |
| 19 | them up in Miami.  He's not going to say that. | 00:48:39 |
| 20 |     MR. BHAMBA:  I can, I can, I can. | 00:48:39 |
| 21 |     SPECIAL AGENT APONTE:  You can. | 00:48:41 |
| 22 |     MR. BHAMBA:  Yeah. | 00:48:41 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              223

1        SPECIAL AGENT APONTE:  Because you're the          00:48:41

2    coordinator?  You're the man?                          00:48:42

3        MR. BHAMBA:  Yeah.                                 00:48:46

4        SPECIAL AGENT APONTE:  Okay.                       00:48:47

5        MR. BHAMBA:  Same thing I learned in Mexico,       00:48:47

6    I'm the coordinator, the money is going to come to     00:48:50

7    me, I am going to pick it up.                          00:48:54

8    SPECIAL AGENT APONTE:  (Inaudible) --

9        MR. BHAMBA:  If I am at a point, if I am at        00:48:55

10   the pinpoint, I'm the boss.                            00:48:57

11       SPECIAL AGENT APONTE:  Okay.                       00:48:59

12       MR. BHAMBA:  I have to --                          00:49:00

13       SPECIAL AGENT APONTE:  Take pinpoint from A        00:49:01

14   to B, however you do it, he doesn't care, as long as   00:49:02

15   they get to the final destination.                     00:49:05

16       MR. BHAMBA:  Final destination.  That's it.        00:49:07

17       SPECIAL AGENT APONTE:  Okay.  (Inaudible).         00:49:13

18       We did a lot today, we covered a lot.  What        00:49:16

19   I am going to do --                                    00:49:19

20       MR. BHAMBA:  Main thing is, what I am saying       00:49:20

21   is, if you have to -- okay, you can keep me forever,   00:49:22

22   okay.  As long as you don't burn me.  Okay.  As long   00:49:27

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    224

| | |
|---|---|
| 1 | as I'm not burned, okay, if I am in the street, | 00:49:30 |
| 2 | maybe I am getting one person out, two persons out. | 00:49:33 |
| 3 | It is for coordination.  You pick them up somewhere | 00:49:38 |
| 4 | else or whatever, you know.  He goes over there, you | 00:49:40 |
| 5 | pick him up and work, you know.  He's still illegal, | 00:49:43 |
| 6 | you know. | 00:49:48 |
| 7 | He's doing illegal work at a gas station. | 00:49:50 |
| 8 | Cop just pulls over.  He says, okay, I -- show me | 00:49:53 |
| 9 | you are selling cigarettes, the alcohol, do you | 00:49:58 |
| 10 | have, busted.  That wouldn't connect with me, okay. | 00:50:04 |
| 11 | We can still pick them up, do the thing.  As long as | 00:50:07 |
| 12 | you don't burn me, everyone is going to keep telling | 00:50:10 |
| 13 | you.  I'm like the saint.  Everyone, you know, says | 00:50:12 |
| 14 | comes to me, okay, can he do it. | 00:50:17 |
| 15 | Now, my problem is I have -- this last | 00:50:19 |
| 16 | couple of moves, with Marcia, this guy dying. | 00:50:25 |
| 17 | SPECIAL AGENT APONTE:  Uh-huh. | 00:50:30 |
| 18 | MR. BHAMBA:  This blowing up in my face.  I | 00:50:31 |
| 19 | have just shot off, you know, come a little bit -- | 00:50:33 |
| 20 | and I lost some money on the Puerto Rico guy, okay. | 00:50:37 |
| 21 | This stupid asshole didn't work for me, but he | 00:50:40 |
| 22 | worked for Deraj, and he got his 26 -- 8 people from | 00:50:43 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              225

| | | |
|---|---|---|
| 1 | there.  They were there for in St. Martin for two | 00:50:48 |
| 2 | months.  Two and a half months. | 00:50:50 |
| 3 | SPECIAL AGENT APONTE:  The load that you | 00:50:53 |
| 4 | sent to Puerto Rico got caught.  Where did it get | 00:50:54 |
| 5 | caught? | 00:50:57 |
| 6 | MR. BHAMBA:  He didn't do anything.  They | 00:50:57 |
| 7 | were just over here, going from here, point A to | 00:50:58 |
| 8 | point B.  He just played around. | 00:51:01 |
| 9 | But now I found out what the exact route is | 00:51:04 |
| 10 | and how it is, okay.  That's how I found out Araj | 00:51:08 |
| 11 | (phonetic).  Because when these guys reached over | 00:51:12 |
| 12 | there, okay, someone over there -- | 00:51:16 |
| 13 | SPECIAL AGENT APONTE:  They told you. | 00:51:18 |
| 14 | MR. BHAMBA:  -- knew that they guys had | 00:51:19 |
| 15 | gone.  He asked me, okay, I got my people into | 00:51:20 |
| 16 | Puerto Rico, can you get them to the States. | 00:51:23 |
| 17 | Okay.  I asked my guy, Jay, who owed me | 00:51:27 |
| 18 | the -- | 00:51:31 |
| 19 | SPECIAL AGENT APONTE:  Once they -- once | 00:51:31 |
| 20 | they are in Puerto Rico, they're in the States. | 00:51:32 |
| 21 | MR. BHAMBA:  Yeah, but they can't fly to | 00:51:34 |
| 22 | mainland. | 00:51:37 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    226

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Why? | 00:51:38 |
| 2 | MR. BHAMBA:  Okay.  When you fly to | 00:51:39 |
| 3 | mainland, they check your ID. | 00:51:45 |
| 4 | SPECIAL AGENT APONTE:  Because of the ID? | 00:51:46 |
| 5 | MR. BHAMBA:  Yeah.  They don't let you board | 00:51:47 |
| 6 | to mainland.  So now you are stuck over there. | 00:51:49 |
| 7 | SPECIAL AGENT APONTE:  Unless you -- unless | 00:51:51 |
| 8 | you get an ID. | 00:51:53 |
| 9 | MR. BHAMBA:  ID.  ID, and that, Jay was | 00:51:56 |
| 10 | going to provide the ID.  We can set up the -- Jay | 00:51:56 |
| 11 | is not with someone.  No one will know.  But Jay is | 00:51:59 |
| 12 | doing people from -- | 00:52:02 |
| 13 | SPECIAL AGENT APONTE:  Now, Jay's that other | 00:52:04 |
| 14 | Puerto Rican that you mentioned. | 00:52:06 |
| 15 | MR. BHAMBA:  Yes, the Puerto Rican.  Jay. | 00:52:07 |
| 16 | And there was Java. | 00:52:09 |
| 17 | SPECIAL AGENT APONTE:  But Jay is also here | 00:52:12 |
| 18 | in the DR? | 00:52:14 |
| 19 | MR. BHAMBA:  He's -- right now he's saying | 00:52:15 |
| 20 | he's in St. Martin, but if you can track a phone -- | 00:52:16 |
| 21 | SPECIAL AGENT APONTE:  He lives in DR or he | 00:52:19 |
| 22 | lives in Puerto Rico? | 00:52:21 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    227

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  He lives in DR. | 00:52:22 |
| 2 | SPECIAL AGENT APONTE:  In DR? | 00:52:23 |
| 3 | MR. BHAMBA:  Yeah.  But he keeps going | 00:52:24 |
| 4 | around all the places.  But he is -- | 00:52:25 |
| 5 | SPECIAL AGENT APONTE:  So what would he | 00:52:27 |
| 6 | want, in order to issue an ID?  Just a photo or do | 00:52:29 |
| 7 | they want to see the persons, or what? | 00:52:33 |
| 8 | MR. BHAMBA:  No, no, no.  He comes and takes | 00:52:35 |
| 9 | the picture himself. | 00:52:37 |
| 10 | SPECIAL AGENT APONTE:  Okay. | 00:52:39 |
| 11 | MR. BHAMBA:  Okay.  He comes and takes the | 00:52:39 |
| 12 | picture himself.  Let's say I would give him four | 00:52:40 |
| 13 | guys, and I would say, okay, I am going to give you | 00:52:43 |
| 14 | the money, and then he would come and take the | 00:52:45 |
| 15 | pictures.  He will issue those IDs, and then once he | 00:52:47 |
| 16 | issues the IDs, he -- | 00:52:51 |
| 17 | SPECIAL AGENT APONTE:  How much money he | 00:52:53 |
| 18 | charges them? | 00:52:53 |
| 19 | MR. BHAMBA:  He charges -- his total bill | 00:52:54 |
| 20 | was 12,000. | 00:52:57 |
| 21 | SPECIAL AGENT APONTE:  12 per ID. | 00:52:58 |
| 22 | MR. BHAMBA:  No.  For the whole.  For | 00:53:00 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    228

1    getting them here to Puerto Rico.  First he was              00:53:02

2    going to --                                                  00:53:04

3        SPECIAL AGENT APONTE:  No, but that's the               00:53:05

4    other one.  Is that Jay you are referring to?               00:53:06

5        MR. BHAMBA:  Yeah, that's Jay.                          00:53:07

6        SPECIAL AGENT APONTE:  Jay.  So Jay will do            00:53:09

7    it all.  Jay will get them --                               00:53:11

8        MR. BHAMBA:  Yeah.  He even brought an                 00:53:12

9    immigration guy from St. Croix.  US immigration guy        00:53:13

10   from the island, he came over here and he met me and       00:53:20

11   told me --                                                  00:53:23

12       SPECIAL AGENT APONTE:  Wait, wait.  Let me             00:53:24

13   take that.  Let me see if I understand right.  Jay          00:53:24

14   came over with a United States immigration officer?         00:53:27

15       MR. BHAMBA:  Yes.  From St. Croix.                      00:53:31

16       SPECIAL AGENT APONTE:  From --                          00:53:32

17       MR. BHAMBA:  I don't know if he was really             00:53:33

18   an immigration officer, but he did show me a badge,        00:53:34

19   you know, that he was immigration.                          00:53:38

20       SPECIAL AGENT APONTE:  Okay.  Did he tell             00:53:41

21   you, I'm United States immigration?                         00:53:43

22       MR. BHAMBA:  Yeah.                                      00:53:46

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    229

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  So he portrayed to be | 00:53:46 |
| 2 | an -- | 00:53:48 |
| 3 | MR. BHAMBA:  Yeah.  And he said, you are | 00:53:48 |
| 4 | going to come to me, and I'm the guy who's going to | 00:53:49 |
| 5 | put you on the plane to -- from -- we were supposed | 00:53:53 |
| 6 | to go to -- from here from Puerto Rico, from here to | 00:53:56 |
| 7 | Puerto Rico.  From Puerto Rico we were supposed to | 00:54:00 |
| 8 | go to St. Thomas, St. Croix. | 00:54:05 |
| 9 | SPECIAL AGENT APONTE:  Uh-huh. | 00:54:10 |
| 10 | MR. BHAMBA:  I don't know what route he was | 00:54:10 |
| 11 | going to take us.  But we were going to go to two | 00:54:12 |
| 12 | islands on the ferry. | 00:54:15 |
| 13 | SPECIAL AGENT APONTE:  And he was the | 00:54:16 |
| 14 | officer who was going to receive in Puerto Rico or | 00:54:16 |
| 15 | he was the officer going to (inaudible) -- | 00:54:18 |
| 16 | MR. BHAMBA:  No, he was going to send | 00:54:20 |
| 17 | someone over to receive us in Puerto Rico, and then | 00:54:21 |
| 18 | take us on a plane, okay.  First he was going to | 00:54:24 |
| 19 | take us on a ferry, but then he decided, you know, | 00:54:28 |
| 20 | he can charter a plane, and jumping islands is easy, | 00:54:31 |
| 21 | you don't have to go through immigration, and he | 00:54:35 |
| 22 | will clear us out at some point -- | 00:54:37 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                     230

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  But this | 00:54:39 |
| 2 | immigration -- this immigration officer that you are | 00:54:39 |
| 3 | saying came with Jay here in the DR, he said that he | 00:54:42 |
| 4 | was the one who was going to process -- | 00:54:47 |
| 5 | MR. BHAMBA:  Clear. | 00:54:50 |
| 6 | SPECIAL AGENT APONTE:  -- the aliens in | 00:54:51 |
| 7 | Puerto Rico? | 00:54:52 |
| 8 | MR. BHAMBA:  No, not in Puerto Rico.  He's | 00:54:53 |
| 9 | going to process the guys in St. Croix. | 00:54:55 |
| 10 | SPECIAL AGENT APONTE:  In St. Croix. | 00:54:58 |
| 11 | MR. BHAMBA:  Yeah.  It is his family over | 00:54:59 |
| 12 | there, or something, Jay's family, and he was | 00:55:01 |
| 13 | related.  Basically, Jay's from the island or | 00:55:03 |
| 14 | something. | 00:55:06 |
| 15 | SPECIAL AGENT APONTE:  So he -- do you | 00:55:08 |
| 16 | recognize the -- can you describe the individual? | 00:55:09 |
| 17 | MR. BHAMBA:  He was African-American, | 00:55:15 |
| 18 | African, you know.  But he didn't look -- he looked | 00:55:17 |
| 19 | more like, you know, feature wise, he looked like a | 00:55:20 |
| 20 | Bahamian or island guy. | 00:55:25 |
| 21 | SPECIAL AGENT APONTE:  So he spoke to you in | 00:55:26 |
| 22 | Spanish or in English? | 00:55:27 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    231

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  English. | 00:55:29 |
| 2 | SPECIAL AGENT APONTE:  In English. | 00:55:29 |
| 3 | MR. BHAMBA:  Yeah.  He didn't know any | 00:55:30 |
| 4 | Spanish. | 00:55:31 |
| 5 | SPECIAL AGENT APONTE:  He didn't know | 00:55:32 |
| 6 | Spanish. | 00:55:32 |
| 7 | MR. BHAMBA:  Yeah.  He didn't know Spanish. | 00:55:33 |
| 8 | SPECIAL AGENT APONTE:  All right.  And he | 00:55:34 |
| 9 | wasn't in uniform or anything, so he showed you -- | 00:55:35 |
| 10 | MR. BHAMBA:  No, no. | 00:55:38 |
| 11 | SPECIAL AGENT APONTE:  -- a badge, so, I | 00:55:39 |
| 12 | mean (inaudible) -- | 00:55:39 |
| 13 | MR. BHAMBA:  I don't know if it was real, | 00:55:40 |
| 14 | but, you know, from the looks of it, and the part | 00:55:42 |
| 15 | and, you know, he knew all about (inaudible) flights | 00:55:44 |
| 16 | and all.  Because, you know, you have been in this | 00:55:46 |
| 17 | business for so long you know -- | 00:55:50 |
| 18 | SPECIAL AGENT APONTE:  You can tell that | 00:55:51 |
| 19 | he -- | 00:55:52 |
| 20 | MR. BHAMBA:  He's a bullshitter or -- if he | 00:55:52 |
| 21 | was not in immigration, at least he was working for | 00:55:54 |
| 22 | the flight industry. | 00:55:58 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          232

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  He had knowledge. | 00:55:59 |
| 2 | MR. BHAMBA:  Something. | 00:56:01 |
| 3 | SPECIAL AGENT APONTE:  He had knowledge. | 00:56:01 |
| 4 | MR. BHAMBA:  He had knowledge about flights | 00:56:02 |
| 5 | and all.  And he said only you can go on certain | 00:56:04 |
| 6 | flights.  He would agree to send me to Raleigh or | 00:56:08 |
| 7 | Miami.  Only two places. | 00:56:13 |
| 8 | SPECIAL AGENT APONTE:  Uh-huh. | 00:56:15 |
| 9 | MR. BHAMBA:  So that means he had a setting | 00:56:15 |
| 10 | with some airline that was going only to these two | 00:56:17 |
| 11 | places.  He wouldn't put them on any other airline. | 00:56:21 |
| 12 | SPECIAL AGENT APONTE:  Uh-huh. | 00:56:25 |
| 13 | MR. BHAMBA:  Okay.  He told me that these | 00:56:25 |
| 14 | were real.  That's what Jay told me.  And Jay said | 00:56:27 |
| 15 | he brought them over from there.  We waited 10, 15, | 00:56:32 |
| 16 | 20 days for these stupid IDs to come, which I | 00:56:37 |
| 17 | thought were fake.  There was a good job done, but | 00:56:41 |
| 18 | it looked to me, fake.  But now I know, I have been | 00:56:45 |
| 19 | in the states, I know that if you have someone in | 00:56:50 |
| 20 | the DMV or anything, you know, you can get that like | 00:56:54 |
| 21 | that Filipino guy, he gets all those documents.  But | 00:57:00 |
| 22 | his -- his working is entirely different.  He gets | 00:57:07 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              233

| | | |
|---|---|---|
| 1 | them -- he wants to make them all those documents, | 00:57:11 |
| 2 | and then he wants them to come to Jamaica.  From | 00:57:13 |
| 3 | Jamaica he wants them to take the flight up there, | 00:57:16 |
| 4 | and then take the flight from Freeport. | 00:57:18 |
| 5 | But there is a contact being going from big | 00:57:23 |
| 6 | time, because there are a lot of Jamaicans who are | 00:57:26 |
| 7 | into drugs, who have been deported for drugs, are | 00:57:29 |
| 8 | hot.  They are going through that channel that I | 00:57:32 |
| 9 | told you.  They have some legal access to some | 00:57:35 |
| 10 | documents.  I don't know how they get the US | 00:57:38 |
| 11 | passport, but they fly out from Freeport on a US | 00:57:41 |
| 12 | passport.  Because there's no -- not that much | 00:57:45 |
| 13 | checking over there.  I don't know how they avoid | 00:57:48 |
| 14 | the -- maybe citizens are not supposed to be taking | 00:57:51 |
| 15 | airplanes to there -- | 00:57:54 |
| 16 | SPECIAL AGENT APONTE:  We'll find out.  What | 00:57:55 |
| 17 | we are going to do, we are going to stop -- | 00:57:56 |
| 18 | MR. BHAMBA:  Because I never understood | 00:57:57 |
| 19 | that, how do they go. | 00:57:59 |
| 20 | SPECIAL AGENT APONTE:  Mr. Bhamba, we are | 00:58:00 |
| 21 | going to stop the interview right now, and we are | 00:58:01 |
| 22 | going to continue the interview tomorrow.  And we | 00:58:04 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    234

| | | |
|---|---|---|
| 1 | are going to go over your computer, also, as well | 00:58:09 |
| 2 | tomorrow.  And that way, you know, we have a lot of | 00:58:11 |
| 3 | information and we -- I have to, you know, process | 00:58:13 |
| 4 | it, and I have to organize it, and I may have some | 00:58:17 |
| 5 | more following up questions on some of the | 00:58:20 |
| 6 | information that you are giving me.  But we are | 00:58:23 |
| 7 | going to get it done by tomorrow.  And everything's | 00:58:25 |
| 8 | going to be good, all right? | 00:58:28 |
| 9 | So it is 4:30, and I am going to stop | 00:58:30 |
| 10 | recording. | 00:58:35 |
| 11 | (Short pause in the audio recording, at | |
| 12 | time stamp 3:05.) | |
| 13 | SPECIAL AGENT APONTE:  Okay.  Today is | 00:00:00 |
| 14 | May 7, 2015.  Time is 12:30 p.m.  And we're | 00:00:01 |
| 15 | conducting an interview of Yadvinder Bhamba, day | 00:00:08 |
| 16 | number 2, in the Dominican Republic. | 00:00:12 |
| 17 | MR. BHAMBA:  Okay.  Afrik's son is doing the | 00:00:15 |
| 18 | work now.  Afrik is not.  He's still active, because | 00:00:17 |
| 19 | he's got a couple of problems, heart, he's got, you | 00:00:22 |
| 20 | know, an abscess or something, you know, what you | 00:00:29 |
| 21 | call, boils or something.  He's in bad shape.  But | 00:00:37 |
| 22 | he's still manages to, you know, vouch for his son. | 00:00:40 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    235

| | | |
|---|---|---|
| 1 | But his son is actively doing it. | 00:00:43 |
| 2 | SPECIAL AGENT APONTE:  Okay. | 00:00:48 |
| 3 | MR. BHAMBA:  And there is Gupta.  Then | 00:00:49 |
| 4 | there's Tarun. | 00:00:50 |
| 5 | SPECIAL AGENT APONTE:  Okay.  Gupta, is this | 00:00:52 |
| 6 | spelling correct here? | 00:00:54 |
| 7 | MR. BHAMBA:  Yeah.  Irwin Kumar Gupta.  And | 00:00:55 |
| 8 | there's Tarun, T-a-r-u-n.  Tarun Kumar. | 00:00:58 |
| 9 | SPECIAL AGENT APONTE:  T-a-r -- | 00:01:02 |
| 10 | MR. BHAMBA:  Tarun Kumar.  T-a-r-u-n.  Tarun | 00:01:03 |
| 11 | Kumar. | 00:01:08 |
| 12 | Okay.  Then there's -- K-u-m-a-r. | 00:01:10 |
| 13 | SPECIAL AGENT APONTE:  Okay.  So Tarun | 00:01:14 |
| 14 | Kumar.  Is he an Indian national? | 00:01:15 |
| 15 | MR. BHAMBA:  Yes, he's (inaudible).  Never | 00:01:17 |
| 16 | been -- he's been out maybe to Bangkok, and Bolivia | 00:01:20 |
| 17 | and all.  And now he's in big time (inaudible).  And | 00:01:23 |
| 18 | he's a guy who manages to put them onboard on KLM, | 00:01:28 |
| 19 | Ethiopian, Emirates, China Airlines. | 00:01:33 |
| 20 | SPECIAL AGENT APONTE:  So he's a manager | 00:01:36 |
| 21 | where? | 00:01:39 |
| 22 | MR. BHAMBA:  Huh? | 00:01:39 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                         236

| | |
|---|---|
| 1  SPECIAL AGENT APONTE:  He works for the | 00:01:40 |
| 2  airline or something like that? | 00:01:41 |
| 3  MR. BHAMBA:  No, no, he's a travel agent. | 00:01:42 |
| 4  SPECIAL AGENT APONTE:  Travel agent. | 00:01:44 |
| 5  MR. BHAMBA:  Right.  And he -- I have his | 00:01:45 |
| 6  e-mail, and if you can access, break into his | 00:01:46 |
| 7  e-mail, you can find out how many tickets.  He's | 00:01:48 |
| 8  also responsible for putting a lot of -- | 00:01:52 |
| 9  SPECIAL AGENT APONTE:  And you have those | 00:01:54 |
| 10  e-mails there? | 00:01:55 |
| 11  MR. BHAMBA:  Oh, yeah. | 00:01:56 |
| 12  SPECIAL AGENT APONTE:  Okay.  So he's a | 00:01:56 |
| 13  travel agent. | 00:01:57 |
| 14  MR. BHAMBA:  Yeah. | 00:01:58 |
| 15  SPECIAL AGENT APONTE:  Do you know the | 00:01:59 |
| 16  travel agency name, by chance? | 00:01:59 |
| 17  MR. BHAMBA:  It is -- it is in my e-mail | 00:02:02 |
| 18  over there. | 00:02:03 |
| 19  SPECIAL AGENT APONTE:  It is in your e-mail. | 00:02:04 |
| 20  MR. BHAMBA:  Yeah. | 00:02:05 |
| 21  SPECIAL AGENT APONTE:  So we will get to | 00:02:05 |
| 22  that later on. | 00:02:06 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                237

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah. | 00:02:08 |
| 2 | SPECIAL AGENT APONTE:  Anybody else in | 00:02:08 |
| 3 | India? | 00:02:10 |
| 4 | MR. BHAMBA:  Okay.  Then there's Gogie. | 00:02:10 |
| 5 | SPECIAL AGENT APONTE:  How do you spell | 00:02:12 |
| 6 | that? | 00:02:14 |
| 7 | MR. BHAMBA:  G-o-i- -- okay.  Some of them, | 00:02:15 |
| 8 | I only know the nicknames. | 00:02:16 |
| 9 | SPECIAL AGENT APONTE:  Okay.  That's not a | 00:02:18 |
| 10 | problem. | 00:02:19 |
| 11 | MR. BHAMBA:  He's big time, Gogie.  I have | 00:02:20 |
| 12 | the phone number.  G-o-g-i-e. | 00:02:21 |
| 13 | SPECIAL AGENT APONTE:  Like that? | 00:02:23 |
| 14 | MR. BHAMBA:  Gogie, yeah.  And he has his | 00:02:27 |
| 15 | kids, one or two kids, and they are studying in USA. | 00:02:28 |
| 16 | And he does this, okay. | 00:02:31 |
| 17 | SPECIAL AGENT APONTE:  Now, is he -- what -- | 00:02:37 |
| 18 | what level?  Is he high up, is he starting in the | 00:02:40 |
| 19 | middle? | 00:02:43 |
| 20 | MR. BHAMBA:  He is high.  He is high. | 00:02:43 |
| 21 | SPECIAL AGENT APONTE:  He is high up. | 00:02:44 |
| 22 | MR. BHAMBA:  He's high.  But he's less than | 00:02:45 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              238

| # | | Time |
|---|---|---|
| 1 | Paul.  Tarun and Paul are basically at comparative | 00:02:47 |
| 2 | levels. | 00:02:50 |
| 3 | SPECIAL AGENT APONTE:  Let me ask you | 00:02:51 |
| 4 | something.  This guy Gogie here, do you have a | 00:02:52 |
| 5 | contact information for him? | 00:02:54 |
| 6 | MR. BHAMBA:  Yeah. | 00:02:56 |
| 7 | SPECIAL AGENT APONTE:  What do you have? | 00:02:57 |
| 8 | MR. BHAMBA:  I have his phone number, | 00:02:58 |
| 9 | e-mail, Skype. | 00:03:00 |
| 10 | SPECIAL AGENT APONTE:  Okay.  So you have | 00:03:00 |
| 11 | e-mail. | 00:03:05 |
| 12 | MR. BHAMBA:  Skype, WhatsApp.  And phone | 00:03:06 |
| 13 | number. | 00:03:10 |
| 14 | SPECIAL AGENT APONTE:  Okay.  All right. | 00:03:12 |
| 15 | Let's go on to the United Arab Emirates. | 00:03:16 |
| 16 | MR. BHAMBA:  Emirates.  Over there, what | 00:03:23 |
| 17 | they have is, I don't have the number because they | 00:03:24 |
| 18 | arrange for things.  It is arranged by Tarun, or | 00:03:28 |
| 19 | there's another guy, he's also travel agent, big | 00:03:32 |
| 20 | time he does this.  He's made millions.  His name is | 00:03:35 |
| 21 | Yogish (phonetic).  And then there is Raj, Raj and | 00:03:40 |
| 22 | Kumar, they are tied up together. | 00:03:43 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              239

| | | |
|---|---|---|
| 1 | Okay.  Then there are small time workers | 00:03:46 |
| 2 | like Pauly and that's Paul, that's Pauly. | 00:03:49 |
| 3 | SPECIAL AGENT APONTE:  Have you ever dealt | 00:03:53 |
| 4 | with the people in the UAE. | 00:03:57 |
| 5 | MR. BHAMBA:  UAE, no, I haven't, but I have | 00:03:59 |
| 6 | seen them get -- when they come over here, to me, I | 00:04:02 |
| 7 | have seen them in Curacao.  Curacao, I've them work | 00:04:05 |
| 8 | from the papers and all that.  And I know, if you | 00:04:10 |
| 9 | want -- | 00:04:13 |
| 10 | SPECIAL AGENT APONTE:  So they would | 00:04:14 |
| 11 | travel -- | 00:04:15 |
| 12 | MR. BHAMBA:  Yeah, they would travel over | 00:04:16 |
| 13 | there, stay for three, four days, 15 days a month, | 00:04:17 |
| 14 | okay.  And they would get a work permit or something | 00:04:20 |
| 15 | from there. | 00:04:23 |
| 16 | SPECIAL AGENT APONTE:  So we're going to | 00:04:24 |
| 17 | call -- we're going to people that work, we're going | 00:04:24 |
| 18 | to call them smugglers.  So there are smugglers from | 00:04:26 |
| 19 | UAE that would come and see you here? | 00:04:28 |
| 20 | MR. BHAMBA:  No, no, no. | 00:04:30 |
| 21 | SPECIAL AGENT APONTE:  Or are they | 00:04:30 |
| 22 | smugglees? | 00:04:31 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    240

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  No, they're smugglers. | 00:04:32 |
| 2 | Smugglees would see me that have the UAE papers. | 00:04:32 |
| 3 | SPECIAL AGENT APONTE:  Okay. | 00:04:36 |
| 4 | MR. BHAMBA:  And they would tell me, okay, | 00:04:36 |
| 5 | they were received over there, there was some Indian | 00:04:38 |
| 6 | over there, then he knew someone else over there, | 00:04:41 |
| 7 | and he got them the papers.  And those papers are | 00:04:44 |
| 8 | legit papers, work papers. | 00:04:46 |
| 9 | SPECIAL AGENT APONTE:  Okay.  But you have | 00:04:47 |
| 10 | never seen the -- | 00:04:49 |
| 11 | MR. BHAMBA:  I have never -- | 00:04:50 |
| 12 | SPECIAL AGENT APONTE:  -- people face to | 00:04:51 |
| 13 | face? | 00:04:52 |
| 14 | MR. BHAMBA:  Face to face, I've never.  I -- | 00:04:52 |
| 15 | SPECIAL AGENT APONTE:  Have you talked to | 00:04:53 |
| 16 | them -- | 00:04:54 |
| 17 | MR. BHAMBA:  I have crossed through them. | 00:04:55 |
| 18 | SPECIAL AGENT APONTE:  Have you talked to | 00:04:56 |
| 19 | them over the phone? | 00:04:57 |
| 20 | MR. BHAMBA:  No, they won't let me talk to | 00:04:58 |
| 21 | them because that is the secret, you know. | 00:04:59 |
| 22 | SPECIAL AGENT APONTE:  Exactly. | 00:05:01 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                           241

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Okay. | 00:05:03 |
| 2 | SPECIAL AGENT APONTE:  Okay.  So it is fair | 00:05:03 |
| 3 | to say you know there's people there, but you don't | 00:05:05 |
| 4 | know who they are? | 00:05:08 |
| 5 | MR. BHAMBA:  No.  I don't know. | 00:05:09 |
| 6 | SPECIAL AGENT APONTE:  Okay.  What about | 00:05:11 |
| 7 | Singapore? | 00:05:13 |
| 8 | MR. BHAMBA:  Singapore, it is a no-no. | 00:05:13 |
| 9 | There's one or two people coming over there that's | 00:05:17 |
| 10 | for locals over there. | 00:05:20 |
| 11 | SPECIAL AGENT APONTE:  You have not met | 00:05:21 |
| 12 | anybody face to face there or any government | 00:05:22 |
| 13 | officials? | 00:05:25 |
| 14 | MR. BHAMBA:  From Singapore, no. | 00:05:25 |
| 15 | Brazil, yes.  Brazil, they have -- | 00:05:27 |
| 16 | SPECIAL AGENT APONTE:  Have you seen them | 00:05:29 |
| 17 | face to face?  When you say they have -- | 00:05:32 |
| 18 | MR. BHAMBA:  No, no. | 00:05:33 |
| 19 | SPECIAL AGENT APONTE:  You never -- | 00:05:33 |
| 20 | MR. BHAMBA:  No.  I have talked to them, I | 00:05:34 |
| 21 | have done business with them, given them people, | 00:05:36 |
| 22 | their people have come through me, okay.  There's a | 00:05:38 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                242

| | | |
|---|---|---|
| 1 | guy named Ali. | 00:05:41 |
| 2 | SPECIAL AGENT APONTE:  Ali. | 00:05:44 |
| 3 | MR. BHAMBA:  Ali.  I have -- | 00:05:45 |
| 4 | SPECIAL AGENT APONTE:  Is that a nickname or | 00:05:46 |
| 5 | is that -- | 00:05:48 |
| 6 | MR. BHAMBA:  It's a nickname.  And his | 00:05:49 |
| 7 | e-mail, his Skype ID is Ali Hassan (phonetic). | 00:05:52 |
| 8 | SPECIAL AGENT APONTE:  And you have that | 00:05:55 |
| 9 | e-mail there? | 00:05:57 |
| 10 | MR. BHAMBA:  Yeah, I have, in the phone. | 00:05:59 |
| 11 | SPECIAL AGENT APONTE:  In the phone. | 00:06:01 |
| 12 | MR. BHAMBA:  His Skype ID. | 00:06:03 |
| 13 | SPECIAL AGENT APONTE:  Skype ID. | 00:06:04 |
| 14 | MR. BHAMBA:  I have his phone, also. | 00:06:05 |
| 15 | And then there is Daniel. | 00:06:08 |
| 16 | SPECIAL AGENT APONTE:  Still in Brazil, | 00:06:12 |
| 17 | right? | 00:06:14 |
| 18 | MR. BHAMBA:  Yeah, they there are Brazil. | 00:06:16 |
| 19 | And then there's Gary.  And they are recently -- | 00:06:16 |
| 20 | they were doing small time, couple of months ago, | 00:06:21 |
| 21 | but in the recent one year, they've hit the jackpot. | 00:06:26 |
| 22 | SPECIAL AGENT APONTE:  What do you mean by | 00:06:30 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                        243

| | | |
|---|---|---|
| 1 | that? | 00:06:31 |
| 2 | MR. BHAMBA:  Okay.  The jackpot, what | 00:06:31 |
| 3 | happened is, Cuba opened up.  There's -- | 00:06:32 |
| 4 | (Short pause/interruption in audio | |
| 5 | recording, at time stamp 3:12.) | |
| 6 | SPECIAL AGENT APONTE:  So you -- | 00:00:00 |
| 7 | MR. BHAMBA:  As soon as I was deported, I | 00:00:01 |
| 8 | entered the United States within a week. | 00:00:03 |
| 9 | SPECIAL AGENT APONTE:  Within a week of | 00:00:05 |
| 10 | being deported you came back? | 00:00:06 |
| 11 | MR. BHAMBA:  Yeah. | 00:00:09 |
| 12 | SPECIAL AGENT APONTE:  Okay.  And that was | 00:00:09 |
| 13 | in year 2000. | 00:00:11 |
| 14 | MR. BHAMBA:  2000, yeah. | 00:00:14 |
| 15 | SPECIAL AGENT APONTE:  Okay.  And you had | 00:00:16 |
| 16 | indicated before the name you used was Rajinder -- | 00:00:19 |
| 17 | MR. BHAMBA:  Rajinder Kumar. | 00:00:22 |
| 18 | SPECIAL AGENT APONTE:  Rajinder Kumar. | 00:00:23 |
| 19 | Do you remember the date of birth that you | 00:00:25 |
| 20 | used? | 00:00:29 |
| 21 | MR. BHAMBA:  I think it was September, | 00:00:30 |
| 22 | September 1.  1st September 1959.  I have a driver's | 00:00:35 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    244

| | | |
|---|---|---|
| 1 | license under that name, and I even got married to | 00:00:47 |
| 2 | Barbara Isadene Hiat. | 00:00:51 |
| 3 | SPECIAL AGENT APONTE: In Ohio? | 00:00:53 |
| 4 | MR. BHAMBA: Yeah. In Columbus. | 00:00:54 |
| 5 | SPECIAL AGENT APONTE: Under (inaudible). | 00:00:57 |
| 6 | MR. BHAMBA: On that day. | 00:00:59 |
| 7 | SPECIAL AGENT APONTE: Okay. So where do | 00:01:00 |
| 8 | you say that passport was now? The one -- | 00:01:01 |
| 9 | MR. BHAMBA: It is with Hiat. It is my | 00:01:03 |
| 10 | revolver, the money, and some gold jewelry, it is | 00:01:06 |
| 11 | with her. | 00:01:12 |
| 12 | SPECIAL AGENT APONTE: With her. | 00:01:12 |
| 13 | MR. BHAMBA: Yeah. She said she gave it to | 00:01:13 |
| 14 | a lawyer, and she just -- basically, she cleaned out | 00:01:15 |
| 15 | my whole house, furniture, everything, something | 00:01:19 |
| 16 | about 30, 40 thousand -- | 00:01:22 |
| 17 | SPECIAL AGENT APONTE: When did -- when did | 00:01:23 |
| 18 | she tell you she had that -- back then, what year | 00:01:24 |
| 19 | was it? | 00:01:27 |
| 20 | MR. BHAMBA: It was 2006. | 00:01:27 |
| 21 | SPECIAL AGENT APONTE: In 2006. You don't | 00:01:29 |
| 22 | know if she still has that -- those documents? | 00:01:30 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          245

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  She won't let go of the gun, I | 00:01:33 |
| 2 | am sure. | 00:01:35 |
| 3 | SPECIAL AGENT APONTE:  Do you have contact | 00:01:35 |
| 4 | with her? | 00:01:36 |
| 5 | MR. BHAMBA:  Yeah. | 00:01:37 |
| 6 | SPECIAL AGENT APONTE:  You have contact with | 00:01:37 |
| 7 | her? | 00:01:38 |
| 8 | MR. BHAMBA:  Huh? | 00:01:38 |
| 9 | SPECIAL AGENT APONTE:  Are you in contact | 00:01:38 |
| 10 | with her? | 00:01:39 |
| 11 | MR. BHAMBA:  No, no, no.  I didn't touch -- | 00:01:40 |
| 12 | even speak to the lady, she don't know where I am, I | 00:01:41 |
| 13 | don't know if they would any way know.  I was just | 00:01:44 |
| 14 | afraid that, you know, this was one of the terrorist | 00:01:47 |
| 15 | networks and that they were trying to recruit me, | 00:01:50 |
| 16 | and I just wanted to get my heck out of dodge.  So I | 00:01:53 |
| 17 | just literally ran away, one day I was here, | 00:01:57 |
| 18 | everyone knew I was here, the next day I just | 00:02:00 |
| 19 | vanished.  (Inaudible). | 00:02:03 |
| 20 | SPECIAL AGENT APONTE:  So you illegal | 00:02:04 |
| 21 | re-entered the United States, in the year 2000, it | 00:02:05 |
| 22 | was roughly a week after you were removed. | 00:02:08 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    246

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah.  And I stayed in the | 00:02:13 |
| 2 | United States, I stayed in Columbus until 2006.  I | 00:02:20 |
| 3 | stayed one year in New York.  One year in New York. | 00:02:24 |
| 4 | Six months in New York, and six months in -- six | 00:02:27 |
| 5 | months in New York. | 00:02:33 |
| 6 | SPECIAL AGENT APONTE:  Six months in New | 00:02:35 |
| 7 | York. | 00:02:36 |
| 8 | MR. BHAMBA:  And then in New Jersey, six | 00:02:36 |
| 9 | months. | 00:02:39 |
| 10 | SPECIAL AGENT APONTE:  Uh-huh. | 00:02:40 |
| 11 | MR. BHAMBA:  And then I came to Columbus, | 00:02:40 |
| 12 | Ohio. | 00:02:42 |
| 13 | SPECIAL AGENT APONTE:  Uh-huh. | 00:02:44 |
| 14 | MR. BHAMBA:  And I stayed in Columbus until | 00:02:45 |
| 15 | 2006.  And then I moved to Rocky Mountain, West -- | 00:02:46 |
| 16 | SPECIAL AGENT APONTE:  Colorado? | 00:02:51 |
| 17 | MR. BHAMBA:  Rocky Mountain, West Virginia. | 00:02:53 |
| 18 | SPECIAL AGENT APONTE:  Oh, Rocky Mountain, | 00:02:54 |
| 19 | what? | 00:02:55 |
| 20 | MR. BHAMBA:  Rocky Mountain, North Carolina. | 00:02:55 |
| 21 | SPECIAL AGENT APONTE:  North Carolina. | 00:02:57 |
| 22 | MR. BHAMBA:  Yes.  Rocky Mountain, North | 00:02:58 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

| | | |
|---|---|---|
| 1 | Carolina. | 00:02:59 |
| 2 | SPECIAL AGENT APONTE:  When did you move to | 00:03:00 |
| 3 | (inaudible)? | |
| 4 | MR. BHAMBA:  2006.  When I vanished from | 00:03:02 |
| 5 | here, I left everything, my vehicles, my house, my | 00:03:03 |
| 6 | everything.  The house is under my wife's name.  I | 00:03:06 |
| 7 | couldn't do anything about it.  I left all that. | 00:03:09 |
| 8 | SPECIAL AGENT APONTE:  In 2000 you went to | 00:03:11 |
| 9 | New York City -- to New York City, and then in New | 00:03:12 |
| 10 | York City, you must have moved in 2001. | 00:03:16 |
| 11 | MR. BHAMBA:  Yeah. | 00:03:18 |
| 12 | SPECIAL AGENT APONTE:  To Ohio. | 00:03:19 |
| 13 | MR. BHAMBA:  Yeah.  After -- when World | 00:03:21 |
| 14 | Trade Center, after my son was born. | 00:03:22 |
| 15 | SPECIAL AGENT APONTE:  Okay. | 00:03:24 |
| 16 | MR. BHAMBA:  My son was about one or two | 00:03:24 |
| 17 | months old when we moved. | 00:03:25 |
| 18 | SPECIAL AGENT APONTE:  In 2006 you moved to | 00:03:27 |
| 19 | North Carolina. | 00:03:29 |
| 20 | MR. BHAMBA:  Yeah. | 00:03:30 |
| 21 | SPECIAL AGENT APONTE:  And you lived to | 00:03:30 |
| 22 | when? | 00:03:32 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              248

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Until I lived over here, there | 00:03:33 |
| 2 | until 2008.  First in Rocky Mountain, and then in | 00:03:34 |
| 3 | Wilson, Ohio -- Wilson, North Carolina, Rocky | 00:03:38 |
| 4 | Mountain, and then Wilson, North Carolina. | 00:03:41 |
| 5 | SPECIAL AGENT APONTE:  Uh-huh. | 00:03:45 |
| 6 | MR. BHAMBA:  And then from there I moved | 00:03:45 |
| 7 | to -- in 2008, I moved to -- 2008, I moved to San | 00:03:48 |
| 8 | Francisco.  (Inaudible).  San Francisco. | 00:03:54 |
| 9 | SPECIAL AGENT APONTE:  San Francisco? | 00:04:00 |
| 10 | MR. BHAMBA:  Yeah. | 00:04:03 |
| 11 | SPECIAL AGENT APONTE:  Okay. | 00:04:03 |
| 12 | MR. BHAMBA:  And then I moved to -- there | 00:04:04 |
| 13 | was another place, that's a small, you know, island | 00:04:07 |
| 14 | over there, you know.  Then my son studied, and I | 00:04:14 |
| 15 | was a hotel manager for -- that is also in San | 00:04:19 |
| 16 | Francisco, basically.  I remained over there until | 00:04:23 |
| 17 | 2012.  And 2012, I crossed the border over to | 00:04:26 |
| 18 | Canada. | 00:04:29 |
| 19 | SPECIAL AGENT APONTE:  Uh-huh.  To Canada. | 00:04:30 |
| 20 | MR. BHAMBA:  Yeah.  I had no fence, no | 00:04:34 |
| 21 | nothing, (inaudible). | 00:04:36 |
| 22 | SPECIAL AGENT APONTE:  Now, in -- you | 00:04:38 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    249

| | | |
|---|---|---|
| 1 | entered illegally -- | 00:04:39 |
| 2 | MR. BHAMBA:  Uh-huh. | 00:04:41 |
| 3 | SPECIAL AGENT APONTE:  -- in 2000. | 00:04:41 |
| 4 | MR. BHAMBA:  Uh-huh. | 00:04:45 |
| 5 | SPECIAL AGENT APONTE:  Where -- what do you | 00:04:47 |
| 6 | do in the country to support yourself? | 00:04:47 |
| 7 | MR. BHAMBA:  To support myself I worked at a | 00:04:49 |
| 8 | gas station, and then when I went to Ohio, I worked | 00:04:52 |
| 9 | at a hotel, and then from there, I worked as a | 00:05:01 |
| 10 | courier -- | 00:05:04 |
| 11 | SPECIAL AGENT APONTE:  What was the hotel's | 00:05:05 |
| 12 | name. | 00:05:06 |
| 13 | MR. BHAMBA:  Hotel's name was Days Inn. | 00:05:06 |
| 14 | SPECIAL AGENT APONTE:  Days Inn. | 00:05:07 |
| 15 | MR. BHAMBA:  Yes. | 00:05:09 |
| 16 | SPECIAL AGENT APONTE:  And what did you do | 00:05:10 |
| 17 | there? | 00:05:11 |
| 18 | MR. BHAMBA:  I was a shift manager. | 00:05:11 |
| 19 | SPECIAL AGENT APONTE:  Uh-huh. | 00:05:13 |
| 20 | MR. BHAMBA:  And then I worked at Country | 00:05:14 |
| 21 | Inn and Suites. | 00:05:15 |
| 22 | SPECIAL AGENT APONTE:  In Ohio? | 00:05:17 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    250

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Ohio, same place.  Two | 00:05:17 |
| 2 | different jobs at the time.  And then I started | 00:05:21 |
| 3 | working in Prestige -- | 00:05:23 |
| 4 | SPECIAL AGENT APONTE:  Uh-huh. | 00:05:25 |
| 5 | MR. BHAMBA:  -- Courier Company.  And I | 00:05:25 |
| 6 | stayed until 2006. | 00:05:28 |
| 7 | SPECIAL AGENT APONTE:  Okay.  How about in | 00:05:29 |
| 8 | North Carolina? | 00:05:33 |
| 9 | MR. BHAMBA:  North Carolina, I still worked | 00:05:34 |
| 10 | at Ramada Inn.  Ramada Inn. | 00:05:38 |
| 11 | SPECIAL AGENT APONTE:  Uh-huh. | 00:05:43 |
| 12 | MR. BHAMBA:  And then I worked in | 00:05:43 |
| 13 | Econolodge.  Then I had my own Indian restaurant. | 00:05:44 |
| 14 | That was Ruby's Bar and Grill. | 00:05:49 |
| 15 | SPECIAL AGENT APONTE:  Ruby's? | 00:05:51 |
| 16 | MR. BHAMBA:  Bar and Grill, in Wilson. | 00:05:52 |
| 17 | And then from there, I just left and came to | 00:05:55 |
| 18 | San Francisco.  San Francisco, I worked at a courier | 00:05:59 |
| 19 | company, but my license had expired.  So then I went | 00:06:02 |
| 20 | to work in -- it was small -- somewhere in this | 00:06:05 |
| 21 | side, near -- it was on the way to Stockton.  Okay, | 00:06:15 |
| 22 | I forgot the name.  I can't place it.  It is like a | 00:06:20 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              251

| | | |
|---|---|---|
| 1 | brain fart, you know. | 00:06:23 |
| 2 | SPECIAL AGENT APONTE:  That's fine, that's | 00:06:23 |
| 3 | fine. | 00:06:24 |
| 4 | MR. BHAMBA:  But it was a small place, you | 00:06:25 |
| 5 | know.  And I worked over there at a hotel for two | 00:06:27 |
| 6 | years. | 00:06:35 |
| 7 | SPECIAL AGENT APONTE:  Until 2012. | 00:06:36 |
| 8 | MR. BHAMBA:  Until 2010.  Then I started | 00:06:38 |
| 9 | working at a gas station in Hayward. | 00:06:40 |
| 10 | SPECIAL AGENT APONTE:  Okay. | 00:06:50 |
| 11 | MR. BHAMBA:  As a manager there. | 00:06:51 |
| 12 | SPECIAL AGENT APONTE:  Now, the -- in 2012 | 00:06:54 |
| 13 | you indicated that you went to Canada, right? | 00:06:55 |
| 14 | MR. BHAMBA:  Canada, yeah. | 00:06:57 |
| 15 | SPECIAL AGENT APONTE:  Why did you go to | 00:06:59 |
| 16 | Canada?  Why? | 00:06:59 |
| 17 | MR. BHAMBA:  I was, you know, I just got | 00:07:00 |
| 18 | sort of, you know, my son was asking me, where's my | 00:07:04 |
| 19 | mom and all.  He had grown a little bit older, you | 00:07:10 |
| 20 | know, and I fell in love with this lady this one | 00:07:14 |
| 21 | summer, you know, while we were in communications. | 00:07:17 |
| 22 | SPECIAL AGENT APONTE:  (Inaudible). | |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    252

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  By, you know, e-mail and all | 00:07:20 |
| 2 | that -- | 00:07:23 |
| 3 | SPECIAL AGENT APONTE:  Uh-huh. | 00:07:24 |
| 4 | MR. BHAMBA:  -- and phone.  And she was | 00:07:24 |
| 5 | getting divorced.  And I decided, okay, if I get | 00:07:26 |
| 6 | married over there, I will get my papers.  But it | 00:07:29 |
| 7 | didn't pan out that way.  You know, when I reached | 00:07:32 |
| 8 | over there she had not divorced him.  It was pending | 00:07:35 |
| 9 | a couple of months.  And I couldn't -- I didn't want | 00:07:38 |
| 10 | to go to, you know, go and get political asylum, | 00:07:42 |
| 11 | because I thought that would take a whole bunch of | 00:07:48 |
| 12 | time. | 00:07:51 |
| 13 | SPECIAL AGENT APONTE:  Uh-huh. | 00:07:51 |
| 14 | MR. BHAMBA:  No, if I had known I would get | 00:07:51 |
| 15 | into all this trouble, I would have done it, ago, | 00:07:53 |
| 16 | but hindsight 20/20, I fucked up again, thinking | 00:07:56 |
| 17 | that (inaudible).  (Inaudible) I messed up my son's | 00:07:58 |
| 18 | life and the whole thing here. | 00:08:04 |
| 19 | SPECIAL AGENT APONTE:  Yes.  So for that -- | 00:08:07 |
| 20 | MR. BHAMBA:  He didn't deserve this, you | 00:08:09 |
| 21 | know.  I could have just stayed in the States, and, | 00:08:12 |
| 22 | you know, and under the new plan, I would have | 00:08:14 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                      253

| | | |
|---|---|---|
| 1 | gotten my papers.  I was there with a legally born | 00:08:17 |
| 2 | son, and I wouldn't have any problems.  I would not | 00:08:23 |
| 3 | have committed any crimes since then, you know, it | 00:08:25 |
| 4 | had passed ten years so I could have gotten | 00:08:28 |
| 5 | everything.  But it's just that I jumped the gun. | 00:08:31 |
| 6 | SPECIAL AGENT APONTE:  Okay. | 00:08:35 |
| 7 | MR. BHAMBA:  And then my bad luck started. | 00:08:35 |
| 8 | You know, I went to India to get my passport.  Then | 00:08:37 |
| 9 | I got into these people, Paul -- first I got into | 00:08:39 |
| 10 | Tarun, first I got into what's her name, Vervese | 00:08:42 |
| 11 | (phonetic).  Then I got into Tarun.  Then from Tarun | 00:08:51 |
| 12 | I jumped -- you know, I got sold off to Paul, and -- | 00:08:54 |
| 13 | SPECIAL AGENT APONTE:  So ever since you | 00:09:00 |
| 14 | left -- I mean, you re-entered United States, lived | 00:09:00 |
| 15 | until -- | 00:09:04 |
| 16 | MR. BHAMBA:  That's all I knew.  I didn't | 00:09:05 |
| 17 | know -- I didn't have ties to India.  All my life | 00:09:07 |
| 18 | I've just been in the States. | 00:09:09 |
| 19 | SPECIAL AGENT APONTE:  Okay.  So 2012, you | 00:09:11 |
| 20 | decided to go to Canada. | 00:09:12 |
| 21 | MR. BHAMBA:  Canada. | 00:09:14 |
| 22 | SPECIAL AGENT APONTE:  After Canada, where | 00:09:15 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          254

| | | |
|---|---|---|
| 1 | did you go? | 00:09:16 |
| 2 | MR. BHAMBA:  I went -- I came back to Delhi, | 00:09:17 |
| 3 | and somewhere in -- made -- in the end of -- | 00:09:21 |
| 4 | starting mid-2013, I came to Delhi. | 00:09:27 |
| 5 | SPECIAL AGENT APONTE:  2013? | |
| 6 | MR. BHAMBA:  Yeah. | 00:09:37 |
| 7 | SPECIAL AGENT APONTE:  And then what then? | 00:09:38 |
| 8 | MR. BHAMBA:  Then I -- once I came and got | 00:09:41 |
| 9 | my passport, I couldn't get my passport, I didn't | 00:09:43 |
| 10 | have money. | 00:09:45 |
| 11 | SPECIAL AGENT APONTE:  So when you went -- | 00:09:46 |
| 12 | let me get this straight.  When you went to Canada | 00:09:47 |
| 13 | in 2012, you went there with your son? | 00:09:50 |
| 14 | MR. BHAMBA:  No, I went alone. | 00:09:53 |
| 15 | SPECIAL AGENT APONTE:  Alone. | 00:09:54 |
| 16 | MR. BHAMBA:  And my son was brought by my | 00:09:54 |
| 17 | wife. | 00:10:00 |
| 18 | SPECIAL AGENT APONTE:  The one that's | 00:10:01 |
| 19 | deceased -- the one that died, right? | 00:10:03 |
| 20 | MR. BHAMBA:  No, no.  She died in 2005. | 00:10:05 |
| 21 | SPECIAL AGENT APONTE:  In 2005. | 00:10:07 |
| 22 | MR. BHAMBA:  Yes.  I was brought -- she | 00:10:07 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    255

| | | |
|---|---|---|
| 1 | was -- | 00:10:11 |
| 2 | SPECIAL AGENT APONTE:  (Inaudible). | |
| 3 | MR. BHAMBA:  (Inaudible). | |
| 4 | SPECIAL AGENT APONTE:  Okay, good. | 00:10:11 |
| 5 | Okay.  So you went to Canada, and then when | 00:10:17 |
| 6 | you decided to go to Delhi -- | 00:10:19 |
| 7 | MR. BHAMBA:  Yeah. | 00:10:21 |
| 8 | SPECIAL AGENT APONTE:  -- what about your | 00:10:21 |
| 9 | son?  You son stayed with them? | 00:10:22 |
| 10 | MR. BHAMBA:  He was studying over there. | 00:10:23 |
| 11 | And my son had to move to India because someone | 00:10:25 |
| 12 | threatened him, when I got stuck in Amsterdam, got | 00:10:28 |
| 13 | arrested.  One of the boys who was coming, he was -- | 00:10:34 |
| 14 | his brother threatened to kidnap my son and all | 00:10:37 |
| 15 | that.  And I was over there being interviewed by the | 00:10:43 |
| 16 | Dutch authorities, and the phone came right there, | 00:10:46 |
| 17 | and he said he's going to kill them, and you know. | 00:10:50 |
| 18 | And they contacted the Canadian, and they | 00:10:53 |
| 19 | said that there's person who's going to get | 00:10:58 |
| 20 | kidnapped and all.  The Canadians contacted the US. | 00:11:00 |
| 21 | So then the Canadian that was on Miss Juliano or | 00:11:04 |
| 22 | something like that, she was from the Canadian, you | 00:11:11 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    256

| | | |
|---|---|---|
| 1 | know, general services. She started going over | 00:11:14 |
| 2 | there. She insisted that he -- he cannot stay over | 00:11:17 |
| 3 | here, he doesn't have legal papers. Either he has | 00:11:22 |
| 4 | to get legalized, or either he can go to India with | 00:11:25 |
| 5 | his father, or he can go to Canada -- USA. But he | 00:11:28 |
| 6 | can't stay here. | 00:11:32 |
| 7 | And the school fees for him was very | 00:11:35 |
| 8 | exorbitant. I was paying, six, 700 dollars per | 00:11:37 |
| 9 | month. And my ex-wife -- my wife's -- my | 00:11:42 |
| 10 | stepchildren, they were not too happy with it. So, | 00:11:47 |
| 11 | and, plus, this threat, that's when she found out | 00:11:52 |
| 12 | that I'm into this business. And then she came to | 00:11:55 |
| 13 | India, and she really married and me and said, come, | 00:11:58 |
| 14 | let's get out. But by then point my passport was | 00:12:02 |
| 15 | confiscated, and I was -- I had become a bitch for | 00:12:04 |
| 16 | all these idiots. | 00:12:09 |
| 17 | This -- the reason why I am doing this is | 00:12:13 |
| 18 | all because I know these guys are serious. Okay. | 00:12:15 |
| 19 | They set me up, got my passport confiscated. I | 00:12:19 |
| 20 | didn't need a visa. | 00:12:23 |
| 21 | SPECIAL AGENT APONTE: Uh-huh. | 00:12:25 |
| 22 | MR. BHAMBA: Okay, they put a fake visa on | 00:12:25 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              257

| | | |
|---|---|---|
| 1 | my passport because they didn't want me getting out. | 00:12:26 |
| 2 | They wanted to control me.  So know I don't have a | 00:12:29 |
| 3 | real passport in my name, I have a criminal record | 00:12:32 |
| 4 | in India.  They can pull my chain any time they | 00:12:37 |
| 5 | want. | 00:12:40 |
| 6 | And to make matters worse, I put my son in | 00:12:41 |
| 7 | the fucking way.  What I stupid idiot I am. | 00:12:43 |
| 8 | SPECIAL AGENT APONTE:  Uh-huh. | 00:12:48 |
| 9 | MR. BHAMBA:  So now, virtually, he controls | 00:12:48 |
| 10 | me.  He can cross me out.  He can kick my butt and I | 00:12:50 |
| 11 | have to do whatever he fucking says. | 00:12:53 |
| 12 | SPECIAL AGENT APONTE:  Uh-huh.  I | 00:13:01 |
| 13 | understand. | 00:13:02 |
| 14 | MR. BHAMBA:  And to make matters worse, I | 00:13:03 |
| 15 | put him as a guardian, this guy, his bodyguard, and | 00:13:04 |
| 16 | Paul, is a guardian for my son.  I thought these | 00:13:09 |
| 17 | guys were all right.  I didn't know when I came over | 00:13:14 |
| 18 | here that what -- | 00:13:19 |
| 19 | SPECIAL AGENT APONTE:  So ever since you got | 00:13:25 |
| 20 | to -- I mean, you went back over there.  Ever since | 00:13:26 |
| 21 | you got to India, you then -- | 00:13:28 |
| 22 | MR. BHAMBA:  They -- | 00:13:30 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    258

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  They have you, you've | 00:13:30 |
| 2 | been working for them. | 00:13:31 |
| 3 | MR. BHAMBA:  Yeah.  They have me.  I've been | 00:13:32 |
| 4 | working for them.  They don't pay me, it is all in | 00:13:34 |
| 5 | paper.  Oh, we paid you that, we paid you that. | 00:13:37 |
| 6 | That loss came, that loss is yours. | 00:13:39 |
| 7 | SPECIAL AGENT APONTE:  Stand by one second, | 00:13:42 |
| 8 | sir. | 00:13:45 |
| 9 | (Short pause in the audio recording.) | |
| 10 | SPECIAL AGENT APONTE:  Okay.  Let's | 00:00:00 |
| 11 | continue. | 00:00:02 |
| 12 | MR. BHAMBA:  See, it is very systematic.  I | 00:00:04 |
| 13 | didn't see through that.  Now that I had the time -- | 00:00:06 |
| 14 | SPECIAL AGENT APONTE:  Uh-huh. | 00:00:11 |
| 15 | MR. BHAMBA:  -- I really realized, they're | 00:00:11 |
| 16 | not joking. | 00:00:12 |
| 17 | SPECIAL AGENT APONTE:  Yes. | 00:00:18 |
| 18 | MR. BHAMBA:  I thought it was my bad luck. | 00:00:20 |
| 19 | No, it is not my bad luck.  They got my passports. | 00:00:21 |
| 20 | Now I'm not free.  So even if I go to the US, I | 00:00:25 |
| 21 | still have a pending charge over there.  I can't rat | 00:00:30 |
| 22 | against them, I can't do anything.  They have got me | 00:00:33 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                            259

| | | |
|---|---|---|
| 1 | by the balls, okay.  They know the place.  If I get | 00:00:40 |
| 2 | arrested in Delhi, they can easily be some criminals | 00:00:43 |
| 3 | inside and have me knocked off in jail. | 00:00:47 |
| 4 | SPECIAL AGENT APONTE:  Uh-huh. | 00:00:53 |
| 5 | MR. BHAMBA:  So I -- the only choice I have | 00:00:53 |
| 6 | is to do the bidding, if they tell me to go to | 00:00:55 |
| 7 | Guyana, I would have to go there. | 00:00:57 |
| 8 | SPECIAL AGENT APONTE:  I have to pause the | 00:00:59 |
| 9 | recording for one second. | 00:01:00 |
| 10 | (Short pause in the audio recording.) | |
| 11 | SPECIAL AGENT APONTE:  Okay.  We are | 00:00:00 |
| 12 | continuing the interview. | 00:00:01 |
| 13 | Well, you said you re-entered in 2000, one | 00:00:04 |
| 14 | week after you were deported.  You utilized the name | 00:00:07 |
| 15 | of Rajinder Kumar to come in.  You stated before | 00:00:11 |
| 16 | that you came in with a fraudulent passport, and -- | 00:00:15 |
| 17 | MR. BHAMBA:  (Inaudible). | |
| 18 | SPECIAL AGENT APONTE:  -- and a good visa. | 00:00:19 |
| 19 | MR. BHAMBA:  Yeah. | 00:00:21 |
| 20 | SPECIAL AGENT APONTE:  It was a passport | 00:00:21 |
| 21 | that it was a valid passport obtained by fraud. | 00:00:22 |
| 22 | MR. BHAMBA:  Fraud, yeah. | 00:00:25 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    260

1        SPECIAL AGENT APONTE:  Okay.  Under -- it          00:00:26

2   was -- I mean, it was obtained under a different        00:00:27

3   identity.                                               00:00:30

4        MR. BHAMBA:  Yes.                                  00:00:30

5        SPECIAL AGENT APONTE:  A false name.               00:00:31

6        MR. BHAMBA:  Uh-huh.                               00:00:32

7        SPECIAL AGENT APONTE:  So you obtained a US        00:00:32

8   visa, you went -- you went before an immigration       00:00:33

9   official or -- I should say --                          00:00:36

10       MR. BHAMBA:  Investigator.                         00:00:37

11       SPECIAL AGENT APONTE:  -- a Department of          00:00:39

12  State --                                                00:00:40

13       MR. BHAMBA:  Yeah.                                 00:00:40

14       SPECIAL AGENT APONTE:  -- official at the US       00:00:41

15  embassy, where?                                         00:00:42

16       MR. BHAMBA:  I got US, in Delhi.                   00:00:43

17       SPECIAL AGENT APONTE:  Delhi.                      00:00:45

18       MR. BHAMBA:  Yeah.                                 00:00:46

19       SPECIAL AGENT APONTE:  So you went there,         00:00:46

20  and you applied for the US visa.                        00:00:47

21       MR. BHAMBA:  And I got it.                         00:00:48

22       SPECIAL AGENT APONTE:  So you must have            00:00:49

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                        261

| | | |
|---|---|---|
| 1 | filled out an application? | 00:00:50 |
| 2 |     MR. BHAMBA:  Yeah. | 00:00:53 |
| 3 | SPECIAL AGENT APONTE:  (Inaudible). | |
| 4 |     MR. BHAMBA:  Yeah. | 00:00:53 |
| 5 |     SPECIAL AGENT APONTE:  So do you lie on that | 00:00:54 |
| 6 | application? | 00:00:55 |
| 7 |     MR. BHAMBA:  Yes. | 00:00:56 |
| 8 |     SPECIAL AGENT APONTE:  Okay.  Now, you | 00:00:56 |
| 9 | obtained a visa.  You utilized that visa to come | 00:00:57 |
| 10 | into the United States? | 00:01:01 |
| 11 |     MR. BHAMBA:  Yes.  I came many times. | 00:01:02 |
| 12 |     SPECIAL AGENT APONTE:  Do you remember the | 00:01:03 |
| 13 | port of entry? | 00:01:04 |
| 14 |     MR. BHAMBA:  I think it was -- | 00:01:06 |
| 15 |     SPECIAL AGENT APONTE:  Was it Miami?  Was it | 00:01:07 |
| 16 | New York? | 00:01:08 |
| 17 |     MR. BHAMBA:  New York. | 00:01:08 |
| 18 |     SPECIAL AGENT APONTE:  It was New York? | 00:01:09 |
| 19 |     MR. BHAMBA:  New York, yeah. | 00:01:10 |
| 20 |     SPECIAL AGENT APONTE:  Was it JFK or | 00:01:11 |
| 21 | LaGuardia? | 00:01:12 |
| 22 |     MR. BHAMBA:  I think JFK. | 00:01:13 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                        262

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  JFK. | 00:02:01 |
| 2 | So JFK.  And do you know how much time you | 00:01:17 |
| 3 | were given? | 00:01:20 |
| 4 | MR. BHAMBA:  I think I was given six months. | 00:01:21 |
| 5 | SPECIAL AGENT APONTE:  The standard?  I | 00:01:24 |
| 6 | guess they always -- | 00:01:24 |
| 7 | MR. BHAMBA:  Yeah. | 00:01:25 |
| 8 | SPECIAL AGENT APONTE:  So you entered as a | 00:01:25 |
| 9 | visitor for pleasure? | 00:01:27 |
| 10 | MR. BHAMBA:  Yeah. | 00:01:32 |
| 11 | SPECIAL AGENT APONTE:  Do you understand | 00:01:33 |
| 12 | that it is illegal to do so?  I have to ask you | 00:01:34 |
| 13 | these questions. | 00:01:37 |
| 14 | MR. BHAMBA:  Yes. | 00:01:38 |
| 15 | SPECIAL AGENT APONTE:  Do you understand | 00:01:38 |
| 16 | that? | 00:01:39 |
| 17 | MR. BHAMBA:  Yes. | 00:01:40 |
| 18 | SPECIAL AGENT APONTE:  Okay.  Now, do you | 00:01:42 |
| 19 | remember the date of entry, by any chance? | 00:01:43 |
| 20 | MR. BHAMBA:  The first time I used the visa? | 00:01:48 |
| 21 | SPECIAL AGENT APONTE:  The first time. | 00:01:50 |
| 22 | MR. BHAMBA:  The first time would be | 00:01:51 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    263

| | | |
|---|---|---|
| 1 | before -- it would be in '98. | 00:01:54 |
| 2 | SPECIAL AGENT APONTE:  In 9 -- | 00:01:56 |
| 3 | MR. BHAMBA:  I don't remember the exact | 00:02:01 |
| 4 | month, but in '98, when I was given a one-year visa. | 00:02:04 |
| 5 | SPECIAL AGENT APONTE:  So you had a visa | 00:02:08 |
| 6 | before? | 00:02:09 |
| 7 | MR. BHAMBA:  Yeah.  One year, a visa, and | 00:02:10 |
| 8 | then I got a ten year visa. | 00:02:12 |
| 9 | SPECIAL AGENT APONTE:  Okay.  So you had -- | 00:02:14 |
| 10 | so you had a US visa before you were arrested? | 00:02:15 |
| 11 | MR. BHAMBA:  Yeah. | 00:02:21 |
| 12 | SPECIAL AGENT APONTE:  Okay.  So now, so you | 00:02:21 |
| 13 | must have had a break in -- so you were living here | 00:02:25 |
| 14 | illegally, so you must have -- when do you go back | 00:02:28 |
| 15 | to Delhi to get that visa? | 00:02:31 |
| 16 | MR. BHAMBA:  No, no.  When I was living over | 00:02:33 |
| 17 | here -- that was all afterwards.  That was in '98. | 00:02:34 |
| 18 | SPECIAL AGENT APONTE:  Uh-huh. | 00:02:39 |
| 19 | MR. BHAMBA:  So that was before my arrest. | 00:02:39 |
| 20 | SPECIAL AGENT APONTE:  Uh-huh. | 00:02:42 |
| 21 | MR. BHAMBA:  And I used this passport to | 00:02:42 |
| 22 | come over here, and that is it. | 00:02:44 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    264

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Okay.  So, okay. | 00:02:46 |
| 2 | So when do you get that visa, more or less? | 00:02:51 |
| 3 | MR. BHAMBA:  '98, I think. | 00:02:56 |
| 4 | SPECIAL AGENT APONTE:  '98.  Before you got | 00:02:59 |
| 5 | arrested? | 00:03:00 |
| 6 | MR. BHAMBA:  Yeah. | 00:03:05 |
| 7 | SPECIAL AGENT APONTE:  Okay. | 00:03:07 |
| 8 | MR. BHAMBA:  Now, would I have to do time | 00:03:07 |
| 9 | for all that? | 00:03:08 |
| 10 | SPECIAL AGENT APONTE:  No, but these are | 00:03:11 |
| 11 | facts.  I mean, I cannot tell you yes or no.  It is | 00:03:12 |
| 12 | just basically these are facts that -- these are | 00:03:14 |
| 13 | questions that I am going to have to answer the | 00:03:16 |
| 14 | attorney on the case, okay.  Whether they decide to | 00:03:18 |
| 15 | press charges on you, that's different. | 00:03:21 |
| 16 | Listen, we have a bigger case, here.  And as | 00:03:23 |
| 17 | I explained to you -- | 00:03:26 |
| 18 | MR. BHAMBA:  See, I don't want to lie, | 00:03:27 |
| 19 | because -- | 00:03:28 |
| 20 | SPECIAL AGENT APONTE:  No. | 00:03:28 |
| 21 | MR. BHAMBA:  -- eventually you are going to | 00:03:29 |
| 22 | find out. | 00:03:29 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          265

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  No, no. | 00:03:30 |
| 2 | MR. BHAMBA:  And then what trust -- yeah. | 00:03:30 |
| 3 | SPECIAL AGENT APONTE:  You got to realize -- | 00:03:32 |
| 4 | MR. BHAMBA:  Yeah.  What trust do I have if | 00:03:32 |
| 5 | you can't trust me?  I'm going to trust you with my | 00:03:34 |
| 6 | life, if I'm going to do something.  And, you know, | 00:03:36 |
| 7 | if I'm going to lie to you here, it comes out | 00:03:39 |
| 8 | tomorrow. | 00:03:41 |
| 9 | SPECIAL AGENT APONTE:  I want to you -- I'm | 00:03:42 |
| 10 | going to tell you this much, Mr. Bhamba, so you an | 00:03:43 |
| 11 | feel more -- I know who you are, who you were, even | 00:03:47 |
| 12 | before we met, okay. | 00:03:50 |
| 13 | MR. BHAMBA:  Okay. | 00:03:52 |
| 14 | SPECIAL AGENT APONTE:  Okay.  That's -- I | 00:03:53 |
| 15 | want to tell you that, okay.  There's a lot of | 00:03:55 |
| 16 | things that I already know that I have corroborated. | 00:03:57 |
| 17 | So I can tell you that I -- I believe in what you | 00:04:02 |
| 18 | are saying, okay, I have the trust for you and | 00:04:08 |
| 19 | respect for you for coming forward, okay.  There's a | 00:04:11 |
| 20 | lot of things here that I have corroborated. | 00:04:14 |
| 21 | There's a lot of things that I have learned -- | 00:04:16 |
| 22 | MR. BHAMBA:  Okay. | 00:04:18 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    266

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  -- that I didn't know | 00:04:18 |
| 2 | before. | 00:04:19 |
| 3 | MR. BHAMBA:  Something also in Haiti, there | 00:04:19 |
| 4 | is one Jack, he's an immigration officer, there's | 00:04:21 |
| 5 | one that's Shaggy, he's an immigration officer.  He | 00:04:24 |
| 6 | gets the people out for me over there, okay, and for | 00:04:28 |
| 7 | the other guys.  There's another guy named Happy El | 00:04:31 |
| 8 | Suni (phonetic).  They also do some dirty work, if I | 00:04:34 |
| 9 | have to get it done. | 00:04:37 |
| 10 | SPECIAL AGENT APONTE:  Sure. | 00:04:38 |
| 11 | And we are going to get to that, too, when | 00:04:39 |
| 12 | we have an opportunity with that -- | 00:04:40 |
| 13 | MR. BHAMBA:  And then DR, over here, there's | 00:04:42 |
| 14 | Jay.  And then there's Javier, okay.  I have his | 00:04:46 |
| 15 | pictures somewhere.  And I have a photocopy of his | 00:04:51 |
| 16 | license, passport.  St. Martin passport. | 00:04:55 |
| 17 | SPECIAL AGENT APONTE:  Okay, good. | 00:05:00 |
| 18 | MR. BHAMBA:  So I can send that to you, | 00:05:01 |
| 19 | that's not a problem. | 00:05:03 |
| 20 | SPECIAL AGENT APONTE:  So the first time in | 00:05:04 |
| 21 | '98, the second time, do you remember when you got | 00:05:05 |
| 22 | that visa, or when you entered the United States? | 00:05:07 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    267

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  I think I got the visa before I | 00:05:11 |
| 2 | got arrested sometime in June 1999.  May, June. | 00:05:13 |
| 3 | SPECIAL AGENT APONTE:  Okay.  So this | 00:05:19 |
| 4 | time -- | 00:05:21 |
| 5 | MR. BHAMBA:  I got it for ten years. | 00:05:21 |
| 6 | SPECIAL AGENT APONTE:  -- when you | 00:05:22 |
| 7 | re-entered the United States with that other visa | 00:05:23 |
| 8 | you obtained by fraud -- | 00:05:25 |
| 9 | MR. BHAMBA:  And I stated -- | 00:05:27 |
| 10 | SPECIAL AGENT APONTE:  -- what was it that | 00:05:28 |
| 11 | you entered?  Do you know? | 00:05:29 |
| 12 | MR. BHAMBA:  I entered after, you know, | 00:05:30 |
| 13 | after I got out, I entered soon after -- I was sent | 00:05:32 |
| 14 | back.  Within a week I entered back in the States. | 00:05:37 |
| 15 | SPECIAL AGENT APONTE:  Within a week. | 00:05:42 |
| 16 | MR. BHAMBA:  And then I got married. | 00:05:44 |
| 17 | SPECIAL AGENT APONTE:  Through JFK. | 00:05:45 |
| 18 | MR. BHAMBA:  Yeah.  And then I got married. | 00:05:46 |
| 19 | Yes, sure, that was JFK.  I got married. | 00:05:47 |
| 20 | SPECIAL AGENT APONTE:  You got married right | 00:06:08 |
| 21 | away? | 00:06:10 |
| 22 | MR. BHAMBA:  Yeah.  Within two or three | 00:06:10 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                         268

| | |
|---|---|
| 1 | days. | 00:06:12 |
| 2 | SPECIAL AGENT APONTE:  More or less. | 00:06:12 |
| 3 | MR. BHAMBA:  One, two, the boy whose mom | 00:06:14 |
| 4 | died, you know. | 00:06:16 |
| 5 | SPECIAL AGENT APONTE:  Okay.  But what I am | 00:06:17 |
| 6 | saying, after admission, how soon after -- | 00:06:18 |
| 7 | MR. BHAMBA:  Three or four days.  Two days, | 00:06:21 |
| 8 | within two days, I got married. | 00:06:23 |
| 9 | SPECIAL AGENT APONTE:  (Inaudible). | |
| 10 | MR. BHAMBA:  According to -- not officially | 00:06:25 |
| 11 | married, but at a Sikh temple, through (inaudible). | 00:06:27 |
| 12 | And then I had a son in -- on September 11, two | 00:06:41 |
| 13 | thousand (inaudible). | 00:06:51 |
| 14 | SPECIAL AGENT APONTE:  This happened in | 00:06:53 |
| 15 | Ohio, right? | 00:06:54 |
| 16 | MR. BHAMBA:  No, this happened in New York, | 00:06:55 |
| 17 | Flushing.  Here in Flushing, New York.  After 9/11 | 00:06:57 |
| 18 | we went to Ohio.  After 9/11, we moved to | 00:07:03 |
| 19 | New Jersey.  And from New Jersey we moved to -- my | 00:07:09 |
| 20 | wife, his mom, the kids' mom didn't want me to do | 00:07:15 |
| 21 | anything to do with this.  She said one of the | 00:07:18 |
| 22 | reasons, live your life, you don't have to, you | 00:07:21 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    269

| | | |
|---|---|---|
| 1 | know, do this.  Get rid of all the money, and all | 00:07:24 |
| 2 | that you have or whatever. | 00:07:26 |
| 3 | I took care of whatever people are on the | 00:07:30 |
| 4 | way, I traveled twice after that marriage, for two, | 00:07:32 |
| 5 | three months, and I took care of all my money and | 00:07:36 |
| 6 | everything, give it back to the people, whatever | 00:07:38 |
| 7 | people were on the way.  I gave the business to some | 00:07:40 |
| 8 | other person, and I walked away. | 00:07:43 |
| 9 | SPECIAL AGENT APONTE:  Okay.  So we are | 00:08:03 |
| 10 | going to move on to -- in Cali -- where you work in | 00:08:05 |
| 11 | California, you said that you moved to -- before | 00:08:11 |
| 12 | going to Canada, you were in San Francisco.  You | 00:08:15 |
| 13 | said you worked in a courier company and a hotel. | 00:08:18 |
| 14 | MR. BHAMBA:  In California? | 00:08:24 |
| 15 | SPECIAL AGENT APONTE:  In California, San | 00:08:25 |
| 16 | Francisco. | 00:08:26 |
| 17 | MR. BHAMBA:  No, I worked in a courier | 00:08:27 |
| 18 | company for about a month. | 00:08:28 |
| 19 | SPECIAL AGENT APONTE:  For about a month. | 00:08:29 |
| 20 | MR. BHAMBA:  And my license was expiring, so | 00:08:30 |
| 21 | I didn't. | 00:08:32 |
| 22 | SPECIAL AGENT APONTE:  And then you -- | 00:08:32 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                               270

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  And then afterwards there | 00:08:33 |
| 2 | was -- and it is past Antioch.  If you can get me | 00:08:38 |
| 3 | the map of Antioch on your -- | 00:08:44 |
| 4 | SPECIAL AGENT APONTE:  We'll find it. | 00:08:46 |
| 5 | MR. BHAMBA:  Okay.  It is past Antioch, | 00:08:47 |
| 6 | there's a small town.  I have worked in there as a | 00:08:49 |
| 7 | manager for -- | 00:08:53 |
| 8 | SPECIAL AGENT APONTE:  For a hotel. | 00:08:53 |
| 9 | MR. BHAMBA:  -- for a hotel.  And then I | 00:08:54 |
| 10 | worked at a Valero gas station in Hayward. | 00:08:56 |
| 11 | SPECIAL AGENT APONTE:  It's very important. | 00:08:58 |
| 12 | MR. BHAMBA:  Yeah. | 00:09:00 |
| 13 | SPECIAL AGENT APONTE:  Were you engaged in | 00:09:00 |
| 14 | any illegal activity while living in California? | 00:09:01 |
| 15 | Any illegal activity. | 00:09:06 |
| 16 | MR. BHAMBA:  Nothing.  Nothing.  Didn't | 00:09:08 |
| 17 | touch anything, didn't do anything.  Just worked at | 00:09:09 |
| 18 | a gas station.  That's it.  I don't smoke weed, I | 00:09:12 |
| 19 | don't -- only thing I did drink is alcohol once in a | 00:09:16 |
| 20 | blue moon.  That, also, I was working, 14, 15 hours. | 00:09:20 |
| 21 | So I would only drink once in a whole week. | 00:09:24 |
| 22 | SPECIAL AGENT APONTE:  Uh-huh. | 00:09:28 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    271

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  And I was taking care of my | 00:09:28 |
| 2 | son.  So I didn't want him to be -- you know, I was | 00:09:30 |
| 3 | along that. | 00:09:33 |
| 4 | SPECIAL AGENT APONTE:  Uh-huh. | 00:09:35 |
| 5 | MR. BHAMBA:  And I worked straight as a | 00:09:36 |
| 6 | whistle.  Straight as a whistle. | 00:09:37 |
| 7 | SPECIAL AGENT APONTE:  Okay. | 00:09:40 |
| 8 | MR. BHAMBA:  No illegal -- once I got out of | 00:09:40 |
| 9 | this job -- and my wife was very strict.  She didn't | 00:09:43 |
| 10 | even -- during the six years she lived with me, she | 00:09:47 |
| 11 | didn't even let me use the phone to call any of my | 00:09:50 |
| 12 | relatives, any of my associates.  She just went | 00:09:54 |
| 13 | (inaudible).  And we were basically in touch with US | 00:09:59 |
| 14 | people, but no Indian people. | 00:10:01 |
| 15 | SPECIAL AGENT APONTE:  Okay. | 00:10:05 |
| 16 | MR. BHAMBA:  So all my group didn't even | 00:10:06 |
| 17 | know I existed, dead, or alive, or what.  And it is | 00:10:07 |
| 18 | only in 2011 that I started talking to them, because | 00:10:11 |
| 19 | one of my ex brother-in-law, he got sick, and he was | 00:10:15 |
| 20 | diagnosed with kidney failure and all that.  And | 00:10:19 |
| 21 | because of them, I got in touch with everybody. | 00:10:22 |
| 22 | SPECIAL AGENT APONTE:  Okay.  Now, we did | 00:10:27 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                           272

| | | |
|---|---|---|
| 1 | this already.  You had already answered some of my | 00:10:29 |
| 2 | questions that I had pertaining to your entry into | 00:10:34 |
| 3 | the United States. | 00:10:37 |
| 4 | You indicated that you have plane tickets -- | 00:10:39 |
| 5 | MR. BHAMBA:  Yeah. | 00:10:44 |
| 6 | SPECIAL AGENT APONTE:  -- and/or information | 00:10:45 |
| 7 | for the aliens who were here previously removed.  We | 00:10:45 |
| 8 | are going to get to that. | 00:10:48 |
| 9 | MR. BHAMBA:  Uh-huh. | 00:10:49 |
| 10 | SPECIAL AGENT APONTE:  I am making sure | 00:10:49 |
| 11 | you -- possibly showing you some pictures, see if | 00:10:50 |
| 12 | you recognize anybody, the vessel names, and ports | 00:10:53 |
| 13 | of entry where they are living out of.  This is | 00:10:57 |
| 14 | something that -- information that you can get -- | 00:11:00 |
| 15 | MR. BHAMBA:  I can. | 00:11:02 |
| 16 | SPECIAL AGENT APONTE:  -- for me. | 00:11:02 |
| 17 | MR. BHAMBA:  I can. | 00:11:03 |
| 18 | SPECIAL AGENT APONTE:  Okay. | 00:11:03 |
| 19 | MR. BHAMBA:  When the people are leaving. | 00:11:04 |
| 20 | SPECIAL AGENT APONTE:  Okay.  The phone | 00:11:06 |
| 21 | numbers, you know, we are going to get to that, you | 00:11:06 |
| 22 | know, to these individuals that are operating in | 00:11:08 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    273

| | | |
|---|---|---|
| 1 | other countries.  As well as the phone numbers. | 00:11:10 |
| 2 | Any aliens that are currently stashed here | 00:11:15 |
| 3 | in the Dominican Republic? | 00:11:19 |
| 4 | MR. BHAMBA:  Yeah, there's two. | 00:11:21 |
| 5 | SPECIAL AGENT APONTE:  Two. | 00:11:22 |
| 6 | MR. BHAMBA:  Two. | 00:11:23 |
| 7 | SPECIAL AGENT APONTE:  Two individuals. | 00:11:23 |
| 8 | MR. BHAMBA:  In Puerto Rico, in Puerto | 00:11:24 |
| 9 | Plata. | 00:11:26 |
| 10 | SPECIAL AGENT APONTE:  In Puerto Plata. | 00:11:26 |
| 11 | MR. BHAMBA:  Yeah. | 00:11:27 |
| 12 | SPECIAL AGENT APONTE:  That are under your | 00:11:28 |
| 13 | custody? | 00:11:29 |
| 14 | MR. BHAMBA:  Yeah. | 00:11:30 |
| 15 | SPECIAL AGENT APONTE:  Okay.  And what | 00:11:31 |
| 16 | about -- | 00:11:32 |
| 17 | MR. BHAMBA:  And one of them belongs to -- | 00:11:32 |
| 18 | is this guy's nephew. | 00:11:35 |
| 19 | SPECIAL AGENT APONTE:  Okay. | 00:11:37 |
| 20 | MR. BHAMBA:  And one -- | 00:11:38 |
| 21 | SPECIAL AGENT APONTE:  One of the aliens | 00:11:38 |
| 22 | here is this guy's nephew? | 00:11:39 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                274

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah. | 00:11:42 |
| 2 | SPECIAL AGENT APONTE:  And -- | 00:11:42 |
| 3 | MR. BHAMBA:  He was coming over here to | 00:11:43 |
| 4 | watch over my shoulder. | 00:11:44 |
| 5 | SPECIAL AGENT APONTE:  Okay.  And he wants | 00:11:47 |
| 6 | to get to the United States? | 00:11:47 |
| 7 | MR. BHAMBA:  Yeah.  Or Canada. | 00:11:49 |
| 8 | SPECIAL AGENT APONTE:  And which one is the | 00:11:50 |
| 9 | other one? | 00:11:51 |
| 10 | MR. BHAMBA:  And the other one is -- his | 00:11:52 |
| 11 | name is Depa (phonetic).  Arma Deep (phonetic). | 00:11:56 |
| 12 | SPECIAL AGENT APONTE:  Arma Deep?  Is he | 00:12:02 |
| 13 | related to -- | 00:12:03 |
| 14 | MR. BHAMBA:  No, he's not. | 00:12:05 |
| 15 | SPECIAL AGENT APONTE:  He's not. | 00:12:07 |
| 16 | MR. BHAMBA:  (Inaudible). | |
| 17 | SPECIAL AGENT APONTE:  (Inaudible) they | 00:12:07 |
| 18 | belong to you? | 00:12:07 |
| 19 | MR. BHAMBA:  Yeah. | 00:12:09 |
| 20 | SPECIAL AGENT APONTE:  Anyone -- any more | 00:12:09 |
| 21 | coming in the coming days? | 00:12:10 |
| 22 | MR. BHAMBA:  They are coming.  Four people | 00:12:14 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    275

| | | |
|---|---|---|
| 1 | are coming. | 00:12:16 |
| 2 | SPECIAL AGENT APONTE:  When? | 00:12:17 |
| 3 | MR. BHAMBA:  They should -- I don't have | 00:12:18 |
| 4 | exact date for them, but any time soon. | 00:12:19 |
| 5 | SPECIAL AGENT APONTE:  Okay.  And they are | 00:12:24 |
| 6 | living at your stash house, the one that you are | 00:12:25 |
| 7 | renting? | 00:12:28 |
| 8 | MR. BHAMBA:  They will, they will. | 00:12:28 |
| 9 | SPECIAL AGENT APONTE:  Okay.  But the ones | 00:12:29 |
| 10 | that are here now, they are living with you? | 00:12:30 |
| 11 | MR. BHAMBA:  Yeah.  The (inaudible) -- not | 00:12:33 |
| 12 | with me. | 00:12:34 |
| 13 | SPECIAL AGENT APONTE:  There's another stash | 00:12:35 |
| 14 | house? | 00:12:36 |
| 15 | MR. BHAMBA:  Yes.  I'm still living with | 00:12:37 |
| 16 | Nassar (phonetic). | 00:12:38 |
| 17 | SPECIAL AGENT APONTE:  With Nassar? | 00:12:39 |
| 18 | MR. BHAMBA:  Yes. | 00:12:40 |
| 19 | SPECIAL AGENT APONTE:  Okay.  Does Nassar | 00:12:40 |
| 20 | know about the two that you have? | 00:12:41 |
| 21 | MR. BHAMBA:  He does. | 00:12:42 |
| 22 | SPECIAL AGENT APONTE:  Any other aliens | 00:12:44 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                               276

| | | |
|---|---|---|
| 1 | living with you and Nassar -- what's his name again? | 00:12:45 |
| 2 | MR. BHAMBA:  Nassar.  They are, but they are | 00:12:50 |
| 3 | legal. | 00:12:52 |
| 4 | SPECIAL AGENT APONTE:  They are legal. | 00:12:52 |
| 5 | MR. BHAMBA:  They work over here, and one | 00:12:53 |
| 6 | has a phone business and there is one or two. | 00:12:56 |
| 7 | SPECIAL AGENT APONTE:  And you have their | 00:13:00 |
| 8 | information that we are going to get later on? | 00:13:00 |
| 9 | MR. BHAMBA:  Yeah, yeah.  No problem. | 00:13:02 |
| 10 | SPECIAL AGENT APONTE:  Very good. | 00:13:05 |
| 11 | Curious, do you know an individual by the | 00:13:07 |
| 12 | name of Apesh (phonetic)?  A smuggler? | 00:13:09 |
| 13 | MR. BHAMBA:  Is he of Indian descent? | 00:13:12 |
| 14 | SPECIAL AGENT APONTE:  Indian.  Have you | 00:13:14 |
| 15 | heard of his name? | 00:13:19 |
| 16 | MR. BHAMBA:  It is -- | 00:13:22 |
| 17 | SPECIAL AGENT APONTE:  Or is that a very | 00:13:23 |
| 18 | common last name, or first? | 00:13:24 |
| 19 | MR. BHAMBA:  It is a last name? | 00:13:26 |
| 20 | SPECIAL AGENT APONTE:  Or first name. | 00:13:27 |
| 21 | MR. BHAMBA:  See, most of them get | 00:13:30 |
| 22 | (inaudible) names.  Okay.  The person who was over | 00:13:32 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              277

| | | |
|---|---|---|
| 1 | here who's doing this, and all, his name is Deraj. | 00:13:35 |
| 2 | He's doing it big time from here to Puerto Rico. | 00:13:40 |
| 3 | SPECIAL AGENT APONTE:  And this one? | 00:13:43 |
| 4 | MR. BHAMBA:  Anton?  Anton, that name sounds | 00:13:44 |
| 5 | familiar, I have heard it in the circles, but I | 00:13:47 |
| 6 | really don't think so, he's an Indian.  He is | 00:13:55 |
| 7 | either -- Anton.  This guy, Anton, is Bahamian.  I | 00:13:58 |
| 8 | have heard that name, Anton, in the Bahamas.  He has | 00:14:05 |
| 9 | something to do with the Bahamas.  And he takes from | 00:14:09 |
| 10 | here -- people from here to go from here to cross | 00:14:13 |
| 11 | the border into Haiti, and then he gets them by boat | 00:14:18 |
| 12 | or -- and there's one Anton I know that, remember, I | 00:14:24 |
| 13 | told you, from Ocobb, there's a flight that goes | 00:14:26 |
| 14 | every week, or every two weeks, that's full of | 00:14:31 |
| 15 | illegals.  And that is a highly sanctioned flight. | 00:14:38 |
| 16 | And, you know, when that flight goes, they get okay, | 00:14:41 |
| 17 | you know, people just wait over there in Ocobb, and | 00:14:44 |
| 18 | when they say, okay, you are ready, and, boom, they | 00:14:46 |
| 19 | all get, 32, 40 people.  And most of the people that | 00:14:49 |
| 20 | you are ferrying back, thinking that they went by | 00:14:53 |
| 21 | boat.  Anyone who gets caught, they don't show the | 00:14:57 |
| 22 | passport.  And they are repatriated back, the | 00:15:01 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          278

| | | |
|---|---|---|
| 1 | Haitians.  But, otherwise, they have a stamp on the | 00:15:04 |
| 2 | passport, it is a fake visa.  They stamp the fake | 00:15:08 |
| 3 | visa, and they go deal with immigration, they get | 00:15:11 |
| 4 | out, and that's all. | 00:15:14 |
| 5 | SPECIAL AGENT APONTE:  All right.  I got | 00:15:21 |
| 6 | some specific questions to ask you here about -- | 00:15:23 |
| 7 | MR. BHAMBA:  Okay.  Well, here, you got | 00:15:25 |
| 8 | Nassar. | 00:15:26 |
| 9 | SPECIAL AGENT APONTE:  Uh-huh. | 00:15:26 |
| 10 | MR. BHAMBA:  Okay.  In DR, you got Nassar, | 00:15:26 |
| 11 | we got Jay -- | 00:15:30 |
| 12 | SPECIAL AGENT APONTE:  Uh-huh. | 00:15:31 |
| 13 | MR. BHAMBA:  -- all that circle. | 00:15:32 |
| 14 | And we got Deraj, and his person. | 00:15:33 |
| 15 | SPECIAL AGENT APONTE:  Jay, right? | 00:15:36 |
| 16 | MR. BHAMBA:  Jay.  He's -- I got his | 00:15:37 |
| 17 | WhatsApp. | 00:15:39 |
| 18 | SPECIAL AGENT APONTE:  Is he the Puerto | 00:15:39 |
| 19 | Rican one? | 00:15:40 |
| 20 | MR. BHAMBA:  Yes, that's the Puerto Rican | 00:15:41 |
| 21 | one.  And there's another -- St. Martin one.  His | 00:15:43 |
| 22 | name is Javier.  Javier. | 00:15:47 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    279

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Is this one Javier? | 00:15:52 |
| 2 | MR. BHAMBA:  No, no, this is Jay.  I don't | 00:15:54 |
| 3 | know his real name.  But the other one I seen is | 00:15:56 |
| 4 | Ali, his name is Javier.  And then they stashed us | 00:15:58 |
| 5 | in a house with Mimi, in -- they have the people | 00:16:09 |
| 6 | stashed over there ready to go out.  And Mimi and | 00:16:13 |
| 7 | (inaudible) in Puerto Padre. | 00:16:24 |
| 8 | SPECIAL AGENT APONTE:  Puerto? | 00:16:26 |
| 9 | MR. BHAMBA:  Padre.  It is about one hour | 00:16:27 |
| 10 | from here. | 00:16:28 |
| 11 | SPECIAL AGENT APONTE:  And how are they | 00:16:30 |
| 12 | taken to Puerto Rico? | 00:16:31 |
| 13 | MR. BHAMBA:  Okay.  What they do is they | 00:16:32 |
| 14 | take -- they take you to Barbara. | 00:16:33 |
| 15 | SPECIAL AGENT APONTE:  Barbados? | 00:16:38 |
| 16 | MR. BHAMBA:  No, no.  Barbara.  Barbara. | 00:16:40 |
| 17 | SPECIAL AGENT APONTE:  Oh. | 00:16:42 |
| 18 | MR. BHAMBA:  Barbara.  There's a town over | 00:16:43 |
| 19 | here.  They take you over there, they put you on a | 00:16:45 |
| 20 | cruise boat.  They have an island that belongs to | 00:16:47 |
| 21 | the Dominican people.  Okay.  They put you over | 00:16:52 |
| 22 | there.  And from there, the other boat comes in, | 00:16:56 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    280

| | | |
|---|---|---|
| 1 | speed boat, and it picks you up and takes you.  So | 00:16:58 |
| 2 | you are almost two hours already close to there, and | 00:17:03 |
| 3 | they go, drop you at the beach, and come back. | 00:17:07 |
| 4 | And then there's that guy where I told you, | 00:17:11 |
| 5 | I had that number, and you can -- this is the number | 00:17:13 |
| 6 | I have for that guy.  And this is where these people | 00:17:17 |
| 7 | are staying.  They are staying at that guy's house. | 00:17:22 |
| 8 | He's an illegal alien, and he's an illegal alien, | 00:17:30 |
| 9 | and he's keeping them at his house here.  That is | 00:17:48 |
| 10 | his -- that's his number in Puerto Rico. | 00:17:54 |
| 11 | And if you see, he's been online and all | 00:18:00 |
| 12 | that.  This is where eight people are.  And they | 00:18:06 |
| 13 | have applied for political asylum, okay.  But there | 00:18:09 |
| 14 | are 26 people, more over here now, that have not | 00:18:13 |
| 15 | applied.  Just gone there in the last few days. | 00:18:18 |
| 16 | SPECIAL AGENT APONTE:  Okay.  I would like | 00:18:23 |
| 17 | to go back to -- | 00:18:29 |
| 18 | MR. BHAMBA:  And Asif (phonetic) was also, | 00:18:31 |
| 19 | Asif, this guy who got in touch with Ali, okay, Asif | 00:18:35 |
| 20 | is also -- he had a -- the main reason I got in | 00:18:40 |
| 21 | touch with him was in those days people were just | 00:18:45 |
| 22 | coming to the United States, and they were leaving | 00:18:48 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    281

| | | |
|---|---|---|
| 1 | them in the airport.  He had a guy in JFK who was -- | 00:18:50 |
| 2 | not to now, this is in '93.  He had a Pakistanis guy | 00:18:56 |
| 3 | who was a naturalized citizen, or born citizen, I | 00:19:01 |
| 4 | don't know, but he was a contact over here, he would | 00:19:04 |
| 5 | charge us a thousand dollars.  And he would just let | 00:19:07 |
| 6 | the people go instantly, whether they were deported, | 00:19:11 |
| 7 | whether they were had fingerprints matched, | 00:19:15 |
| 8 | whatever.  That guy, he lived over there in the | 00:19:18 |
| 9 | Bronx somewhere.  And he collected the money from | 00:19:21 |
| 10 | me, and from Asif.  And he was Asif's contact.  And | 00:19:29 |
| 11 | Asif knew -- he knows Spanish, and he knows a couple | 00:19:32 |
| 12 | of other languages, too. | 00:19:35 |
| 13 | SPECIAL AGENT APONTE:  I am going to move | 00:19:40 |
| 14 | back to the load of aliens, the 26 that we were | 00:19:44 |
| 15 | discussing yesterday. | 00:19:49 |
| 16 | Do you remember there were 26, and I guess | 00:19:52 |
| 17 | one of them died, right? | 00:19:55 |
| 18 | MR. BHAMBA:  No, no, no. | 00:19:57 |
| 19 | SPECIAL AGENT APONTE:  Oh -- | 00:19:58 |
| 20 | MR. BHAMBA:  That was the second load. | 00:19:58 |
| 21 | SPECIAL AGENT APONTE:  Oh, that was the | 00:19:59 |
| 22 | second load? | 00:20:00 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    282

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  There were six of them. | 00:20:01 |
| 2 | SPECIAL AGENT APONTE:  The six of them, | 00:20:02 |
| 3 | okay. | 00:20:02 |
| 4 | MR. BHAMBA:  Okay.  Out of the five -- | 00:20:03 |
| 5 | SPECIAL AGENT APONTE:  Let's go to that | 00:20:04 |
| 6 | load. | 00:20:05 |
| 7 | MR. BHAMBA:  Okay.  Five of them are in the | 00:20:05 |
| 8 | Bahamas, Nassau detention center. | 00:20:08 |
| 9 | SPECIAL AGENT APONTE:  Uh-huh. | 00:20:10 |
| 10 | MR. BHAMBA:  The names are -- | 00:20:10 |
| 11 | SPECIAL AGENT APONTE:  Do you have their | 00:20:11 |
| 12 | names? | 00:20:12 |
| 13 | MR. BHAMBA:  Yeah. | 00:20:12 |
| 14 | SPECIAL AGENT APONTE:  What are their names? | 00:20:12 |
| 15 | MR. BHAMBA:  The names are Gul Depak Singh | 00:20:14 |
| 16 | (phonetic). | 00:20:21 |
| 17 | SPECIAL AGENT APONTE:  I want you -- why | 00:20:22 |
| 18 | don't you go and write them here.  One, two, three, | 00:20:23 |
| 19 | four, five. | 00:20:25 |
| 20 | Okay.  So you have the names of the aliens | 00:00:00 |
| 21 | that were part of the load -- | 00:00:03 |
| 22 | MR. BHAMBA:  Uh-huh. | 00:00:07 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    283

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  -- where the | 00:00:07 |
| 2 | individual died. | 00:00:08 |
| 3 | MR. BHAMBA:  Uh-huh. | 00:00:11 |
| 4 | SPECIAL AGENT APONTE:  You have provided me | 00:00:12 |
| 5 | a list of all their names, okay.  You have the | 00:00:13 |
| 6 | pictures and copies of the -- | 00:00:18 |
| 7 | MR. BHAMBA:  Yes. | 00:00:20 |
| 8 | SPECIAL AGENT APONTE:  -- bio page. | 00:00:20 |
| 9 | MR. BHAMBA:  Yeah, I can send them to you. | 00:00:21 |
| 10 | SPECIAL AGENT APONTE:  Yeah.  We will get to | 00:00:23 |
| 11 | that.  I will give you a specific e-mail for you to | 00:00:25 |
| 12 | send that, and we can probably forward -- do you | 00:00:28 |
| 13 | have something -- | 00:00:31 |
| 14 | MR. BHAMBA:  No, I don't -- I can't send it | 00:00:32 |
| 15 | on e-mail.  I have to send it through WhatsApp. | 00:00:33 |
| 16 | SPECIAL AGENT APONTE:  WhatsApp?  Okay. | 00:00:35 |
| 17 | MR. BHAMBA:  Yeah. | 00:00:36 |
| 18 | SPECIAL AGENT APONTE:  Okay.  Well, then | 00:00:37 |
| 19 | we'll do that, we'll do that momentarily. | 00:00:37 |
| 20 | Now, are you in contact with the boat | 00:00:42 |
| 21 | captain that was the one responsible -- | 00:00:46 |
| 22 | MR. BHAMBA:  Uh-huh. | 00:00:50 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                        284

1        SPECIAL AGENT APONTE:  The one that actually          00:00:50

2   drove the boat?                                            00:00:51

3        MR. BHAMBA:  Uh-huh.                                  00:00:52

4        SPECIAL AGENT APONTE:  The sail on that boat          00:00:53

5   that day?                                                  00:00:54

6        MR. BHAMBA:  Uh-huh.                                  00:00:54

7        SPECIAL AGENT APONTE:  And that's --                  00:00:55

8        MR. BHAMBA:  Columbo.                                 00:00:56

9        SPECIAL AGENT APONTE:  Columbo.                       00:00:57

10       MR. BHAMBA:  Uh-huh.                                  00:00:57

11       SPECIAL AGENT APONTE:  Okay.  So how many             00:00:57

12  times have you spoken with him after that incident?        00:01:02

13       MR. BHAMBA:  I have spoken to him a couple            00:01:05

14  of times.  Ten, 15.                                        00:01:06

15       SPECIAL AGENT APONTE:  Does he openly talk            00:01:08

16  to you about that incident?                                00:01:09

17       MR. BHAMBA:  Yes.  Yes, he talks to me.               00:01:10

18  He's even cried.  I have his recording.  Marcia sent       00:01:11

19  that to me.                                                00:01:15

20       SPECIAL AGENT APONTE:  You have the                   00:01:16

21  recording of him crying?                                   00:01:16

22       MR. BHAMBA:  Yeah.                                    00:01:18

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              285

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Saying that, what? | 00:01:18 |
| 2 | Saying what? | 00:01:19 |
| 3 | MR. BHAMBA:  Saying, man, everyone get | 00:01:20 |
| 4 | caught.  And, you know, and I didn't want to do | 00:01:21 |
| 5 | that, and, you know, I don't know what happened, | 00:01:24 |
| 6 | and -- | 00:01:28 |
| 7 | SPECIAL AGENT APONTE:  Is he currently | 00:01:28 |
| 8 | saying that the individual died in there? | 00:01:29 |
| 9 | MR. BHAMBA:  Yeah, he's saying he had a | 00:01:31 |
| 10 | heart attack and he start vomiting blood and all | 00:01:33 |
| 11 | that.  He's describing that. | 00:01:37 |
| 12 | SPECIAL AGENT APONTE:  Okay.  What about | 00:01:42 |
| 13 | Marcia?  Do you have any recording conversations of | 00:01:42 |
| 14 | Marcia -- | 00:01:47 |
| 15 | MR. BHAMBA:  (Inaudible). | |
| 16 | SPECIAL AGENT APONTE:  -- alluding to that | 00:01:48 |
| 17 | incident? | 00:01:49 |
| 18 | MR. BHAMBA:  Yes, a lot of -- a coming, | 00:01:50 |
| 19 | going, and all that.  And Marcia cursed me out all | 00:01:52 |
| 20 | on this.  If you give me WhatsApp -- | 00:01:56 |
| 21 | SPECIAL AGENT APONTE:  And what will you | 00:01:59 |
| 22 | save -- why do you save that? | 00:02:01 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              286

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Huh? | 00:02:03 |
| 2 | SPECIAL AGENT APONTE:  Why do you record the | 00:02:03 |
| 3 | conversation? | 00:02:05 |
| 4 | MR. BHAMBA:  No, she -- she sends me a | 00:02:06 |
| 5 | recording, it's there. | 00:02:07 |
| 6 | SPECIAL AGENT APONTE:  Okay. | 00:02:08 |
| 7 | MR. BHAMBA:  I don't recall any conversation | 00:02:09 |
| 8 | (inaudible). | |
| 9 | SPECIAL AGENT APONTE:  She recorded that | 00:02:11 |
| 10 | conversation.  Who recorded the conversation | 00:02:12 |
| 11 | between -- | 00:02:14 |
| 12 | MR. BHAMBA:  Marcia. | 00:02:15 |
| 13 | SPECIAL AGENT APONTE:  Marcia was the one | 00:02:15 |
| 14 | who recorded it? | 00:02:16 |
| 15 | MR. BHAMBA:  And she sent it back. | 00:02:17 |
| 16 | SPECIAL AGENT APONTE:  And she sent it to | 00:02:18 |
| 17 | you? | 00:02:23 |
| 18 | MR. BHAMBA:  Yeah. | 00:02:23 |
| 19 | SPECIAL AGENT APONTE:  And -- | 00:02:23 |
| 20 | MR. BHAMBA:  You can send a voice message, | 00:02:23 |
| 21 | or you can send a typed message. | 00:02:25 |
| 22 | SPECIAL AGENT APONTE:  Oh, you can send a | 00:02:26 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                      287

| | | |
|---|---|---|
| 1 | voice message. | 00:02:27 |
| 2 | MR. BHAMBA:  So there was a voice message | 00:02:28 |
| 3 | that he sent her -- | 00:02:29 |
| 4 | SPECIAL AGENT APONTE:  Oh, okay. | 00:02:30 |
| 5 | MR. BHAMBA:  And he forwarded it to me. | 00:02:30 |
| 6 | SPECIAL AGENT APONTE:  I understand now. | 00:02:31 |
| 7 | MR. BHAMBA:  I have Curtis' number, I have | 00:02:36 |
| 8 | talked to him.  But he said don't talk to him, he | 00:02:37 |
| 9 | is, you know, a high ranking official, and he | 00:02:40 |
| 10 | doesn't want to talk to me. | 00:02:43 |
| 11 | SPECIAL AGENT APONTE:  So Curtis, the | 00:02:45 |
| 12 | government -- the immigration official in Nassau -- | 00:02:46 |
| 13 | MR. BHAMBA:  Yeah. | 00:02:50 |
| 14 | SPECIAL AGENT APONTE:  -- had something to | 00:02:50 |
| 15 | do with that -- | 00:02:51 |
| 16 | MR. BHAMBA:  Everything.  Everything.  He's | 00:02:52 |
| 17 | part of it. | 00:02:54 |
| 18 | SPECIAL AGENT APONTE:  He's part of it. | 00:02:55 |
| 19 | MR. BHAMBA:  Yeah.  And, basically, there's | 00:02:55 |
| 20 | a whole bunch of them very -- | 00:02:57 |
| 21 | SPECIAL AGENT APONTE:  So what did Curtis do | 00:02:59 |
| 22 | for that particular -- what did he do? | 00:03:02 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          288

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  He took them out of the | 00:03:04 |
| 2 | airport, he landed them. | 00:03:05 |
| 3 | SPECIAL AGENT APONTE:  The six individuals. | 00:03:07 |
| 4 | MR. BHAMBA:  Yes. | 00:03:08 |
| 5 | SPECIAL AGENT APONTE:  Including the one | 00:03:08 |
| 6 | that died? | 00:03:09 |
| 7 | MR. BHAMBA:  Yeah.  He landed them, and then | 00:03:11 |
| 8 | now there are people over there who are going to | 00:03:13 |
| 9 | help them.  I can talk inside right now, to the | 00:03:15 |
| 10 | prisoners. | 00:03:20 |
| 11 | SPECIAL AGENT APONTE:  Uh-huh.  Have | 00:03:24 |
| 12 | communication there? | 00:03:24 |
| 13 | MR. BHAMBA:  Yeah.  But if you tell anyone, | 00:03:27 |
| 14 | they are going to go to (inaudible), but it is not | 00:03:28 |
| 15 | going to serve any purpose. | 00:03:30 |
| 16 | SPECIAL AGENT APONTE:  No. | 00:03:31 |
| 17 | MR. BHAMBA:  But I can right now, I can talk | 00:03:31 |
| 18 | to them, and if you want to -- | 00:03:34 |
| 19 | SPECIAL AGENT APONTE:  And why's that?  Who | 00:03:35 |
| 20 | arranged for that?  Do they have a cell phone in | 00:03:37 |
| 21 | there? | 00:03:40 |
| 22 | MR. BHAMBA:  Yes, they have a cell phone. | 00:03:40 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          289

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Okay.  So who | 00:03:41 |
| 2 | arranged for that? | 00:03:42 |
| 3 | MR. BHAMBA:  Marcia and (inaudible) and | 00:03:43 |
| 4 | immigration. | 00:03:46 |
| 5 | SPECIAL AGENT APONTE:  Marcia.  And | 00:03:47 |
| 6 | immigration. | 00:03:48 |
| 7 | MR. BHAMBA:  See, if you are going to get | 00:03:49 |
| 8 | them like this, you are only going to get the tip. | 00:03:51 |
| 9 | If you start an operation, you will get the route | 00:03:54 |
| 10 | cause.  Because, see, both of the fellow come | 00:03:58 |
| 11 | together.  And I am in your payroll, I am working | 00:04:01 |
| 12 | for you, all are coming to me.  I am protected.  I | 00:04:08 |
| 13 | know no one's going to kill me.  You know, if | 00:04:11 |
| 14 | anything gets tough, we play our cards very coolly, | 00:04:15 |
| 15 | when everyone is there, we send one load, two loads, | 00:04:18 |
| 16 | more people come. | 00:04:22 |
| 17 | See, it's like flies.  You put the honey in | 00:04:23 |
| 18 | there, all the flies are going to come there.  If | 00:04:27 |
| 19 | you want to catch one fly, two flies, everyone is | 00:04:30 |
| 20 | going to be back in business in 14, ten days.  If | 00:04:34 |
| 21 | you put some honey in there, you get the whole | 00:04:37 |
| 22 | mother load, Marcia, including whatever and | 00:04:40 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                      290

| | | |
|---|---|---|
| 1 | whatever, don't think no one knows anything.  I have | 00:04:43 |
| 2 | requested Marcia, I want to come over there, and I | 00:04:46 |
| 3 | am afraid of Paul, you know, and let me manage this | 00:04:49 |
| 4 | over there. | 00:04:51 |
| 5 | Once we get, two, or three load or one load | 00:04:52 |
| 6 | of Paul, okay, let's say, those five over there, | 00:04:54 |
| 7 | they are Paul.  Let's say we get them out from | 00:05:01 |
| 8 | there.  Okay.  The US says we don't want anything to | 00:05:04 |
| 9 | do, or we send them to Canada, Cuba, and then Cuba, | 00:05:07 |
| 10 | she gets the visa and brings them back. | 00:05:10 |
| 11 | Now, we already knows these people.  We have | 00:05:13 |
| 12 | the passports.  We have everything.  They come back | 00:05:15 |
| 13 | from there, we put a tracer on them, all right. | 00:05:18 |
| 14 | Where's going, now I am over there.  I am going to | 00:05:21 |
| 15 | check the boat, I don't want them to die.  See. | 00:05:24 |
| 16 | So they are going to take me along.  And I | 00:05:30 |
| 17 | am going to get pictures and all.  Let them go.  Now | 00:05:34 |
| 18 | you know who's going out.  And then four more guys | 00:05:37 |
| 19 | are going to come.  Once it is a little well known | 00:05:40 |
| 20 | secret that I am operating from there, all the bugs | 00:05:44 |
| 21 | are going to come out crawling to the same source. | 00:05:47 |
| 22 | Then you put your net, get all the immigration guys. | 00:05:52 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    291

| | | |
|---|---|---|
| 1 | Every time they are coming, you know which flight | 00:05:56 |
| 2 | they are coming on.  You have the passport.  You | 00:05:58 |
| 3 | have everything.  You are going to put a camera over | 00:06:01 |
| 4 | there without the Bahamians knowing, okay, and | 00:06:03 |
| 5 | record everything. | 00:06:06 |
| 6 | Now you got all the dirty cops and everyone, | 00:06:09 |
| 7 | lock, stock and barrel.  You have a case.  No one is | 00:06:13 |
| 8 | going to run away on hearsay.  They are going to | 00:06:16 |
| 9 | claim innocence.  They are going to pay a fine. | 00:06:24 |
| 10 | Yes, they might be out of a job.  But then, you | 00:06:27 |
| 11 | know, it's the islands.  They'll be back again | 00:06:29 |
| 12 | somewhere else.  And it is not that they are doing | 00:06:31 |
| 13 | this solely, they are doing drugs and all that, and | 00:06:35 |
| 14 | this is part of it. | 00:06:37 |
| 15 | SPECIAL AGENT APONTE:  Okay. | 00:06:45 |
| 16 | MR. BHAMBA:  I am willing to see, as long as | 00:06:46 |
| 17 | my son is protected, okay.  I don't even say -- | 00:06:48 |
| 18 | okay.  I am willing to take that risk that, you | 00:06:51 |
| 19 | know, put him up in foster care, where he would get | 00:06:54 |
| 20 | a good schooling.  That's all.  Nice parent.  And, | 00:06:57 |
| 21 | you know, that's fine with me.  So he's in your | 00:07:00 |
| 22 | custody.  That's my weakness.  And I know he's safe, | 00:07:03 |

| | | |
|---|---|---|
| 1 | okay. | 00:07:09 |
| 2 | I know the US government, no matter what, if | 00:07:09 |
| 3 | something happens to me, accidentally or whatever, | 00:07:11 |
| 4 | you know, my son is going to be taken care of.  I'm | 00:07:15 |
| 5 | at peace with that.  I want to pay my due to the | 00:07:18 |
| 6 | society.  And I don't want my son to remember me | 00:07:23 |
| 7 | like that.  If push comes to shove, you know, I was | 00:07:26 |
| 8 | working for the government, got killed, you know, | 00:07:30 |
| 9 | that will be -- | 00:07:33 |
| 10 | SPECIAL AGENT APONTE:  I totally understand | 00:07:35 |
| 11 | your concerns, Mr. Bhamba. | 00:07:38 |
| 12 | THE COURT:  And this, you can, okay, if you | 00:07:41 |
| 13 | can -- you want to use me for three years, four | 00:07:43 |
| 14 | years, five years, six years, you can set me up in, | 00:07:46 |
| 15 | you know.  It is not that my son is crying for me or | 00:07:51 |
| 16 | whatever.  I go back to -- it is not that, you know, | 00:07:55 |
| 17 | I just visit my son, wherever he is. | 00:07:59 |
| 18 | SPECIAL AGENT APONTE:  How much money was -- | 00:08:02 |
| 19 | who was supposed to get the -- going back to that | 00:08:03 |
| 20 | load of six people where this individual died. | 00:08:09 |
| 21 | MR. BHAMBA:  They were supposed to -- | 00:08:11 |
| 22 | SPECIAL AGENT APONTE:  Who's supposed to get | 00:08:11 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    293

| | | |
|---|---|---|
| 1 | the fee, the smuggler fee or whatever payment for | 00:08:13 |
| 2 | the individual that died? | 00:08:15 |
| 3 | MR. BHAMBA:  Okay. | 00:08:17 |
| 4 | SPECIAL AGENT APONTE:  Who's supposed to get | 00:08:17 |
| 5 | paid for that, you or Marcia? | 00:08:18 |
| 6 | MR. BHAMBA:  Marcia.  She already got paid. | 00:08:20 |
| 7 | SPECIAL AGENT APONTE:  And she got paid for | 00:08:23 |
| 8 | that? | 00:08:24 |
| 9 | MR. BHAMBA:  Yeah. | 00:08:25 |
| 10 | SPECIAL AGENT APONTE:  Even though the guy | 00:08:25 |
| 11 | didn't make it -- | 00:08:26 |
| 12 | MR. BHAMBA:  Yeah.  She said that money got | 00:08:27 |
| 13 | given to Columbo, this, that, and she paid officials | 00:08:30 |
| 14 | bribes to get them the phones, get them out of | 00:08:33 |
| 15 | (inaudible) -- | |
| 16 | SPECIAL AGENT APONTE:  And why you didn't | 00:08:36 |
| 17 | get paid? | 00:08:37 |
| 18 | MR. BHAMBA:  I get paid when they reach over | 00:08:40 |
| 19 | there.  That's -- depending -- I am independent of | 00:08:42 |
| 20 | Paul. | 00:08:46 |
| 21 | SPECIAL AGENT APONTE:  So Marcia gets paid | 00:08:46 |
| 22 | while when they transfer through there -- | 00:08:47 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    294

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Marcia doesn't even touch them | 00:08:49 |
| 2 | until she doesn't get the payment. | 00:08:50 |
| 3 | SPECIAL AGENT APONTE:  I see what you're | 00:08:54 |
| 4 | saying. | 00:08:55 |
| 5 | MR. BHAMBA:  I am the only slob who gets it | 00:08:56 |
| 6 | at the end. | 00:08:58 |
| 7 | SPECIAL AGENT APONTE:  So she did her part, | 00:08:59 |
| 8 | she conspired and -- | 00:09:00 |
| 9 | MR. BHAMBA:  Okay.  I am supposed to get | 00:09:02 |
| 10 | partner with Paul, and now that Paul has me by the | 00:09:03 |
| 11 | balls, I am lucky to get anything.  If I asked him | 00:09:06 |
| 12 | for 1,000 dollars, he sends me 200 dollars. | 00:09:16 |
| 13 | SPECIAL AGENT APONTE:  So that particular | 00:09:21 |
| 14 | load, you were supposed to get paid for Dall Wall | 00:09:22 |
| 15 | (phonetic) -- | 00:09:26 |
| 16 | MR. BHAMBA:  Yes. | 00:09:27 |
| 17 | SPECIAL AGENT APONTE:  -- if he would have | 00:09:27 |
| 18 | made it to the United States? | 00:09:27 |
| 19 | MR. BHAMBA:  Yeah. | 00:09:30 |
| 20 | SPECIAL AGENT APONTE:  Since he did not make | 00:09:31 |
| 21 | it, and went back with the other four and the | 00:09:32 |
| 22 | deceased, you're out of luck? | 00:09:34 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    295

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Yeah. | 00:09:39 |
| 2 | SPECIAL AGENT APONTE:  Okay. | 00:09:39 |
| 3 | MR. BHAMBA:  While I was in India, I tried | 00:09:40 |
| 4 | to get him out to Canada from Jamaica.  And he got | 00:09:41 |
| 5 | arrested on fake documents.  So that cost me another | 00:09:45 |
| 6 | 10,000 dollars.  So most of my money was -- he's | 00:09:49 |
| 7 | being tried to get out from there twice.  And when I | 00:09:52 |
| 8 | was arrested, I was bringing his documents, I was | 00:09:56 |
| 9 | arrested with four documents in Curacao.  Three | 00:10:00 |
| 10 | documents, and one of the documents was his.  So | 00:10:03 |
| 11 | that was also lost.  So it is just be my bad luck. | 00:10:09 |
| 12 | Okay, little did I know that I was being set | 00:10:13 |
| 13 | up by the same individuals because they didn't want | 00:10:15 |
| 14 | me to do things on my own.  They wanted me to do | 00:10:18 |
| 15 | everything through them, and work with them.  So, | 00:10:22 |
| 16 | eventually, I was able to get rid of four or five or | 00:10:26 |
| 17 | six guys of my own, through their help, Paul's help. | 00:10:29 |
| 18 | But then Paul by that time he had me in his | 00:10:34 |
| 19 | clutches, he got to -- I knew Marcia's number, he | 00:10:36 |
| 20 | said, you know, what kind of trust is this, you | 00:10:40 |
| 21 | know, you don't give me Marcia number and all, and, | 00:10:42 |
| 22 | you know, something happens to you, you are a heart | 00:10:46 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              296

| | | |
|---|---|---|
| 1 | patient, give me that number.  And he started | 00:10:47 |
| 2 | talking to Marcia alone. | 00:10:50 |
| 3 | Marcia was -- then I started figuring out | 00:10:53 |
| 4 | the whole thing, you know, then he started | 00:10:55 |
| 5 | threatening me.  And I started, you know, thinking, | 00:10:58 |
| 6 | man, what the fuck did I get into.  Then the guilty | 00:11:01 |
| 7 | conscience started hitting me.  What I have done.  I | 00:11:04 |
| 8 | put my son in their clutches.  I fucked of myself. | 00:11:06 |
| 9 | I had a life.  Okay, it is not that I did it for my | 00:11:10 |
| 10 | son.  It was mind read.  I wanted a wife.  I wanted | 00:11:14 |
| 11 | a lady.  I wanted some happiness in my life.  Not | 00:11:17 |
| 12 | for my son, but it was a need.  He had need. | 00:11:21 |
| 13 | I was working at a gas station, and he was | 00:11:24 |
| 14 | happy.  If I could have done it for six years, why | 00:11:26 |
| 15 | couldn't I have done it for another six years.  I | 00:11:29 |
| 16 | could have gotten, you know, grown-up. | 00:11:31 |
| 17 | So then the guilt conscience and everything, | 00:11:36 |
| 18 | and the guilty conscience is that, you know, his | 00:11:38 |
| 19 | mother died.  And she was the best lady that I had. | 00:11:40 |
| 20 | You know, she got me out of there.  She didn't want | 00:11:44 |
| 21 | me to do anything bad or anything.  She was very | 00:11:47 |
| 22 | kind.  She was kind to my ex-wife, whose children, | 00:11:50 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              297

| | |
|---|---|
| 1 | my real children, you know, back from when first | 00:11:53 |
| 2 | marriage, and she took care of my daughter.  And | 00:11:56 |
| 3 | then it's all, you know, the guilt conscience that, | 00:12:01 |
| 4 | you know, this is -- when they threaten me that they | 00:12:04 |
| 5 | are going to kill me son and all that, you know, | 00:12:07 |
| 6 | this is not worth it.  If I have to sacrifice | 00:12:10 |
| 7 | myself, worse come, whatever going to happen. | 00:12:12 |
| 8 | The US going to throw me into jail, no | 00:12:16 |
| 9 | problem.  But at least my son is going to be out. | 00:12:17 |
| 10 | So it is not that -- that's what I am not afraid of | 00:12:21 |
| 11 | standing all this. | 00:12:26 |
| 12 | See, the thing is, I am 50.  What can I do | 00:12:27 |
| 13 | now?  I can't do (inaudible).  And in that process, | 00:12:31 |
| 14 | on my death bed, what am I going to do?  (Inaudible) | 00:12:37 |
| 15 | already.  What am I going to do?  The guilt that | 00:12:39 |
| 16 | I -- use my son?  A helpless 13 year old guy that I | 00:12:45 |
| 17 | left in there. | 00:12:53 |
| 18 | SPECIAL AGENT APONTE:  I totally understand | 00:12:54 |
| 19 | you, sir.  And I respect you -- | 00:12:58 |
| 20 | MR. BHAMBA:  I talk about killing myself. | 00:12:59 |
| 21 | To tell you the truth. | 00:13:02 |
| 22 | SPECIAL AGENT APONTE:  No, no, it is not | 00:13:03 |

| | | |
|---|---|---|
| 1 | worth it. | 00:13:06 |
| 2 | MR. BHAMBA:  I tried my best.  I even talked | 00:13:07 |
| 3 | to (inaudible), that if they could somehow pick him | 00:13:09 |
| 4 | up, and I would end my life.  Everything.  But the | 00:13:15 |
| 5 | department doesn't -- they say bring him over here. | 00:13:17 |
| 6 | Bring him to the (inaudible). | 00:13:21 |
| 7 | And people don't understand what kind of a | 00:13:25 |
| 8 | problem I have.  If they could have known that, I | 00:13:28 |
| 9 | would have killed myself.  I was ready to pull the | 00:13:31 |
| 10 | plug and be done. | 00:13:33 |
| 11 | SPECIAL AGENT APONTE:  Listen, sir, this I | 00:13:38 |
| 12 | can tell you, sir.  I mean, you are doing the right | 00:13:43 |
| 13 | thing by coming forward, okay.  I do respect that, | 00:13:46 |
| 14 | okay.  And I am going to do everything that I can | 00:13:49 |
| 15 | do -- possibly, to help you out.  And if I don't | 00:13:54 |
| 16 | know the answer, if I don't know -- I am going to | 00:13:57 |
| 17 | find out, okay.  We are going to find out what we | 00:14:00 |
| 18 | can do and we are going to tell you as soon as | 00:14:02 |
| 19 | possible, okay. | 00:14:05 |
| 20 | MR. BHAMBA:  Okay. | 00:14:06 |
| 21 | SPECIAL AGENT APONTE:  As we previously | 00:14:07 |
| 22 | discussed. | 00:14:08 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    299

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Because these guys, you know, | 00:14:09 |
| 2 | okay, I got them by the balls until those five over | 00:14:10 |
| 3 | there.  Once these five go, and this guy, they are | 00:14:12 |
| 4 | going to be taking him to Colombia or something, or | 00:14:16 |
| 5 | to Guyana, then I have no control.  Now is the time | 00:14:19 |
| 6 | that if he can show them something, like move these | 00:14:25 |
| 7 | five around and show them, then we got them at their | 00:14:30 |
| 8 | game.  We laid the trap.  And once Paul bites the | 00:14:35 |
| 9 | bullet, and we can move into, you know, twice, I can | 00:14:39 |
| 10 | say, oh.  I got visa for Colombia, I've got a | 00:14:44 |
| 11 | Colombian visa, I am going manage that.  He knows I | 00:14:47 |
| 12 | am good at that.  He knows I have contracts, okay. | 00:14:49 |
| 13 | The biggest drawback all these people have is, I am | 00:14:54 |
| 14 | very good at English, I'm very good at recognizing | 00:14:57 |
| 15 | where the bad guy is. | 00:15:01 |
| 16 | SPECIAL AGENT APONTE:  But this is my thing. | 00:15:04 |
| 17 | I mean, you had that issue with those five people, | 00:15:05 |
| 18 | and you have not gotten paid for those five.  But, | 00:15:08 |
| 19 | still, they are giving you more people.  You are | 00:15:10 |
| 20 | here, they are sending people. | 00:15:13 |
| 21 | MR. BHAMBA:  No, that's a different group. | 00:15:15 |
| 22 | SPECIAL AGENT APONTE:  It is a different | 00:15:17 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    300

| | | |
|---|---|---|
| 1 | group. | 00:15:18 |
| 2 | MR. BHAMBA:  Yes.  Different.  That's Gogie. | 00:15:19 |
| 3 | Gogie is sending people.  See, all these -- these | 00:15:20 |
| 4 | are -- okay.  This is how it works. | 00:15:23 |
| 5 | SPECIAL AGENT APONTE:  Okay, but the five -- | 00:15:25 |
| 6 | the five here, and you might have said it before, | 00:15:26 |
| 7 | but I am kind of confused with all the information. | 00:15:29 |
| 8 | The five that we're discussing here, belong to -- | 00:15:32 |
| 9 | MR. BHAMBA:  Belong to Paul. | 00:15:34 |
| 10 | SPECIAL AGENT APONTE:  To Paul. | 00:15:36 |
| 11 | MR. BHAMBA:  Yeah. | 00:15:36 |
| 12 | SPECIAL AGENT APONTE:  Now, these two that | 00:15:37 |
| 13 | are here, the two that are here. | 00:15:37 |
| 14 | MR. BHAMBA:  They are also -- one belongs to | 00:15:40 |
| 15 | Paul. | 00:15:42 |
| 16 | SPECIAL AGENT APONTE:  So one belongs to | 00:15:42 |
| 17 | Paul.  So I am saying, even though -- so Paul must | 00:15:43 |
| 18 | know that -- | 00:15:46 |
| 19 | MR. BHAMBA:  Yeah.  He knows I can get it | 00:15:47 |
| 20 | out.  But he's just waiting for the miracle.  He | 00:15:48 |
| 21 | knows I have something stashed up.  I also do | 00:15:52 |
| 22 | Canada.  So there is a source that can get them to | 00:15:57 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              301

| | | |
|---|---|---|
| 1 | Canada from here. | 00:16:01 |
| 2 | SPECIAL AGENT APONTE:  So when you say | 00:16:03 |
| 3 | waiting for a miracle, what do you mean by that? | 00:16:03 |
| 4 | MR. BHAMBA:  Okay.  He knows that I -- I am | 00:16:05 |
| 5 | holding back something, and I know my people, I am | 00:16:08 |
| 6 | going to get the people to Canada or some place. | 00:16:11 |
| 7 | SPECIAL AGENT APONTE:  So that -- my point | 00:16:13 |
| 8 | is, that they still trust you. | 00:16:15 |
| 9 | MR. BHAMBA:  They trust me. | 00:16:16 |
| 10 | SPECIAL AGENT APONTE:  And they want to work | 00:16:17 |
| 11 | with you. | 00:16:18 |
| 12 | MR. BHAMBA:  Yeah, they want to work with | 00:16:18 |
| 13 | me.  They don't want to be left out because they | 00:16:20 |
| 14 | know I know too much, and I know people around here, | 00:16:23 |
| 15 | I've worked with this area so much.  So only thing I | 00:16:25 |
| 16 | have, Marcia's fucked me up.  If these five people | 00:16:28 |
| 17 | had gone out, I would have 50 people over here.  But | 00:16:31 |
| 18 | this is not to say that, you know, I had come to -- | 00:16:36 |
| 19 | before this even happened -- | 00:16:41 |
| 20 | SPECIAL AGENT APONTE:  So now -- are you -- | 00:16:43 |
| 21 | when was the last time you talked to Marcia? | 00:16:43 |
| 22 | MR. BHAMBA:  Marcia got in last night. | 00:16:45 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    302

| | | |
|---|---|---|
| 1 | Here. | 00:16:47 |
| 2 | SPECIAL AGENT APONTE:  And what's the excuse | 00:16:47 |
| 3 | she gave you for these five, not to get them out | 00:16:49 |
| 4 | or -- | 00:16:51 |
| 5 | MR. BHAMBA:  Oh, no, she's willing to get | 00:16:51 |
| 6 | them out.  I told her not to.  I said, don't do it | 00:16:53 |
| 7 | this way.  I am going to get my guy out, and I am | 00:16:58 |
| 8 | going to bring him to Cuba and try to get him over | 00:17:01 |
| 9 | here, to Santo Domingo.  Then, otherwise, these guys | 00:17:04 |
| 10 | will go back.  Because if they go, then I lose | 00:17:09 |
| 11 | control, but -- | 00:17:13 |
| 12 | SPECIAL AGENT APONTE:  If they go to -- if | 00:17:17 |
| 13 | they go, meaning -- | 00:17:17 |
| 14 | MR. BHAMBA:  To Guyana, then I am out of | 00:17:18 |
| 15 | touch with Paul is going to be out of my hair sight. | 00:17:20 |
| 16 | Then I have to do something -- | 00:17:25 |
| 17 | SPECIAL AGENT APONTE:  Well, now you're in | 00:17:26 |
| 18 | contact with Paul because of that one that you have | 00:17:27 |
| 19 | here. | 00:17:29 |
| 20 | MR. BHAMBA:  One that I have over here and | 00:17:30 |
| 21 | the five over there.  He's dependent on me.  Here is | 00:17:31 |
| 22 | Marcia last night. | 00:17:39 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          303

| | | |
|---|---|---|
| 1 | Okay.  Paul is -- see, that was the | 00:17:42 |
| 2 | conversation I showed you from her brother, in Turks | 00:17:56 |
| 3 | and Caicos, and that was last night.  And she told | 00:18:04 |
| 4 | me she paid off immigration.  So I have -- it is not | 00:18:11 |
| 5 | a joke.  She has paid off immigration.  And they are | 00:18:14 |
| 6 | giving them food and everything and everything. | 00:18:18 |
| 7 | This is what -- | 00:18:20 |
| 8 | SPECIAL AGENT APONTE:  Okay. | 00:18:22 |
| 9 | MR. BHAMBA:  -- she has suggested.  Send | 00:18:23 |
| 10 | them to Cuba. | 00:18:24 |
| 11 | SPECIAL AGENT APONTE:  Uh-huh. | 00:18:26 |
| 12 | MR. BHAMBA:  Okay.  And afterwards you send | 00:18:26 |
| 13 | them to Cuba.  I will get them out from there, and | 00:18:28 |
| 14 | this is -- I said, can you send them to Canada, one | 00:18:32 |
| 15 | boat.  She said, no, they're just going to take a | 00:18:36 |
| 16 | couple of days. | 00:18:38 |
| 17 | SPECIAL AGENT APONTE:  So this would be a | 00:18:39 |
| 18 | solution for you? | 00:18:40 |
| 19 | MR. BHAMBA:  Uh-huh. | 00:18:42 |
| 20 | SPECIAL AGENT APONTE:  That will be a | 00:18:42 |
| 21 | solution for you? | 00:18:43 |
| 22 | MR. BHAMBA:  Oh, yeah. | 00:18:44 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                    304

| | | |
|---|---|---|
| 1 | SPECIAL AGENT APONTE:  Get them out of | 00:18:44 |
| 2 | there -- | 00:18:45 |
| 3 | MR. BHAMBA:  Get them out.  Once I get them | 00:18:45 |
| 4 | out, by I didn't have any knowledge.  Mr. Larko | 00:18:46 |
| 5 | didn't give me any instruction what to do. | 00:18:50 |
| 6 | SPECIAL AGENT APONTE:  I understand. | 00:18:52 |
| 7 | MR. BHAMBA:  I have to keep the status quo. | 00:18:53 |
| 8 | SPECIAL AGENT APONTE:  I understand.  I | 00:18:54 |
| 9 | understand.  Yeah, you did the right thing. | 00:18:55 |
| 10 | MR. BHAMBA:  So now I -- | 00:18:57 |
| 11 | SPECIAL AGENT APONTE:  Larko told you don't | 00:18:57 |
| 12 | do anything, that's what you do. | 00:18:58 |
| 13 | MR. BHAMBA:  Yes. | 00:19:00 |
| 14 | SPECIAL AGENT APONTE:  Perfect.  So -- | 00:19:00 |
| 15 | MR. BHAMBA:  So now I started, since | 00:19:01 |
| 16 | yesterday when we met, I started moving these. | 00:19:03 |
| 17 | Before I was just trying to hold them. | 00:19:06 |
| 18 | SPECIAL AGENT APONTE:  So if you moved -- it | 00:19:08 |
| 19 | would have moved those to Cuba. | 00:19:09 |
| 20 | MR. BHAMBA:  Yeah. | 00:19:12 |
| 21 | SPECIAL AGENT APONTE:  And from Cuba, they | 00:19:12 |
| 22 | are going to go -- | 00:19:13 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                          305

| | | |
|---|---|---|
| 1 | MR. BHAMBA:  Back to Bahamas. | 00:19:15 |
| 2 | SPECIAL AGENT APONTE:  Back to Bahamas. | 00:19:16 |
| 3 | MR. BHAMBA:  Okay.  And they get out. | 00:19:17 |
| 4 | SPECIAL AGENT APONTE:  And from Bahamas they | 00:19:18 |
| 5 | are going to be -- | 00:19:19 |
| 6 | MR. BHAMBA:  To -- | 00:19:21 |
| 7 | SPECIAL AGENT APONTE:  US. | |
| 8 | MR. BHAMBA:  US, okay.  And -- | 00:19:21 |
| 9 | SPECIAL AGENT APONTE:  Once they make it | 00:19:22 |
| 10 | over there, you are going to get your money. | 00:19:24 |
| 11 | MR. BHAMBA:  I am going to get my money, | 00:19:26 |
| 12 | and, plus -- | 00:19:27 |
| 13 | SPECIAL AGENT APONTE:  You were taken back. | 00:19:28 |
| 14 | MR. BHAMBA:  -- all the people -- taken | 00:19:29 |
| 15 | back, okay. | 00:19:31 |
| 16 | Then if I go to -- I get these two guys over | 00:19:31 |
| 17 | here, I get them aboard the -- if we can somehow | 00:19:34 |
| 18 | arrange it, I have one guy whose name is Fernando. | 00:19:39 |
| 19 | He used to be in the Bahamas.  I know him from that | 00:19:43 |
| 20 | way.  Okay.  He's my contact over here.  He is | 00:19:45 |
| 21 | English to Spanish. | 00:19:48 |
| 22 | SPECIAL AGENT APONTE:  Fernando's here in | 00:19:51 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    306

| | | |
|---|---|---|
| 1 | DR? | 00:19:51 |
| 2 | MR. BHAMBA:  Yeah.  He's in DR, right now | 00:19:52 |
| 3 | over here in Santo Domingo.  Now, that guy is | 00:19:54 |
| 4 | promising me that he can get me a Colombian visa for | 00:19:56 |
| 5 | 1,800 dollars.  Okay.  If I can get the -- that | 00:20:00 |
| 6 | visa, or even if for now, we can put a good word | 00:20:03 |
| 7 | with some of the Colombian, but if you want to catch | 00:20:09 |
| 8 | the Colombian who's giving us 18, then we have to go | 00:20:12 |
| 9 | that way.  But if somehow we can get the Colombian | 00:20:16 |
| 10 | visa, or if you can put US visa on the passport or | 00:20:18 |
| 11 | anything, or a British visa, you know, which is they | 00:20:24 |
| 12 | won't be able to use it, but by the British visa, | 00:20:30 |
| 13 | they are allowed entry, based on, you know, to | 00:20:34 |
| 14 | Colombia. | 00:20:37 |
| 15 | Okay.  Once they enter Colombia, then I can | 00:20:38 |
| 16 | get the rest, ten and all that.  I can get those | 00:20:41 |
| 17 | real -- I can get into the Mexico flow. | 00:20:45 |
| 18 | Okay.  This gentleman that you showed me the | 00:20:50 |
| 19 | picture, I am 99.9 percent -- see, I get to talk to | 00:20:54 |
| 20 | all of them.  It is in my own with them, okay.  I | 00:20:57 |
| 21 | have all the, you know.  If they send a message, | 00:21:00 |
| 22 | it's there.  If it is a text, it is there.  If they | 00:21:04 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                              307

| | | |
|---|---|---|
| 1 | are talk to me in Skype, it's there, okay. | 00:21:07 |
| 2 | And Tinda's over there, okay.  Ali has sent | 00:21:10 |
| 3 | me a message.  Gary, I have -- I don't have the | 00:21:14 |
| 4 | contact number on this phone, but I had it earlier, | 00:21:17 |
| 5 | but I can get his information. | 00:21:20 |
| 6 | Okay.  The person that I was talking to who | 00:21:22 |
| 7 | can get me the IDs from there, I don't have his | 00:21:24 |
| 8 | phone number, but I can -- his name is Chris, okay. | 00:21:28 |
| 9 | He is of Filipino descent, but he is a US citizen. | 00:21:32 |
| 10 | And I can get Chris' number from Avi (phonetic). | 00:21:36 |
| 11 | Avi is a friend of my wife.  And he used to do drugs | 00:21:41 |
| 12 | smuggling, and he was caught by the US, and they | 00:21:46 |
| 13 | confiscated all his trucks and everything, but he | 00:21:49 |
| 14 | managed to get out after two years with a legal | 00:21:52 |
| 15 | battle and bond and all.  And he's a Canadian | 00:21:55 |
| 16 | citizen. | 00:21:59 |
| 17 | Now he's back in the US, you know, he's | 00:22:00 |
| 18 | starting his business there.  But he's made enough | 00:22:04 |
| 19 | money, he's stashed away, through the drug | 00:22:07 |
| 20 | operations.  And what's his name, Chris used to be a | 00:22:09 |
| 21 | part of that group.  But now Chris used to do human | 00:22:13 |
| 22 | smuggling, also.  So Chris wanted to know Marcia.  I | 00:22:18 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    308

| | | |
|---|---|---|
| 1 | introduced Chris to Marcia.  Marcia's also in touch | 00:22:22 |
| 2 | with him. | 00:22:25 |
| 3 | But he's the document's guy.  He can get you | 00:22:27 |
| 4 | a driving license, he can get you a passport for the | 00:22:28 |
| 5 | right price. | 00:22:29 |
| 6 | SPECIAL AGENT APONTE:  I am going to pause | 00:22:29 |
| 7 | this real quick. | 00:22:30 |
| 8 | (WHEREUPON, the audio recording ends.) | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |

```
1               CERTIFICATE OF TRANSCRIBER

2

3          I, Annette M. Montalvo, do hereby certify

4     that the foregoing transcript is a true and correct

5     record of the recorded proceedings; that said

6     proceedings were transcribed to the best of my

7     ability from the audio recording and supporting

8     information; and that I am neither counsel for,

9     related to, nor employed by any of the parties to

10    this case and have no interest, financial or

11    otherwise, in its outcome.

12

13

14    _____

15    Annette M. Montalvo, RDR, CRR

16    Date:  June 8, 2018

17

18

19

20

21

22
```

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

**A**

a-f-r-i-k
28:2
a-n
31:3
abandoned
93:9
abetting
33:10, 33:13,
35:18
ability
309:7
able
11:22, 18:12,
29:14, 31:9,
54:18, 56:11,
59:11, 156:1,
210:17, 295:16,
306:12
aboard
305:17
about
3:14, 19:8,
35:14, 38:21,
40:11, 49:3,
50:20, 53:18,
54:7, 61:21,
65:2, 67:6,
67:19, 68:5,
73:6, 87:10,
91:20, 95:12,
100:12, 107:3,
108:3, 113:16,
116:4, 124:4,
128:15, 130:22,
133:22, 134:1,
134:11, 141:16,
147:9, 149:3,
152:8, 154:2,
154:8, 155:18,
157:12, 160:13,
166:12, 168:18,
171:12, 179:2,
180:2, 180:16,
181:5, 181:6,
181:8, 182:21,
183:9, 183:12,

183:15, 183:16,
183:17, 183:21,
194:1, 196:17,
198:1, 213:19,
217:8, 231:15,
232:4, 241:6,
244:16, 247:7,
247:16, 250:7,
255:8, 269:18,
269:19, 273:16,
275:20, 278:6,
279:9, 284:16,
285:12, 297:20
above
165:17
abscess
234:20
absolutely
5:6, 5:7, 48:18
accent
5:12
access
58:5, 88:8,
207:12, 221:5,
221:6, 233:9,
236:6
accident
6:3, 19:14,
64:2, 64:3,
128:5, 132:9
accidentally
214:19, 292:3
accomplished
4:22
according
107:11, 268:10
account
131:16, 174:15,
174:16, 174:22,
177:7
accounts
109:6
acknowledge
18:18
across
94:20, 113:19,
117:4, 159:14,
166:3, 199:1

action
11:16
active
234:18
actively
235:1
activities
24:14, 25:13
activity
270:14, 270:15
actual
201:9
actually
57:19, 87:5,
90:1, 120:6,
121:13, 149:6,
150:17, 189:5,
204:21, 212:7,
284:1
ad
133:12
address
119:14, 148:15
admission
268:6
advice
8:15, 58:12
advise
7:16, 7:22
advised
9:19
affect
196:5
afford
8:8
afraid
19:12, 34:22,
98:4, 245:14,
290:3, 297:10
african
230:18
african-american
64:9, 230:17
afrik
27:21, 28:2,
28:8, 28:21,
29:5, 37:7,
38:4, 38:5,

39:3, 234:18
afrik's
234:17
after
23:11, 32:15,
36:8, 37:5,
37:11, 50:11,
79:7, 82:18,
127:17, 128:17,
131:11, 136:9,
138:8, 138:9,
168:6, 171:21,
194:2, 194:15,
245:22, 247:13,
247:14, 253:22,
259:14, 267:12,
267:13, 268:6,
268:17, 268:18,
269:4, 284:12,
307:14
afternoon
92:8
afterwards
263:17, 270:1,
303:12
again
3:10, 17:8,
136:17, 153:15,
194:17, 252:16,
276:1, 291:11
against
8:2, 128:9,
258:22
age
21:11, 21:19
agency
207:1, 236:16
ages
21:21
ago
167:6, 242:20,
252:15
agree
51:17, 188:7,
190:22, 232:6
agreed
77:11
ahead
4:11, 51:8,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

311

52:3, 98:1
**aiding**
33:9, 33:13,
35:18
**air**
34:22, 35:2,
218:21
**airboat**
111:21
**aires**
186:16
**airline**
181:9, 181:10,
182:11, 199:20,
201:10, 232:10,
232:11, 236:2
**airlines**
137:18, 185:16,
207:22, 235:19
**airplanes**
233:15
**airport**
179:14, 202:16,
202:18, 202:19,
203:11, 208:11,
208:12, 281:1,
288:2
**alcohol**
224:9, 270:19
**ali**
186:17, 199:4,
199:6, 199:11,
199:14, 199:17,
242:1, 242:2,
242:3, 242:7,
279:4, 280:19,
307:2
**alien**
99:19, 104:7,
159:19, 280:8
**aliens**
26:3, 26:4,
26:5, 75:6,
95:15, 120:8,
143:16, 146:5,
158:13, 158:14,
166:10, 198:1,
201:2, 219:7,

230:6, 272:7,
273:2, 273:21,
275:22, 281:14,
282:20
**alive**
271:17
**allowed**
306:13
**alluding**
285:16
**almost**
169:7, 280:2
**alone**
52:11, 71:19,
135:12, 196:16,
254:14, 254:15,
296:2
**along**
126:9, 271:3,
290:16
**already**
9:18, 12:20,
53:19, 54:14,
84:6, 97:2,
106:9, 113:7,
131:4, 183:6,
183:18, 200:12,
202:20, 213:18,
265:16, 272:1,
280:2, 290:11,
293:6, 297:15
**also**
2:13, 5:12,
14:10, 16:21,
18:13, 28:5,
28:6, 30:11,
30:12, 48:13,
58:22, 74:11,
81:17, 87:9,
87:17, 90:6,
120:5, 120:12,
165:2, 183:1,
203:5, 211:2,
216:2, 216:5,
220:14, 221:10,
221:14, 226:17,
234:1, 236:8,
238:19, 242:14,

248:15, 266:3,
266:8, 270:20,
280:18, 280:20,
295:11, 300:14,
300:21, 307:22,
308:1
**always**
98:8, 163:14,
205:3, 218:17,
262:6
**amapreet**
60:2, 60:3
**amaratiz**
71:10
**amaritz**
71:8, 71:9,
72:6, 72:7
**america**
1:2
**american**
95:4, 128:10
**americans**
128:14, 221:10,
221:13
**amnesty**
167:9
**amount**
10:14, 127:3,
166:7, 174:14,
180:4, 184:4,
189:1, 190:18,
210:7
**amrinda**
127:14
**amsterdam**
54:22, 55:4,
105:16, 151:4,
151:5, 151:18,
179:18, 179:20,
255:12
**annette**
1:22, 309:3,
309:15
**another**
3:19, 16:15,
16:16, 18:14,
29:20, 30:11,
37:7, 42:17,

46:8, 55:2,
57:10, 60:18,
100:12, 100:13,
100:14, 133:17,
143:6, 145:1,
159:19, 175:20,
175:21, 180:20,
186:13, 189:7,
207:3, 209:16,
217:11, 217:13,
238:19, 248:13,
266:7, 275:13,
278:21, 295:5,
296:15
**answer**
8:10, 8:16,
264:13, 298:16
**answered**
272:1
**answering**
8:5
**antioch**
270:2, 270:3,
270:5
**anton**
277:4, 277:7,
277:8, 277:12
**any**
7:6, 7:19,
7:22, 8:4, 8:5,
8:12, 10:14,
15:3, 21:5,
30:2, 34:6,
35:9, 47:8,
51:12, 51:15,
61:8, 61:9,
71:6, 81:21,
82:17, 107:15,
109:6, 112:9,
126:7, 127:19,
130:13, 131:9,
132:12, 140:6,
148:11, 148:12,
151:22, 153:6,
157:13, 175:9,
196:6, 198:19,
202:22, 213:21,
218:18, 221:7,

231:3, 232:11,
241:12, 245:13,
253:2, 253:3,
257:4, 262:19,
270:14, 270:15,
271:11, 271:12,
273:2, 274:20,
275:4, 275:22,
285:13, 286:7,
288:15, 304:4,
304:5, 309:9
**anybody**
116:15, 157:1,
170:20, 170:22,
204:13, 237:2,
241:12, 272:12
**anyhow**
116:13
**anyone**
19:14, 33:17,
47:2, 47:13,
48:11, 49:19,
50:21, 88:1,
112:16, 116:16,
125:13, 127:19,
127:21, 132:6,
191:6, 212:1,
215:5, 215:22,
222:5, 274:20,
277:21, 288:13
**anyplace**
83:21
**anything**
3:14, 5:2, 7:7,
8:2, 15:14,
15:15, 33:14,
34:21, 35:10,
48:11, 53:12,
72:12, 83:11,
112:10, 123:13,
125:13, 127:17,
130:19, 131:10,
131:18, 132:6,
135:11, 151:21,
151:22, 159:8,
162:10, 178:12,
178:19, 180:12,
185:8, 191:3,

191:9, 203:2,
207:21, 212:1,
214:2, 214:4,
217:4, 221:7,
225:6, 231:9,
232:20, 247:7,
258:22, 268:21,
270:17, 289:14,
290:1, 290:8,
294:11, 296:21,
304:12, 306:11
**anywhere**
191:10
**apart**
155:5, 155:6
**apartments**
205:10
**apesh**
276:12
**app**
170:17
**application**
261:1, 261:6
**applied**
37:8, 42:8,
44:9, 44:10,
95:17, 95:20,
124:15, 260:20,
280:13, 280:15
**apply**
195:18, 195:20,
205:5
**appointed**
8:7
**approvals**
53:2
**approved**
13:9
**approximately**
24:2, 92:15
**april**
136:19, 136:20,
136:21
**arab**
238:15
**arabic**
16:22, 166:6
**araj**
225:10

**area**
301:15
**aren't**
35:7
**argentina**
186:15, 189:14
**arma**
274:11, 274:12
**armed**
35:7
**armin**
217:8
**army**
84:9
**around**
21:19, 24:17,
26:17, 26:18,
34:11, 92:6,
92:7, 92:13,
92:15, 132:3,
157:4, 179:8,
180:2, 208:1,
225:8, 227:4,
299:7, 301:14
**arrange**
113:22, 117:9,
145:17, 238:18,
305:18
**arranged**
120:22, 138:14,
138:15, 138:16,
238:18, 288:20,
289:2
**arrangement**
181:17, 181:18
**arrangements**
102:11, 102:13,
110:14, 110:22,
113:9, 137:7,
145:14, 151:22
**arranging**
153:11
**arrest**
35:3, 263:19
**arrested**
30:3, 32:20,
32:21, 32:22,
33:1, 33:7,

35:14, 38:14,
38:19, 41:4,
54:22, 55:2,
55:19, 61:11,
61:15, 61:17,
62:7, 62:8,
64:1, 73:5,
73:7, 74:7,
77:15, 77:19,
78:4, 78:5,
79:4, 79:7,
79:8, 79:11,
81:12, 86:1,
92:21, 92:22,
94:1, 95:21,
106:19, 107:2,
107:18, 113:20,
126:1, 127:18,
142:13, 142:14,
142:18, 143:1,
143:12, 145:22,
146:5, 146:8,
146:11, 151:4,
151:18, 199:11,
199:13, 220:7,
255:13, 259:2,
263:10, 264:5,
267:2, 295:5,
295:8, 295:9
**arresting**
16:13
**arrests**
131:9
**arrive**
210:14
**asians**
148:6
**asif**
280:18, 280:19,
281:10, 281:11
**asif's**
281:10
**ask**
7:22, 10:5,
18:2, 28:7,
47:12, 53:12,
91:11, 96:5,
102:15, 112:18,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

313

125:13, 157:4,
166:11, 174:15,
200:22, 206:14,
207:21, 212:19,
219:5, 238:3,
262:12, 278:6
**asked**
212:1, 225:15,
225:17, 294:11
**asking**
4:3, 15:8,
64:10, 112:16,
147:10, 152:11,
215:16, 251:18
**assets**
131:4, 131:5
**asshole**
224:21
**assist**
137:19, 168:11,
189:22
**assisted**
137:12
**assisting**
48:21
**associates**
271:12
**assume**
27:2, 37:11,
42:11, 46:12
**asylum**
95:18, 95:20,
124:15, 166:12,
167:5, 167:12,
167:13, 195:19,
195:20, 200:13,
218:16, 252:10,
280:13
**attack**
115:15, 285:10
**attention**
204:14
**attic**
131:14
**attorney**
8:4, 8:5, 8:7,
11:15, 71:7,
211:5, 211:18,

212:15, 213:10,
214:22, 216:21,
217:2, 264:14
**attorney's**
12:14
**attorneys**
11:4, 71:2,
71:5, 211:19,
212:2
**audio**
1:9, 2:2,
50:10, 75:16,
98:12, 168:3,
234:11, 243:4,
258:9, 259:10,
308:8, 309:7
**australia**
69:4, 69:5,
69:6
**authorities**
15:13, 67:19,
255:16
**autozone**
128:18, 128:20
**avi**
307:10, 307:11
**avianca**
185:18
**avoid**
233:13
**avtar**
61:3, 61:4
**award**
18:3
**aware**
14:12, 90:16,
114:2
**away**
34:5, 101:16,
101:18, 177:22,
188:3, 194:11,
217:9, 245:17,
267:21, 269:8,
291:8, 307:19
**awful**
169:19

---
**B**
---

**b-e-s**
65:20

**b-h**
20:14
**b-h-a-m-b-a**
20:13, 20:15
**baby-sitter**
129:6
**back**
6:3, 6:7, 23:9,
24:8, 24:10,
27:17, 36:9,
37:6, 37:20,
39:2, 50:12,
54:2, 56:3,
67:16, 68:4,
69:16, 69:17,
75:18, 80:1,
84:17, 92:2,
97:17, 97:18,
100:15, 111:21,
114:21, 116:11,
123:15, 123:19,
127:11, 129:6,
134:8, 136:19,
143:9, 144:17,
151:7, 151:16,
155:12, 156:4,
156:5, 163:5,
163:7, 168:6,
177:21, 178:8,
178:9, 194:19,
194:20, 207:18,
208:17, 210:4,
211:18, 243:10,
244:18, 254:2,
257:20, 263:14,
267:14, 269:6,
277:20, 277:22,
280:3, 280:17,
281:14, 286:15,
289:20, 290:10,
290:12, 291:11,
292:16, 292:19,
294:21, 297:1,
301:5, 302:10,
305:1, 305:2,
305:13, 305:15,
307:17
**bad**
38:9, 110:4,

110:5, 116:10,
130:11, 217:18,
234:21, 253:7,
258:18, 258:19,
295:11, 296:21,
299:15
**badge**
228:18, 231:11
**bahamas**
29:20, 30:8,
30:12, 31:18,
32:6, 32:7,
32:10, 33:14,
41:9, 45:14,
65:5, 65:6,
66:6, 66:9,
78:14, 88:11,
88:16, 100:17,
141:16, 144:16,
145:9, 154:13,
156:5, 156:15,
157:10, 157:20,
157:21, 164:15,
164:17, 164:19,
165:2, 165:7,
168:15, 168:16,
169:2, 176:17,
220:22, 277:8,
277:9, 282:8,
305:1, 305:2,
305:4, 305:19
**bahamian**
67:18, 119:4,
142:8, 147:4,
147:5, 147:6,
157:11, 230:20,
277:7
**bahamians**
144:18, 148:10,
219:12, 291:4
**bail**
79:12, 79:20,
114:9, 114:13,
114:14, 216:19
**bailed**
54:14
**ball**
72:21

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

314

| | | | |
|---|---|---|---|
| **balls** | **became** | 131:5, 134:18, | **big** |
| 182:12, 259:1, | 82:18 | 155:9, 166:6, | 28:17, 96:1, |
| 294:11, 299:2 | **become** | 218:2, 233:5, | 116:5, 117:8, |
| **bangkok** | 105:10, 184:2, | 243:10, 255:15, | 128:21, 130:3, |
| 57:13, 235:16 | 256:15 | 295:7, 295:12 | 130:5, 186:16, |
| **bank** | **bed** | **believe** | 192:20, 193:10, |
| 173:22, 174:2, | 297:14 | 48:22, 49:2, | 196:15, 199:15, |
| 175:14, 175:15, | **been** | 53:8, 265:17 | 233:5, 235:17, |
| 209:11 | 16:10, 41:2, | **belong** | 237:11, 238:19, |
| **bar** | 46:22, 47:18, | 59:6, 71:15, | 277:2 |
| 250:14, 250:16 | 52:14, 54:14, | 74:4, 74:8, | **bigger** |
| **barbados** | 93:5, 102:13, | 81:9, 84:19, | 264:16 |
| 279:15 | 125:11, 130:3, | 84:20, 219:1, | **biggest** |
| **barbara** | 136:10, 140:20, | 274:18, 300:8, | 117:16, 299:13 |
| 129:14, 129:15, | 141:7, 151:21, | 300:9 | **bill** |
| 244:2, 279:14, | 154:21, 167:21, | **belonged** | 209:15, 227:19 |
| 279:16, 279:18 | 168:20, 173:18, | 72:19, 76:10, | **bimini** |
| **barred** | 211:22, 216:2, | 81:10, 99:20, | 89:3, 92:2 |
| 168:20 | 231:16, 232:18, | 101:15, 102:4 | **bio** |
| **barrel** | 233:7, 235:16, | **belongs** | 283:8 |
| 291:7 | 253:18, 258:2, | 72:20, 74:5, | **birth** |
| **base** | 258:3, 280:11 | 273:17, 279:20, | 20:15, 243:19 |
| 101:11, 114:8, | **before** | 300:14, 300:16 | **bit** |
| 199:14 | 3:2, 7:15, | **benefit** | 6:4, 6:7, |
| **based** | 7:21, 8:4, | 167:10 | 15:11, 35:14, |
| 165:16, 217:22, | 10:20, 11:13, | **best** | 61:21, 67:7, |
| 306:13 | 12:21, 41:4, | 3:17, 11:16, | 109:5, 155:22, |
| **basically** | 57:9, 79:6, | 18:4, 144:17, | 171:12, 184:4, |
| 33:2, 50:14, | 100:22, 126:10, | 148:8, 148:9, | 215:19, 224:19, |
| 73:2, 77:15, | 141:21, 150:16, | 200:18, 212:3, | 251:19 |
| 95:4, 107:21, | 150:18, 152:5, | 296:19, 298:2, | **bitch** |
| 213:17, 230:13, | 170:6, 173:1, | 309:6 | 256:15 |
| 238:1, 244:14, | 173:4, 176:8, | **better** | **bites** |
| 248:16, 264:12, | 192:10, 195:2, | 6:22, 17:9, | 299:8 |
| 271:13, 287:19 | 201:2, 210:22, | 46:13, 136:16, | **blackmail** |
| **bathroom** | 211:13, 243:16, | 182:14 | 47:10, 83:10 |
| 4:21 | 259:15, 260:8, | **between** | **blackmailing** |
| **battle** | 263:1, 263:6, | 21:21, 136:21, | 82:6, 190:14 |
| 307:15 | 263:10, 263:19, | 180:19, 189:14, | **blah** |
| **beach** | 264:4, 265:12, | 196:19, 215:12, | 48:15, 117:11 |
| 34:3, 35:22, | 266:2, 267:1, | 286:11 | **blaming** |
| 36:1, 36:2, | 269:11, 300:6, | **beyond** | 109:16, 109:18 |
| 36:3, 36:4, | 301:19, 304:17 | 113:2 | **blank** |
| 36:15, 59:8, | **behind** | **bhupinder** | 29:1 |
| 87:2, 280:3 | 80:1, 103:18, | 20:2, 20:3, | **blood** |
| **bear** | 123:15 | 39:8 | 285:10 |
| 19:22 | **being** | **bidding** | **blowing** |
| **beat** | 25:7, 131:4, | 259:6 | 224:18 |
| 48:14 | | | |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    315

blue
270:20
boa
110:4
board
52:9, 226:5
boarder
21:12
boarding
27:9, 49:11,
82:14, 82:15,
82:16, 135:21,
135:22, 138:1,
138:2, 140:9,
180:16, 184:13,
199:22, 208:3
boat
62:9, 62:17,
77:16, 86:5,
93:9, 94:13,
94:15, 94:17,
94:18, 97:13,
98:18, 98:20,
98:21, 99:1,
110:5, 110:6,
110:7, 110:9,
110:17, 113:9,
193:16, 217:18,
217:19, 277:11,
277:21, 279:20,
279:22, 280:1,
283:20, 284:2,
284:4, 290:15,
303:15
body
99:3, 100:19
bodyguard
257:15
bogota
138:4, 140:3,
140:4, 140:5,
184:19, 184:22,
185:3, 185:5,
186:8, 186:9,
188:14, 189:15,
203:2, 203:10,
208:8
boils
234:21

bolivia
235:16
bomb
132:19
bond
113:17, 307:15
book
201:10, 201:15
booking
207:2
boom
84:10, 200:1,
222:14, 277:18
boots
93:18, 221:4
border
23:21, 54:8,
125:21, 167:15,
194:12, 194:17,
195:9, 195:11,
196:20, 248:17,
277:11
born
130:4, 136:4,
247:14, 253:1,
281:3
boss
223:10
boston
177:15
both
134:10, 199:4,
199:5, 199:8,
289:10
bought
44:6, 129:2,
131:8
boy
268:3
boys
255:13
brain
251:1
brains
201:22
brazil
50:15, 179:9,
186:16, 188:9,

188:10, 192:12,
192:13, 199:15,
241:15, 242:16,
242:18
break
4:20, 4:21,
50:12, 168:1,
168:6, 236:6,
263:13
breaks
4:21
bribe
121:10, 121:13
bribes
117:20, 121:19,
293:14
bring
15:15, 25:19,
26:1, 45:13,
52:8, 111:20,
177:11, 189:1,
219:6, 220:20,
298:5, 298:6,
302:8
bringing
138:13, 197:16,
203:21, 295:8
brings
290:10
british
55:3, 55:13,
306:11, 306:12
broken
33:21
bronx
281:9
brother
69:19, 111:14,
255:14, 303:2
brother-in-law
271:19
brought
34:15, 34:16,
97:12, 213:3,
228:8, 232:15,
254:16, 254:22
brown
156:22, 159:11

buenos
186:16
bugs
290:20
build
217:16
bulk
103:17
bullet
299:9
bullets
134:12
bullshitter
231:20
bully
83:10
bunch
142:2, 142:3,
147:8, 189:10,
206:1, 252:11,
287:20
bupinder
214:11, 216:1
burn
223:22, 224:12
burned
224:1
bus
220:19
business
19:16, 27:13,
27:14, 30:4,
30:6, 30:12,
45:17, 47:1,
48:2, 69:8,
109:13, 116:6,
117:8, 123:17,
123:22, 136:17,
136:18, 150:2,
150:3, 166:13,
184:18, 221:7,
231:17, 241:21,
256:12, 269:7,
276:6, 289:20,
307:18
businessman
105:2
bust
182:12

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

316

| | | | |
|---|---|---|---|
| **busted** 126:8, 126:9, 193:12, 224:10 | **calls** 89:22, 105:2, 215:9, 222:1 | 297:13 **canada** 21:12, 23:21, 48:10, 49:1, 117:22, 131:22, 132:15, 132:16, 132:18, 143:8, 150:7, 155:21, 156:1, 167:16, 191:15, 248:18, 248:19, 251:13, 251:14, 251:16, 253:20, 253:21, 253:22, 254:12, 255:5, 256:5, 269:12, 274:7, 290:9, 295:4, 300:22, 301:1, 301:6, 303:14 | 135:11, 220:20 **card** 158:11, 159:19, 159:22, 208:3, 219:4 |
| **butt** 257:10 | **calvin** 156:22, 157:15, 159:11 | | **cards** 140:9, 289:14 |
| **buy** 58:8, 58:9, 63:19, 116:13, 193:3 | **came** 10:19, 21:10, 21:11, 23:8, 24:8, 24:10, 34:4, 38:18, 41:16, 42:8, 47:13, 54:9, 72:8, 72:10, 77:14, 79:12, 85:14, 85:18, 116:4, 120:3, 120:10, 120:11, 120:12, 120:21, 121:4, 122:5, 127:9, 151:15, 167:6, 191:18, 210:7, 210:11, 228:10, 228:14, 230:3, 243:10, 246:11, 250:17, 254:2, 254:4, 254:8, 255:16, 256:12, 257:17, 258:6, 259:16, 261:11 | | **care** 19:15, 34:16, 51:12, 77:8, 77:14, 129:4, 129:9, 223:14, 269:3, 269:5, 271:1, 291:19, 292:4, 297:2 |
| **buying** 125:5 | | | **carolina** 135:5, 135:8, 135:10, 136:2, 136:3, 246:20, 246:21, 247:1, 247:19, 248:3, 248:4, 250:8, 250:9 |
| **buys** 179:6 | | **canadian** 31:21, 32:1, 73:4, 73:14, 83:22, 117:21, 132:1, 218:2, 255:18, 255:21, 255:22, 307:15 | **carriers** 181:3, 181:4 |
| **bypass** 116:9 | | | **carries** 183:21, 187:15 |
| **C** | | **canadians** 255:20 | **carry** 25:18, 45:16 |
| **caicos** 303:3 | | **canceled** 80:19 | **carrying** 197:9, 208:9, 208:18 |
| **cali** 269:10 | | **cancelled** 80:14 | **cars** 129:11 |
| **california** 22:20, 22:22, 23:3, 23:4, 24:7, 161:9, 269:11, 269:14, 269:15, 270:14 | | **cancun** 138:2, 138:3 | **case** 9:7, 9:9, 11:17, 13:1, 71:9, 128:9, 139:4, 178:22, 192:8, 217:17, 264:14, 264:16, 291:7, 309:10 |
| **call** 48:16, 68:20, 68:21, 83:3, 89:7, 89:8, 89:9, 89:10, 89:11, 139:7, 168:20, 175:5, 175:6, 184:6, 184:10, 184:11, 215:6, 234:21, 239:17, 239:18, 271:11 | **camera** 291:3 | **cannot** 8:8, 256:2, 264:11 | |
| | **cameroon** 200:7 | **capable** 49:1 | **cases** 117:19 |
| | **camps** 54:13 | **capacity** 11:21 | **cash** 183:2, 183:22, 217:14 |
| **called** 63:20, 64:17, 68:11, 68:15, 68:16, 89:13, 100:1, 100:2, 100:3, 111:16, 212:5 | **can't** 13:14, 14:20, 45:18, 83:10, 117:6, 133:5, 133:9, 134:5, 167:18, 171:1, 215:11, 215:12, 218:2, 225:21, 250:22, 256:6, 258:21, 258:22, 265:5, 283:14, | **captain** 88:11, 119:4, 283:21 | **catch** 112:3, 112:5, |
| **calling** 68:10 | | **captains** 88:8 | |
| | | **car** 34:4, 132:19, | |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                              317

144:20, 289:19,
306:7
**category**
80:11
**caught**
28:5, 59:20,
90:5, 90:10,
90:12, 101:22,
102:1, 102:4,
109:17, 113:1,
115:1, 115:3,
117:2, 119:9,
132:20, 156:4,
186:17, 192:16,
192:19, 194:5,
194:10, 194:14,
195:11, 195:14,
195:15, 210:2,
220:18, 225:4,
225:5, 277:21,
285:4, 307:12
**cause**
15:15, 289:10
**cell**
288:20, 288:22
**cent**
107:6
**center**
198:17, 247:14,
282:8
**certain**
5:21, 57:6,
180:4, 232:5
**certificate**
309:1
**certify**
309:3
**chad**
149:15
**chain**
257:4
**chance**
236:16, 262:19
**chances**
179:19
**changed**
43:10, 43:11
**channel**
196:10, 233:8

**charge**
113:12, 137:20,
138:5, 148:22,
156:13, 156:16,
158:10, 158:20,
159:7, 174:18,
174:20, 174:21,
177:10, 180:16,
181:4, 181:5,
188:4, 204:17,
218:1, 258:21,
281:5
**charged**
33:8, 35:16,
143:12, 207:14
**charges**
11:20, 13:18,
50:20, 125:22,
184:4, 192:4,
207:4, 227:18,
227:19, 264:15
**charging**
110:9
**chart**
73:20
**charter**
229:20
**cheated**
125:10
**check**
27:6, 127:12,
149:15, 209:10,
226:3, 290:15
**checking**
233:13
**checks**
105:6
**child**
14:20, 19:15
**children**
296:22, 297:1
**china**
235:19
**chinese**
16:21, 112:17,
166:6
**choice**
204:17, 259:5

**choose**
8:18
**chris**
307:8, 307:10,
307:20, 307:21,
307:22, 308:1
**christian**
130:4
**cia**
171:15, 171:17
**cigarettes**
224:9
**circle**
278:13
**circles**
95:11, 277:5
**circumcised**
134:17
**citizen**
18:15, 20:22,
28:16, 32:2,
73:5, 132:1,
207:11, 218:3,
281:3, 307:9,
307:16
**citizens**
193:20, 233:14
**citizenship**
32:7, 129:18
**city**
247:9, 247:10
**claim**
193:19, 194:10,
291:9
**clarify**
137:5
**clean**
127:15, 208:15
**cleaned**
134:8, 244:14
**cleaning**
129:22
**clear**
53:19, 229:22,
230:5
**clearing**
18:15
**clever**
143:18

**client**
215:12
**close**
280:2
**clutches**
295:19, 296:8
**code**
115:21, 180:1,
215:22
**collect**
17:3, 25:20,
26:19, 26:20,
26:22, 33:22,
159:9, 214:20
**collected**
281:9
**colombia**
184:21, 184:22,
188:10, 192:12,
192:17, 192:18,
299:4, 299:10,
306:14, 306:15
**colombian**
299:11, 306:4,
306:7, 306:8,
306:9
**colorado**
246:16
**columbo**
284:8, 284:9,
293:13
**columbus**
19:10, 52:16,
127:13, 128:4,
128:19, 130:6,
244:4, 246:2,
246:11, 246:14
**come**
13:6, 42:16,
48:13, 50:1,
57:12, 67:16,
68:1, 73:12,
83:21, 84:14,
94:14, 97:17,
97:18, 104:7,
106:17, 114:11,
116:11, 116:12,
117:9, 120:19,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

120:22, 121:8,
125:12, 129:6,
130:8, 133:8,
137:8, 137:13,
144:13, 146:2,
149:1, 159:17,
165:6, 167:5,
167:9, 168:18,
168:22, 169:1,
172:2, 176:10,
179:13, 179:18,
179:21, 180:7,
183:3, 184:18,
185:19, 186:10,
190:7, 190:22,
192:11, 198:17,
199:1, 200:8,
222:16, 223:6,
224:19, 227:14,
229:4, 232:16,
233:2, 239:6,
239:19, 241:22,
256:13, 259:15,
261:9, 263:22,
280:3, 289:10,
289:16, 289:18,
290:2, 290:12,
290:19, 290:21,
297:7, 301:18
**comes**
58:13, 58:14,
105:2, 125:11,
157:20, 175:9,
183:22, 188:8,
198:16, 204:19,
224:14, 227:8,
227:11, 265:7,
279:22, 292:7
**comfortable**
5:19, 204:10
**coming**
5:3, 8:22,
42:16, 45:15,
52:5, 56:17,
58:19, 64:11,
64:15, 69:16,
69:17, 79:1,
108:4, 137:19,

139:7, 176:9,
177:20, 177:21,
182:10, 182:15,
184:1, 184:7,
189:19, 194:19,
194:20, 196:11,
197:20, 203:1,
203:10, 206:1,
206:5, 207:12,
241:9, 255:13,
265:19, 274:3,
274:21, 274:22,
275:1, 280:22,
285:18, 289:12,
291:1, 291:2,
298:13
**commitment**
13:9
**committed**
5:1, 13:7,
183:6, 253:3
**common**
178:21, 216:4,
276:18
**communicate**
18:16, 187:19
**communication**
214:4, 214:6,
214:7, 288:12
**communications**
251:21
**company**
128:1, 128:12,
132:21, 134:3,
210:13, 250:5,
250:19, 269:13,
269:18
**comparative**
238:1
**complains**
118:3
**complicate**
115:2
**computer**
234:1
**computers**
201:7
**concern**
13:16, 14:3

**concerns**
3:20, 52:4,
292:11
**condition**
18:9
**conduct**
2:22
**conducting**
2:11, 11:1,
234:15
**confess**
18:2
**confident**
47:5, 47:6,
129:19
**confirm**
143:20
**confiscated**
55:20, 256:15,
256:19, 307:13
**confused**
5:20, 215:3,
300:7
**congo**
57:11, 57:12
**connect**
224:10
**connection**
83:20, 156:10,
159:12, 165:11,
186:14, 199:19,
199:21, 202:1
**conscience**
296:7, 296:17,
296:18, 297:3
**consequences**
9:14, 51:20
**conspired**
294:8
**consulate**
18:17
**consult**
8:4
**consulting**
8:13, 8:17
**contact**
27:12, 28:20,
29:3, 30:2,

71:2, 71:4,
71:17, 74:17,
74:20, 74:22,
77:11, 81:4,
89:10, 100:4,
137:12, 149:17,
149:18, 158:6,
162:11, 162:18,
164:1, 164:7,
164:12, 178:17,
198:14, 211:12,
211:15, 212:13,
212:15, 233:5,
238:5, 245:3,
245:6, 245:9,
281:4, 281:10,
283:20, 302:18,
305:20, 307:4
**contacted**
96:20, 132:9,
157:21, 164:15,
211:5, 212:14,
216:5, 255:18,
255:20
**contacts**
46:20, 125:17,
157:13, 157:14,
178:14
**contest**
36:12, 36:13
**continue**
168:2, 233:22,
258:11
**continuing**
259:12
**contraband**
163:12
**contract**
128:18, 128:22
**contracts**
299:12
**contributing**
217:20
**control**
29:7, 84:12,
113:3, 257:2,
299:5, 302:11
**controls**
115:10, 257:9

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

**conversation**
215:11, 286:3,
286:7, 286:10,
303:2
**conversations**
285:13
**convert**
130:2
**converted**
130:6
**coolly**
289:14
**coordinate**
204:15, 222:3
**coordinated**
221:21
**coordinating**
190:3, 190:4,
207:6
**coordination**
224:3
**coordinator**
190:2, 203:7,
203:9, 218:13,
221:12, 221:18,
223:2, 223:6
**cop**
34:4, 34:6,
224:8
**copies**
163:4, 283:6
**cops**
63:21, 68:11,
117:18, 168:11,
291:6
**correct**
70:8, 70:16,
70:21, 77:4,
151:14, 183:7,
213:5, 235:6,
309:4
**correctly**
78:22
**corroborated**
265:16, 265:20
**corrupt**
208:5
**cost**
143:6, 179:9,

179:10, 295:5
**costs**
169:7, 175:3,
179:7, 183:15,
183:17, 200:17
**could**
10:7, 34:5,
58:22, 140:10,
252:21, 253:4,
296:14, 296:16,
298:3, 298:8
**couldn't**
19:15, 129:4,
197:20, 247:7,
252:9, 254:9,
296:15
**counsel**
8:15, 309:8
**count**
180:10
**counter**
44:11, 180:7
**countries**
198:1, 273:1
**country**
12:22, 18:17,
117:18, 167:3,
194:3, 194:16,
208:21, 249:6,
249:20
**couple**
15:22, 91:21,
121:18, 125:7,
145:1, 148:22,
161:16, 165:5,
199:7, 203:3,
207:8, 212:2,
215:18, 215:20,
224:16, 234:19,
242:20, 252:9,
281:11, 284:13,
303:16
**courier**
128:1, 132:21,
249:10, 250:5,
250:18, 269:13,
269:17
**course**
3:1, 11:16

**court**
8:3, 8:8,
292:12
**cover**
108:17
**covered**
223:18
**coyotes**
196:3
**crawling**
290:21
**created**
59:18
**credited**
37:1
**cried**
284:18
**crimes**
253:3
**criminal**
257:3
**criminals**
259:2
**croix**
228:9, 228:15,
229:8, 230:9,
230:10
**crooked**
148:10
**crooks**
115:20
**cross**
149:1, 167:15,
194:17, 195:8,
195:10, 257:10,
277:10
**crossed**
21:12, 23:20,
54:13, 97:14,
140:3, 140:5,
240:17, 248:17
**crosses**
195:3
**crossing**
123:9, 195:2
**crr**
1:22, 309:15
**cruise**
279:20

**crying**
284:21, 292:15
**cuba**
92:3, 111:20,
193:5, 199:19,
243:3, 290:9,
302:8, 303:10,
303:13, 304:19,
304:21
**cubans**
148:6, 148:8,
148:22, 221:9
**culture**
5:4
**curacao**
45:13, 55:5,
55:6, 109:2,
137:12, 137:13,
137:17, 138:4,
139:21, 139:22,
140:3, 140:8,
203:1, 239:7,
295:9
**curious**
276:11
**current**
43:2
**currently**
59:6, 76:2,
100:16, 273:2,
285:7
**cursed**
285:19
**curtis**
287:7, 287:11,
287:21
**custody**
30:20, 31:6,
44:19, 44:22,
59:7, 70:21,
76:3, 77:16,
77:17, 82:22,
83:7, 100:17,
273:13, 291:22
**customs**
180:20
**cut**
75:14, 81:4,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

320

| | | | |
|---|---|---|---|
| 81:5, 81:6,<br>116:19, 117:20 | 193:21, 194:14,<br>194:15, 194:16,<br>196:18, 211:19,<br>232:16, 239:13,<br>249:13, 249:14,<br>268:1, 268:7,<br>268:8, 274:21,<br>280:15, 280:21,<br>289:20, 303:16 | **deduct**<br>107:20<br>**deep**<br>274:11, 274:12<br>**defendant**<br>1:6<br>**delete**<br>55:1, 55:20,<br>55:21, 98:8 | 277:1, 278:14<br>**descent**<br>196:14, 276:13,<br>307:9<br>**describe**<br>230:16<br>**describing**<br>285:11 |
| **D** | **dead** | **deleted** | **deserve** |
| **d-e-r**<br>40:1<br>**dade**<br>33:6, 35:15<br>**dall**<br>294:14<br>**dangle**<br>83:19<br>**daniel**<br>242:15<br>**darker**<br>173:8<br>**date** | 99:3, 100:19,<br>271:17<br>**deal**<br>5:3, 75:6,<br>113:18, 130:3,<br>130:5, 149:4,<br>198:9, 198:12,<br>278:3<br>**dealing**<br>13:2, 71:18,<br>79:22, 109:22,<br>199:10, 201:2 | 56:8<br>**delhi**<br>57:14, 73:5,<br>73:8, 73:9,<br>73:13, 174:12,<br>206:22, 254:2,<br>254:4, 255:6,<br>259:2, 260:16,<br>260:17, 263:15<br>**deliver**<br>25:19, 85:12,<br>105:4, 128:20 | 252:20<br>**desire**<br>8:14<br>**destination**<br>179:22, 180:1,<br>191:4, 192:11,<br>223:15, 223:16<br>**destinations**<br>200:8<br>**detail**<br>3:15, 52:8 |
| 1:11, 19:4,<br>20:15, 89:19,<br>90:14, 91:4,<br>91:18, 145:22,<br>243:19, 262:19,<br>275:4, 309:16 | **deals**<br>198:20<br>**dealt**<br>103:9, 187:4,<br>187:6, 211:12,<br>219:2, 239:3 | **depa**<br>274:11<br>**depak**<br>282:15<br>**department**<br>33:5, 260:11,<br>298:5 | **details**<br>62:10<br>**detention**<br>282:8<br>**determination**<br>11:7, 12:15 |
| **dates**<br>6:8<br>**dating**<br>56:3<br>**daughter**<br>207:11, 297:2<br>**dave**<br>125:5, 161:19 | **death**<br>115:4, 128:18,<br>297:14<br>**deceased**<br>110:17, 254:19,<br>294:22<br>**december**<br>38:19, 128:6 | **dependent**<br>302:21<br>**depending**<br>67:17, 293:19<br>**deport**<br>193:4, 193:5<br>**deported**<br>37:17, 37:19, | **determine**<br>11:16, 11:21<br>**developed**<br>101:11<br>**diagnosed**<br>271:20<br>**did**<br>17:10, 23:7, |
| **day**<br>4:18, 19:1,<br>36:6, 36:19,<br>91:14, 93:22,<br>136:5, 136:6,<br>140:2, 163:5,<br>182:14, 193:14,<br>193:15, 210:14,<br>234:15, 244:6,<br>245:17, 245:18,<br>284:5 | **decide**<br>8:10, 8:21,<br>264:14<br>**decided**<br>34:18, 115:14,<br>123:12, 156:5,<br>229:19, 252:5,<br>253:20, 255:6<br>**decision** | 233:7, 243:7,<br>243:10, 259:14,<br>281:6<br>**deposit**<br>174:16<br>**deposited**<br>174:3<br>**deposits**<br>219:15 | 24:12, 24:13,<br>25:16, 30:4,<br>30:8, 30:9,<br>32:8, 36:17,<br>36:18, 36:21,<br>37:2, 42:19,<br>43:21, 59:17,<br>61:8, 71:6,<br>72:11, 85:11,<br>85:20, 87:22, |
| **daylight**<br>92:21<br>**days**<br>27:8, 57:17,<br>96:3, 96:21,<br>132:17, 161:16, | 12:3<br>**decisions**<br>11:12 | **deraj**<br>189:8, 224:22, | 88:13, 97:9,<br>106:18, 110:22,<br>111:1, 113:6,<br>113:7, 113:9, |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

321

121:13, 142:11,
150:10, 152:22,
153:4, 153:9,
158:7, 158:15,
160:6, 161:2,
210:1, 211:15,
211:17, 213:10,
213:11, 223:18,
225:4, 228:18,
228:20, 244:17,
247:2, 249:16,
251:15, 254:1,
270:19, 271:22,
287:21, 287:22,
294:7, 294:20,
295:12, 296:6,
296:9, 304:9
**didn't**
19:14, 26:9,
27:5, 27:6,
34:6, 45:11,
47:2, 64:19,
64:20, 81:21,
82:17, 98:7,
106:13, 108:19,
110:5, 120:17,
121:8, 124:22,
127:10, 127:17,
130:5, 131:9,
131:15, 131:18,
133:22, 134:1,
135:11, 140:6,
141:20, 146:15,
150:20, 156:3,
172:2, 196:5,
206:13, 211:14,
212:1, 214:3,
214:4, 214:10,
216:10, 216:15,
224:21, 225:6,
230:18, 231:3,
231:5, 231:7,
245:11, 252:7,
252:9, 252:20,
253:16, 253:17,
254:9, 256:20,
257:1, 257:17,
258:13, 266:1,

268:20, 269:21,
270:16, 270:17,
271:2, 271:9,
271:11, 271:16,
285:4, 293:11,
293:16, 295:13,
296:20, 304:4,
304:5
**die**
290:15
**died**
19:14, 99:1,
99:6, 100:9,
109:18, 115:3,
119:9, 130:12,
131:15, 217:17,
217:18, 254:19,
254:20, 268:4,
281:17, 283:2,
285:8, 288:6,
292:20, 293:2,
296:19
**dies**
34:13, 191:6
**different**
5:3, 5:5,
39:11, 39:12,
41:5, 43:15,
45:19, 55:10,
58:18, 63:6,
71:15, 179:8,
179:10, 205:5,
221:9, 232:22,
250:2, 260:2,
264:15, 299:21,
299:22, 300:2
**dino**
147:7
**direct**
68:19, 174:16,
207:12
**directly**
6:1, 78:20,
80:1, 80:2,
81:4, 105:17,
121:16, 145:9
**dirty**
46:3, 76:22,

266:8, 291:6
**disburse**
25:21
**disclose**
10:6
**discuss**
4:15, 52:7,
147:11
**discussed**
298:22
**discussing**
209:22, 281:15,
300:8
**distribute**
45:21
**divided**
131:5
**divorce**
128:9, 131:2,
131:3
**divorced**
52:15, 118:1,
252:5, 252:8
**dmv**
232:20
**doctor**
31:4, 31:5,
31:6, 31:19
**document**
44:22, 162:15,
165:9, 165:10,
165:22
**document's**
308:3
**documents**
70:10, 71:7,
149:4, 149:5,
156:18, 161:3,
162:5, 164:11,
165:7, 165:13,
165:19, 166:4,
168:18, 168:19,
169:1, 179:13,
200:17, 200:18,
213:3, 213:6,
213:7, 213:8,
213:20, 232:21,
233:1, 233:10,

244:22, 295:5,
295:8, 295:9,
295:10
**dodge**
245:16
**does**
28:9, 28:11,
47:13, 73:3,
75:7, 148:21,
150:6, 160:17,
164:18, 165:1,
171:13, 177:9,
179:6, 181:16,
201:17, 201:18,
201:19, 206:21,
207:1, 207:4,
212:20, 237:16,
238:20, 275:19,
275:21, 284:15
**doesn't**
47:21, 47:22,
51:17, 57:13,
68:22, 73:12,
98:2, 115:21,
117:17, 117:21,
121:22, 136:15,
166:1, 173:7,
174:14, 179:21,
180:12, 185:8,
192:17, 216:7,
216:8, 223:14,
256:3, 287:10,
294:1, 294:2,
298:5
**dog**
147:7
**doing**
6:20, 16:1,
16:14, 18:10,
29:6, 30:4,
30:6, 30:7,
30:12, 31:15,
31:17, 32:9,
38:9, 48:2,
51:9, 52:7,
69:11, 69:12,
69:20, 69:22,
79:11, 80:21,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

322

112:15, 125:14,
129:3, 132:6,
132:11, 140:21,
147:3, 148:12,
151:22, 154:21,
178:15, 182:18,
194:7, 197:15,
199:3, 199:5,
199:6, 199:7,
207:22, 215:5,
217:9, 219:12,
224:7, 226:12,
234:17, 235:1,
242:20, 256:17,
277:1, 277:2,
291:12, 291:13,
298:12
**dollar**
105:5, 128:21,
174:19, 175:3,
175:5, 209:15
**dollars**
49:5, 50:21,
51:3, 63:8,
63:9, 78:12,
103:16, 103:21,
106:2, 113:13,
125:7, 125:22,
138:6, 138:8,
138:10, 138:21,
139:8, 139:11,
143:7, 144:13,
145:8, 155:18,
158:10, 174:13,
179:3, 179:8,
180:3, 180:17,
180:21, 180:22,
181:8, 183:22,
184:10, 188:5,
192:14, 196:18,
197:6, 200:17,
200:20, 214:19,
219:13, 256:8,
281:5, 294:12,
295:6, 306:5
**domingo**
3:3, 105:17,
175:10, 186:10,

188:18, 302:9,
306:3
**dominican**
51:2, 76:5,
79:7, 95:1,
99:14, 103:9,
105:18, 123:1,
123:2, 159:2,
160:19, 160:21,
162:2, 185:6,
185:7, 204:20,
234:16, 273:3,
279:21
**done**
10:8, 57:16,
63:10, 96:22,
116:3, 116:5,
132:10, 137:7,
146:13, 181:19,
182:10, 191:15,
232:17, 234:7,
241:21, 252:15,
266:9, 296:7,
296:14, 296:15,
298:10
**douglas**
211:7, 211:8,
211:9
**down**
11:13, 122:5,
145:1, 183:19,
185:11, 188:1,
201:1, 217:3
**dr**
77:5, 77:8,
77:9, 226:18,
226:21, 227:1,
227:2, 230:3,
266:13, 278:10,
306:1, 306:2
**draft**
12:13
**drawback**
299:13
**drawing**
29:10, 73:20
**drink**
270:19, 270:21

**driver's**
161:7, 161:8,
161:9, 243:22
**drivers**
128:15, 134:4
**driving**
127:22, 128:12,
308:4
**drop**
26:16, 63:9,
280:3
**drove**
284:2
**drug**
168:20, 307:19
**drugs**
144:19, 233:7,
291:13, 307:11
**dual**
32:1
**dubai**
57:15, 105:15,
175:6, 175:9,
185:13, 185:14,
185:15
**due**
53:13, 292:5
**during**
8:6, 271:10
**dutch**
255:16
**duties**
201:1
**duty**
7:22
**dweller**
105:1
**dying**
224:16

**E**

**e-mail**
56:5, 58:8,
58:13, 58:14,
58:15, 58:16,
90:4, 90:5,
201:9, 202:3,
202:7, 202:9,

206:17, 206:19,
210:19, 213:11,
216:14, 236:6,
236:7, 236:17,
236:19, 238:9,
238:11, 242:7,
242:9, 252:1,
283:11, 283:15
**e-mailed**
212:17, 212:18,
213:12, 213:14
**e-mails**
89:21, 201:12,
236:10
**each**
17:14, 18:8,
180:10, 208:19
**earlier**
126:14, 206:14,
210:1, 307:4
**early**
197:19
**earnings**
81:19
**easier**
6:9
**easily**
85:2, 259:2
**easy**
35:2, 56:13,
205:8, 207:14,
229:20
**eat**
133:5, 203:21
**econolodge**
135:17, 250:13
**ecuador**
32:11, 50:15,
56:18, 125:18,
125:20, 192:13,
197:5
**eight**
52:19, 63:7,
95:12, 95:15,
124:14, 124:16,
154:2, 154:3,
154:4, 154:8,
280:12

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

**either**
57:14, 119:3,
256:3, 256:4,
277:7
**el**
266:7
**electronic**
201:11
**elm**
22:2
**else**
30:17, 47:13,
48:3, 48:16,
116:19, 138:21,
220:7, 224:4,
237:2, 240:6,
291:12
**embassy**
18:17, 260:15
**emirates**
185:15, 235:19,
238:15, 238:16
**employed**
309:9
**encourage**
130:18
**end**
83:8, 163:5,
175:1, 180:1,
191:4, 254:3,
294:6, 298:4
**ends**
308:8
**engage**
24:13, 24:14
**engaged**
25:13, 29:18,
270:13
**english**
34:6, 35:8,
64:19, 165:20,
166:1, 201:22,
209:9, 215:6,
215:8, 215:19,
230:22, 231:1,
231:2, 299:14,
305:21
**enough**
114:16, 163:20,

307:18
**enter**
306:15
**entered**
42:8, 243:8,
249:1, 262:8,
266:22, 267:11,
267:12, 267:13,
267:14
**entirely**
232:22
**entry**
88:22, 176:10,
192:14, 192:15,
206:5, 261:13,
262:19, 272:2,
272:13, 306:13
**escaped**
119:8
**escrow**
179:4
**espee**
189:12
**establish**
53:10
**ethics**
123:20
**ethiopian**
181:4, 235:19
**europe**
43:19, 73:13,
83:22, 105:16,
175:9, 200:12
**even**
13:16, 27:6,
51:16, 71:15,
105:16, 115:20,
120:2, 127:20,
132:3, 132:15,
157:5, 164:9,
176:8, 180:7,
191:4, 200:18,
207:13, 228:8,
244:1, 245:12,
258:20, 265:11,
271:10, 271:11,
271:16, 284:18,
291:17, 293:10,

294:1, 298:2,
300:17, 301:19,
306:6
**event**
62:1
**eventually**
215:21, 216:12,
264:21, 295:16
**ever**
43:17, 239:3,
253:13, 257:19,
257:20
**evergreen**
99:4
**every**
15:11, 109:13,
193:14, 193:15,
196:18, 219:21,
277:14, 291:1
**everybody**
191:18, 271:21
**everybody's**
123:21
**everyone**
42:13, 43:15,
47:4, 49:18,
50:1, 67:14,
67:15, 69:20,
121:11, 124:1,
124:2, 125:10,
138:8, 138:9,
169:20, 182:6,
182:8, 182:9,
182:21, 215:15,
224:12, 224:13,
245:18, 285:3,
289:15, 289:19,
291:6
**everything**
13:5, 13:8,
13:10, 19:7,
29:10, 29:15,
32:15, 44:2,
50:2, 57:22,
58:3, 79:14,
103:17, 114:1,
128:17, 134:21,
135:6, 135:12,

155:5, 159:21,
178:12, 179:10,
182:17, 184:14,
190:5, 190:6,
190:9, 191:18,
201:7, 202:21,
210:15, 210:16,
244:15, 247:5,
247:6, 253:5,
269:6, 287:16,
290:12, 291:3,
291:5, 295:15,
296:17, 298:4,
298:14, 303:6,
307:13
**everything's**
234:7
**evidence**
11:2, 111:6,
111:7, 111:8
**ex**
271:19
**ex-wife**
52:15, 131:11,
256:9, 296:22
**ex-wife's**
129:21
**exact**
89:18, 225:9,
263:3, 275:4
**exactly**
5:22, 240:22
**example**
94:10, 94:11,
188:13
**except**
94:8, 164:3
**excuse**
302:2
**existed**
271:17
**exit**
148:16
**exorbitant**
256:8
**expecting**
188:12
**expense**
104:4

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

324

| | | | |
|---|---|---|---|
| **expensive** | 119:20, 190:1, | **fees** | 127:9 |
| 156:11 | 241:2 | 215:14, 256:7 | **financial** |
| **expired** | **fake** | **fell** | 309:10 |
| 250:19 | 44:20, 45:8, | 155:5, 155:6, | **financing** |
| **expiring** | 67:14, 161:14, | 251:20 | 16:15 |
| 269:20 | 177:19, 232:17, | **fellow** | **find** |
| **explain** | 232:18, 256:22, | 289:10 | 88:9, 98:10, |
| 4:9, 7:19, | 278:2, 295:5 | **felony** | 158:3, 158:4, |
| 10:11, 52:22, | **false** | 131:7 | 217:11, 217:13, |
| 174:7, 174:8, | 260:5 | **felt** | 233:16, 236:7, |
| 178:11 | **familiar** | 129:7 | 264:22, 270:4, |
| **explained** | 61:22, 277:5 | **fence** | 298:17 |
| 264:17 | **families** | 248:20 | **finds** |
| **explaining** | 101:20, 219:2 | **fernando** | 16:15, 16:16 |
| 115:6 | **family** | 305:18 | **fine** |
| **extra** | 27:2, 27:3, | **fernando's** | 131:17, 141:13, |
| 79:18, 125:22, | 52:14, 85:12, | 305:22 | 141:14, 150:18, |
| 193:22, 214:19 | 85:14, 146:2, | **ferry** | 172:7, 251:2, |
| **extradite** | 176:18, 214:11, | 97:15, 229:12, | 251:3, 291:9, |
| 218:2 | 215:5, 219:1, | 229:19 | 291:21 |
| **F** | 219:15, 230:11, | **ferrying** | **finger** |
| **face** | 230:12 | 277:20 | 171:6 |
| 9:14, 11:20, | **far** | **few** | **fingerprint** |
| 72:12, 72:13, | 3:21, 23:18, | 59:20, 119:8, | 42:15, 43:17 |
| 72:14, 120:15, | 53:7, 61:1 | 193:13, 280:15 | **fingerprints** |
| 120:16, 120:17, | **farm** | **figure** | 96:3, 96:22, |
| 122:22, 224:18, | 132:5 | 101:5, 109:11 | 281:7 |
| 240:12, 240:13, | **fart** | **figures** | **finish** |
| 240:14, 241:12, | 251:1 | 127:3 | 17:4, 98:1 |
| 241:17 | **father** | **figuring** | **fire** |
| **facility** | 256:5 | 296:3 | 16:2 |
| 59:8 | **fault** | **file** | **first** |
| **fact** | 191:4, 191:6 | 71:22, 167:11, | 4:2, 4:15, |
| 55:19, 163:16 | **fear** | 167:12 | 21:10, 22:21, |
| **factor** | 19:7, 19:11, | **filipino** | 24:21, 27:15, |
| 217:20 | 19:16 | 149:9, 149:11, | 27:18, 27:20, |
| **facts** | **feature** | 157:15, 232:21, | 40:20, 41:15, |
| 11:13, 15:12, | 230:19 | 307:9 | 47:12, 53:22, |
| 264:11, 264:12 | **federal** | **filled** | 96:7, 110:9, |
| **failed** | 36:5, 36:14, | 261:1 | 126:8, 129:22, |
| 14:16 | 36:15, 37:12 | **final** | 154:15, 176:10, |
| **failure** | **feds** | 192:11, 223:15, | 179:7, 210:1, |
| 271:20 | 171:15, 218:6 | 223:16 | 215:15, 228:1, |
| **fair** | **fee** | **finally** | 229:18, 248:2, |
| 15:5, 22:18, | 293:1 | 134:19, 134:20 | 253:9, 253:10, |
| 55:15, 56:2, | **feed** | **finance** | 262:20, 262:21, |
| 114:15, 114:17, | 204:1, 204:3 | 45:21 | 262:22, 266:20, |
| | **feel** | **finances** | 276:18, 276:20, |
| | 265:11 | 82:17, 127:8, | |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

297:1
**five**
30:8, 30:9,
45:16, 70:11,
76:1, 76:8,
77:20, 78:22,
79:5, 84:4,
84:17, 85:2,
85:3, 86:2,
86:11, 87:4,
91:22, 94:8,
101:15, 103:1,
111:19, 112:13,
112:20, 115:17,
117:1, 118:20,
136:4, 159:13,
177:16, 177:20,
188:12, 197:5,
203:10, 210:2,
213:7, 218:15,
282:4, 282:7,
282:19, 290:6,
292:14, 295:16,
299:2, 299:3,
299:7, 299:17,
299:18, 300:5,
300:6, 300:8,
301:16, 302:3,
302:21
**flies**
289:17, 289:18,
289:19
**flight**
67:1, 67:7,
138:3, 161:17,
182:16, 183:21,
184:17, 185:1,
202:21, 218:17,
231:22, 233:3,
233:4, 277:13,
277:15, 277:16,
291:1
**flights**
231:15, 232:4,
232:6
**flock**
83:20
**flocking**
50:1

**florida**
161:7
**flow**
217:10, 217:14,
306:17
**flushing**
22:5, 268:17
**fly**
27:7, 117:10,
138:4, 225:21,
226:2, 233:11,
289:19
**flying**
56:17, 169:3
**focus**
53:14, 101:9
**fold**
29:21
**folder**
60:1
**folders**
59:3, 59:18
**folks**
216:16
**follow**
73:19, 85:20
**followed**
62:21, 62:22,
63:2, 63:5,
63:16, 63:18,
64:5, 85:22,
86:14
**following**
2:1, 64:20,
234:5
**food**
123:6, 123:7,
153:12, 204:7,
303:6
**foolproof**
209:19
**foot**
45:20
**footage**
94:4, 94:5
**ford**
144:22
**foregoing**
309:4

**forever**
223:21
**forgive**
9:13
**forgot**
250:22
**form**
17:4, 90:2,
90:3
**format**
201:9
**forward**
47:13, 54:2,
265:19, 283:12,
298:13
**forwarded**
287:5
**foster**
291:19
**found**
49:22, 93:9,
98:14, 129:20,
131:6, 225:9,
225:10, 256:11
**four**
36:22, 61:2,
63:8, 63:17,
64:11, 74:3,
76:8, 79:4,
81:12, 84:18,
85:5, 85:19,
86:12, 86:13,
86:21, 87:4,
87:11, 87:12,
87:13, 87:15,
90:4, 90:11,
91:22, 101:16,
101:17, 102:4,
102:19, 102:20,
102:22, 107:4,
107:5, 114:17,
117:19, 118:20,
119:2, 119:11,
119:13, 124:9,
124:12, 137:2,
137:3, 137:6,
177:16, 194:1,
227:12, 239:13,

268:7, 274:22,
282:19, 290:18,
292:13, 294:21,
295:9, 295:16
**frame**
206:9
**france**
105:15, 175:9
**franchising**
45:19
**francisco**
248:8, 248:9,
248:16, 250:18,
269:12, 269:16
**frankly**
17:21, 45:18
**fraud**
259:21, 259:22,
267:8
**fraudulent**
259:16
**free**
35:4, 63:16,
74:6, 117:5,
179:12, 220:15,
258:20
**freely**
8:22
**freeport**
66:9, 169:3,
233:4, 233:11
**friend**
47:20, 214:11,
307:11
**friendly**
134:18
**front**
13:15, 18:2,
52:5, 159:12,
197:4, 199:9
**fuck**
296:6
**fucked**
252:16, 296:8,
301:16
**fucking**
257:7, 257:11
**fucks**
144:20

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

326

| | | | |
|---|---|---|---|
| **fudges** | 96:21, 118:12, | **give** | 303:6, 306:8 |
| 109:5 | 160:13, 160:14, | 3:1, 7:17, | **go-between** |
| **full** | 173:21, 213:3, | 15:9, 15:11, | 74:18, 76:17, |
| 3:10, 277:14 | 244:13, 269:7, | 16:6, 54:7, | 76:21, 221:8 |
| **fully** | 302:3 | 56:13, 58:5, | **god** |
| 104:21, 114:2 | **general** | 58:7, 74:17, | 18:2 |
| **funny** | 147:15, 256:1 | 79:18, 82:6, | **goes** |
| 159:5, 159:10 | **generated** | 82:22, 83:6, | 67:1, 67:7, |
| **furniture** | 213:20 | 86:20, 94:9, | 67:9, 73:13, |
| 244:15 | **gentleman** | 94:11, 94:16, | 103:18, 114:3, |
| **further** | 306:18 | 98:2, 104:22, | 175:7, 178:22, |
| 115:2, 163:13 | **genuine** | 105:3, 118:11, | 180:4, 180:11, |
| **future** | 19:12, 19:16, | 120:4, 121:15, | 180:13, 180:17, |
| 18:6 | 42:17, 181:13 | 123:7, 125:15, | 181:8, 185:1, |
| **G** | **gets** | 132:11, 137:2, | 191:18, 199:20, |
| **g-o-g-i-e** | 57:11, 57:16, | 138:1, 141:4, | 224:4, 277:13, |
| 237:12 | 76:22, 81:3, | 141:21, 148:3, | 277:16 |
| **g-o-i** | 108:9, 114:14, | 162:10, 163:2, | **gogie** |
| 237:7 | 163:17, 179:7, | 163:4, 163:7, | 237:4, 237:11, |
| **gain** | 181:7, 181:12, | 174:13, 174:22, | 237:14, 238:4, |
| 173:12 | 192:1, 192:2, | 176:2, 180:7, | 300:2, 300:3 |
| **gambler** | 197:12, 200:6, | 206:17, 208:13, | **gold** |
| 28:17 | 202:8, 232:21, | 208:14, 208:16, | 69:8, 131:19, |
| **game** | 232:22, 266:6, | 209:10, 209:12, | 244:10 |
| 299:8 | 277:11, 277:21, | 210:19, 214:10, | **gone** |
| **gang** | 289:14, 290:10, | 215:11, 215:12, | 6:22, 33:14, |
| 193:12 | 293:21, 294:5 | 216:13, 216:17, | 34:16, 54:16, |
| **gangbusters** | **getting** | 218:10, 220:16, | 85:6, 92:19, |
| 218:11 | 4:13, 49:14, | 221:2, 227:12, | 96:19, 123:15, |
| **garment** | 49:15, 49:16, | 227:13, 269:6, | 124:18, 131:4, |
| 199:9 | 50:19, 71:17, | 283:11, 285:20, | 146:12, 175:4, |
| **gary** | 79:14, 80:20, | 295:21, 296:1, | 190:12, 191:1, |
| 199:17, 242:19, | 83:5, 90:11, | 304:5 | 206:9, 206:10, |
| 307:3 | 104:17, 110:10, | **given** | 208:7, 209:3, |
| **gas** | 115:1, 123:21, | 3:2, 41:4, | 225:15, 280:15, |
| 166:16, 224:7, | 124:1, 126:19, | 59:15, 61:3, | 301:17 |
| 249:8, 251:9, | 126:20, 144:5, | 96:3, 107:15, | **good** |
| 270:10, 270:18, | 176:7, 179:19, | 193:14, 194:2, | 4:5, 14:19, |
| 296:13 | 182:10, 182:19, | 201:4, 241:21, | 14:21, 18:5, |
| **gather** | 182:21, 195:15, | 262:3, 262:4, | 31:20, 37:4, |
| 11:2, 11:13, | 195:16, 196:19, | 263:4, 293:13 | 44:13, 48:6, |
| 13:5 | 200:3, 207:5, | **gives** | 48:7, 52:10, |
| **gave** | 224:2, 228:1, | 82:7, 105:7, | 53:7, 94:16, |
| 38:1, 39:3, | 252:5, 257:1 | 189:1, 194:15, | 96:9, 96:17, |
| 39:9, 41:13, | **girlfriend** | 209:16 | 101:13, 108:20, |
| 42:12, 68:5, | 117:13, 214:13 | **giving** | 108:22, 109:2, |
| 74:19, 93:14, | **girls** | 58:11, 79:19, | 109:10, 117:3, |
| | 142:22 | 234:6, 299:19, | 128:18, 160:7, |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

165:14, 165:15,
165:22, 170:16,
180:1, 215:20,
232:17, 234:8,
255:4, 259:18,
266:17, 276:10,
291:20, 299:12,
299:14, 306:6
**gotten**
62:13, 70:20,
77:3, 179:13,
199:18, 253:1,
253:4, 296:16,
299:18
**government**
1:3, 43:22,
121:14, 143:22,
169:17, 169:19,
199:12, 241:12,
287:12, 292:2,
292:8
**grab**
184:8, 208:19
**grace**
191:12
**gramil**
73:14
**grand**
110:11
**great**
91:1, 157:6,
222:15
**greed**
117:15
**greedy**
84:12, 109:5
**green**
158:11, 159:19,
159:22, 219:4
**grill**
250:14, 250:16
**group**
19:11, 53:18,
61:13, 61:15,
63:15, 63:17,
76:1, 76:7,
77:4, 78:2,
84:17, 86:3,

94:7, 97:10,
100:13, 100:14,
100:16, 106:5,
118:6, 126:8,
133:17, 134:15,
143:9, 161:18,
161:21, 271:16,
299:21, 300:1,
307:21
**groups**
15:21
**grown**
251:19
**grown-up**
296:16
**gs**
73:18
**guarantee**
15:13, 113:14,
113:22, 115:17,
216:17
**guaranteed**
114:8, 192:15
**guardian**
257:15, 257:16
**guatemala**
30:5, 32:9,
80:22, 193:10,
194:4, 194:5,
194:6
**guatemalan**
117:13
**guess**
149:21, 184:14,
262:6, 281:16
**guessing**
111:1
**guide**
62:21, 63:1,
63:2, 63:16
**guilt**
296:17, 297:3,
297:15
**guilty**
36:11, 296:6,
296:18
**guinea**
69:7

**gujarati**
87:2
**gul**
282:15
**gun**
131:6, 131:8,
132:7, 132:10,
132:11, 134:1,
134:11, 245:1,
253:5
**guns**
28:18, 35:9
**gupta**
74:8, 74:10,
74:12, 79:20,
79:21, 80:8,
80:13, 81:10,
84:22, 102:5,
102:6, 102:9,
102:12, 106:12,
123:15, 189:6,
216:2, 216:6,
235:3, 235:5,
235:7
**gupta's**
120:3
**guy**
7:3, 16:14,
16:15, 16:16,
23:14, 27:20,
28:4, 29:20,
30:11, 34:16,
43:2, 46:2,
46:8, 56:16,
56:17, 62:16,
64:14, 68:10,
81:13, 84:8,
94:20, 94:21,
98:4, 99:1,
103:18, 106:19,
107:6, 107:18,
109:17, 115:3,
117:7, 125:4,
125:21, 127:5,
132:8, 132:9,
142:4, 147:2,
147:6, 149:9,
149:10, 149:11,

156:20, 156:21,
157:15, 158:7,
162:1, 162:4,
164:9, 165:8,
165:9, 165:10,
166:1, 168:10,
169:11, 171:2,
171:9, 171:14,
171:20, 171:22,
172:6, 174:12,
178:20, 188:12,
188:17, 189:7,
209:12, 217:4,
217:17, 218:11,
218:13, 224:16,
224:20, 225:17,
228:9, 229:4,
230:20, 232:21,
235:18, 238:4,
238:19, 242:1,
257:15, 266:7,
277:7, 280:4,
280:6, 280:19,
281:1, 281:2,
281:8, 293:10,
297:16, 299:3,
299:15, 302:7,
305:18, 306:3,
308:3
**guy's**
87:2, 148:15,
273:18, 273:22,
280:7
**guyana**
49:15, 50:14,
50:17, 50:18,
66:2, 66:3,
186:1, 186:5,
259:7, 299:5,
302:14
**guyanese**
66:1
**guys**
10:14, 15:18,
30:13, 33:21,
34:6, 34:9,
35:7, 44:20,
45:12, 45:16,

58:10, 63:5,
68:7, 74:19,
81:9, 81:15,
87:9, 87:11,
94:16, 94:19,
110:8, 113:12,
125:8, 127:8,
142:2, 145:6,
146:15, 171:16,
174:12, 177:10,
181:19, 181:21,
189:14, 198:7,
198:8, 206:1,
206:21, 207:13,
207:14, 208:3,
214:22, 216:2,
217:7, 217:8,
218:19, 220:6,
221:9, 225:11,
225:14, 227:13,
230:9, 256:18,
257:17, 266:7,
290:18, 290:22,
295:17, 299:1,
302:9, 305:16

**H**

**habit**
102:13, 109:9
**hadn't**
33:14, 56:7
**hair**
173:11, 302:15
**hairy**
133:13
**haiti**
44:20, 45:11,
49:16, 50:20,
67:1, 78:13,
78:17, 88:15,
88:17, 100:7,
122:4, 123:9,
123:11, 145:8,
154:14, 177:7,
210:14, 266:3,
277:11
**haitian**
147:5, 147:6

**haitians**
67:15, 278:1
**half**
141:8, 146:10,
146:11, 146:15,
196:18, 225:2
**hand**
39:7
**hands**
34:22, 35:2
**hang**
215:15
**hangers**
51:17
**happen**
64:6, 107:22,
122:9, 122:10,
142:11, 297:7
**happened**
12:11, 33:20,
34:14, 37:5,
38:11, 62:3,
62:4, 62:13,
65:2, 85:4,
114:10, 123:14,
129:8, 142:13,
154:10, 220:4,
243:3, 268:14,
268:16, 285:5,
301:19
**happening**
16:19, 51:8,
57:10, 89:11
**happens**
9:12, 9:17,
43:13, 144:15,
174:11, 178:14,
184:3, 191:4,
292:3, 295:22
**happiness**
296:11
**happy**
256:10, 266:7,
296:14
**hard**
104:16, 105:11
**harm**
34:21, 82:13,

190:22
**harm's**
14:19
**has**
6:22, 18:6,
35:9, 41:2,
43:15, 46:8,
67:14, 82:4,
82:5, 82:8,
96:20, 102:13,
105:5, 105:10,
107:6, 107:15,
107:17, 109:9,
109:13, 115:11,
116:11, 117:13,
117:19, 117:20,
117:21, 117:22,
118:1, 122:1,
122:3, 125:7,
134:10, 136:9,
148:18, 157:9,
173:18, 175:4,
179:18, 184:2,
186:14, 197:6,
197:7, 198:18,
199:21, 202:13,
204:6, 206:22,
207:10, 208:7,
209:3, 209:14,
209:16, 212:21,
212:22, 218:4,
221:5, 237:14,
244:22, 256:3,
276:6, 277:8,
294:10, 303:5,
303:9, 307:2
**hassan**
242:7
**hassle**
117:10, 209:11
**haven't**
187:7, 239:5
**having**
207:12
**hawala**
104:18, 152:21
**hayward**
251:9, 270:10

**he'd**
102:13
**he'll**
116:6, 116:7,
116:8, 116:9,
116:13, 116:19,
117:12, 117:13,
156:16, 198:18
**head**
133:15
**hear**
163:21, 167:19,
190:17, 190:19,
200:21
**heard**
67:6, 166:4,
186:20, 276:15,
277:5, 277:8
**hearsay**
291:8
**heart**
115:14, 234:19,
285:10, 295:22
**heck**
245:16
**height**
197:17
**helicopter**
218:8
**help**
9:11, 13:11,
15:14, 17:22,
49:18, 51:11,
112:20, 124:21,
125:15, 126:18,
137:4, 203:4,
203:5, 288:9,
295:17, 298:15
**helped**
24:22, 60:6,
101:1, 120:14,
126:15, 126:16,
137:1, 137:2,
137:6
**helpless**
297:16
**helps**
203:6

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                      329

**her**
48:13, 49:1,
68:12, 68:16,
68:20, 68:21,
69:19, 80:1,
80:2, 89:10,
111:13, 118:1,
128:9, 129:19,
131:4, 131:5,
131:16, 131:17,
134:11, 150:8,
150:9, 150:11,
150:13, 152:6,
152:8, 153:4,
170:18, 173:8,
173:9, 173:13,
173:19, 212:14,
221:7, 244:11,
244:12, 245:4,
245:7, 245:10,
253:10, 287:3,
294:7, 302:6,
303:2
**here's**
58:12, 178:20
**hereby**
309:3
**hey**
77:3, 89:13,
190:8
**hiat**
129:14, 129:16,
244:2, 244:9
**high**
80:10, 237:18,
237:20, 237:21,
237:22, 287:9
**highlight**
90:19
**highly**
277:15
**hills**
22:20
**himself**
109:22, 227:9,
227:12
**hindsight**
252:16

**hindu**
130:4
**hired**
99:22, 216:2
**hispanic**
5:14
**hit**
116:9, 242:21
**hitting**
296:7
**hold**
63:13, 163:3,
219:3, 304:17
**holding**
301:5
**home**
26:16, 26:19,
85:7, 206:18
**homeland**
2:5, 10:21
**homicide**
34:14
**honey**
289:17, 289:21
**honor**
115:21
**hook**
155:9, 155:10
**hope**
18:3
**hopefully**
18:1
**hospital**
34:1, 34:3
**hot**
50:15, 50:16,
57:11, 207:16,
233:8
**hotel**
25:19, 62:20,
63:13, 86:16,
86:18, 87:3,
87:20, 133:12,
135:16, 204:21,
219:8, 219:9,
219:10, 219:17,
248:15, 249:9,
251:5, 269:13,

270:7, 270:9
**hotel's**
249:11, 249:13
**hour**
93:17, 146:10,
146:11, 146:15,
279:9
**hours**
91:21, 91:22,
93:1, 128:12,
130:12, 140:1,
167:21, 194:3,
219:19, 219:20,
270:20, 280:2
**house**
86:15, 96:15,
96:16, 96:18,
97:4, 111:11,
111:13, 129:11,
130:9, 131:12,
133:10, 134:6,
135:6, 159:9,
203:14, 203:16,
203:17, 204:19,
204:22, 205:1,
205:2, 205:4,
219:8, 219:17,
220:7, 221:1,
244:15, 247:5,
247:6, 275:6,
275:14, 279:5,
280:7, 280:9
**houses**
205:7, 205:8,
205:9
**how**
3:21, 12:15,
16:9, 16:12,
18:3, 22:9,
23:2, 29:15,
30:21, 31:2,
42:19, 52:22,
53:11, 58:19,
65:1, 87:10,
94:12, 97:19,
103:12, 104:9,
104:15, 105:20,
110:20, 113:11,

113:12, 123:8,
125:2, 126:3,
126:5, 132:4,
136:1, 136:21,
142:4, 144:10,
149:20, 149:22,
153:22, 154:5,
155:8, 155:15,
156:12, 158:18,
158:21, 159:21,
161:2, 166:12,
171:12, 174:9,
174:13, 175:11,
177:9, 177:10,
178:13, 180:10,
182:9, 187:9,
187:11, 188:21,
188:22, 191:22,
196:21, 205:6,
210:11, 217:16,
218:6, 225:10,
227:17, 233:10,
233:13, 233:19,
236:7, 237:5,
250:7, 262:2,
268:6, 279:11,
284:11, 292:18,
300:4
**however**
8:14, 223:14
**hub**
185:2
**huh**
91:13, 115:7,
116:15, 187:10,
235:22, 245:8,
286:1
**human**
24:16, 25:13,
33:9, 33:11,
35:16, 307:21
**hundred**
54:7, 116:6,
126:12, 134:12,
137:2, 137:4,
137:6, 172:9,
172:11, 172:13,
180:22, 184:9,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

330

192:5, 193:22,
209:15
**hundreds**
101:1
**hurt**
217:14
**hurts**
174:6
**husband**
48:21, 128:10,
132:2
**hush**
133:1

**I**

**i'll**
97:19, 116:12,
163:4, 210:20,
210:21
**i've**
10:8, 52:14,
67:6, 96:10,
239:7, 240:14,
253:18, 258:3,
299:10, 301:15
**i-n**
39:21
**iceberg**
112:7
**id**
27:8, 162:10,
163:2, 209:17,
226:3, 226:4,
226:8, 226:9,
226:10, 227:6,
227:21, 242:7,
242:12, 242:13
**idea**
98:3
**identify**
170:18, 216:13
**identity**
43:1, 260:3
**idiot**
62:14, 257:7
**idiots**
256:16
**ids**
227:15, 227:16,

232:16, 307:7
**illegal**
26:3, 95:15,
131:15, 143:16,
224:5, 224:7,
245:20, 262:12,
270:14, 270:15,
271:8, 280:8
**illegally**
21:14, 21:15,
23:21, 166:22,
167:2, 249:1,
263:14
**illegals**
67:2, 277:15
**imagine**
112:14
**immigrant**
209:6
**immigration**
31:14, 37:15,
45:1, 45:2,
49:9, 50:19,
50:20, 59:7,
59:10, 66:12,
66:14, 66:18,
66:19, 70:13,
70:18, 70:19,
70:21, 76:3,
78:9, 96:20,
96:21, 112:8,
137:19, 140:5,
140:6, 140:9,
165:11, 168:10,
168:13, 169:20,
178:2, 178:7,
180:5, 180:15,
180:18, 180:20,
181:7, 181:21,
192:14, 193:2,
195:13, 195:14,
195:16, 195:17,
207:6, 208:3,
208:12, 211:5,
213:7, 213:20,
213:21, 213:22,
228:9, 228:14,
228:18, 228:19,

228:21, 229:21,
230:2, 231:21,
260:8, 266:4,
266:5, 278:3,
287:12, 289:4,
289:6, 290:22,
303:4, 303:5
**important**
10:16, 12:5,
12:12, 13:5,
46:16, 47:11,
48:7, 108:17,
270:11
**impossible**
43:18
**inc**
128:2
**incarcerated**
76:3, 121:6
**incident**
132:19, 284:12,
284:16, 285:17
**including**
288:5, 289:22
**independent**
293:19
**india**
18:22, 21:1,
21:2, 21:11,
23:15, 25:11,
28:15, 37:6,
37:20, 37:22,
39:3, 43:14,
45:3, 45:4,
45:19, 46:4,
49:8, 51:2,
57:4, 58:2,
58:15, 76:16,
79:13, 80:16,
80:17, 104:22,
105:4, 105:13,
122:16, 122:20,
122:22, 137:14,
138:21, 152:7,
156:5, 177:11,
178:3, 178:9,
178:10, 178:13,
181:17, 185:12,

185:13, 187:17,
188:13, 191:20,
196:20, 198:8,
200:2, 209:6,
213:16, 218:3,
237:3, 253:8,
253:17, 255:11,
256:4, 256:13,
257:4, 257:21,
295:3
**indian**
23:14, 76:2,
112:17, 114:1,
117:18, 127:19,
174:19, 177:11,
196:14, 198:19,
235:14, 240:5,
250:13, 271:14,
276:13, 276:14,
277:6
**indians**
16:21, 33:3,
62:20, 63:12,
63:17, 70:11,
70:21, 102:4,
103:6, 118:16,
118:21, 119:1,
119:2, 166:8,
166:10, 166:15,
186:6, 196:6,
198:13, 199:3,
215:4
**indicated**
243:16, 251:13,
272:4
**indication**
107:14
**individual**
60:6, 71:22,
76:14, 79:18,
80:6, 98:3,
100:8, 103:14,
104:1, 104:2,
105:5, 109:5,
113:16, 115:1,
116:3, 116:8,
116:9, 116:14,
120:5, 124:4,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

331

128:7, 134:4,
141:19, 144:13,
156:15, 160:17,
172:15, 172:18,
230:16, 276:11,
283:2, 285:8,
292:20, 293:2
**individual's**
159:9
**individually**
120:3, 137:1,
144:21
**individuals**
53:18, 59:6,
63:17, 77:15,
95:12, 103:4,
103:15, 105:14,
105:15, 105:16,
109:17, 110:19,
111:19, 112:13,
112:15, 112:20,
118:6, 119:8,
119:12, 119:13,
124:8, 128:13,
130:8, 130:14,
132:14, 137:17,
143:6, 145:7,
154:22, 155:13,
156:15, 213:7,
272:22, 273:7,
288:3, 295:13
**industry**
231:22
**information**
3:1, 3:2, 3:6,
4:16, 11:2,
11:10, 12:6,
15:11, 17:3,
53:17, 59:14,
70:9, 71:21,
86:20, 98:6,
149:17, 149:19,
215:13, 234:3,
234:6, 238:5,
272:6, 272:14,
276:8, 300:7,
307:5, 309:8
**initial**
17:14, 17:20

**initially**
47:19
**initials**
18:7
**initiative**
218:10
**injured**
33:21
**inn**
135:17, 249:13,
249:14, 249:21,
250:10
**innocence**
291:9
**inside**
148:17, 259:3,
288:9
**insisted**
256:2
**inspection**
112:10
**instance**
88:16, 166:10,
222:1, 222:7
**instantly**
281:6
**instead**
75:3
**instruction**
304:5
**instructions**
64:5, 85:20,
86:15, 189:2
**instructs**
188:22
**insurance**
129:21
**intercede**
134:17
**intercepted**
84:18, 91:15
**interest**
309:10
**interesting**
17:1, 160:4
**interjet**
199:19, 199:20
**interpol**
207:20

**interruption**
75:16, 243:4
**interview**
1:9, 2:11,
2:14, 2:22,
167:22, 210:1,
233:21, 233:22,
234:15, 259:12
**interviewed**
255:15
**into**
21:13, 42:8,
48:12, 63:19,
64:9, 68:8,
83:11, 93:8,
112:20, 116:7,
123:22, 124:1,
132:9, 137:8,
137:10, 141:14,
174:21, 184:20,
202:22, 203:3,
218:20, 225:15,
233:7, 236:6,
252:15, 253:9,
253:10, 253:11,
256:12, 261:10,
272:2, 277:11,
296:6, 297:8,
299:9, 306:17
**introduced**
27:13, 128:8,
308:1
**investigating**
10:22, 13:1
**investigation**
11:1
**investigations**
2:6, 147:11,
147:12, 157:7
**investigator**
10:21, 260:10
**involved**
19:12, 66:18,
78:16, 78:17,
78:19, 79:3,
79:5, 79:9,
128:6, 129:9,
134:14, 181:22,

182:2, 189:11,
189:13, 189:17
**involvement**
152:9
**irrespective**
200:16
**irwin**
74:8, 74:12,
79:21, 80:8,
80:9, 80:13,
84:22, 189:6,
235:7
**isadene**
244:2
**islam**
130:2, 130:5,
130:6, 130:16,
130:20, 133:14
**island**
193:16, 228:10,
230:13, 230:20,
248:13, 279:20
**islands**
112:9, 229:12,
229:20, 291:11
**issue**
150:16, 227:6,
227:15, 299:17
**issued**
213:20
**issues**
52:6, 227:16
**it's**
11:19, 13:5,
45:17, 112:2,
115:9, 129:15,
141:7, 141:21,
143:19, 149:14,
160:3, 168:5,
180:5, 191:6,
242:6, 253:5,
270:11, 286:5,
289:17, 291:11,
297:3, 306:22,
307:1
**item**
58:6
**its**
309:11

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

332

| **J** |
|---|
| **j-i-n** |
| 39:19 |
| **jack** |
| 266:4 |
| **jackpot** |
| 242:21, 243:2 |
| **jail** |
| 36:21, 47:2, |
| 259:3, 297:8 |
| **jamaica** |
| 41:10, 45:14, |
| 64:12, 137:14, |
| 152:14, 152:16, |
| 153:16, 153:17, |
| 153:20, 155:22, |
| 164:17, 165:7, |
| 168:22, 233:2, |
| 233:3, 295:4 |
| **jamaican** |
| 62:15, 65:5, |
| 156:22, 172:21 |
| **jamaicans** |
| 63:6, 63:7, |
| 63:8, 63:9, |
| 63:18, 86:1, |
| 93:18, 118:10, |
| 119:5, 233:6 |
| **january** |
| 20:18, 20:19 |
| **java** |
| 226:16 |
| **javier** |
| 266:14, 278:22, |
| 279:1, 279:4 |
| **jay** |
| 149:10, 149:12, |
| 160:5, 225:17, |
| 226:9, 226:10, |
| 226:11, 226:15, |
| 226:17, 228:4, |
| 228:5, 228:6, |
| 228:7, 228:13, |
| 230:3, 232:14, |
| 266:14, 278:11, |
| 278:15, 278:16, |
| 279:2 |

**jay's**
226:13, 230:12,
230:13
**jeopardy**
51:19, 94:16
**jersey**
23:9, 23:11,
24:9, 24:13,
246:8, 268:19
**jet**
60:17
**jewelry**
131:19, 244:10
**jfk**
261:20, 261:22,
262:1, 262:2,
267:17, 267:19,
281:1
**job**
1:20, 15:10,
25:15, 25:17,
26:15, 69:21,
69:22, 80:21,
110:11, 110:12,
127:18, 129:3,
134:3, 140:2,
141:1, 159:13,
166:2, 182:4,
188:5, 232:17,
271:9, 291:10
**jobs**
250:2
**joke**
303:5
**joking**
258:16
**journey**
193:16, 210:18
**juan**
222:18
**juliano**
255:21
**jump**
193:6
**jumped**
71:17, 71:18,
253:5, 253:12
**jumping**
217:19, 229:20

**june**
151:15, 267:2,
309:16
**just**
4:8, 6:15, 7:7,
13:20, 16:1,
16:13, 18:11,
18:15, 18:18,
19:13, 24:22,
25:19, 27:6,
27:7, 33:15,
33:19, 34:21,
35:2, 35:3,
51:15, 63:9,
69:13, 70:11,
71:12, 76:17,
82:6, 88:12,
91:4, 91:21,
97:21, 101:9,
105:2, 109:8,
109:10, 112:7,
113:6, 116:1,
118:5, 124:2,
126:4, 131:2,
134:7, 134:21,
135:10, 135:12,
136:15, 138:18,
139:22, 150:17,
153:7, 159:10,
166:3, 167:5,
167:6, 170:21,
172:7, 180:6,
186:5, 190:2,
195:16, 195:18,
196:20, 197:20,
203:7, 207:2,
208:1, 209:12,
214:5, 214:10,
216:9, 217:10,
218:12, 218:20,
224:8, 224:19,
225:7, 225:8,
227:6, 244:14,
245:13, 245:16,
245:17, 245:18,
250:17, 251:17,
252:21, 253:5,
253:18, 264:12,

270:17, 271:12,
277:17, 280:15,
280:21, 281:5,
292:17, 295:11,
300:20, 303:15,
304:17

| **K** |
|---|
| **k-u-m-a-r** |
| 235:12 |
| **kamal** |
| 60:10, 60:11 |
| **keep** |
| 16:17, 16:18, |
| 25:5, 29:6, |
| 163:11, 163:12, |
| 163:19, 166:15, |
| 169:5, 197:20, |
| 204:19, 221:3, |
| 223:21, 224:12, |
| 304:7 |
| **keeping** |
| 54:20, 280:9 |
| **keeps** |
| 16:13, 193:20, |
| 194:14, 227:3 |
| **ken** |
| 29:21, 144:22 |
| **kenya** |
| 200:7, 200:8 |
| **kept** |
| 98:8, 131:19, |
| 179:3 |
| **key** |
| 193:11 |
| **keys** |
| 135:11 |
| **khathmandu** |
| 57:13 |
| **kick** |
| 257:10 |
| **kid** |
| 19:2 |
| **kidnap** |
| 255:14 |
| **kidnapped** |
| 255:20 |
| **kidney** |
| 271:20 |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

333

kids
52:16, 237:15,
268:20
kill
34:20, 132:2,
155:14, 255:17,
289:13, 297:5
killed
292:8, 298:9
killing
132:6, 297:20
kind
139:3, 295:20,
296:22, 298:7,
300:7
kingpin
73:3, 125:4,
147:3
kitts
97:10, 97:12
klm
179:15, 179:17,
179:18, 180:19,
182:19, 235:18
knew
78:22, 79:9,
88:14, 123:14,
133:22, 143:21,
143:22, 144:2,
144:3, 146:17,
146:18, 150:15,
150:17, 150:18,
151:3, 151:18,
208:8, 211:19,
225:14, 231:15,
240:6, 245:18,
253:16, 281:11,
295:19
knocked
46:8, 259:3
knowing
291:4
knowledge
57:19, 57:20,
72:9, 232:1,
232:3, 232:4,
304:4
known
252:14, 290:19,

298:8
knows
48:9, 51:8,
169:19, 178:14,
214:22, 215:6,
216:14, 281:11,
290:1, 290:11,
299:11, 299:12,
300:19, 300:21,
301:4
kosher
133:4
krome
36:9
kuman
214:11
kumar
20:1, 37:9,
39:5, 39:9,
39:14, 40:1,
40:3, 40:4,
40:5, 74:8,
74:12, 79:21,
80:8, 80:12,
80:13, 127:13,
129:17, 216:14,
235:7, 235:8,
235:10, 235:11,
235:14, 238:22,
243:17, 243:18,
259:15
kumar's
134:11

_____

L

lady
42:1, 119:9,
128:8, 128:9,
129:10, 129:14,
129:16, 154:13,
245:12, 251:20,
296:11, 296:19
laguardia
261:21
laid
299:8
lakhs
49:3, 49:4,

113:15, 179:1,
179:2, 180:8,
180:9, 192:5,
192:6, 192:9,
217:3
land
145:9, 219:16
landed
288:2, 288:7
landing
202:13, 202:14
language
34:19, 46:22,
121:17
languages
281:12
lankan
31:1, 31:22,
87:8, 87:11,
87:13, 125:19
lankans
62:16, 62:20,
63:13, 87:15,
87:17, 118:18,
118:19, 119:3,
125:18, 196:4,
196:8, 196:9
larko
12:21, 48:9,
48:16, 53:18,
59:15, 150:12,
160:6, 160:14,
304:4, 304:11
last
52:18, 80:19,
126:6, 160:11,
161:12, 170:12,
171:21, 218:5,
224:15, 276:18,
276:19, 280:15,
301:21, 301:22,
302:22, 303:3
later
29:11, 93:9,
97:20, 116:4,
168:2, 236:22,
276:8
laundering
199:8

law
216:4
lawyer
8:11, 8:13,
8:19, 9:10,
96:1, 96:19,
96:20, 215:21,
244:14
lawyers
8:17, 113:22,
114:1, 215:7
laying
29:9
learn
65:1
learned
68:4, 96:10,
108:18, 223:5,
265:21
least
94:10, 125:19,
126:12, 163:12,
191:14, 197:3,
197:4, 197:5,
200:18, 231:21,
297:9
leave
31:10, 88:15,
129:5, 170:6,
194:3, 194:16,
210:22, 220:6
leaving
272:19, 280:22
left
13:8, 18:11,
19:7, 19:9,
85:6, 88:17,
91:17, 92:4,
92:6, 92:7,
124:10, 127:18,
134:21, 135:1,
135:5, 135:6,
135:11, 140:3,
180:7, 180:8,
180:9, 194:2,
218:20, 247:5,
247:7, 250:17,
253:14, 297:17,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

334

**301:13**
**legal**
75:6, 88:22,
131:16, 141:1,
167:17, 200:17,
200:19, 206:6,
233:9, 256:3,
276:3, 276:4,
307:14
**legalized**
256:4
**legally**
44:3, 44:4,
156:17, 200:14,
200:15, 253:1
**legit**
129:12, 159:17,
159:18, 240:8
**legitimate**
43:6, 43:7
**less**
38:12, 41:1,
90:14, 152:11,
174:17, 179:20,
192:4, 237:22,
264:2, 268:2
**let**
5:16, 7:19,
10:11, 17:3,
28:7, 32:17,
35:8, 39:18,
43:4, 51:17,
53:9, 57:13,
61:2, 67:15,
71:21, 73:20,
78:8, 78:12,
78:21, 90:17,
91:11, 97:21,
98:1, 102:15,
112:18, 118:11,
133:18, 141:20,
158:5, 170:21,
180:18, 184:8,
185:10, 200:22,
207:17, 212:19,
219:5, 219:22,
220:1, 220:2,
226:5, 228:12,

228:13, 238:3,
240:20, 245:1,
254:12, 271:11,
281:5, 290:3,
290:17
**let's**
13:17, 17:4,
18:3, 46:7,
88:10, 112:19,
126:6, 127:4,
127:7, 167:20,
174:19, 177:10,
178:8, 178:9,
188:9, 188:11,
195:22, 196:1,
197:2, 203:9,
219:6, 219:13,
222:6, 222:13,
227:12, 238:15,
256:14, 258:10,
282:5, 290:6,
290:7
**lets**
113:17
**level**
80:10, 124:3,
237:18
**levels**
238:2
**license**
127:22, 161:7,
161:8, 161:9,
244:1, 250:19,
266:16, 269:20,
308:4
**lie**
261:5, 264:18,
265:7
**life**
14:20, 18:5,
51:18, 129:10,
130:4, 130:18,
136:9, 252:18,
253:17, 265:6,
268:22, 296:9,
296:11, 298:4
**light**
10:6, 10:8,

**191:10**
**lights**
34:4
**line**
17:14, 18:8,
68:20, 125:11,
198:10
**link**
68:18, 74:2,
90:5, 90:6
**links**
196:6
**list**
54:7, 54:20,
126:12, 283:5
**listen**
4:14, 4:20,
10:15, 12:16,
34:9, 52:20,
53:7, 83:3,
97:17, 148:5,
190:8, 221:17,
264:16, 298:11
**listening**
2:14, 10:22
**literally**
82:5, 135:10,
245:17
**little**
5:4, 5:20, 6:2,
6:4, 6:7, 35:14,
61:21, 67:6,
79:19, 109:5,
127:10, 133:2,
133:13, 155:22,
171:12, 173:8,
183:16, 184:2,
184:4, 191:2,
193:21, 215:19,
224:19, 251:19,
290:19, 295:12
**live**
2:16, 58:2,
134:5, 164:18,
268:22
**lived**
21:3, 21:22,
22:1, 22:4,

22:10, 22:14,
23:3, 23:4,
23:8, 23:17,
23:18, 111:13,
127:13, 132:5,
135:15, 136:3,
247:21, 248:1,
253:14, 271:10,
281:8
**liver**
217:18
**lives**
66:3, 66:5,
94:16, 95:7,
97:7, 162:19,
162:20, 162:21,
164:20, 164:21,
226:21, 226:22,
227:1
**living**
47:19, 70:2,
134:2, 134:5,
136:2, 148:12,
196:14, 211:19,
263:13, 263:16,
270:14, 272:13,
275:6, 275:10,
275:15, 276:1
**load**
68:4, 77:3,
90:14, 138:13,
145:10, 145:19,
145:20, 154:11,
154:12, 154:14,
154:15, 155:1,
225:3, 281:14,
281:20, 281:22,
282:6, 282:21,
289:15, 289:22,
290:5, 292:20,
294:14
**loads**
289:15
**locals**
241:10
**lock**
13:17, 18:11,
133:19, 133:20,

134:7, 291:7
**locked**
32:16, 32:19
**london**
175:8
**loner**
52:14
**long**
22:9, 23:2,
47:1, 51:13,
179:22, 182:12,
206:9, 206:10,
223:14, 223:22,
224:11, 231:17,
291:16
**long-term**
6:22
**look**
11:11, 64:12,
71:21, 117:3,
173:7, 180:12,
230:18
**looked**
159:10, 211:18,
212:2, 230:18,
230:19, 232:18
**looking**
98:17, 147:18,
153:12
**looks**
159:4, 181:10,
231:14
**loose**
173:11
**lose**
163:10, 302:10
**loss**
108:9, 108:10,
109:6, 109:7,
109:13, 258:6
**losses**
109:13
**lost**
19:13, 29:3,
62:14, 62:15,
63:18, 90:2,
93:18, 107:22,
141:16, 142:19,

145:11, 163:17,
224:20, 295:11
**lot**
16:21, 80:20,
100:21, 100:22,
101:8, 109:6,
123:16, 123:18,
133:1, 166:4,
169:20, 174:5,
199:17, 223:18,
233:6, 234:2,
236:8, 265:15,
265:20, 265:21,
285:18
**love**
251:20
**loved**
121:5, 121:9
**low**
193:11
**lowly**
218:12
**luck**
200:20, 253:7,
258:18, 258:19,
294:22, 295:11
**lucky**
59:20, 61:12,
294:11
**lunch**
4:21, 168:6

**M**

**m-a**
65:14
**m-a-r-c-i-a**
65:15
**m-o-h-e-n**
31:3
**made**
37:7, 53:19,
54:8, 57:2,
57:3, 85:8,
87:6, 87:7,
87:17, 94:8,
101:19, 102:10,
102:12, 107:4,
110:14, 114:18,

119:12, 119:13,
122:9, 122:10,
125:7, 126:4,
126:5, 126:7,
127:1, 138:10,
140:1, 141:10,
141:12, 145:13,
146:1, 146:2,
155:1, 155:3,
159:20, 160:9,
160:14, 169:1,
175:12, 191:19,
199:17, 200:1,
207:3, 208:4,
238:20, 254:3,
294:18, 307:18
**magistrate**
8:7
**mailed**
213:16
**main**
16:14, 28:18,
103:18, 125:21,
126:9, 127:3,
217:7, 218:13,
223:20, 280:20
**mainland**
225:22, 226:3,
226:6
**mainly**
213:8
**major**
171:20
**make**
6:9, 8:16,
11:7, 11:12,
12:3, 12:15,
51:15, 57:15,
113:9, 113:14,
115:6, 116:2,
124:3, 131:1,
138:7, 140:2,
140:5, 156:8,
156:9, 159:16,
159:18, 163:4,
174:16, 174:17,
177:18, 184:15,
195:2, 202:12,

203:16, 203:19,
204:9, 210:21,
216:1, 218:10,
219:15, 233:1,
257:6, 257:14,
293:11, 294:20,
305:9
**makes**
191:9
**making**
8:4, 15:3,
31:15, 49:3,
56:14, 56:16,
58:7, 58:11,
82:9, 82:10,
126:22, 139:1,
169:8, 180:6,
207:5, 272:10
**malaysian**
55:13
**man**
223:2, 285:3,
296:6
**manage**
290:3, 299:11
**managed**
119:9, 155:20,
191:14, 307:14
**manager**
135:16, 235:20,
248:15, 249:18,
251:11, 270:7
**manages**
234:22, 235:18
**managing**
79:14, 109:1
**many**
41:9, 41:10,
58:19, 87:10,
130:12, 136:22,
154:1, 206:14,
209:5, 236:7,
261:11, 284:11
**map**
270:3
**marcia**
65:4, 65:11,
65:12, 65:13,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

336

65:15, 65:16,
65:22, 68:11,
68:20, 71:19,
75:1, 75:2,
75:6, 77:14,
79:11, 79:13,
79:17, 81:4,
89:9, 90:4,
100:2, 100:4,
102:13, 109:22,
110:6, 110:13,
110:22, 111:9,
111:16, 111:21,
121:17, 121:18,
121:20, 122:5,
123:7, 144:21,
157:9, 169:14,
169:15, 170:11,
173:15, 173:16,
177:6, 212:6,
212:7, 212:16,
212:20, 214:12,
214:20, 221:5,
221:6, 221:8,
224:16, 284:18,
285:13, 285:14,
285:19, 286:12,
286:13, 289:3,
289:5, 289:22,
290:2, 293:5,
293:6, 293:21,
294:1, 295:21,
296:2, 296:3,
301:21, 301:22,
302:22, 307:22,
308:1
**marcia's**
74:19, 79:22,
112:6, 168:8,
295:19, 301:16,
308:1
**mariano**
1:15, 2:5
**marina**
148:19
**mark**
211:7, 211:9,
214:3, 215:10

**marriage**
129:17, 269:4,
297:2
**married**
129:14, 129:16,
167:16, 244:1,
252:6, 256:13,
267:16, 267:18,
267:19, 267:20,
268:8, 268:11
**marry**
130:1
**martin**
97:13, 124:19,
162:22, 163:1,
225:1, 226:20,
266:16, 278:21
**matched**
281:7
**matter**
115:2, 174:14,
292:2
**matters**
131:1, 257:6,
257:14
**may**
1:11, 3:18,
3:19, 8:5, 8:6,
8:14, 13:6,
19:5, 101:21,
168:5, 170:20,
234:4, 234:14,
267:2
**maybe**
56:2, 172:21,
173:7, 173:12,
218:1, 224:2,
233:14, 235:16
**mean**
3:6, 4:12,
46:13, 68:4,
82:9, 96:4,
96:5, 106:14,
110:21, 113:2,
121:12, 127:2,
141:5, 141:10,
148:2, 148:7,
149:21, 150:15,

150:16, 163:8,
165:16, 166:11,
192:21, 206:14,
222:15, 231:12,
242:22, 253:14,
257:20, 260:2,
264:11, 298:12,
299:17, 301:3
**meaning**
80:3, 81:16,
89:21, 94:22,
99:14, 155:10,
302:13
**means**
96:12, 232:9
**medical**
204:14
**meet**
72:11, 88:11,
116:18, 117:9,
120:18, 121:5,
165:5, 171:12
**meeting**
48:3, 84:3,
117:12
**meets**
116:19
**member**
176:18
**members**
27:2
**memory**
6:21, 6:22,
7:1, 75:18
**mention**
136:15
**mentioned**
76:8, 76:13,
101:14, 163:22,
201:2, 211:5,
226:14
**merely**
217:10
**mess**
179:21
**message**
286:20, 286:21,
287:1, 287:2,

306:21, 307:3
**messed**
18:22, 143:10,
154:17, 154:18,
252:17
**messes**
6:22
**met**
72:11, 72:13,
120:15, 122:16,
122:22, 171:7,
171:8, 171:10,
186:22, 228:10,
241:11, 265:12,
304:16
**mexican**
84:7, 117:7
**mexicans**
200:19
**mexico**
15:21, 32:12,
42:17, 45:13,
83:21, 109:1,
113:15, 116:5,
123:14, 125:20,
125:21, 138:2,
171:15, 175:11,
177:16, 177:18,
178:4, 178:5,
193:13, 194:6,
194:7, 194:10,
194:14, 195:1,
196:2, 196:10,
196:16, 197:7,
198:18, 199:7,
199:14, 199:15,
199:21, 200:1,
200:2, 200:4,
200:15, 200:16,
220:4, 223:5,
306:17
**miami**
2:8, 11:4,
23:16, 25:2,
25:9, 26:8,
27:7, 31:6,
31:8, 32:16,
33:6, 35:15,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

37:12, 53:19,
59:7, 62:12,
78:1, 85:13,
85:18, 148:12,
148:15, 159:22,
164:20, 164:21,
210:5, 211:6,
211:22, 213:21,
213:22, 219:7,
221:22, 222:2,
222:19, 232:7,
261:15
**michael**
211:7
**michigan**
125:6, 132:20
**mid**
254:4
**middle**
75:12, 237:19
**might**
7:2, 34:22,
291:10, 300:6
**milked**
199:21
**million**
125:7, 128:21,
196:18
**millions**
238:20
**mimi**
279:5, 279:6
**mind**
173:10, 182:18,
296:10
**mine**
19:21
**minute**
58:1, 89:4,
89:5, 93:6
**miracle**
300:20, 301:3
**miserably**
14:16
**miss**
61:8, 255:21
**missed**
47:12, 146:11

**missing**
61:2
**mistakes**
191:3
**mohan**
30:12, 30:19
**molest**
184:12
**mom**
251:19, 268:3,
268:20
**momentarily**
283:19
**moneygram**
175:7
**montalvo**
1:22, 309:3,
309:15
**month**
114:7, 136:16,
194:14, 239:13,
256:9, 263:4,
269:18, 269:19
**months**
113:21, 160:14,
225:2, 242:20,
246:4, 246:5,
246:6, 246:9,
247:17, 252:9,
262:4, 269:5
**moon**
270:20
**more**
30:2, 32:10,
35:14, 38:12,
41:1, 79:4,
90:13, 101:4,
124:5, 124:17,
129:2, 137:2,
137:3, 138:22,
152:11, 174:20,
183:16, 230:19,
234:5, 264:2,
265:11, 268:2,
274:20, 280:14,
289:16, 290:18,
299:19
**morning**
64:10, 92:5,

93:1, 93:3,
93:4, 93:11
**moroccan**
42:1, 128:8,
128:9, 129:10,
129:14
**mortuary**
99:4
**mosque**
130:9, 133:4
**most**
54:21, 93:16,
166:5, 206:19,
276:21, 277:19,
295:6
**mostly**
165:4, 168:19,
181:19, 219:9,
219:10
**mother**
69:20, 289:22,
296:19
**mountain**
246:15, 246:17,
246:18, 246:20,
246:22, 248:2,
248:4
**move**
23:7, 26:17,
26:18, 247:2,
255:11, 269:10,
281:13, 299:6,
299:9
**moved**
22:5, 22:19,
131:11, 246:15,
247:10, 247:17,
247:18, 248:6,
248:7, 248:12,
268:18, 268:19,
269:11, 304:18,
304:19
**moves**
224:16
**moving**
304:16
**much**
18:3, 52:13,

57:20, 75:22,
94:7, 98:5,
103:12, 125:15,
126:3, 126:5,
133:15, 144:10,
144:11, 154:5,
155:8, 155:15,
155:16, 156:12,
161:2, 169:13,
170:9, 174:14,
177:10, 188:22,
193:12, 196:19,
196:21, 208:1,
208:4, 217:19,
220:21, 220:22,
227:17, 233:12,
262:2, 265:10,
292:18, 301:14,
301:15
**murder**
34:14, 218:1
**muslim**
133:10, 133:11
**must**
77:2, 89:13,
146:7, 247:10,
260:22, 263:13,
263:14, 300:17
**myself**
9:13, 51:16,
52:3, 59:19,
135:12, 143:13,
216:13, 249:7,
296:8, 297:7,
297:20, 298:9

**N**

**name**
2:4, 4:4,
19:22, 20:6,
20:7, 20:9,
20:10, 27:21,
28:6, 30:11,
30:15, 37:7,
37:8, 39:11,
39:12, 40:5,
43:9, 43:11,
44:15, 56:13,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

338

73:3, 74:11,
86:18, 95:9,
95:11, 125:9,
127:13, 128:7,
129:17, 131:16,
131:18, 134:13,
141:21, 148:7,
149:13, 149:14,
153:4, 156:19,
157:5, 157:19,
170:12, 171:1,
171:6, 171:19,
172:2, 176:2,
176:5, 189:7,
214:10, 216:1,
216:7, 236:16,
238:20, 243:16,
244:1, 247:6,
249:12, 249:13,
250:22, 253:10,
257:3, 259:14,
260:5, 274:11,
276:1, 276:12,
276:15, 276:18,
276:19, 276:20,
277:1, 277:4,
277:8, 278:22,
279:3, 279:4,
305:18, 307:8,
307:20
**named**
76:14, 186:15,
242:1, 266:7
**names**
6:5, 41:6,
77:5, 145:1,
146:20, 148:4,
157:7, 272:12,
276:22, 282:10,
282:12, 282:14,
282:15, 282:20,
283:5
**narcotics**
35:10
**nassar**
275:16, 275:17,
275:19, 276:1,
276:2, 278:8,

278:10
**nassau**
66:9, 66:10,
66:11, 67:4,
67:5, 67:12,
70:5, 88:20,
88:21, 282:8,
287:12
**national**
20:22, 31:22,
66:1, 142:9,
235:14
**nationalities**
21:6, 119:6
**nationality**
32:2
**nationals**
76:2, 147:18
**naturalized**
281:3
**near**
250:21
**neck**
82:5
**need**
3:9, 4:1, 4:2,
7:16, 9:11,
13:4, 45:11,
53:10, 53:14,
53:19, 71:20,
83:18, 101:9,
136:14, 150:21,
153:10, 196:12,
215:14, 256:20,
296:12
**needed**
79:17, 129:3,
132:10
**needs**
83:14, 83:16,
183:2, 188:19,
204:13
**negotiation**
189:14
**neither**
309:8
**nepali**
193:20

**nephew**
125:8, 273:18,
273:22
**net**
290:22
**networks**
245:15
**neutral**
49:19
**never**
9:12, 16:17,
33:16, 45:20,
47:16, 106:11,
125:10, 126:10,
127:18, 127:19,
127:20, 131:12,
133:21, 136:9,
144:17, 151:2,
151:21, 152:1,
152:3, 155:1,
155:3, 155:11,
156:11, 156:14,
157:4, 159:4,
162:9, 190:13,
191:10, 194:19,
194:20, 218:3,
233:18, 235:15,
240:10, 240:11,
240:14, 241:19
**new**
22:1, 22:7,
23:9, 23:11,
23:18, 24:4,
24:8, 24:13,
25:3, 25:20,
49:22, 69:7,
104:18, 105:1,
105:10, 105:11,
136:7, 161:8,
246:3, 246:4,
246:5, 246:6,
246:8, 247:9,
252:22, 261:16,
261:17, 261:18,
261:19, 268:16,
268:17, 268:19
**news**
68:18, 90:6,

94:5
**next**
19:1, 115:17,
124:3, 125:7,
220:19, 245:18
**nice**
110:9, 291:20
**nick**
29:20, 30:3,
30:15, 30:16,
32:4, 32:6,
218:6
**nickname**
31:4, 242:4,
242:6
**nicknames**
237:8
**night**
92:5, 92:9,
92:10, 129:7,
301:22, 302:22,
303:3
**nighttime**
148:9
**nine**
103:15, 106:5,
118:21, 119:1
**no-no**
241:8
**nobody**
143:21, 143:22,
204:6
**nominees**
195:5
**none**
198:22, 207:9
**nor**
309:9
**normal**
204:11
**normally**
33:16, 42:16,
88:12, 103:15,
181:11, 185:1,
198:13
**north**
135:5, 135:7,
135:9, 136:2,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

339

136:3, 246:20,
246:21, 246:22,
247:19, 248:3,
248:4, 250:8,
250:9
**note**
105:3, 105:5,
190:9, 209:13,
209:14
**notes**
3:18
**nothing**
16:18, 27:9,
115:4, 117:5,
130:17, 220:8,
248:21, 270:16
**notice**
221:4
**notify**
219:15
**nowhere**
4:17
**number**
73:3, 74:11,
79:22, 95:13,
105:3, 105:6,
117:14, 118:12,
120:5, 154:9,
158:1, 158:2,
158:3, 159:19,
160:22, 161:1,
174:16, 180:9,
182:16, 184:11,
209:14, 209:15,
215:7, 216:11,
220:17, 234:16,
237:12, 238:8,
238:13, 238:17,
280:5, 280:10,
287:7, 295:19,
295:21, 296:1,
307:4, 307:8,
307:10
**numbers**
49:20, 119:15,
119:16, 119:17,
120:2, 120:5,
187:19, 189:19,

189:20, 272:21,
273:1

**O**

**obtain**
8:9
**obtained**
70:14, 200:12,
259:21, 260:2,
260:7, 261:9,
267:8
**ocobb**
67:9, 67:10,
277:13, 277:17
**off**
46:8, 62:13,
130:5, 130:13,
139:11, 148:16,
179:20, 193:22,
200:4, 219:21,
224:19, 253:12,
259:3, 303:4,
303:5
**offer**
158:8
**offered**
156:16, 165:6
**offers**
166:3, 166:5
**offhand**
148:16
**office**
12:14, 42:21,
42:22, 43:22,
165:12
**officer**
16:16, 34:12,
35:6, 84:8,
228:14, 228:18,
229:14, 229:15,
230:2, 266:4,
266:5
**official**
260:9, 260:14,
287:9, 287:12
**officially**
268:10
**officials**
121:14, 122:8,

137:19, 139:12,
143:22, 241:13,
293:13
**oh**
36:3, 39:10,
49:22, 56:6,
56:10, 61:16,
63:22, 64:16,
66:17, 67:20,
82:6, 84:7,
95:19, 109:8,
109:21, 110:4,
116:11, 117:3,
117:6, 121:2,
121:12, 123:13,
123:18, 126:16,
139:1, 143:15,
144:7, 145:21,
187:12, 214:5,
236:11, 246:18,
258:5, 279:17,
281:19, 281:21,
286:22, 287:4,
299:10, 302:5,
303:22
**ohio**
6:3, 127:13,
128:4, 128:19,
244:3, 246:12,
247:12, 248:3,
249:8, 249:22,
250:1, 268:15,
268:18
**old**
30:13, 32:14,
136:1, 136:4,
193:12, 247:17,
297:16
**older**
251:19
**onboard**
118:4, 235:18
**once**
6:19, 12:12,
17:19, 26:12,
33:19, 37:22,
41:16, 56:21,
58:9, 78:16,

91:20, 114:7,
114:14, 122:22,
129:18, 144:18,
150:3, 166:9,
166:10, 166:11,
179:20, 191:17,
194:18, 220:5,
225:19, 227:15,
254:8, 270:19,
270:21, 271:8,
290:5, 290:19,
299:3, 299:8,
304:3, 305:9,
306:15
**one's**
289:13
**one-year**
41:15, 41:16,
263:4
**ones**
59:20, 85:20,
121:5, 121:9,
166:10, 198:9,
213:4, 213:5,
217:9, 275:9
**online**
50:12, 75:19,
201:10, 211:18,
212:2, 280:11
**only**
13:16, 18:9,
27:9, 43:9,
48:8, 74:7,
84:15, 88:7,
88:8, 116:3,
117:18, 119:8,
127:19, 138:20,
152:1, 177:16,
180:6, 191:12,
213:11, 213:12,
218:4, 221:8,
232:5, 232:7,
232:10, 237:8,
259:5, 270:19,
270:21, 271:18,
289:8, 294:5,
301:15
**onto**
163:4

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

340

| | | | |
|---|---|---|---|
| **open** | 185:16, 186:7, | **P** | 181:12, 182:19, |
| 93:11 | 186:11, 196:21, | **p-e-s-t** | 182:22, 187:1, |
| **opened** | 198:8, 208:21, | 65:19 | 187:2, 187:4, |
| 186:5, 243:3 | 216:2, 226:13, | **p-e-s-t-e-n-o** | 192:1, 192:2, |
| **openly** | 228:4, 232:11, | 65:21 | 192:3, 192:17, |
| 284:15 | 266:7, 267:7, | **pablo** | 194:21, 194:22, |
| **operates** | 269:8, 273:1, | 43:3, 73:3, | 195:5, 195:7, |
| 28:8 | 274:9, 274:10, | 73:10, 178:14, | 196:19, 197:4, |
| **operating** | 275:22, 279:3, | 178:18, 179:6, | 197:6, 209:16, |
| 28:13, 28:14, | 279:22, 281:12, | 181:19, 189:3, | 215:14, 216:15, |
| 272:22, 290:20 | 294:21 | 189:4, 189:6, | 219:13, 220:6, |
| **operation** | **others** | 189:20, 191:22, | 258:5, 293:5, |
| 65:5, 65:7, | 2:14, 216:3 | 192:2, 197:15, | 293:6, 293:7, |
| 125:5, 153:8, | **otherwise** | 198:8, 198:18, | 293:13, 293:17, |
| 157:9, 158:17, | 8:9, 117:17, | 201:18, 201:19, | 293:18, 293:21, |
| 158:19, 182:13, | 132:10, 198:19, | 201:20, 203:6, | 294:14, 299:18, |
| 182:21, 196:5, | 199:10, 208:16, | 208:10, 212:17, | 303:4, 303:5 |
| 197:17, 207:9, | 216:18, 278:1, | 214:15, 214:18, | **pakistani** |
| 218:5, 289:9 | 302:9, 309:11 | 215:18, 216:22, | 196:14 |
| **operational** | **our** | 217:1, 217:2, | **pakistanis** |
| 52:6 | 3:2, 15:14, | 217:7, 217:15, | 128:13, 134:16, |
| **operations** | 54:1, 103:18, | 217:16, 220:14, | 198:1, 198:11, |
| 52:22, 157:6, | 154:15, 194:3, | 222:15 | 198:12, 198:14, |
| 198:22, 307:20 | 289:14 | **pablo's** | 198:20, 199:4, |
| **opportunity** | **out-of-pocket** | 215:19, 220:12 | 281:2 |
| 7:18, 17:8, | 190:8 | **padre** | **palm** |
| 34:5, 266:12 | **outcome** | 279:7, 279:9 | 35:22, 36:1, |
| **order** | 309:11 | **page** | 36:3, 36:4, |
| 17:22, 43:20, | **outside** | 283:8 | 36:15 |
| 43:21, 175:7, | 45:20 | **pages** | **palmdale** |
| 216:13, 227:6 | **overall** | 1:21 | 35:19, 35:21 |
| **organize** | 22:6 | **paid** | **pan** |
| 234:4 | **owe** | 46:3, 50:19, | 252:7 |
| **other** | 155:17, 155:19, | 59:1, 78:11, | **panama** |
| 8:3, 19:6, | 156:6, 219:22 | 79:14, 102:16, | 193:17, 193:19, |
| 21:5, 30:14, | **owed** | 103:4, 103:13, | 193:20, 207:16, |
| 41:17, 52:8, | 19:8, 155:10, | 104:11, 106:9, | 207:17 |
| 62:16, 63:16, | 225:17 | 106:11, 107:6, | **panicked** |
| 76:11, 81:15, | **own** | 108:7, 109:8, | 34:10, 130:21, |
| 85:5, 86:11, | 87:22, 127:5, | 109:9, 110:10, | 130:22 |
| 102:4, 105:1, | 128:1, 166:16, | 113:3, 114:14, | **panicky** |
| 112:8, 118:7, | 177:2, 177:4, | 115:18, 117:20, | 34:7, 35:9, |
| 118:14, 134:14, | 207:13, 250:13, | 140:4, 140:8, | 129:7, 134:22 |
| 146:20, 147:17, | 295:14, 295:17, | 140:14, 142:22, | **paper** |
| 147:18, 153:6, | 306:20 | 144:6, 144:8, | 194:3, 258:5 |
| 157:6, 158:2, | **owner** | 144:11, 144:12, | **papers** |
| 160:10, 181:3, | 63:20 | 155:11, 161:11, | 22:20, 132:1, |
| 181:4, 181:10, | **owners** | | 159:17, 200:12, |
| | 205:17 | | |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

341

239:8, 240:2,
240:7, 240:8,
252:6, 253:1,
256:3
**paperwork**
70:13, 70:19,
70:20
**papua**
69:7
**pardeep**
60:20, 60:21
**parent**
14:10, 14:13,
291:20
**parents**
121:11, 130:4
**paris**
83:22, 116:13
**part**
78:2, 86:8,
100:9, 113:7,
113:10, 145:19,
145:20, 151:21,
200:22, 217:20,
231:14, 282:21,
287:17, 287:18,
291:14, 294:7,
307:21
**particular**
71:13, 106:21,
108:1, 118:5,
127:11, 138:14,
287:22, 294:13
**parties**
309:9
**partner**
190:11, 294:10
**party**
116:12
**pass**
27:9, 49:11,
138:1, 138:2,
180:16, 184:8,
184:14, 199:22
**passed**
253:4
**passenger**
143:14

**passport**
19:20, 37:7,
38:1, 39:4,
39:7, 41:4,
41:16, 41:17,
41:21, 41:22,
42:14, 42:18,
42:20, 42:21,
42:22, 43:5,
43:6, 43:7,
43:21, 44:6,
44:14, 44:18,
55:2, 55:3,
70:10, 73:14,
83:22, 117:21,
134:11, 138:18,
157:11, 184:16,
190:15, 213:17,
233:11, 233:12,
244:8, 253:8,
254:9, 256:14,
256:19, 257:1,
257:3, 259:16,
259:20, 259:21,
263:21, 266:16,
277:22, 278:2,
291:2, 306:10,
308:4
**passports**
41:5, 41:14,
43:16, 55:10,
55:11, 73:6,
73:9, 112:16,
134:10, 156:8,
156:9, 258:19,
290:12
**past**
56:5, 126:13,
270:2, 270:5
**patient**
25:8, 296:1
**pattern**
176:6
**paul**
43:3, 50:7,
53:5, 72:19,
72:20, 72:22,
73:1, 73:2,

73:12, 74:4,
74:6, 76:14,
76:15, 80:4,
82:4, 83:20,
99:15, 99:17,
99:18, 99:19,
99:20, 99:22,
103:19, 106:19,
114:2, 169:12,
174:3, 190:11,
238:1, 239:2,
253:9, 253:12,
257:16, 290:3,
290:6, 290:7,
293:20, 294:10,
295:18, 299:8,
300:9, 300:10,
300:15, 300:17,
302:15, 302:18,
303:1
**paul's**
295:17
**paulo**
184:1, 184:2,
185:1, 185:2,
185:16, 185:18,
186:8, 207:22,
208:2
**pauly**
239:2
**pause**
50:8, 50:10,
98:9, 98:12,
167:22, 168:3,
234:11, 243:4,
258:9, 259:8,
259:10, 308:6
**pay**
44:11, 46:5,
47:9, 63:6,
63:7, 63:8,
75:3, 81:22,
82:3, 103:16,
104:6, 106:13,
106:14, 106:20,
107:9, 107:16,
107:19, 121:19,
123:13, 126:1,

139:11, 144:16,
155:12, 159:12,
159:18, 161:2,
166:7, 166:8,
169:6, 175:11,
177:4, 177:5,
177:6, 177:8,
178:18, 178:19,
179:14, 180:2,
181:14, 183:12,
186:14, 187:9,
187:11, 187:16,
188:8, 190:12,
192:14, 192:22,
193:1, 193:2,
193:6, 193:9,
193:21, 200:19,
208:6, 208:8,
219:21, 258:4,
291:9, 292:5
**paying**
49:8, 49:11,
75:3, 138:8,
138:9, 216:20,
217:2, 217:4,
256:8
**payment**
106:9, 114:9,
146:1, 175:4,
178:22, 195:1,
209:3, 293:1,
294:2
**payments**
146:3
**payroll**
289:11
**pays**
188:8, 190:13,
191:2, 203:7
**peace**
292:5
**pending**
117:20, 128:9,
252:8, 258:21
**penny**
219:21
**per**
49:3, 78:12,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

104:1, 104:2,
137:20, 137:22,
144:13, 145:8,
175:4, 197:6,
227:21, 256:8
**percent**
6:16, 144:19,
172:6, 172:10,
172:12, 172:13,
190:12, 190:13,
191:1, 207:1,
306:19
**perfect**
91:1, 91:9,
129:11, 304:14
**permit**
41:18, 57:15,
57:16, 239:14
**permits**
200:13
**persist**
48:20
**person**
16:13, 46:17,
47:18, 48:8,
49:3, 49:8,
56:14, 58:6,
58:8, 58:15,
65:4, 65:10,
72:18, 72:19,
74:5, 74:7,
75:13, 76:21,
77:13, 78:12,
78:20, 82:18,
89:10, 99:5,
99:8, 121:14,
126:20, 127:20,
137:20, 137:22,
140:10, 145:8,
150:3, 159:13,
172:5, 173:4,
177:8, 178:14,
178:21, 180:6,
180:10, 180:11,
180:12, 181:1,
182:10, 183:20,
184:3, 184:16,
186:15, 187:12,

187:13, 188:6,
189:21, 194:18,
195:1, 196:1,
197:6, 197:7,
207:5, 217:11,
217:13, 218:7,
218:12, 218:21,
224:2, 255:19,
269:8, 276:22,
278:14, 307:6
**person's**
99:3, 202:10
**personally**
187:7
**persons**
64:11, 70:19,
224:2, 227:7
**pertaining**
213:22, 272:2
**pesteno**
65:21, 65:22,
68:11, 170:13,
170:14
**pestone**
65:17, 65:18
**phone**
2:19, 68:21,
69:1, 74:10,
89:21, 94:10,
95:13, 98:6,
98:19, 111:15,
111:17, 119:16,
119:17, 122:14,
127:21, 140:10,
158:3, 169:21,
226:20, 237:12,
238:8, 238:12,
240:19, 242:10,
242:11, 242:14,
252:4, 255:16,
271:11, 272:20,
273:1, 276:6,
288:20, 288:22,
307:4, 307:8
**phones**
187:8, 293:14
**phonetic**
12:21, 25:1,

29:22, 52:17,
60:12, 60:18,
60:21, 61:3,
67:9, 71:8,
73:15, 127:15,
128:7, 129:15,
171:19, 186:15,
189:8, 189:12,
206:22, 216:12,
225:11, 238:21,
242:7, 253:11,
266:8, 274:11,
275:16, 276:12,
280:18, 282:16,
294:15, 307:10
**photo**
227:6
**photocopies**
70:10
**photocopy**
184:15, 266:15
**physically**
212:9
**pick**
33:16, 63:3,
68:21, 68:22,
88:1, 126:6,
132:18, 132:22,
145:15, 146:16,
147:1, 181:11,
184:16, 202:15,
202:17, 203:9,
206:15, 207:16,
207:17, 217:16,
221:22, 222:1,
222:18, 223:7,
224:3, 224:5,
224:11, 298:3
**picked**
30:8, 31:12,
31:18, 85:13,
88:2, 88:6,
127:20
**picking**
33:2
**picks**
69:1, 222:4,
280:1

**picture**
83:5, 94:17,
98:5, 98:14,
98:17, 168:9,
168:12, 173:6,
202:10, 202:20,
227:9, 227:12,
306:19
**pictures**
98:10, 130:10,
160:14, 170:9,
170:10, 170:19,
170:21, 227:15,
266:15, 272:11,
283:6, 290:17
**piece**
194:2
**pilot**
218:8
**pinpoint**
223:10, 223:13
**place**
7:2, 54:5,
124:8, 125:6,
132:4, 136:7,
165:12, 171:1,
205:17, 248:13,
250:1, 250:22,
251:4, 259:1,
301:6
**places**
42:17, 179:9,
196:21, 227:4,
232:7, 232:11
**plan**
4:12, 4:13,
161:17, 252:22
**plane**
88:18, 88:19,
145:7, 188:18,
201:3, 201:4,
202:20, 229:5,
229:18, 229:20,
272:4
**planeload**
67:21, 112:9
**plans**
125:5

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

343

| | | | |
|---|---|---|---|
| **plata** | **pompano** | **pretending** | **problems** |
| 273:9, 273:10 | 59:7 | 216:6, 216:9 | 234:19, 253:2 |
| **play** | **port** | **pretty** | **proceeding** |
| 289:14 | 185:19, 185:21, | 4:17, 75:22, | 8:3 |
| **played** | 185:22, 186:2, | 94:7 | **proceedings** |
| 225:8 | 261:13 | **previous** | 309:5, 309:6 |
| **please** | **ported** | 199:18 | **process** |
| 18:9, 18:10, | 149:22 | **previously** | 51:11, 137:8, |
| 82:22 | **portrayed** | 2:4, 272:7, | 139:21, 213:22, |
| **pleasure** | 143:16, 229:1 | 298:21 | 230:4, 230:9, |
| 262:9 | **ports** | **price** | 234:3, 297:13 |
| **pled** | 272:12 | 63:7, 169:5, | **procure** |
| 36:10 | **posing** | 169:6, 208:7, | 46:1 |
| **plug** | 218:7 | 308:5 | **professionally** |
| 298:10 | **position** | **prison** | 5:21 |
| **plus** | 49:18 | 31:11, 31:12, | **profit** |
| 19:2, 87:7, | **possible** | 31:15, 35:19, | 109:7 |
| 87:8, 103:1, | 13:10, 298:19 | 36:4, 36:5, | **promises** |
| 104:4, 131:14, | **possibly** | 36:14, 36:15, | 15:3 |
| 134:11, 140:9, | 272:11, 298:15 | 36:16, 37:12, | **promising** |
| 156:16, 256:11, | **post** | 113:18, 113:20, | 306:4 |
| 305:12 | 165:12 | 121:3, 121:7 | **proof** |
| **pocket** | **power** | **prisoners** | 50:4, 209:16 |
| 183:3, 183:22 | 13:10, 15:14 | 288:10 | **proper** |
| **pockets** | **practical** | **private** | 15:13, 53:2, |
| 208:15 | 16:20 | 215:11 | 53:3 |
| **point** | **prakash** | **probably** | **properties** |
| 7:6, 14:6, | 25:1 | 4:17, 47:12, | 205:11, 205:12 |
| 24:12, 24:13, | **premium** | 93:16, 283:12 | **protect** |
| 42:5, 49:2, | 179:18 | **problem** | 14:20, 51:14 |
| 78:3, 88:13, | **present** | 3:12, 3:20, | **protected** |
| 88:14, 103:8, | 8:6, 8:19, | 5:8, 5:13, 6:5, | 289:12, 291:17 |
| 106:1, 117:11, | 11:3, 12:13, | 6:6, 7:4, 7:5, | **protection** |
| 122:12, 126:21, | 96:2, 136:21, | 7:8, 9:10, | 9:22 |
| 133:7, 136:14, | 140:18, 162:22, | 13:20, 18:19, | **provide** |
| 153:19, 169:10, | 194:11, 209:13 | 19:2, 19:3, | 179:12, 226:10 |
| 188:9, 194:21, | **presented** | 35:4, 42:15, | **provided** |
| 198:17, 211:4, | 19:20, 95:21, | 51:10, 51:13, | 70:9, 283:4 |
| 218:9, 219:14, | 95:22 | 54:6, 82:16, | **puerto** |
| 223:9, 225:7, | **preserve** | 109:3, 111:19, | 48:2, 94:20, |
| 225:8, 229:22, | 54:18 | 116:8, 140:6, | 95:5, 95:6, |
| 256:14, 301:7 | **press** | 192:20, 203:1, | 95:12, 95:16, |
| **police** | 13:17, 264:15 | 203:3, 206:8, | 97:7, 98:4, |
| 33:1, 33:4, | **prestige** | 220:10, 220:11, | 124:7, 124:18, |
| 48:16, 66:13, | 250:3 | 220:13, 224:15, | 124:21, 148:6, |
| 113:2, 168:11, | | 237:10, 266:19, | 148:11, 148:12, |
| 169:20 | | 276:9, 297:9, | 161:11, 161:20, |
| **political** | | 298:8 | 162:2, 162:3, |
| 95:18, 95:20, | | | |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

344

162:6, 162:20,
219:7, 224:20,
225:4, 225:16,
225:20, 226:14,
226:15, 226:22,
228:1, 229:6,
229:7, 229:14,
229:17, 230:7,
230:8, 273:8,
273:10, 277:2,
278:18, 278:20,
279:7, 279:8,
279:12, 280:10
**pull**
257:4, 298:9
**pulls**
224:8
**punishment**
107:7
**purchase**
204:7, 204:9
**pure**
67:2
**purpose**
8:13, 143:7,
288:15
**purposely**
113:19, 195:15,
195:17
**purposes**
16:20
**push**
292:7
**put**
14:19, 15:20,
15:22, 34:21,
35:1, 50:19,
51:14, 51:18,
55:9, 57:3,
58:14, 74:21,
74:22, 77:10,
82:16, 84:4,
95:13, 98:22,
100:4, 109:7,
109:21, 110:4,
110:5, 110:7,
110:8, 110:9,
113:8, 131:13,

133:12, 138:3,
156:11, 177:19,
184:17, 188:18,
203:11, 203:14,
203:15, 219:7,
221:1, 221:3,
229:5, 232:11,
235:18, 256:22,
257:6, 257:15,
279:19, 279:21,
289:17, 289:21,
290:13, 290:22,
291:3, 291:19,
296:8, 306:6,
306:10
**putting**
16:1, 94:15,
94:20, 169:13,
236:8

---
**Q**
---

**quantities**
127:3
**queens**
22:2
**question**
10:5, 188:3
**questioning**
8:6, 8:12, 8:13
**questions**
3:19, 4:4,
7:22, 8:5, 8:10,
8:16, 206:15,
234:5, 262:13,
264:13, 272:2,
278:6
**quick**
50:11, 168:1,
308:7
**quit**
69:10
**quito**
49:15, 193:15
**quitos**
194:5
**quo**
304:7

---
**R**
---

**r-a**
39:18

**r-a-j**
39:20
**r-a-j-i-n-d-e-r**
39:17
**racket**
96:1
**railway**
125:20
**raj**
207:7, 238:21
**rajinder**
37:9, 39:4,
39:9, 39:14,
39:15, 40:2,
40:5, 127:13,
129:17, 134:10,
243:16, 243:17,
243:18, 259:15
**raleigh**
232:6
**ramada**
135:16, 250:10
**ran**
64:18, 188:17,
245:17
**randomly**
212:5
**ranking**
287:9
**rat**
258:21
**rate**
113:14
**rates**
177:13, 177:14
**rdr**
1:22, 309:15
**re-entered**
245:21, 253:14,
259:13, 267:7
**reach**
192:10, 197:7,
293:18
**reached**
92:11, 92:12,
120:7, 123:11,
225:11, 252:7
**reaches**
82:4, 178:20,

188:9, 195:1,
197:7
**reaching**
49:1
**read**
7:17, 7:18,
17:8, 203:21,
296:10
**ready**
89:5, 89:14,
146:8, 277:18,
279:6, 298:9
**real**
4:4, 20:6,
20:7, 20:8,
20:10, 41:17,
44:14, 44:18,
74:11, 162:10,
214:10, 216:7,
218:11, 231:13,
232:14, 257:3,
279:3, 297:1,
306:17, 308:7
**realize**
109:4, 115:13,
191:3, 208:3,
265:3
**realized**
258:15
**really**
14:9, 19:17,
33:14, 52:4,
83:3, 98:2,
143:9, 149:21,
163:1, 217:16,
228:17, 256:13,
258:15, 277:6
**reason**
14:7, 33:16,
45:18, 106:19,
107:15, 147:10,
152:11, 188:12,
188:16, 256:17,
280:20
**reasons**
113:2, 268:22
**recall**
6:17, 6:20,

286:7
**receipt**
174:22, 209:17
**receipts**
173:19
**receive**
23:15, 71:6,
140:11, 153:7,
229:14, 229:17
**received**
195:1, 240:5
**receiving**
171:20, 173:18
**recent**
242:21
**recently**
242:19
**recognize**
170:20, 170:22,
171:2, 171:3,
230:16, 272:12
**recognizing**
299:14
**recommendations**
11:12, 12:4
**record**
6:4, 32:8,
73:4, 78:6,
90:3, 112:14,
127:12, 131:7,
143:19, 161:6,
257:3, 286:2,
291:5, 309:5
**recorded**
1:9, 286:9,
286:10, 286:14,
309:5
**recording**
2:2, 50:10,
50:12, 75:16,
98:12, 98:14,
168:3, 234:10,
234:11, 243:5,
258:9, 259:9,
259:10, 284:18,
284:21, 285:13,
286:5, 308:8,
309:7

**records**
56:2, 56:5,
56:12, 89:20
**recruit**
245:15
**red-handed**
34:17, 112:3,
112:6
**references**
159:21, 163:13
**referring**
38:3, 39:6,
76:1, 106:3,
118:6, 135:19,
228:4
**refused**
132:3
**region**
128:19
**registered**
129:18
**regular**
209:12
**relate**
15:11
**related**
3:6, 230:13,
274:13, 309:9
**relationship**
53:10
**relatives**
119:18, 119:19,
122:12, 122:15,
133:8, 271:12
**relaxed**
4:6
**released**
114:7, 191:19,
195:7, 195:8,
215:16
**relied**
208:2
**remain**
8:1, 8:15, 65:8
**remained**
248:16
**remember**
3:14, 6:15,

7:6, 7:10, 29:7,
33:5, 40:19,
62:10, 89:18,
92:7, 152:10,
154:5, 157:18,
173:10, 243:19,
261:12, 262:19,
263:3, 266:21,
277:12, 281:16,
292:6
**remembering**
6:5
**removed**
245:22, 272:7
**reneged**
106:12
**rent**
153:13, 204:21,
205:13, 205:21
**rental**
205:9, 205:11,
205:12
**rented**
33:15
**renting**
275:7
**repatriated**
277:22
**repeat**
3:11
**replace**
46:8
**replaced**
75:18
**report**
12:13
**reportees**
168:21
**reporting**
176:8
**represent**
8:8, 216:3
**representative**
3:3, 12:22
**republic**
51:2, 76:5,
79:7, 95:1,
99:14, 103:9,

105:18, 123:1,
123:3, 159:2,
160:20, 160:21,
185:6, 185:7,
204:20, 234:16,
273:3
**reputation**
47:1, 150:4
**requested**
290:2
**require**
186:6
**reservation**
202:3
**reservations**
203:16
**resided**
24:1
**residency**
57:15, 57:16
**resolved**
109:11
**respect**
14:10, 14:11,
14:15, 52:4,
53:13, 265:19,
297:19, 298:13
**respected**
125:10
**responsibilities**
201:1
**responsibility**
72:17, 74:14,
74:15, 139:11,
140:2, 182:5
**responsible**
32:10, 34:13,
65:5, 71:16,
72:3, 74:19,
76:4, 77:1,
77:7, 80:20,
81:16, 87:5,
97:7, 99:10,
106:6, 152:2,
216:18, 218:21,
236:8, 283:21
**rest**
56:12, 62:15,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

346

71:14, 74:6,
78:20, 160:10,
181:8, 197:4,
306:16
**restaurant**
250:13
**retain**
56:11
**reunited**
101:20
**revolver**
244:10
**rican**
95:6, 95:16,
97:7, 98:4,
162:2, 162:3,
162:6, 226:14,
226:15, 278:19,
278:20
**ricans**
148:6, 148:11,
148:12
**rickety**
110:6
**rico**
48:3, 94:20,
95:5, 95:13,
124:7, 124:18,
124:21, 161:11,
161:20, 162:20,
219:7, 224:20,
225:4, 225:16,
225:20, 226:22,
228:1, 229:6,
229:7, 229:14,
229:17, 230:7,
230:8, 273:8,
277:2, 279:12,
280:10
**rid**
269:1, 295:16
**right**
2:22, 4:18,
5:18, 8:1, 8:3,
8:11, 8:15,
8:18, 8:20, 9:8,
10:3, 12:20,
18:16, 18:21,

20:14, 21:17,
22:18, 31:7,
39:16, 40:12,
52:21, 53:6,
53:10, 53:14,
60:1, 68:3,
68:20, 69:3,
69:19, 82:13,
83:15, 91:21,
94:6, 95:12,
101:5, 103:10,
104:6, 107:12,
109:13, 122:18,
124:5, 136:8,
138:12, 139:4,
140:12, 142:5,
151:10, 151:11,
168:1, 170:12,
177:14, 177:15,
187:22, 188:13,
188:21, 193:14,
194:11, 201:15,
207:22, 209:1,
216:14, 219:8,
221:18, 226:19,
228:13, 231:8,
233:21, 234:8,
236:5, 238:14,
242:17, 251:13,
254:19, 255:16,
257:17, 267:20,
268:15, 278:5,
278:15, 281:17,
288:9, 288:17,
290:13, 298:12,
304:9, 306:2,
308:5
**rights**
7:16, 7:19,
7:21, 8:1, 9:19,
17:5
**risk**
291:18
**road**
19:14, 32:9,
32:11
**rob**
64:15

**robbed**
94:19, 98:3,
197:10, 204:11
**robbing**
208:11, 208:12
**rocky**
246:15, 246:17,
246:18, 246:20,
246:22, 248:2,
248:3
**rolling**
168:7
**room**
204:21
**rooms**
134:4
**root**
16:4, 16:5,
16:6
**roughed**
179:19
**roughly**
136:21, 181:6,
183:9, 183:16,
245:22
**route**
50:1, 54:9,
56:15, 57:11,
168:21, 186:1,
194:18, 198:3,
198:4, 198:6,
200:4, 207:13,
225:9, 229:10,
289:9
**routes**
58:3
**rubina**
52:17
**ruby's**
250:14, 250:15
**run**
34:5, 34:8,
45:21, 157:7,
291:8
**running**
34:9, 34:11
**runs**
202:22, 203:3

**rupee**
174:19, 174:20
**rupees**
175:3, 175:4,
181:6, 181:8,
188:5, 192:5,
217:3
**ruse**
48:5

**S**

**s**
28:19, 123:19,
125:9
**s-h-a**
142:5
**sacrifice**
133:14, 297:6
**sacrificing**
14:8
**safe**
64:22, 96:15,
96:18, 97:4,
202:13, 202:14,
220:22, 291:22
**safety**
110:8
**said**
28:8, 32:5,
34:8, 34:11,
35:22, 39:15,
47:19, 48:9,
48:11, 48:15,
66:15, 75:22,
76:4, 77:4,
85:1, 89:13,
100:22, 107:17,
110:8, 123:13,
126:12, 126:14,
130:1, 131:3,
132:5, 132:11,
132:13, 132:16,
132:17, 133:9,
133:13, 133:18,
133:20, 134:5,
134:16, 150:13,
151:11, 158:9,
161:15, 164:6,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

347

164:10, 164:14,
170:17, 190:11,
190:14, 215:21,
216:10, 216:16,
229:3, 230:3,
232:5, 232:14,
244:13, 255:17,
255:19, 256:13,
259:13, 268:21,
269:11, 269:13,
287:8, 293:12,
295:20, 300:6,
302:6, 303:14,
303:15, 309:5
**sail**
89:5, 91:20,
284:4
**sailed**
90:14, 92:14
**saint**
224:13
**salvador**
193:5, 193:6,
193:9
**same**
5:19, 58:16,
80:21, 91:14,
91:18, 93:22,
111:21, 118:2,
124:7, 132:18,
133:10, 134:6,
136:5, 136:6,
136:7, 136:10,
139:4, 139:20,
161:18, 161:21,
184:19, 198:3,
198:5, 198:6,
205:3, 207:12,
208:7, 218:16,
220:3, 223:5,
250:1, 290:21,
295:13
**san**
248:7, 248:8,
248:9, 248:15,
250:18, 269:12,
269:15
**sanctioned**
277:15

**sandu**
52:17
**santander**
171:19
**santo**
3:3, 105:17,
175:10, 186:10,
188:18, 302:9,
306:3
**sao**
184:1, 184:2,
185:1, 185:2,
185:16, 185:18,
186:8, 207:22,
208:2
**save**
13:21, 285:22
**saved**
56:8, 155:21,
156:2
**saving**
191:12
**saw**
68:17, 90:8
**say**
7:1, 7:13, 8:2,
13:17, 21:18,
32:19, 38:2,
44:21, 46:7,
48:11, 50:17,
53:8, 55:16,
56:2, 58:12,
62:6, 75:5,
82:8, 84:7,
88:10, 89:11,
94:14, 112:19,
114:17, 116:17,
117:3, 117:6,
119:21, 121:18,
125:15, 126:6,
127:4, 127:7,
130:8, 136:22,
137:4, 137:6,
153:11, 158:15,
166:19, 167:6,
168:8, 172:9,
174:19, 176:7,
177:10, 178:18,

182:10, 182:20,
184:7, 184:10,
184:12, 188:9,
188:11, 190:2,
196:1, 197:2,
203:9, 206:1,
208:14, 215:6,
215:13, 217:15,
219:6, 219:13,
221:20, 222:6,
222:13, 222:16,
222:19, 227:12,
227:13, 241:3,
241:17, 244:8,
260:9, 277:18,
290:6, 290:7,
291:17, 298:5,
299:10, 301:2,
301:18
**saying**
5:4, 5:12,
21:9, 21:17,
25:5, 53:7,
53:9, 59:19,
60:5, 70:19,
72:3, 74:3,
84:18, 97:6,
109:21, 115:3,
159:4, 159:12,
208:13, 214:17,
216:9, 223:20,
226:19, 230:3,
265:18, 268:6,
285:1, 285:2,
285:3, 285:8,
285:9, 294:4,
300:17
**says**
39:8, 215:9,
224:8, 224:13,
257:11, 290:8
**scared**
79:19, 133:2
**scary**
64:12
**school**
82:14, 82:15,
82:17, 82:21,

135:21, 135:22,
256:7
**schooling**
291:20
**scot**
63:16, 220:15
**screw**
190:15
**screwed**
141:15
**search**
208:14
**second**
50:9, 80:6,
80:7, 82:18,
175:2, 258:7,
259:9, 266:21,
281:20, 281:22
**secondly**
166:2
**secret**
240:21, 290:20
**sector**
57:6
**security**
2:6, 10:22
**see**
5:3, 5:20,
6:19, 7:2, 14:9,
15:1, 33:14,
47:3, 55:9,
56:6, 58:4,
61:2, 64:11,
65:8, 71:14,
82:20, 90:17,
98:1, 112:2,
115:13, 125:9,
144:15, 150:1,
155:7, 165:17,
166:14, 167:8,
169:9, 174:3,
182:17, 191:10,
197:14, 207:22,
209:18, 209:21,
214:16, 215:5,
217:7, 227:7,
228:13, 239:19,
240:2, 258:12,

258:13, 264:18,
272:11, 276:21,
280:11, 289:7,
289:10, 289:17,
290:15, 291:16,
294:3, 297:12,
300:3, 303:1,
306:19
**seeing**
34:10
**seem**
130:5
**seen**
172:3, 172:5,
172:15, 172:17,
173:1, 173:3,
187:7, 239:6,
239:7, 240:10,
241:16, 279:3
**sees**
109:6, 116:2
**selling**
224:9
**send**
23:14, 25:1,
28:3, 28:6,
46:2, 77:13,
94:17, 110:6,
116:22, 125:18,
152:22, 153:9,
170:5, 170:8,
175:13, 177:19,
184:15, 188:5,
188:6, 190:9,
196:12, 201:20,
207:18, 208:17,
209:4, 209:7,
209:8, 210:20,
211:1, 214:3,
214:4, 214:9,
229:16, 232:6,
266:18, 283:9,
283:12, 283:14,
283:15, 286:20,
286:21, 286:22,
289:15, 290:9,
303:9, 303:12,
303:14, 306:21

**sending**
44:19, 45:12,
48:2, 58:15,
109:1, 152:2,
197:18, 208:10,
209:6, 299:20,
300:3
**sends**
105:9, 115:17,
286:4, 294:12
**sent**
36:5, 36:8,
36:9, 36:14,
36:15, 37:6,
37:14, 54:10,
68:17, 74:18,
77:12, 90:4,
90:5, 105:4,
110:3, 121:9,
152:4, 152:6,
152:7, 152:19,
153:15, 154:6,
156:4, 176:12,
176:14, 190:13,
197:12, 214:18,
214:19, 214:20,
218:7, 225:4,
267:13, 284:18,
286:15, 286:16,
287:3, 307:2
**separate**
56:8, 139:16,
139:18, 147:10,
196:7, 198:10
**september**
243:21, 243:22,
268:12
**serious**
19:17, 256:18
**serve**
288:15
**served**
37:11
**service**
174:21
**services**
46:5, 256:1
**set**
2:21, 45:20,

49:17, 49:21,
63:7, 84:3,
111:18, 117:12,
160:10, 162:7,
170:2, 170:3,
170:7, 176:6,
196:1, 200:11,
218:5, 226:10,
256:19, 292:14,
295:12
**sets**
200:11
**setting**
103:17, 156:21,
232:9
**seven**
52:19, 63:7,
128:15, 154:2,
154:3, 154:4,
154:8
**several**
59:6
**shaba**
112:7, 141:18,
141:21, 141:22,
142:4, 142:7,
144:22, 145:16,
146:21, 146:22,
221:9
**shadows**
166:13, 166:19,
166:21, 167:1
**shaggy**
266:5
**shanda**
61:3
**shape**
234:21
**sharon**
60:17
**she's**
48:10, 52:18,
66:2, 66:14,
69:3, 69:4,
69:5, 69:6,
69:7, 69:9,
69:12, 69:13,
69:16, 69:17,

94:18, 151:2,
173:8, 302:5
**shift**
249:18
**ship**
71:17, 71:18
**shit**
9:13, 116:11,
200:20
**shoe**
63:19, 68:5
**shoes**
62:14, 62:15
**shoot**
34:11, 34:22
**shoots**
34:12
**shop**
63:19, 63:20,
64:9
**shops**
199:9
**shore**
63:10, 88:3
**shores**
62:11, 62:12
**short**
50:10, 75:15,
98:12, 168:3,
234:11, 243:4,
258:9, 259:10
**short-term**
6:21, 7:1
**shot**
222:1, 224:19
**should**
130:20, 133:14,
162:9, 260:9,
275:3
**shoulder**
33:22, 274:4
**shove**
292:7
**show**
49:22, 50:3,
89:21, 97:21,
98:15, 168:8,
170:19, 224:8,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

349

228:18, 277:21,
299:6, 299:7
**showed**
19:19, 70:11,
105:22, 132:4,
160:5, 231:9,
303:2, 306:18
**showing**
59:22, 60:8,
90:9, 98:1,
98:16, 130:10,
161:7, 272:11
**shut**
34:19
**sick**
38:8, 271:19
**side**
16:12, 19:6,
33:15, 34:3,
45:15, 51:12,
92:3, 113:15,
128:19, 180:8,
180:9, 250:21
**sides**
199:8
**sight**
302:15
**sign**
18:18, 82:19
**signature-hvnzh**
309:13
**sikh**
268:11
**silent**
8:2, 8:16
**similar**
172:5
**since**
21:4, 43:17,
52:14, 81:2,
113:5, 113:7,
113:17, 145:17,
253:3, 253:13,
257:19, 257:20,
294:20, 304:15
**singapore**
241:7, 241:8,
241:14

**singh**
1:5, 1:10,
1:16, 20:12,
27:21, 28:3,
60:3, 60:17,
73:14, 134:13,
282:15
**single**
107:6
**sir**
7:14, 9:3, 9:9,
13:3, 14:10,
15:1, 15:2,
15:3, 17:12,
17:21, 20:4,
44:16, 137:11,
215:10, 258:8,
297:19, 298:11,
298:12
**sired**
127:14
**sit**
11:13, 130:14
**sitting**
189:21
**situation**
115:14, 134:22
**six**
84:5, 110:19,
115:3, 117:1,
124:14, 136:4,
191:14, 197:5,
246:4, 246:6,
246:8, 256:8,
262:4, 271:10,
282:1, 282:2,
288:3, 292:14,
292:20, 295:17,
296:14, 296:15
**skilled**
46:17
**skippy**
215:19
**skype**
161:1, 163:1,
163:2, 238:9,
238:12, 242:7,
242:12, 242:13,

307:1
**slippers**
63:20, 64:10
**slob**
294:5
**slowly**
3:18
**small**
110:7, 239:1,
242:20, 248:13,
250:20, 251:4,
270:6
**smaller**
98:22
**smoke**
270:18
**smuggle**
60:6, 101:1,
112:20, 165:3
**smuggled**
60:14, 118:7,
126:13, 137:10
**smugglees**
239:22, 240:2
**smuggler**
143:12, 144:1,
144:4, 215:1,
276:12, 293:1
**smugglers**
147:19, 168:20,
239:18, 240:1
**smuggles**
165:2
**smuggling**
24:14, 24:16,
25:13, 31:16,
31:18, 32:11,
33:9, 33:11,
35:16, 78:18,
153:8, 165:4,
307:12, 307:22
**snitch**
47:2, 150:4
**society**
292:6
**sold**
51:2, 162:4,
253:12

**solely**
291:13
**solution**
303:18, 303:21
**somalis**
128:14
**somehow**
81:3, 298:3,
305:17, 306:9
**someone**
25:22, 34:13,
48:3, 51:7,
83:2, 85:12,
88:2, 89:13,
104:22, 105:1,
105:9, 105:21,
116:19, 126:10,
129:4, 129:10,
132:8, 138:21,
139:1, 140:4,
144:21, 145:14,
169:12, 175:5,
175:6, 179:4,
181:12, 183:2,
186:14, 192:22,
193:1, 193:2,
193:6, 197:16,
207:10, 208:22,
209:4, 215:9,
216:4, 218:4,
222:7, 222:10,
225:12, 226:11,
229:17, 232:19,
240:6, 255:11
**someone's**
139:6
**someplace**
30:5, 69:7,
181:13
**sometime**
31:10, 152:13,
267:2
**sometimes**
6:21, 7:1,
27:5, 148:3,
189:20, 203:5,
203:6, 219:11
**somewhere**
69:6, 87:1,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

350

193:7, 207:14,
220:7, 224:3,
250:20, 254:3,
266:15, 281:9,
291:12
**son**
4:13, 9:12,
9:17, 13:21,
18:5, 28:9,
28:10, 28:11,
28:15, 28:17,
28:21, 38:9,
47:9, 51:12,
82:5, 82:9,
82:12, 115:11,
127:14, 129:4,
129:9, 131:22,
132:15, 134:2,
135:15, 135:18,
135:19, 150:14,
190:16, 190:21,
207:10, 234:17,
234:22, 235:1,
247:14, 247:16,
248:14, 251:18,
253:2, 254:13,
254:16, 255:9,
255:11, 255:14,
257:6, 257:16,
268:12, 271:2,
291:17, 292:4,
292:6, 292:15,
292:17, 296:8,
296:10, 296:12,
297:5, 297:9,
297:16
**son's**
51:18, 83:7,
252:17
**sons**
28:15
**soon**
123:8, 176:8,
177:22, 178:19,
219:16, 243:7,
267:13, 268:6,
275:4, 298:18
**sorry**
3:10, 118:12,

175:18, 206:14
**sort**
28:17, 49:18,
81:17, 137:7,
137:8, 167:9,
206:19, 251:18
**soul**
47:15, 47:17
**sounds**
22:18, 277:4
**source**
117:4, 290:21,
300:22
**sources**
16:18
**spain**
185:20, 185:21,
185:22, 186:2
**spanish**
117:14, 121:21,
132:9, 230:22,
231:4, 231:6,
231:7, 281:11,
305:21
**speak**
2:16, 34:6,
165:20, 166:1,
245:12
**speakers**
1:14
**speaking**
17:21
**speaks**
117:14, 121:20
**specific**
4:3, 180:11,
278:6, 283:11
**speed**
280:1
**spell**
27:22, 30:21,
31:2, 142:4,
237:5
**spelled**
65:14
**spelling**
235:6
**spent**
155:17

**spinning**
133:16
**spoke**
12:20, 230:21
**spoken**
284:12, 284:13
**spot**
50:15, 50:16,
207:16
**sri**
31:1, 31:22,
62:15, 62:19,
63:12, 87:8,
87:11, 87:13,
87:15, 87:17,
118:18, 118:19,
119:3, 125:18,
125:19, 196:4,
196:8, 196:9
**st**
97:10, 97:12,
97:13, 97:14,
124:19, 162:22,
163:1, 225:1,
226:20, 228:9,
228:15, 229:8,
230:9, 230:10,
266:16, 278:21
**stage**
12:19
**stamp**
168:4, 234:12,
243:5, 278:1,
278:2
**stamps**
41:9, 41:11,
180:12
**stand**
51:14, 169:12,
258:7
**standard**
262:5
**standing**
297:11
**start**
4:3, 7:15,
18:10, 130:7,
193:15, 285:10,

289:9
**started**
23:13, 29:15,
71:18, 79:22,
127:11, 129:22,
130:1, 130:10,
131:21, 132:13,
134:2, 134:5,
134:18, 136:17,
136:18, 250:2,
251:8, 253:7,
256:1, 271:18,
296:1, 296:3,
296:4, 296:5,
296:7, 304:15,
304:16
**starting**
69:8, 237:18,
254:4, 307:18
**starts**
16:7
**stash**
86:15, 153:20,
153:22, 170:9,
204:19, 219:8,
219:17, 220:7,
275:6, 275:13
**stashed**
95:16, 95:17,
96:5, 96:8,
96:12, 96:14,
124:5, 273:2,
279:4, 279:6,
300:21, 307:19
**state**
28:13, 37:2,
130:11, 161:8,
260:12
**stated**
259:15, 267:9
**statement**
7:21, 8:4
**statements**
8:16
**states**
1:2, 10:20,
11:4, 11:14,
12:14, 18:16,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

21:4, 26:7,
26:13, 28:16,
40:9, 40:17,
42:8, 83:8,
85:9, 89:6,
90:15, 91:20,
101:20, 109:3,
112:21, 120:8,
120:9, 137:9,
137:10, 145:14,
146:9, 149:8,
149:22, 155:2,
157:2, 158:21,
164:11, 176:15,
177:12, 191:19,
197:16, 207:10,
211:20, 212:11,
225:16, 225:20,
228:14, 228:21,
232:19, 243:8,
245:21, 246:2,
252:21, 253:14,
253:18, 261:10,
266:22, 267:7,
267:14, 272:3,
274:6, 280:22,
294:18
**station**
224:7, 249:8,
251:9, 270:10,
270:18, 296:13
**stations**
166:16
**status**
304:7
**stay**
113:20, 114:6,
133:9, 133:10,
159:20, 166:18,
194:1, 239:13,
256:2, 256:6
**stayed**
111:10, 111:11,
246:1, 246:2,
246:3, 246:14,
250:6, 252:21,
255:9
**staying**
14:21, 280:7

**stays**
44:18
**steady**
197:2
**stemming**
217:10
**step**
3:13, 3:14,
4:15, 29:14,
84:15
**stepchildren**
256:10
**stepping**
124:2
**stick**
75:18
**stickers**
177:19
**still**
8:11, 27:13,
28:8, 30:6,
30:7, 30:10,
41:21, 43:18,
46:15, 48:19,
69:11, 69:12,
100:19, 104:21,
113:3, 181:13,
193:13, 224:5,
224:11, 234:18,
234:22, 242:16,
244:22, 250:9,
258:21, 275:15,
299:19, 301:8
**stock**
291:7
**stockton**
250:21
**stones**
124:2
**stop**
8:12, 15:22,
16:9, 16:17,
45:14, 45:18,
167:22, 233:17,
233:21, 234:9
**stopped**
32:15, 75:22,
183:2

**stops**
175:8
**store**
68:8, 85:21,
93:7, 93:8,
93:13, 93:17,
210:4
**stores**
93:11, 125:6,
128:20, 166:15,
166:16
**story**
3:10, 4:2,
53:17, 65:3,
68:5, 83:8,
93:13, 175:1
**straight**
67:12, 75:8,
75:9, 85:7,
112:13, 158:21,
159:8, 167:21,
174:21, 175:10,
175:13, 175:18,
177:18, 179:21,
185:2, 185:16,
186:4, 186:10,
188:3, 194:4,
194:6, 199:20,
200:4, 254:12,
271:5, 271:6
**stream**
197:2
**street**
22:2, 44:6,
64:12, 127:9,
224:1
**strict**
271:9
**strip**
208:14
**strong**
111:5, 111:7
**stuck**
107:7, 191:1,
226:6, 255:12
**studied**
21:11, 248:14
**studying**
237:15, 255:10

**stuff**
4:5, 38:9,
55:1, 121:15,
131:12, 133:18,
149:5, 165:15,
180:20, 187:20
**stupid**
62:14, 224:21,
232:16, 257:7
**subsequent**
108:4
**subsist**
141:11
**successful**
207:9
**such**
116:3, 193:4
**suggested**
303:9
**suites**
249:21
**summarize**
118:5
**summary**
118:5, 183:8
**summer**
251:21
**sunday**
130:13
**suni**
266:8
**supervisor**
11:14, 12:13,
15:12, 182:19
**supply**
55:10
**support**
153:8, 153:11,
249:6, 249:7
**supporting**
309:7
**supposed**
31:9, 45:13,
45:16, 63:3,
75:3, 81:22,
82:1, 82:3,
98:22, 102:16,
103:3, 103:13,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

103:20, 106:2,
118:13, 128:20,
132:21, 161:10,
190:10, 190:12,
229:5, 229:7,
233:14, 292:19,
292:21, 292:22,
293:4, 294:9,
294:14
**sure**
4:17, 140:2,
140:5, 172:5,
172:6, 172:7,
184:15, 195:2,
202:13, 203:20,
204:9, 207:5,
210:21, 216:1,
245:2, 266:10,
267:19, 272:10
**suresh**
128:7
**survival**
82:7
**survive**
18:12
**switched**
123:12
**system**
28:5, 43:17,
49:17, 51:4,
56:19, 56:22,
80:14, 104:19,
113:12, 114:5,
115:5, 161:16,
209:19
**systematic**
258:12

**T**

**t-a-r**
235:9
**t-a-r-u-n**
235:8, 235:10
**tab**
29:7
**tables**
123:12
**take**
3:18, 19:15,

25:2, 25:9,
26:18, 34:1,
34:2, 35:2,
45:20, 49:21,
51:11, 63:13,
77:14, 105:13,
111:19, 113:19,
129:4, 129:5,
129:9, 130:9,
131:21, 132:15,
133:18, 135:11,
137:2, 141:4,
158:20, 161:10,
161:16, 168:1,
168:11, 175:2,
178:1, 182:17,
184:8, 187:14,
187:16, 194:5,
194:6, 200:6,
200:7, 217:9,
218:21, 223:13,
227:14, 228:13,
229:11, 229:18,
229:19, 233:3,
233:4, 252:11,
279:14, 279:19,
290:16, 291:18,
303:15
**taken**
14:18, 34:5,
161:18, 161:22,
209:17, 279:12,
292:4, 305:13,
305:14
**takes**
158:19, 192:9,
192:10, 209:15,
227:8, 227:11,
277:9, 280:1
**taking**
34:15, 58:3,
71:16, 77:8,
94:19, 132:13,
217:18, 218:8,
233:14, 271:1,
299:4
**talk**
8:21, 29:21,

49:19, 84:11,
130:14, 165:5,
184:12, 188:2,
189:18, 215:7,
215:22, 216:10,
218:14, 240:20,
284:15, 287:8,
287:10, 288:9,
288:17, 297:20,
306:19, 307:1
**talked**
29:21, 52:18,
80:2, 87:8,
111:14, 120:4,
122:12, 122:15,
127:18, 127:19,
127:20, 150:13,
212:16, 216:10,
240:15, 240:18,
241:20, 287:8,
298:2, 301:21
**talking**
40:11, 47:14,
79:13, 91:19,
100:12, 271:18,
296:2, 307:6
**talks**
117:18, 284:17
**tape**
57:2
**tarun**
189:6, 207:3,
235:4, 235:8,
235:10, 235:13,
238:1, 238:18,
253:10, 253:11
**teach**
130:15
**technically**
190:11, 217:17
**tell**
3:15, 6:15,
7:7, 9:13, 9:16,
13:14, 14:21,
34:18, 35:13,
44:11, 48:9,
48:20, 53:9,
56:15, 61:19,

67:6, 67:16,
67:21, 77:13,
82:21, 94:13,
97:19, 123:7,
130:20, 150:8,
150:10, 171:11,
172:8, 182:11,
182:14, 184:7,
184:10, 196:2,
196:11, 197:22,
203:4, 204:10,
217:15, 228:20,
231:18, 240:4,
244:18, 259:6,
264:11, 265:10,
265:15, 265:17,
288:13, 297:21,
298:12, 298:18
**telling**
35:1, 224:12
**tells**
203:10, 216:15
**temple**
268:11
**temporarily**
69:14
**ten**
19:8, 19:9,
22:13, 22:14,
22:16, 22:17,
22:19, 23:19,
24:2, 30:9,
84:5, 105:5,
110:11, 112:12,
117:1, 117:3,
117:4, 128:15,
128:16, 141:15,
142:20, 143:5,
145:11, 161:4,
167:6, 177:17,
177:20, 191:13,
193:21, 194:16,
197:2, 197:3,
218:15, 253:4,
263:8, 267:5,
284:14, 289:20,
306:16
**ten-year**
40:10

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    353

| | | | |
|---|---|---|---|
| **terms** 12:14 **terrorist** 245:14 **texas** 113:17, 196:19 **text** 169:22, 306:22 **than** 101:4, 137:2, 137:3, 174:17, 174:20, 183:16, 237:22 **thank** 96:17 **thanks** 25:7 **their** 16:18, 56:5, 63:19, 71:2, 77:5, 78:16, 78:17, 85:12, 85:14, 87:22, 101:20, 103:17, 119:16, 119:17, 120:4, 120:5, 121:5, 121:11, 166:16, 176:10, 177:2, 177:3, 179:21, 187:18, 198:3, 198:4, 201:3, 204:7, 208:15, 241:22, 276:7, 282:11, 282:14, 283:5, 295:17, 296:8, 299:7 **themselves** 79:19, 95:21, 95:22, 96:2, 194:11, 204:2, 204:4 **there's** 6:3, 13:13, 15:15, 28:4, 32:14, 51:7, 57:10, 58:6, 59:2, 77:3, | 77:20, 93:11, 100:21, 101:8, 105:10, 105:11, 107:14, 112:7, 112:8, 115:16, 115:20, 117:10, 121:17, 142:3, 144:22, 147:7, 149:9, 158:17, 171:14, 174:5, 174:12, 177:16, 179:10, 186:17, 189:7, 189:10, 193:11, 194:7, 198:9, 200:11, 206:1, 206:22, 207:3, 207:7, 208:4, 209:5, 219:13, 221:9, 221:10, 233:12, 235:4, 235:8, 235:12, 237:4, 238:19, 241:3, 241:9, 241:22, 242:19, 243:3, 255:19, 265:15, 265:19, 265:21, 266:4, 266:7, 266:13, 266:14, 270:6, 273:4, 275:13, 277:12, 277:13, 278:21, 279:18, 280:4, 287:19 **these** 30:13, 34:15, 35:7, 63:5, 63:17, 72:18, 74:3, 74:7, 74:22, 77:5, 77:15, 85:19, 94:8, 97:18, 109:16, 111:19, 113:12, 115:3, 124:8, 126:13, 127:8, 130:14, 132:17, 143:5, 149:21, 154:22, | 160:9, 161:3, 162:5, 163:22, 164:3, 166:9, 166:10, 170:9, 170:20, 176:9, 191:13, 200:8, 201:2, 208:9, 213:7, 225:11, 232:10, 232:13, 232:16, 253:9, 256:16, 256:18, 257:16, 262:13, 264:10, 264:12, 272:22, 280:6, 290:11, 299:1, 299:3, 299:6, 299:13, 300:3, 300:12, 301:16, 302:3, 302:9, 304:16, 305:16 **they'll** 291:11 **they're** 47:6, 66:19, 85:6, 92:19, 97:1, 97:2, 97:5, 195:15, 206:5, 225:20, 240:1, 258:15, 303:15 **they've** 96:19, 218:16, 219:19, 242:21 **thin** 218:20 **thing** 9:6, 27:9, 43:9, 52:10, 64:8, 90:20, 103:19, 108:18, 109:4, 117:16, 131:21, 150:1, 152:21, 155:7, 166:14, 167:5, 186:13, 199:12, 207:1, 211:3, 215:15, 220:3, 223:5, 223:20, | 224:11, 252:18, 270:19, 296:4, 297:12, 298:13, 299:16, 301:15, 304:9 **things** 4:22, 5:21, 6:17, 6:20, 16:19, 45:21, 52:7, 94:12, 98:8, 108:19, 108:22, 109:2, 109:10, 115:20, 116:2, 116:10, 133:12, 160:9, 165:18, 204:12, 212:16, 238:18, 265:16, 265:20, 265:21, 295:14 **think** 28:15, 33:6, 35:15, 38:19, 38:20, 41:15, 47:9, 50:2, 56:22, 87:2, 93:12, 93:17, 112:16, 117:12, 151:12, 165:3, 168:18, 169:18, 172:4, 173:14, 182:18, 198:19, 214:21, 215:2, 215:3, 216:3, 243:21, 261:14, 261:22, 262:4, 264:3, 267:1, 277:6, 290:1 **thinking** 25:4, 64:21, 252:16, 277:20, 296:5 **thinks** 48:1, 214:12, 214:15 **thomas** 97:14, 229:8 **those** 27:8, 76:8, |

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

354

102:19, 102:20,
105:15, 110:18,
124:18, 139:10,
145:6, 156:5,
166:5, 168:19,
168:21, 196:2,
198:1, 203:4,
213:3, 213:6,
227:15, 232:21,
233:1, 236:9,
240:7, 244:22,
280:21, 290:6,
299:2, 299:17,
299:18, 304:19,
306:16
**though**
71:16, 180:7,
293:10, 300:17
**thought**
34:12, 64:14,
130:3, 133:21,
232:17, 252:11,
257:16, 258:18
**thousand**
49:4, 63:8,
63:9, 154:8,
179:2, 180:17,
180:22, 181:7,
192:5, 197:6,
208:7, 244:16,
268:13, 281:5
**threat**
256:11
**threaten**
48:12, 297:4
**threatened**
134:9, 255:12,
255:14
**threatening**
48:13, 155:14,
296:5
**threats**
82:9, 82:11
**three**
36:22, 43:15,
63:8, 67:1,
67:7, 117:19,
128:21, 140:1,

154:7, 167:21,
183:21, 184:5,
184:9, 193:22,
206:21, 239:13,
267:22, 268:7,
269:5, 282:18,
290:5, 292:13,
295:9
**three-month**
206:5
**thriving**
104:22
**through**
43:16, 54:8,
72:8, 72:11,
95:11, 96:1,
98:11, 99:11,
99:12, 99:13,
99:14, 99:15,
99:16, 99:17,
99:18, 101:19,
111:21, 120:11,
129:9, 131:2,
131:4, 146:1,
152:21, 157:15,
157:20, 167:7,
178:1, 178:6,
179:1, 180:18,
184:1, 189:19,
191:13, 191:18,
194:8, 194:10,
197:15, 207:4,
207:13, 229:21,
233:8, 240:17,
241:22, 258:13,
267:17, 268:11,
283:15, 293:22,
295:15, 295:17,
307:19
**throw**
116:12, 297:8
**throwing**
16:18
**ticket**
58:7, 58:8,
58:9, 58:13,
116:13, 179:7,
181:19, 182:16,

183:15, 185:19,
202:1, 202:8,
202:9, 202:20,
207:4
**ticketing**
207:7
**tickets**
54:9, 56:14,
56:15, 56:16,
57:3, 58:16,
70:22, 71:1,
90:21, 90:22,
91:7, 91:10,
200:1, 201:3,
201:4, 201:11,
206:20, 206:21,
210:6, 210:10,
210:13, 236:7,
272:4
**tie**
29:10, 29:12,
74:1, 97:19,
157:8
**tied**
238:22
**ties**
253:17
**time**
4:11, 5:19,
6:17, 8:12,
10:14, 12:16,
19:5, 22:21,
28:4, 28:17,
31:15, 31:17,
32:8, 32:16,
33:20, 36:20,
36:21, 37:2,
37:11, 51:8,
51:10, 64:18,
118:2, 122:19,
123:6, 127:11,
130:13, 131:2,
131:14, 132:18,
136:5, 136:6,
144:19, 168:4,
174:18, 186:16,
193:10, 196:15,
197:19, 199:16,

206:9, 218:5,
218:16, 218:18,
220:19, 233:6,
234:12, 234:14,
235:17, 237:11,
238:20, 239:1,
242:20, 243:5,
250:2, 252:12,
257:4, 258:13,
262:2, 262:20,
262:21, 262:22,
264:8, 266:20,
266:21, 267:4,
275:4, 277:2,
291:1, 295:18,
299:5, 301:21
**timers**
32:14
**times**
25:10, 67:2,
67:7, 165:5,
208:11, 215:19,
215:21, 261:11,
284:12, 284:14
**tinda**
186:15
**tinda's**
307:2
**tip**
112:7, 289:8
**today**
2:11, 11:3,
12:5, 13:7,
56:17, 223:18,
234:13
**today's**
19:4
**together**
11:15, 238:22,
289:11
**told**
2:4, 10:20,
23:18, 33:22,
35:6, 65:2,
68:13, 92:18,
96:20, 107:15,
110:6, 110:21,
122:6, 129:19,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015                                    355

131:1, 150:9,
160:11, 212:14,
214:10, 216:16,
225:13, 228:11,
232:13, 232:14,
233:9, 277:13,
280:4, 302:6,
303:3, 304:11
**tomorrow**
13:6, 112:19,
201:7, 206:16,
233:22, 234:2,
234:7, 265:8
**tone**
2:21
**too**
14:13, 16:22,
41:9, 41:10,
52:13, 61:22,
65:9, 98:5,
102:19, 102:20,
133:15, 149:6,
156:11, 158:18,
159:4, 159:10,
161:1, 168:12,
217:19, 256:10,
266:11, 281:12,
301:14
**took**
79:22, 92:12,
111:14, 132:3,
132:15, 154:13,
154:15, 160:10,
269:3, 269:5,
288:1, 297:2
**tool**
11:11
**tools**
53:3
**top**
28:18
**total**
62:5, 62:16,
79:2, 81:8,
110:19, 154:8,
177:12, 180:3,
181:5, 210:7,
227:19

**totally**
15:2, 51:5,
292:10, 297:18
**touch**
65:8, 76:22,
77:3, 114:7,
121:10, 123:5,
123:10, 245:11,
270:17, 271:13,
271:21, 280:19,
280:21, 294:1,
302:15, 308:1
**touched**
131:13
**tough**
184:2, 200:5,
200:6, 289:14
**towards**
92:2, 92:3
**town**
270:6, 279:18
**tracer**
290:13
**track**
52:21, 57:3,
58:14, 58:21,
95:14, 163:1,
195:22, 196:10,
210:18, 218:18,
221:3, 226:20
**tracker**
221:1
**trade**
247:14
**transcribed**
1:22, 2:1,
309:6
**transcriber**
309:1
**transcript**
309:4
**transcription**
1:9
**transfer**
33:19, 105:17,
293:22
**transferred**
104:12, 104:16

**transferring**
105:12
**transit**
120:7, 120:8,
137:16, 200:2,
200:3
**translate**
35:8
**transportation**
137:7
**transporting**
196:16, 196:17
**trap**
299:8
**travel**
13:8, 25:10,
41:14, 41:18,
58:11, 83:21,
137:9, 200:14,
200:15, 207:1,
236:3, 236:4,
236:13, 236:16,
238:19, 239:11,
239:12
**traveled**
40:15, 40:16,
40:20, 79:21,
91:8, 122:16,
155:22, 269:4
**traveling**
43:16, 43:19,
58:11, 179:15,
179:17
**travels**
103:17
**tried**
159:4, 165:5,
215:18, 215:20,
295:3, 295:7,
298:2
**tries**
109:7, 109:8
**troops**
116:8
**trouble**
252:15
**truck**
197:17

**trucks**
307:13
**true**
158:18, 309:4
**trust**
53:11, 265:2,
265:4, 265:5,
265:18, 295:20,
301:8, 301:9
**truth**
12:9, 15:10,
129:20, 297:21
**truthful**
15:9, 18:1,
18:5
**try**
48:12, 117:14,
117:15, 157:4,
170:18, 204:10,
302:8
**trying**
25:5, 29:6,
96:6, 130:15,
130:18, 130:19,
245:15, 304:17
**tube**
177:22, 184:17,
217:3
**tunnel**
194:8
**turin**
217:8
**turks**
303:2
**twenty**
192:5
**twice**
41:17, 132:16,
166:7, 269:4,
295:7, 299:9
**two**
23:5, 23:11,
24:5, 24:6,
41:5, 41:13,
43:15, 49:21,
52:16, 56:3,
104:17, 113:21,
114:7, 117:19,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

356

118:2, 124:14,
125:19, 134:3,
140:1, 141:8,
142:22, 154:7,
156:15, 160:13,
161:12, 164:3,
167:21, 177:13,
177:14, 180:10,
184:5, 184:9,
193:11, 193:21,
193:22, 196:18,
199:2, 200:11,
216:3, 224:2,
225:1, 225:2,
229:11, 232:7,
232:10, 237:15,
241:9, 247:16,
250:1, 251:5,
267:22, 268:3,
268:7, 268:8,
268:12, 269:4,
273:4, 273:5,
273:6, 273:7,
275:20, 276:6,
277:14, 280:2,
282:18, 289:15,
289:19, 290:5,
300:12, 300:13,
305:16, 307:14
**type**
201:8
**typed**
286:21

**U**

**uae**
239:4, 239:5,
239:19, 240:2
**ugly**
16:12
**uh**
181:22
**uk**
105:14, 209:5
**ultimately**
58:13
**uncle**
215:13

**under**
37:8, 39:4,
83:4, 127:12,
129:17, 244:1,
244:5, 247:6,
252:22, 260:1,
260:2, 273:12
**understand**
5:2, 5:12,
7:18, 8:21, 9:4,
10:2, 10:4,
13:22, 14:2,
14:5, 14:11,
14:12, 14:17,
15:2, 15:7,
17:11, 17:18,
29:14, 35:7,
43:5, 46:13,
51:6, 51:21,
51:22, 53:4,
53:17, 78:21,
96:11, 101:7,
113:6, 150:22,
152:12, 228:13,
257:13, 262:11,
262:15, 287:6,
292:10, 297:18,
298:7, 304:6,
304:8, 304:9
**understanding**
70:8, 82:13
**understood**
17:5, 17:17,
233:18
**uniform**
231:9
**union**
104:13, 105:9,
152:7, 153:1,
153:3, 175:8,
175:16, 175:17,
175:18, 175:20,
175:22, 176:14,
197:13, 208:22,
209:2, 209:4,
209:7, 209:8,
209:10
**united**
1:2, 10:20,

11:4, 11:14,
12:14, 18:16,
21:3, 26:6,
26:13, 40:9,
40:17, 42:8,
85:9, 89:5,
90:15, 91:20,
101:20, 112:21,
120:8, 120:9,
137:9, 137:10,
145:14, 146:9,
149:8, 149:22,
155:2, 157:1,
164:10, 177:12,
191:19, 212:11,
228:14, 228:21,
238:15, 243:8,
245:21, 246:2,
253:14, 261:10,
266:22, 267:7,
272:3, 274:6,
280:22, 294:18
**unless**
181:12, 226:7
**until**
22:3, 22:4,
22:11, 98:10,
114:10, 207:9,
219:21, 246:2,
246:14, 248:1,
248:2, 248:16,
250:6, 251:7,
251:8, 253:15,
294:2, 299:2
**urag**
206:22
**usa**
105:9, 105:10,
191:15, 191:17,
237:15, 256:5
**use**
101:10, 133:19,
153:4, 166:8,
168:21, 168:22,
196:3, 196:9,
271:11, 292:13,
297:16, 306:12
**used**
8:2, 28:3,

29:21, 40:7,
41:17, 41:18,
55:9, 76:18,
76:19, 76:20,
95:11, 101:5,
121:18, 123:19,
125:3, 125:8,
150:1, 165:3,
166:6, 168:19,
193:10, 243:16,
243:20, 262:20,
263:21, 305:19,
307:11, 307:20,
307:21
**uses**
203:5
**using**
115:1, 124:2,
127:8, 168:19,
200:5
**utilized**
153:1, 259:14,
261:9

**V**

**vacation**
206:2
**valero**
270:10
**valid**
52:4, 259:21
**van**
33:15, 34:2
**vanish**
51:15, 218:20
**vanished**
135:10, 245:19,
247:4
**vehicle**
135:6
**vehicles**
19:8, 19:9,
128:16, 129:3,
129:12, 247:5
**venezuelan**
148:18
**venture**
78:16, 78:18,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

100:12, 218:4
**ventures**
218:3
**verified**
113:21
**vervese**
253:10
**very**
4:6, 5:18,
10:16, 12:5,
12:12, 13:5,
45:17, 48:6,
48:7, 56:13,
67:20, 104:16,
105:11, 108:16,
130:11, 160:3,
170:16, 179:20,
193:11, 207:14,
256:7, 258:12,
270:11, 271:9,
276:10, 276:17,
287:20, 289:14,
296:21, 299:14
**vessel**
272:12
**via**
179:18, 187:19
**videocamera**
98:10
**videos**
130:10
**virginia**
246:17
**virtually**
125:13, 208:13,
257:9
**visa**
37:8, 40:8,
40:9, 40:10,
40:12, 40:20,
41:15, 41:16,
42:9, 44:20,
45:8, 45:12,
51:1, 67:14,
80:14, 80:19,
179:7, 179:13,
181:11, 181:13,
186:6, 188:10,

200:19, 207:10,
212:20, 212:21,
212:22, 256:20,
256:22, 259:18,
260:8, 260:20,
261:9, 262:20,
263:4, 263:5,
263:7, 263:8,
263:10, 263:15,
264:2, 266:22,
267:1, 267:7,
278:2, 278:3,
290:10, 299:10,
299:11, 306:4,
306:6, 306:10,
306:11, 306:12
**visas**
149:5
**visit**
292:17
**visitor**
262:9
**voice**
286:20, 287:1,
287:2
**voluntarily**
8:22
**vomiting**
285:10
**vouch**
234:22
**vs**
1:4

---

**W**

**wait**
54:1, 93:6,
228:12, 277:17
**waited**
232:15
**waiting**
77:16, 195:17,
300:20, 301:3
**waive**
8:14
**waiver**
8:20
**wake**
129:5

**walk**
167:7
**walked**
93:7, 269:8
**walking**
68:8, 93:8,
177:15, 193:15
**wall**
294:14
**waltani**
73:14, 73:18
**want**
2:21, 2:22,
3:22, 4:9, 5:3,
5:21, 5:22,
10:14, 10:15,
13:17, 14:11,
15:20, 17:2,
17:21, 29:14,
43:5, 51:18,
52:3, 52:21,
67:20, 68:20,
84:11, 111:22,
112:2, 117:8,
126:5, 131:3,
132:17, 133:9,
136:13, 137:4,
137:5, 144:18,
144:19, 150:17,
159:7, 159:8,
159:18, 162:7,
162:14, 163:4,
163:6, 163:10,
163:11, 170:19,
190:21, 190:22,
209:7, 216:7,
216:8, 227:6,
227:7, 239:9,
252:9, 257:1,
257:5, 264:18,
265:9, 265:15,
268:20, 271:2,
282:17, 285:4,
287:10, 288:18,
289:19, 290:2,
290:8, 290:15,
292:5, 292:6,
292:13, 295:13,

296:20, 301:10,
301:12, 301:13,
306:7
**wanted**
127:10, 245:16,
257:2, 295:14,
296:10, 296:11,
307:22
**wants**
84:12, 115:6,
117:7, 117:8,
188:18, 218:13,
233:1, 233:2,
233:3, 274:5
**warning**
199:13
**wasn't**
118:13, 231:9
**watch**
182:13, 202:15,
274:4
**water**
149:2
**wave**
167:8
**way**
2:21, 5:4,
10:20, 14:19,
16:1, 16:19,
28:19, 38:9,
45:14, 52:6,
54:1, 54:4,
82:14, 84:15,
93:20, 105:11,
105:12, 125:21,
132:5, 144:17,
144:20, 157:8,
175:2, 179:19,
181:10, 183:2,
184:19, 193:4,
197:10, 198:17,
208:7, 218:4,
234:2, 245:13,
250:21, 252:7,
257:7, 269:4,
269:7, 302:7,
305:20, 306:9
**ways**
104:17, 177:13

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

358

**we'll**
52:2, 53:3,
73:16, 77:14,
184:17, 233:16,
270:4, 283:19
**we're**
27:17, 48:13,
48:14, 50:12,
54:1, 75:21,
84:4, 90:18,
90:20, 91:3,
91:19, 97:16,
97:17, 97:20,
98:13, 100:11,
118:6, 168:7,
209:22, 234:14,
239:16, 239:17,
300:8
**we've**
148:5, 148:6,
148:7
**weakness**
291:22
**wee**
93:1
**weed**
270:18
**week**
67:2, 115:17,
177:17, 194:16,
243:8, 243:9,
245:22, 259:14,
267:14, 267:15,
270:21, 277:14
**weeks**
193:21, 193:22,
194:1, 277:14
**weight**
173:12
**well**
4:1, 55:18,
60:15, 67:20,
112:14, 118:4,
126:11, 153:11,
184:21, 191:18,
234:1, 259:13,
273:1, 278:7,
283:18, 290:19,

302:17
**went**
29:1, 33:16,
34:3, 44:8,
47:2, 62:20,
63:19, 78:13,
80:1, 85:21,
86:15, 86:16,
87:19, 89:2,
93:21, 99:11,
99:13, 99:14,
100:7, 101:16,
101:18, 117:4,
124:18, 134:8,
135:7, 135:9,
135:12, 143:8,
143:9, 211:17,
212:1, 212:6,
212:7, 212:9,
212:10, 212:17,
247:8, 249:8,
250:19, 251:13,
253:8, 254:2,
254:11, 254:12,
254:13, 254:14,
255:5, 257:20,
260:8, 260:19,
268:18, 271:12,
277:20, 294:21
**west**
246:15, 246:17
**western**
104:12, 105:9,
152:7, 153:1,
153:3, 175:8,
175:15, 175:17,
175:18, 175:20,
175:21, 176:14,
197:13, 208:22,
209:2, 209:3,
209:7, 209:8,
209:10
**what's**
74:13, 89:11,
113:8, 127:2,
127:3, 130:5,
149:13, 184:15,
189:7, 216:1,

221:20, 253:10,
276:1, 302:2,
307:20
**whatever**
6:12, 9:10,
10:8, 10:14,
11:2, 13:18,
14:8, 35:1,
55:20, 56:1,
88:15, 88:16,
89:10, 93:17,
104:4, 105:8,
111:22, 113:2,
113:13, 116:7,
123:7, 130:21,
139:12, 144:16,
165:7, 167:17,
171:15, 175:14,
175:19, 179:22,
183:17, 191:2,
195:19, 200:13,
200:17, 204:7,
216:15, 216:17,
219:1, 219:8,
224:4, 257:11,
269:2, 269:3,
269:6, 281:8,
289:22, 290:1,
292:3, 292:16,
293:1, 297:7
**whatnot**
160:8, 171:13,
188:17, 219:7
**whats**
202:9
**whatsapp**
69:1, 69:2,
105:7, 170:1,
170:3, 170:4,
175:1, 187:19,
202:10, 216:11,
238:12, 278:17,
283:15, 283:16,
285:20
**where**
16:7, 23:6,
28:13, 45:2,
49:18, 57:7,

57:8, 58:2,
62:7, 64:20,
66:8, 67:3,
67:8, 73:10,
75:22, 79:10,
84:6, 88:10,
120:5, 124:6,
124:8, 124:9,
124:12, 128:3,
129:10, 134:3,
149:7, 153:15,
155:4, 157:10,
168:14, 169:16,
172:22, 175:9,
175:11, 181:15,
196:11, 199:22,
204:19, 210:11,
218:22, 225:4,
235:21, 244:7,
245:12, 249:5,
253:22, 260:15,
269:10, 272:13,
280:4, 280:6,
280:12, 283:1,
291:19, 292:20,
299:15
**where's**
80:15, 80:16,
251:18, 290:14
**whereabouts**
79:10, 119:11
**whereas**
63:12, 109:19,
209:12
**whereupon**
2:1, 75:15,
308:8
**wherever**
64:21, 101:21,
292:17
**whether**
11:19, 11:21,
200:16, 264:14,
281:6, 281:7
**which**
24:13, 44:11,
56:16, 72:5,
88:13, 103:8,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

359

136:14, 139:3,
143:9, 182:11,
194:21, 202:1,
210:13, 210:14,
213:4, 219:1,
219:14, 232:16,
274:8, 291:1,
306:11
**whichever**
57:10, 177:7
**while**
41:2, 76:4,
77:8, 93:5,
120:7, 120:8,
121:6, 251:21,
270:14, 293:22,
295:3
**whistle**
127:15, 271:6
**who's**
13:1, 16:13,
16:14, 44:22,
56:14, 57:7,
57:8, 58:7,
76:21, 82:10,
88:9, 124:4,
156:15, 156:21,
178:15, 182:18,
187:12, 216:20,
222:1, 229:4,
255:19, 277:1,
290:18, 292:22,
293:4, 306:8
**whoever**
139:12, 177:7
**whole**
4:2, 18:6,
61:22, 68:5,
103:19, 142:2,
147:8, 160:10,
182:13, 189:10,
196:20, 210:18,
219:3, 227:22,
244:15, 252:11,
252:18, 270:21,
287:20, 289:21,
296:4
**whose**
268:3, 296:22,

305:18
**why**
10:11, 10:16,
34:1, 35:8,
42:15, 45:7,
45:18, 47:4,
109:20, 113:5,
113:6, 120:19,
152:11, 153:7,
153:8, 156:14,
163:12, 165:18,
209:3, 211:11,
211:15, 226:1,
251:15, 251:16,
256:17, 282:17,
285:22, 286:2,
293:16, 296:14
**why's**
288:19
**wife**
19:13, 48:10,
51:17, 117:22,
118:1, 127:14,
127:20, 128:5,
130:11, 131:15,
148:18, 150:6,
254:17, 268:20,
271:9, 296:10,
307:11
**wife's**
128:17, 151:21,
247:6, 256:9
**willing**
10:7, 10:13,
15:17, 46:8,
51:12, 51:13,
51:17, 208:6,
291:16, 291:18,
302:5
**wilson**
248:3, 248:4,
250:16
**wind**
190:13
**winter**
117:17
**wire**
104:12, 174:8,

175:6
**wise**
230:19
**wit:**
2:2
**withdraw**
176:9, 176:11,
176:19, 176:21,
177:2
**within**
13:10, 15:14,
15:22, 140:15,
194:3, 206:9,
243:8, 243:9,
267:14, 267:15,
267:22, 268:8
**without**
8:11, 8:17,
75:12, 112:9,
112:10, 112:15,
131:17, 207:11,
291:4
**wits**
215:3
**wives**
118:2
**womanize**
204:11
**women**
144:19
**won't**
18:12, 47:8,
83:20, 106:19,
114:14, 147:14,
184:12, 196:5,
220:1, 220:2,
240:20, 245:1,
306:12
**woodland**
22:20
**word**
101:13, 306:6
**work**
10:7, 10:13,
11:22, 12:16,
15:17, 41:18,
46:3, 51:12,
54:1, 76:22,

95:11, 115:7,
121:13, 125:4,
125:9, 125:14,
177:9, 190:18,
200:13, 202:1,
224:5, 224:7,
224:21, 234:18,
239:7, 239:14,
239:17, 240:8,
250:20, 266:8,
269:10, 276:5,
295:15, 301:10,
301:12
**worked**
30:11, 83:11,
126:10, 127:12,
127:22, 128:2,
129:12, 133:17,
135:16, 135:17,
212:16, 224:22,
249:7, 249:8,
249:9, 249:20,
250:9, 250:12,
250:18, 251:5,
269:13, 269:17,
270:6, 270:10,
270:17, 271:5,
301:15
**worker**
46:1, 46:17
**workers**
239:1
**working**
10:7, 23:13,
32:10, 43:3,
46:15, 53:1,
125:20, 128:11,
128:14, 130:12,
134:15, 137:17,
150:9, 186:16,
231:21, 232:22,
250:3, 251:9,
258:2, 258:4,
270:20, 289:11,
292:8, 296:13
**works**
42:13, 52:22,
104:21, 113:11,

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

360

115:6, 116:15,
116:16, 169:16,
169:19, 171:14,
171:16, 184:4,
236:1, 300:4
**world**
247:13
**worse**
131:1, 257:6,
257:14, 297:7
**worth**
18:6, 297:6,
298:1
**wouldn't**
34:9, 64:6,
79:18, 119:14,
133:9, 150:16,
205:22, 221:4,
221:6, 224:10,
232:11, 253:2
**wow**
143:4, 209:20
**write**
32:17, 282:18
**writing**
185:11
**written**
145:1
**wrong**
70:8, 77:4,
118:12, 213:6

**X**

**x**
77:13, 117:10,
117:11, 188:9,
189:1, 189:21,
190:18

**Y**

**y-a-d-v-i-n-d-e-r**
20:12
**y-versal**
216:12
**yadvinder**
1:5, 1:10,
1:16, 20:10,
20:11, 134:13,

234:15
**year**
31:10, 36:6,
36:18, 38:12,
38:21, 40:20,
80:20, 126:6,
135:2, 136:15,
171:21, 199:18,
242:21, 243:13,
244:18, 245:21,
246:3, 263:7,
263:8, 297:16
**years**
22:13, 22:14,
22:16, 22:19,
23:5, 23:11,
23:19, 24:2,
24:5, 24:6,
29:1, 30:4,
30:8, 30:9,
52:19, 56:3,
125:12, 136:4,
141:8, 167:6,
251:6, 253:4,
267:5, 271:10,
292:13, 292:14,
296:14, 296:15,
307:14
**yep**
152:17
**yesterday**
281:15, 304:16
**yet**
81:21
**yogish**
238:21
**york**
22:2, 22:7,
23:18, 24:4,
25:3, 25:20,
104:18, 105:1,
136:7, 161:8,
246:3, 246:4,
246:5, 246:7,
247:9, 247:10,
261:16, 261:17,
261:18, 261:19,
268:16, 268:17

**you're**
13:2, 32:19,
35:3, 46:13,
46:17, 77:7,
115:5, 139:4,
141:14, 172:6,
172:7, 183:5,
183:6, 189:9,
189:11, 189:17,
190:2, 190:4,
214:16, 217:10,
223:1, 223:2,
294:3, 294:22,
302:17
**you've**
258:1
**your**
4:4, 7:16,
7:19, 8:1, 8:15,
9:19, 9:22,
11:16, 14:2,
14:5, 15:15,
17:5, 18:7,
18:17, 19:19,
20:6, 20:8,
25:15, 26:15,
28:5, 30:20,
32:8, 34:21,
35:1, 37:11,
44:14, 44:22,
52:4, 54:13,
72:16, 74:13,
80:14, 82:9,
82:12, 86:2,
86:11, 98:19,
99:9, 106:9,
113:3, 113:7,
113:8, 113:9,
114:21, 125:15,
127:5, 132:15,
134:10, 138:13,
139:11, 150:6,
151:20, 168:18,
169:9, 170:17,
174:21, 174:22,
182:4, 182:5,
184:10, 184:13,
186:18, 188:5,

188:17, 190:15,
190:16, 190:21,
201:1, 202:6,
206:17, 207:11,
210:19, 215:12,
220:9, 220:16,
226:3, 234:1,
236:19, 254:13,
255:8, 268:22,
270:3, 272:2,
273:12, 275:6,
289:11, 290:22,
291:21, 292:11,
305:10
**yours**
258:6
**yourself**
3:11, 121:14,
126:21, 133:14,
134:16, 135:14,
201:15, 249:6

**.**

**.38**
131:10, 134:12

**0**

**00**
19:5, 64:9,
92:7, 92:13,
92:16, 92:17,
93:2, 93:3,
93:4, 93:10,
129:5
**05**
234:12
**06**
168:4

**1**

**1**
1:21
**1,000**
294:12
**1,100**
181:7
**1,400**
192:9

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

**1,500**
50:20, 51:3,
138:7, 138:10
**1,800**
180:17, 306:5
**10**
192:10, 197:19,
232:15
**10,000**
113:17, 148:22,
169:7, 295:6
**100**
51:3, 172:6
**100,000**
174:13, 192:14
**101**
148:16
**11**
19:5, 136:5,
268:12, 268:17,
268:18
**12**
29:1, 30:4,
33:2, 34:10,
62:5, 77:16,
79:3, 81:9,
96:3, 96:21,
128:12, 152:13,
159:12, 227:21,
234:14, 243:5
**12,000**
227:20
**13**
34:10, 119:3,
151:11, 152:14,
210:6, 297:16
**13,000**
188:5
**14**
34:10, 151:12,
151:13, 192:9,
270:20, 289:20
**14,000**
188:6, 192:9
**15**
197:18, 232:15,
239:13, 270:20,
284:14

**150**
129:21, 174:20,
180:2
**150,000**
141:16, 141:17,
142:21, 143:2
**16,000**
188:6
**17**
118:13, 118:14,
119:2
**171**
148:17
**18**
306:8
**18,000**
156:16
**19**
22:21
**191166**
1:20
**1959**
20:20, 20:21,
243:22
**1990**
131:8
**1992**
24:18, 24:19,
25:12, 29:17
**1999**
32:16, 38:19,
267:2
**1st**
243:22

---
**2**
---
**2**
92:13, 168:4
**2,000**
140:8, 144:13,
180:16, 180:20,
208:19
**2,800**
180:3, 214:19
**20**
21:11, 21:16,
21:18, 21:21,
177:17, 177:20,

**197:2, 197:18,**
215:4, 232:16,
252:16
**20,000**
158:20, 181:7
**200**
294:12
**200,000**
155:18
**2000**
38:13, 38:15,
38:18, 38:22,
138:1, 243:13,
243:14, 245:21,
247:8, 249:3,
259:13
**2001**
127:12, 136:5,
247:10
**2005**
28:19, 128:6,
254:20, 254:21
**2006**
130:7, 135:3,
135:4, 244:20,
244:21, 246:2,
246:15, 247:4,
247:18, 250:6
**2008**
248:2, 248:7
**2010**
81:2, 251:8
**2011**
271:18
**2012**
248:17, 251:7,
251:12, 253:19,
254:13
**2013**
55:8, 55:19,
136:19, 136:21,
140:15, 142:14,
142:15, 152:13,
152:18, 254:4,
254:5
**2014**
151:8, 151:9,
151:10

**2015**
1:11, 19:5,
168:6, 234:14
**2018**
309:16
**21**
21:18, 21:21,
118:7
**22**
113:15
**22,000**
156:17
**24**
93:17, 192:4,
219:19, 219:20
**25**
217:3
**25,000**
158:10
**250**
143:10
**26**
62:16, 62:19,
86:3, 86:6,
86:9, 89:13,
94:7, 100:9,
101:9, 101:14,
118:6, 124:4,
124:17, 224:22,
280:14, 281:14,
281:16
**28**
179:1, 180:8,
180:22, 183:13,
183:14, 183:16
**28,000**
180:3
**29**
180:9

---
**3**
---
**3**
168:6, 234:12,
243:5
**3,000**
78:12, 125:22,
126:2, 180:2,
183:14

Transcript of Yadvinder Singh Bhamba
Conducted on May 6, 2015

**3,200**
183:17
**3,500**
67:16
**30**
49:3, 49:4,
57:17, 125:11,
168:6, 177:21,
194:14, 217:8,
234:9, 234:14,
244:16
**30,000**
105:7, 161:4,
161:11, 169:7
**300**
73:6, 73:9,
181:8
**309**
1:21
**32**
277:19
**36,000**
106:2

---
**4**
---

**4**
64:9, 93:2,
93:3, 93:4,
93:10, 234:9
**4,000**
67:16, 103:16,
103:21, 137:20,
137:21, 137:22,
138:6, 138:21,
139:8, 139:10,
154:8, 183:21,
190:22, 200:17,
200:20, 208:18
**40**
194:15, 244:16,
277:19
**40,000**
105:8
**400,000**
184:9
**45**
113:16
**46**
183:19

**47**
183:19
**48**
183:19, 194:3

---
**5**
---

**5**
129:5
**5,000**
113:18, 143:6,
156:16, 174:17,
183:21, 208:18
**50**
49:4, 177:19,
190:12, 190:13,
191:1, 193:14,
297:12, 301:17
**50,000**
105:8, 116:10,
174:13
**500**
140:4, 196:17
**55**
49:4, 179:2
**55,000**
179:3, 183:9,
183:10

---
**6**
---

**6,000**
145:8, 159:19
**6,500**
181:5
**60,000**
113:13, 116:10,
139:2
**600**
196:17
**63**
174:19
**65,000**
181:6

---
**7**
---

**7,000**
208:18
**700**
256:8

**72**
175:3

---
**8**
---

**8,000**
219:13
**85,000**
179:8
**86**
22:4

---
**9**
---

**9**
92:7, 92:16,
92:17
**9-**
136:5
**90**
28:19, 123:19,
125:9
**91**
22:11, 22:12
**92**
24:17, 27:19,
131:9
**93**
131:9, 281:2
**95,000**
51:2
**98**
263:1, 263:4,
263:17, 264:3,
264:4, 266:21
**99**
6:16, 38:15,
38:16, 38:17,
144:19, 207:1
**99.9**
306:19
**9th**
103:13